# Record of Decision
## Juneau Access Improvements Project
State Project Number: 71100
Federal Project Number: STP-000S(131)

## I. Decision

This Record of Decision (ROD) was developed pursuant to 40 CFR 1505.2 and 23 CFR 771.127. The Alaska Department of Transportation and Public Facilities (DOT&PF), in cooperation with the Federal Highway Administration (FHWA), has identified a need to improve surface transportation to and from Juneau within the Lynn Canal corridor in Southeast Alaska. The purpose of this improvement is to:

- Provide the capacity to meet transportation demand in the corridor
- Provide flexibility and improve opportunity for travel
- Reduce travel times between the Lynn Canal communities of Juneau, Haines, and Skagway
- Reduce state costs for transportation in the corridor
- Reduce user costs for transportation in the corridor

The project purpose and need are fully described in Chapter 1 of the *Juneau Access Improvements Final Environmental Impact Statement* (Final EIS).

The selected alternative for the Juneau Access Improvements Project is Alternative 2B. This alternative consists of a 50.8-mile two-lane highway from the end of Glacier Highway at Echo Cove to a point north of the Katzehin River delta. A new ferry terminal at the end of the new highway would provide shuttle ferry service to Haines and Skagway using a three-vessel system. Alaska Marine Highway System (AMHS) service would end at Auke Bay and the M/V *Fairweather*, a fast vehicle ferry (FVF) would no longer operate in Lynn Canal.

In compliance with the National Environmental Policy Act (NEPA) of 1969 (as amended), 40 CFR Parts 1500-1508, and FHWA regulations (23 CFR Parts 771, 772, and 777), a Draft EIS for the Juneau Access Improvements Project was approved on June 23, 1997, and circulated for comment until December 15, 1997. An environmental reevaluation of this document was prepared in January 2003; DOT&PF and FHWA determined that a Supplemental Draft EIS was required because of modifications in project alternatives and the need for new environmental studies. Public scoping meetings for the Supplemental Draft EIS were held in Juneau, Haines, and Skagway from April 8 through 10, 2003. A Supplemental Draft EIS was approved on January 11, 2005, and circulated for comment until March 21, 2005. DOT&PF and FHWA held Public Hearing sessions on February 16 and 17, 2005 in Juneau, February 23, 2005 in Haines, and February 24, 2005 in Skagway.

A Final EIS that addressed all substantive comments received on the Supplemental Draft EIS was approved on January 18, 2006 and is incorporated by reference here. A notice of its availability was published in the *Federal Register* on February 10, 2006. The Final EIS identified Alternative 2B as the Preferred Alternative and was distributed to the public and federal and state agencies beginning on January 23, 2006. Substantive comments received on the Final EIS and responses are provided in the Appendix to this ROD. The Appendix also contains a summary of other comments received. For more detailed information on topics presented in this ROD, please refer to the Final EIS.

032954

## V. Mitigation Monitoring Measures

The following are DOT&PF's and FHWA's commitments to monitor mitigation measures following construction of the project.

- DOT&PF will continue to fund USFWS aerial surveys for a period of five years from the beginning of construction to assess the impact, if any, of the project on the Lynn Canal bald eagle population.
- Video monitoring at the Gran Point haulout and aerial and ground monitoring by trained personnel at the Met Point haulout will continue during construction and for five years after construction in these areas to determine the extent of human disturbance of sea lions. Annual reports will be provided to NMFS that describe construction activities (during the construction phase of the project), monitoring activities, and impacts or responses of Steller sea lions to these activities. At the end of the monitoring period, a final report will be provided to NMFS summarizing the project, the impacts, and the likely effects on Steller sea lions or their critical habitat.
- DOT&PF will fund a long term monitoring study to determine the effectiveness of wildlife underpasses. This study will be developed based on information gathered during the three-year brown bear study as described under Wildlife.

## VI. Comments on the Final EIS

The Appendix contains substantive public, agency, and interest group comments on the Final EIS and responses to those comments as well as a summary of other comments received.

## VII. Conclusion

The Juneau Access Improvements Final EIS is in conformance with applicable provisions of 23 CFR 771 and 40 CFR 1502.2, and satisfactorily addresses the anticipated environmental impacts that will result from construction of Alternative 2B. All correspondence received on the Final EIS prior to this ROD has been reviewed (see Appendix for substantive comments on the Final EIS and responses to those comments). Based on this review, we find that there were no substantive issues or impacts not addressed.

Based on the analysis and evaluation contained in this project's Final EIS and after careful consideration of all social, economic, and environmental factors and input from the public, tribal entities, and agencies, it is my decision to select Alternative 2B as the proposed action for this project.

Apr. 3, 2006
Date

David C. Miller, Division Administrator
Federal Highway Administration

032970