FHWA-AK-EIS-97-01-D



# Draft Environmental Impact Statement
Project No. STP-000S(131)

For: Federal Highway Administration Alaska Division

Prepared By: Alaska Department of Transportation and Public Facilities, Southeast Region

