

# JUNEAU ACCESS IMPROVEMENTS
# SUPPLEMENTAL DRAFT
# ENVIRONMENTAL IMPACT STATEMENT

**STATE PROJECT NUMBER: 71100**
**FEDERAL PROJECT NUMBER: STP-000S (131)**

*Prepared by*
Alaska Department of Transportation and Public Facilities
6860 Glacier Highway
Juneau, Alaska 99801-7999

*Prepared for*
Federal Highway Administration
Alaska Division
709 West 9th Street, Room 851
Juneau, Alaska 99802

**JANUARY 2005**

019911

Case 1:06-cv-00009-JWS   Document 24-5   Filed 03/26/07   Page 1 of 1
Exhibit 4, Page 1 of 1