

# U.S. DEPARTMENT OF TRANSPORTATION
### FEDERAL HIGHWAY ADMINISTRATION
ALASKA DIVISION
709 West Ninth Street, Room 851
P.O. Box 21648
Juneau, Alaska 99802
907-586-7418 | 907-586-7420 FAX

May 4, 2006

REFER TO
HDA-AK
File #: STP-000S(131)

Mr. Dennis E. Bschor, Regional Forester
USDA Forest Service
P. O. Box 21628
Juneau, Alaska 99802

SUBJECT: Federal Land Transfer - Juneau Access Improvements Project, Southeast Alaska

Dear Mr. Bschor:

In accordance with the provisions of Title 23, U.S.C, Section 317, we are enclosing an application from the Alaska Department of Transportation and Public Facilities (DOT&PF) for a permanent right-of-way on the subject project. Enclosed is the Engineers Statement and legal description of the right-of-way. Mr. Ken Vaughan of your staff has informed me that he already has copies of the plats and the Record of Decision for the project. No land within this application area has been selected by the State or a Native corporation(s).

This submission has been examined by officials of the Federal Highway Administration who agree that this right-of-way is necessary for the construction and/or maintenance of the Federal-aid highway. I respectfully recommend your concurrence. If use of the proposed right-of-way is not contrary to Forest Service management plans, please advise us and list any site-specific conditions to be included in the Easement Deed to the DOT&PF.

If you have any questions, or require more information, please contact me at 907-586-7430.

Sincerely,

Tim A. Haugh
Environment and Right of Way Programs Manager

Enclosures

cc:    Rob Murphy, DOT&PF



**BUCKLE UP AMERICA**

**Exhibit 6, Page 1 of 22**

# STATE OF ALASKA

**FRANK H. MURKOWSKI, GOVERNOR**

6860 Glacier Highway
P.O. Box 112506
JUNEAU, ALASKA 99811-2506
PHONE: (907)465-4540
FAX: (907)465-6216
TTY/TDD: (907)465-4647
1-800-575-4540

## DEPARTMENT OF TRANSPORTATION
## AND PUBLIC FACILITIES

### SOUTHEAST REGION – PRECONSTRUCTION
### RIGHT OF WAY & UTILITIES

May 3, 2006

RE: Juneau Access
Project 71100, NCPMGS-STP-00S(131)
Parcel E-2

Mr. Dave C. Miller
Division Administrator
Federal Highway Administration
P.O. Box 21648
Juneau, AK 99802-1648

Federal Highway
Administration

MAY 0 3 2006

Juneau, Alaska

Dear Mr. Miller:

The Department of Transportation and Public Facilities (DOT&PF) hereby applies for right-of-way on Forest Service land located as hereinafter more particularly described, and states:

This application is being filed under the Act of August 27, 1958 (72 Stat. 916, 23 U.S.C. 317). The rights-of-way sought to be acquired are necessary in order to construct and maintain a highway connecting the towns of Juneau, Haines, and Skagway in the State of Alaska. The desired right-of-way will occupy a total of 1670 acres, more or less. The total centerline length of the desired right-of-way is 51.5 miles, more or less. Construction will begin during the 2006 construction season. DOT&PF requests immediate right of entry pending final grant of right-of-way.

DOT&PF agrees that the application, if approved, will be subject to the terms and conditions of the applicable regulations of the Department of Agriculture and agrees to utilize the right-of-way requested within ten (10) years following the transfer of the land.

In support of this application and in compliance with the rules and regulations of the Department of Agriculture governing rights-of-way, the following are attached and made a part thereof:

Four (4) parcel descriptions of this application together with, Four (4) plats are submitted showing the location of the land to be acquired; No field notes are attached, since all angles and dimensions constituting the field notes are shown thereon.

*"Providing for the movement of people and goods and the delivery of state services."*

SA-T34LH

**Exhibit 6, Page 2 of 22**

The land over which this easement is being applied for is not under selection by the State of Alaska or a Native Corporation.

The final Environmental Impact Statement for this project was approved on April 3, 2006.

WHEREFORE, the applicant requests that the right-of-way herein applied for be approved.

Sincerely,

Rob Murphy
Regional Chief Right of Way Agent

cc:     Ken Vaughan, USDA-FS

## ENGINEER'S STATEMENT

I hereby certify that I am properly registered and licensed to practice land surveying in the State of Alaska and that this plat was made by me or under my supervision. I declare that this plat was based upon the monuments recovered during State of Alaska Locations Survey No. 71100 performed in 2005 – 2006, and information compiled from record data, and that all dimensions and other details are accurate.

Robert Murphy
Professional Land Surveyor
Registration Number: LS 7331

May 2, 2006
Date

## APPLICANT'S CERTIFICATE

This is to certify that Robert Murphy, who subscribed the statement hereon, is the person employed by the undersigned applicant to supervise the preparation of this map, which has been adopted by the applicant as the approximate final location of the project hereby shown; and this map is filed as part of the complete application and, in order that the applicant may obtain the befits of the Act of August 27, 1958 (72 Stat. 885, U.S.C. 317), and I further certify that the right-of-way herein described is desired for Alaska Project No. STP-000S(131).

Malcolm A. Menzies, P.E., L.S.
Director, Design and Construction
Southeast Region

Attest:

A strip of land 300 feet wide, lying 150 feet on each side of the following described centerline through Tongass National Forest lands within the following townships:
T. 37 S., R. 64 E.; T. 37 S., R. 63 E.; T 36 S., R. 63 E.; T. 35 S., R. 63 E.; T. 35 S., R. 62 E.; T. 34 S., R. 62 E.; T 34 S., R. 61 E.; T. 33 S., R. 61 E.; T. 32 S., R. 61 E.; T. 32 S., R. 60 E.; T. 31 S., R. 60 E.; T. 30 S., R. 60 E.; Copper River Meridian,
in the Juneau and Haines Recording Districts, First Judicial District, State of Alaska, more particularly described as follows:

Commencing at the NE 1/16 corner of Section 18, Township 37 South, Range 64 East, Copper River Meridian, said point being a 3" BLM brass cap monument, from which bears the E 1/16 corner of Section 7 and Section 18 of said Township 37 South, Range 64 East, Copper River Meridian, N 00°18'40" W, 1319.95 feet, said point being a 3" BLM brass cap monument;
Thence, from said point of commencement, S 01°38'41" W, 1006.44 feet to the northerly terminus of the existing right of way of Glacier Highway, said point being the True Point of Beginning and Station 65+32.87 of the Juneau Access centerline, from which bears a 6" x 6" concrete right of way post, S 72°11'53" W, 100.22 feet;

Thence, from said True Point of Beginning, along a curve concave to the southwest, with a length of 186.90 feet, a radius of 13234.15 feet, a central angle of 0°48'33", the chord of which bears N 16°11'10" W for a distance of 186.88 feet;
Thence, N 16°35'26" W, 273.15 feet;
Thence along a tangent curve concave to the northeast, with a length of 1121.96 feet, a radius of 7000.00 feet, a central angle of 9°11'00", the chord of which bears N 11°59'56" W for a distance of 1120.75 feet;
Thence, N 07°24'26" W, 228.16 feet;
Thence along a tangent curve concave to the southwest, with a length of 637.43 feet, a radius of 1450.00 feet, a central angle of 25°11'15", the chord of which bears N 20°00'04" W for a distance of 632.31 feet;
Thence, N 32°35'41" W, 528.92 feet;
Thence along a tangent curve concave to the northeast, with a length of 631.11 feet, a radius of 1450.00 feet, a central angle of 24°56'17", the chord of which bears N 20°07'32" W for a distance of 626.15 feet;
Thence, N 07°39'24" W, 1915.24 feet;
Thence along a tangent curve concave to the southwest, with a length of 1887.83 feet, a radius of 3200.00 feet, a central angle of 33°48'05", the chord of which bears N 24°33'26" W for a distance of 1860.58 feet;
Thence, N 41°27'29" W, 144.16 feet;
Thence along a tangent curve concave to the northeast, with a length of 692.92 feet, a radius of 6000.00 feet, a central angle of 6°37'01", the chord of which bears N 38°08'59" W for a distance of 692.55 feet;
Thence, N 34°50'28" W, 49.73 feet;

1

**Exhibit 6, Page 5 of 22**

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 7805.68 feet, a central angle of 4°24'15", the chord of which bears N 37°02'35" W for a distance of 599.85 feet;

Thence, N 39°14'43" W, 1273.60 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 5127.57 feet, a central angle of 6°42'16", the chord of which bears N 35°53'35" W for a distance of 599.66 feet;

Thence, N 32°32'27" W, 1212.14 feet;

Thence along a tangent curve concave to the northeast, with a length of 828.29 feet, a radius of 2000.00 feet, a central angle of 23°43'44", the chord of which bears N 20°40'35" W for a distance of 822.39 feet;

Thence, N 08°48'43" W, 925.34 feet;

Thence along a tangent curve concave to the southwest, with a length of 615.68 feet, a radius of 1550.00 feet, a central angle of 22°45'31", the chord of which bears N 20°11'29" W for a distance of 611.64 feet;

Thence, N 31°34'14" W, 768.33 feet;

Thence along a tangent curve concave to the northeast, with a length of 661.82 feet, a radius of 1250.00 feet, a central angle of 30°20'08", the chord of which bears N 16°24'10" W for a distance of 654.12 feet more or less, to a point on the South 1/16 line of Section 32, Township 36 South, Range 63 East, Copper River Meridian, said line being the boundary of Goldbelt Inc. and Tongass National Forest lands, from which bears the S 1/16 corner of Sections 32 and 33, a 3" BLM brass cap monument, N 89°50'11" E, 861.21 feet, and also from which bears WCSMC, Section 32, a 3" BLM brass cap monument, S 89°50'11" W, 1335.72 feet;

Thence continuing along a curve concave to the northeast, with a length of 187.69 feet, a radius of 1250.00 feet, a central angle of 8°36'11", the chord of which bears N 03°04'00" E for a distance of 187.52 feet;

Thence, N 07°22'05" E, 1402.95 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 1140.62 feet, a central angle of 30°08'21", the chord of which bears N 07°42'05" W for a distance of 593.11 feet;

Thence, N 22°46'16" W, 743.60 feet;

Thence along a tangent curve concave to the northeast, with a length of 991.22 feet, a radius of 1450.00 feet, a central angle of 39°10'03", the chord of which bears N 03°11'15" W for a distance of 972.04 feet;

Thence, N 16°23'47" E, 280.50 feet;

Thence along a tangent curve concave to the northwest, with a length of 600.00 feet, a radius of 1614.03 feet, a central angle of 21°17'57", the chord of which bears N 05°44'48" E for a distance of 596.55 feet;

Thence, N 04°54'10" W, 720.61 feet;

Thence along a tangent curve concave to the southeast, with a length of 600.00 feet, a radius of 1044.84 feet, a central angle of 32°54'07", the chord of which bears N 11°32'54" E for a distance of 591.79 feet;

Thence, N 27°59'57" E, 546.22 feet;

2

Thence along a tangent curve concave to the northwest, with a length of 600.00 feet, a radius of 1352.89 feet, a central angle of 25°24'37", the chord of which bears N 15°17'39" E for a distance of 595.09 feet;

Thence, N 02°35'20" E, 1220.11 feet;

Thence along a tangent curve concave to the southeast, with a length of 810.44 feet, a radius of 2000.00 feet, a central angle of 23°13'03", the chord of which bears N 14°11'51" E for a distance of 804.91 feet;

Thence, N 25°48'23" E, 1912.66 feet;

Thence along a tangent curve concave to the northwest, with a length of 1141.63 feet, a radius of 2000.00 feet, a central angle of 32°42'19", the chord of which bears N 09°27'13" E for a distance of 1126.20 feet;

Thence, N 06°53'56" W, 1185.84 feet;

Thence along a tangent curve concave to the northeast, with a length of 891.77 feet, a radius of 4000.00 feet, a central angle of 12°46'25", the chord of which bears N 00°30'44" W for a distance of 889.93 feet;

Thence, N 05°52'29" E, 1322.94 feet;

Thence along a tangent curve concave to the southwest, with a length of 1016.42 feet, a radius of 1500.00 feet, a central angle of 38°49'28", the chord of which bears N 13°32'15" W for a distance of 997.09 feet;

Thence, N 32°56'59" W, 707.11 feet;

Thence along a tangent curve concave to the northeast, with a length of 1042.58 feet, a radius of 1200.00 feet, a central angle of 49°46'47", the chord of which bears N 08°03'35" W for a distance of 1010.10 feet;

Thence, N 16°49'48" E, 484.53 feet;

Thence along a tangent curve concave to the northwest, with a length of 1340.54 feet, a radius of 2704.33 feet, a central angle of 28°24'06", the chord of which bears N 02°37'45" E for a distance of 1326.87 feet;

Thence, N 11°34'18" W, 715.48 feet;

Thence along a tangent curve concave to the northeast, with a length of 613.77 feet, a radius of 3400.00 feet, a central angle of 10°20'35", the chord of which bears N 06°24'01" W for a distance of 612.94 feet;

Thence, N 01°13'43" W, 153.75 feet;

Thence along a tangent curve concave to the southwest, with a length of 750.00 feet, a radius of 2000.00 feet, a central angle of 21°29'09", the chord of which bears N 11°58'18" W for a distance of 745.61 feet;

Thence, N 22°42'52" W, 175.00 feet;

Thence along a tangent curve concave to the northeast, with a length of 500.00 feet, a radius of 833.00 feet, a central angle of 34°23'28", the chord of which bears N 05°31'08" W for a distance of 492.53 feet;

Thence, N 11°40'36" E, 169.00 feet;

Thence along a tangent curve concave to the southwest, with a length of 500.00 feet, a radius of 911.00 feet, a central angle of 31°26'48", the chord of which bears N 04°02'48" W for a distance of 493.75 feet;

Thence, N 19°46'12" W, 153.49 feet;

3

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 1113.13 feet, a central angle of 30°53'01", the chord of which bears N 04°19'41" W for a distance of 592.76 feet;

Thence, N 11°06'49" E, 419.27 feet;

Thence along a tangent curve concave to the northwest, with a length of 500.00 feet, a radius of 1477.87 feet, a central angle of 19°23'05", the chord of which bears N 01°25'17" E for a distance of 497.62 feet;

Thence, N 08°16'16" W, 232.89 feet;

Thence along a tangent curve concave to the northeast, with a length of 500.00 feet, a radius of 1754.08 feet, a central angle of 16°19'56", the chord of which bears N 00°06'18" W for a distance of 498.31 feet;

Thence, N 08°03'40" E, 218.36 feet;

Thence along a tangent curve concave to the southwest, with a length of 500.00 feet, a radius of 1517.22 feet, a central angle of 18°52'54", the chord of which bears N 01°22'47" W for a distance of 497.74 feet;

Thence, N 10°49'14" W, 749.25 feet;

Thence along a tangent curve concave to the southwest, with a length of 500.01 feet, a radius of 3000.00 feet, a central angle of 9°32'58", the chord of which bears N 15°35'43" W for a distance of 499.42 feet;

Thence, N 20°22'12" W, 200.00 feet;

Thence along a tangent curve concave to the northeast, with a length of 400.00 feet, a radius of 1250.00 feet, a central angle of 18°20'05", the chord of which bears N 11°12'10" W for a distance of 398.30 feet;

Thence, N 02°02'07" W, 1019.19 feet;

Thence along a tangent curve concave to the southwest, with a length of 500.01 feet, a radius of 3100.00 feet, a central angle of 9°14'29", the chord of which bears N 06°39'21" W for a distance of 499.46 feet;

Thence, N 11°16'36" W, 922.30 feet;

Thence along a tangent curve concave to the southeast, with a length of 702.17 feet, a radius of 1500.00 feet, a central angle of 26°49'15", the chord of which bears N 02°08'02" E for a distance of 695.77 feet;

Thence, N 15°32'39" E, 327.41 feet;

Thence along a tangent curve concave to the southwest, with a length of 400.00 feet, a radius of 700.00 feet, a central angle of 32°44'26", the chord of which bears N 00°49'34" W for a distance of 394.58 feet;

Thence, N 17°11'47" W, 250.09 feet;

Thence along a tangent curve concave to the northeast, with a length of 729.28 feet, a radius of 1500.00 feet, a central angle of 27°51'23", the chord of which bears N 03°16'05" W for a distance of 722.11 feet;

Thence, N 10°39'36" E, 289.10 feet;

Thence along a tangent curve concave to the southwest, with a length of 650.00 feet, a radius of 700.00 feet, a central angle of 53°12'12", the chord of which bears N 15°56'30" W for a distance of 626.90 feet;

Thence, N 42°32'36" W, 520.34 feet;

4

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 781.71 feet, a central angle of 43°58'39", the chord of which bears N 20°33'16" W for a distance of 585.38 feet;

Thence, N 01°26'03" E, 3547.83 feet;

Thence along a tangent curve concave to the southwest, with a length of 2008.58 feet, a radius of 1587.88 feet, a central angle of 72°28'34", the chord of which bears N 34°48'14" W for a distance of 1877.33 feet;

Thence, N 71°02'31" W, 3628.59 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 1182.02 feet, a central angle of 29°05'01", the chord of which bears N 56°30'00" W for a distance of 593.58 feet;

Thence, N 41°57'30" W, 1229.44 feet;

Thence along a tangent curve concave to the southwest, with a length of 1742.53 feet, a radius of 1189.40 feet, a central angle of 83°56'29", the chord of which bears N 83°55'44" W for a distance of 1590.82 feet;

Thence, S 54°06'01" W, 1432.78 feet;

Thence along a tangent curve concave to the northwest, with a length of 400.00 feet, a radius of 693.01 feet, a central angle of 33°04'15", the chord of which bears S 70°38'08" W for a distance of 394.47 feet;

Thence, S 87°10'16" W, 2990.45 feet;

Thence along a tangent curve concave to the southeast, with a length of 144.65 feet, a radius of 485.00 feet, a central angle of 17°05'19", the chord of which bears S 78°37'36" W for a distance of 144.12 feet to a point where the right of way limit increases from 150.00 feet left to 190.00 feet left;

Thence continuing along a curve concave to the southeast, with a length of 250.00 feet, a radius of 485.00 feet, a central angle of 29°32'02", the chord of which bears S 55°18'56" W for a distance of 247.24 feet to a point where the right of way limit decreases from 190.00 feet left to 150.00 feet left;

Thence continuing along a curve concave to the southeast, with a length of 223.56 feet, a radius of 485.00 feet, a central angle of 26°24'37", the chord of which bears S 27°20'36" W for a distance of 221.58 feet;

Thence, S 14°08'18" W, 406.61 feet to a point where the right of way limit increases from 150.00 feet right to 180.00 feet right;

Thence along a tangent curve concave to the northwest, with a length of 519.83 feet, a radius of 934.93 feet, a central angle of 31°51'26", the chord of which bears S 30°04'01" W for a distance of 513.16 feet to a point where the right of way limit decreases from 180.00 feet right to 150.00 feet right;

Thence continuing along a curve concave to the northwest, with a length of 80.17 feet, a radius of 934.93 feet, a central angle of 4°54'46", the chord of which bears S 48°27'06" W for a distance of 80.14 feet;

Thence, S 50°54'30" W, 476.15 feet;

Thence along a tangent curve concave to the southeast, with a length of 1529.01 feet, a radius of 1173.99 feet, a central angle of 74°37'20", the chord of which bears S 13°55'50" W for a distance of 1423.21 feet;

Thence, S 23°42'50" E, 688.52 feet;

5

Thence along a tangent curve concave to the northwest, with a length of 630.10 feet, a radius of 600.00 feet, a central angle of 60°10'13", the chord of which bears S 06°22'16" W for a distance of 601.54 feet;

Thence, S 36°27'23" W, 378.58 feet;

Thence along a tangent curve concave to the southeast, with a length of 1083.31 feet, a radius of 1028.07 feet, a central angle of 60°22'27", the chord of which bears S 06°16'09" W for a distance of 1033.88 feet;

Thence, S 23°55'04" E, 1031.00 feet;

Thence along a tangent curve concave to the northwest, with a length of 758.44 feet, a radius of 552.41 feet, a central angle of 78°39'55", the chord of which bears S 15°24'53" W for a distance of 700.26 feet;

Thence, S 54°44'51" W, 322.65 feet;

Thence along a tangent curve concave to the southeast, with a length of 600.00 feet, a radius of 603.07 feet, a central angle of 57°00'14", the chord of which bears S 26°14'44" W for a distance of 575.56 feet;

Thence, S 02°15'23" E, 1223.89 feet;

Thence along a tangent curve concave to the northwest, with a length of 1403.93 feet, a radius of 579.20 feet, a central angle of 138°52'48", the chord of which bears S 67°11'01" W for a distance of 1084.61 feet;

Thence, N 43°22'35" W, 2491.54 feet;

Thence along a tangent curve concave to the southeast, with a length of 2041.06 feet, a radius of 1151.89 feet, a central angle of 101°31'26", the chord of which bears S 85°51'42" W for a distance of 1784.33 feet;

Thence, S 35°05'59" W, 537.87 feet;

Thence along a tangent curve concave to the southeast, with a length of 900.00 feet, a radius of 1789.53 feet, a central angle of 28°48'56", the chord of which bears S 20°41'31" W for a distance of 890.54 feet;

Thence, S 06°17'03" W, 686.67 feet;

Thence along a tangent curve concave to the northwest, with a length of 1629.43 feet, a radius of 800.00 feet, a central angle of 116°41'58", the chord of which bears S 64°38'02" W for a distance of 1362.03 feet;

Thence, N 57°00'59" W, 2124.62 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 7731.06 feet, a central angle of 4°26'48", the chord of which bears N 54°47'35" W for a distance of 599.85 feet;

Thence, N 52°34'11" W, 1339.79 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 2616.69 feet, a central angle of 13°08'16", the chord of which bears N 59°08'19" W for a distance of 598.69 feet;

Thence, N 65°42'27" W, 2904.22 feet;

Thence along a tangent curve concave to the northeast, with a length of 1609.99 feet, a radius of 2525.09 feet, a central angle of 36°31'54", the chord of which bears N 47°26'30" W for a distance of 1582.87 feet;

Thence, N 29°10'33" W, 1206.15 feet;

6

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 4021.25 feet, a central angle of 8°32'56", the chord of which bears N 24°54'05" W for a distance of 599.44 feet;

Thence, N 20°37'37" W, 975.88 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 2003.41 feet, a central angle of 17°09'34", the chord of which bears N 29°12'24" W for a distance of 597.76 feet;

Thence, N 37°47'11" W, 1374.06 feet;

Thence along a tangent curve concave to the southwest, with a length of 599.99 feet, a radius of 3299.02 feet, a central angle of 10°25'13", the chord of which bears N 42°59'48" W for a distance of 599.17 feet;

Thence, N 48°12'24" W, 1014.94 feet;

Thence along a tangent curve concave to the northeast, with a length of 599.99 feet, a radius of 4165.47 feet, a central angle of 8°15'10", the chord of which bears N 44°04'49" W for a distance of 599.48 feet;

Thence, N 39°57'14" W, 764.20 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 4216.77 feet, a central angle of 8°09'09", the chord of which bears N 44°01'48" W for a distance of 599.49 feet;

Thence, N 48°06'23" W, 750.08 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 2077.50 feet, a central angle of 16°32'51", the chord of which bears N 39°49'57" W for a distance of 597.92 feet;

Thence, N 31°33'32" W, 324.07 feet;

Thence along a tangent curve concave to the southwest, with a length of 599.99 feet, a radius of 4009.09 feet, a central angle of 8°34'29", the chord of which bears N 35°50'47" W for a distance of 599.44 feet;

Thence, N 40°08'01" W, 218.90 feet;

Thence along a tangent curve concave to the northeast, with a length of 599.98 feet, a radius of 4727.08 feet, a central angle of 7°16'20", the chord of which bears N 36°29'51" W for a distance of 599.60 feet;

Thence, N 32°51'41" W, 1553.96 feet;

Thence along a tangent curve concave to the southwest, with a length of 799.98 feet, a radius of 5017.71 feet, a central angle of 9°08'05", the chord of which bears N 37°25'44" W for a distance of 799.15 feet;

Thence, N 41°59'46" W, 1366.12 feet;

Thence along a tangent curve concave to the northeast, with a length of 800.00 feet, a radius of 1577.40 feet, a central angle of 29°03'30", the chord of which bears N 27°28'01" W for a distance of 791.45 feet;

Thence, N 12°56'16" W, 1363.17 feet;

Thence along a tangent curve concave to the southwest, with a length of 3010.54 feet, a radius of 19576.57 feet, a central angle of 8°48'40", the chord of which bears N 17°20'36" W for a distance of 3007.57 feet;

7

Thence, N 21°44'56" W, 938.16 feet more or less, to a point on the easterly boundary of U.S.S. 1598, from which bears Corner 2 of said U.S.S. 1598, a stone monument, N 0°03'37"E, 3480.56 feet, and also from which bears WCMC 3 of said U.S.S. 1598, a stone monument, S 0°03'37" W, 3393.88 feet ;

Thence, N 21°44'56" W, 938.16 feet;

Thence along a tangent curve concave to the southeast, with a length of 1439.72 feet, a radius of 1491.57 feet, a central angle of 55°18'16", the chord of which bears N 05°54'12" E for a distance of 1384.48 feet more or less to a point on the northerly boundary of said U.S.S. 1598, from which bears said Corner 2 of said U.S.S. 1598 a stone monument, S 89°57'59" E, 700.57 feet, and also from which bears WCMC 1 of said U.S.S. 1598, N 89°57'59" W, 522.65 feet ;

Thence continuing along a curve concave to the southeast, with a length of 193.11 feet, a radius of 1491.57 feet, a central angle of 7°25'04", the chord of which bears N 37°15'51" E for a distance of 192.97 feet;

Thence, N 40°58'23" E, 1112.44 feet;

Thence along a tangent curve concave to the northwest, with a length of 1949.30 feet, a radius of 3687.39 feet, a central angle of 30°17'20", the chord of which bears N 25°49'43" E for a distance of 1926.69 feet;

Thence, N 10°41'03" E, 1268.48 feet;

Thence along a tangent curve concave to the southwest, with a length of 1000.00 feet, a radius of 2488.14 feet, a central angle of 23°01'39", the chord of which bears N 00°49'47" W for a distance of 993.28 feet;

Thence, N 12°20'36" W, 4094.54 feet;

Thence along a tangent curve concave to the southwest, with a length of 1702.93 feet, a radius of 10220.12 feet, a central angle of 9°32'49", the chord of which bears N 17°07'01" W for a distance of 1700.97 feet;

Thence, N 21°53'25" W, 2248.92 feet;

Thence along a tangent curve concave to the northeast, with a length of 1633.22 feet, a radius of 2184.98 feet, a central angle of 42°49'38", the chord of which bears N 00°28'36" W for a distance of 1595.47 feet;

Thence, N 20°56'13" E, 887.67 feet;

Thence along a tangent curve concave to the southwest, with a length of 651.93 feet, a radius of 600.00 feet, a central angle of 62°15'17", the chord of which bears N 10°11'26" W for a distance of 620.33 feet;

Thence, N 41°19'04" W, 787.65 feet;

Thence along a tangent curve concave to the northeast, with a length of 599.99 feet, a radius of 2981.38 feet, a central angle of 11°31'50", the chord of which bears N 35°33'09" W for a distance of 598.99 feet;

Thence, N 29°47'14" W, 709.39 feet;

Thence along a tangent curve concave to the northeast, with a length of 825.60 feet, a radius of 1205.57 feet, a central angle of 39°14'14", the chord of which bears N 10°10'07" W for a distance of 809.55 feet;

Thence, N 09°27'00" E, 333.59 feet;

8

Thence along a tangent curve concave to the southwest, with a length of 500.00 feet, a radius of 832.35 feet, a central angle of 34°25'06", the chord of which bears N 07°45'33" W for a distance of 492.52 feet;
Thence, N 24°58'06" W, 1075.19 feet;
Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 3891.42 feet, a central angle of 8°50'03", the chord of which bears N 20°33'05" W for a distance of 599.41 feet;
Thence, N 16°08'03" W, 341.14 feet;
Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 5655.26 feet, a central angle of 6°04'44", the chord of which bears N 19°10'25" W for a distance of 599.72 feet;
Thence, N 22°12'47" W, 334.10 feet;
Thence along a tangent curve concave to the northeast, with a length of 917.85 feet, a radius of 3422.64 feet, a central angle of 15°21'54", the chord of which bears N 14°31'50" W for a distance of 915.11 feet;
Thence, N 06°50'53" W, 215.75 feet;
Thence along a tangent curve concave to the southwest, with a length of 599.99 feet, a radius of 1637.18 feet, a central angle of 20°59'52", the chord of which bears N 17°20'49" W for a distance of 596.65 feet;
Thence, N 27°50'45" W, 533.81 feet;
Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 2875.49 feet, a central angle of 11°57'19", the chord of which bears N 21°52'06" W for a distance of 598.91 feet;
Thence, N 15°53'26" W, 235.51 feet;
Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 3477.64 feet, a central angle of 9°53'07", the chord of which bears N 20°49'59" W for a distance of 599.26 feet;
Thence, N 25°46'33" W, 338.96 feet;
Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 2992.74 feet, a central angle of 11°29'13", the chord of which bears N 20°01'56" W for a distance of 599.00 feet;
Thence, N 14°17'20" W, 1788.60 feet;
Thence along a tangent curve concave to the northeast, with a length of 600.03 feet, a radius of 12829.38 feet, a central angle of 2°40'47", the chord of which bears N 12°56'57" W for a distance of 599.95 feet;
Thence, N 11°36'33" W, 572.91 feet;
Thence along a tangent curve concave to the southeast, with a length of 500.00 feet, a radius of 933.24 feet, a central angle of 30°41'50", the chord of which bears N 03°44'22" E for a distance of 494.04 feet;
Thence, N 19°05'17" E, 276.80 feet;
Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 695.41 feet, a central angle of 49°26'05", the chord of which bears N 05°37'45" W for a distance of 581.56 feet;
Thence, N 30°20'48" W, 92.19 feet;

9

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 2135.08 feet, a central angle of 16°06'05", the chord of which bears N 22°17'45" W for a distance of 598.03 feet;

Thence, N 14°14'43" W, 1082.36 feet;

Thence along a tangent curve concave to the southeast, with a length of 1495.34 feet, a radius of 2050.00 feet, a central angle of 41°47'37", the chord of which bears N 06°39'06" E for a distance of 1462.41 feet;

Thence, N 27°32'54" E, 895.23 feet;

Thence along a tangent curve concave to the northwest, with a length of 600.00 feet, a radius of 1043.43 feet, a central angle of 32°56'47", the chord of which bears N 11°04'31" E for a distance of 591.77 feet;

Thence, N 05°23'53" W, 1183.27 feet;

Thence along a tangent curve concave to the southwest, with a length of 500.00 feet, a radius of 1220.30 feet, a central angle of 23°28'34", the chord of which bears N 17°08'10" W for a distance of 496.51 feet;

Thence, N 28°52'27" W, 41.80 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 873.89 feet, a central angle of 39°20'18", the chord of which bears N 09°12'18" W for a distance of 588.28 feet;

Thence, N 10°27'51" E, 46.87 feet;

Thence along a tangent curve concave to the northwest, with a length of 600.00 feet, a radius of 2654.41 feet, a central angle of 12°57'04", the chord of which bears N 03°59'19" E for a distance of 598.72 feet;

Thence, N 02°29'13" W, 163.43 feet;

Thence along a tangent curve concave to the southwest, with a length of 399.99 feet, a radius of 3709.37 feet, a central angle of 6°10'42", the chord of which bears N 05°34'34" W for a distance of 399.81 feet;

Thence, N 08°39'55" W, 246.98 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 2641.19 feet, a central angle of 13°00'57", the chord of which bears N 02°09'27" W for a distance of 598.71 feet;

Thence, N 04°21'02" E, 998.04 feet;

Thence along a tangent curve concave to the northwest, with a length of 600.02 feet, a radius of 7818.23 feet, a central angle of 4°23'50", the chord of which bears N 02°09'07" E for a distance of 599.85 feet;

Thence, N 00°02'48" W, 1552.54 feet;

Thence along a tangent curve concave to the southeast, with a length of 600.01 feet, a radius of 6336.62 feet, a central angle of 5°25'31", the chord of which bears N 02°39'58" E for a distance of 599.78 feet;

Thence, N 05°22'43" E, 680.18 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 2403.45 feet, a central angle of 14°18'12", the chord of which bears N 01°46'23" W for a distance of 598.44 feet;

Thence, N 08°55'29" W, 2453.50 feet;

10

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 1616.02 feet, a central angle of 21°16'23", the chord of which bears N 19°33'40" W for a distance of 596.56 feet;

Thence, N 30°11'52" W, 227.58 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 1283.44 feet, a central angle of 26°47'07", the chord of which bears N 16°48'18" W for a distance of 594.55 feet;

Thence, N 03°24'45" W, 1261.40 feet;

Thence along a tangent curve concave to the southeast, with a length of 600.01 feet, a radius of 2227.95 feet, a central angle of 15°25'49", the chord of which bears N 04°18'10" E for a distance of 598.19 feet;

Thence, N 13°01'21" E, 1689.94 feet;

Thence along a tangent curve concave to the southwest, with a length of 499.99 feet, a radius of 928.04 feet, a central angle of 30°52'08", the chord of which bears N 02°24'43" W for a distance of 493.97 feet;

Thence, N 17°50'47" W, 678.16 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 855.73 feet, a central angle of 40°10'24", the chord of which bears N 37°55'59" W for a distance of 587.78 feet;

Thence, N 58°01'11" W, 902.46 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 712.27 feet, a central angle of 48°15'53", the chord of which bears N 33°53'14" W for a distance of 582.42 feet;

Thence, N 09°45'18" W, 1004.61 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 910.95 feet, a central angle of 37°44'16", the chord of which bears N 28°37'26" W for a distance of 589.21 feet;

Thence, N 47°29'34" W, 765.16 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 1219.84 feet, a central angle of 28°10'55", the chord of which bears N 33°24'07" W for a distance of 593.97 feet;

Thence, N 19°18'39" W, 964.10 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.01 feet, a radius of 1947.72 feet, a central angle of 17°39'01", the chord of which bears N 28°08'09" W for a distance of 597.63 feet;

Thence, N 36°57'40" W, 343.52 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 981.22 feet, a central angle of 35°02'08", the chord of which bears N 19°26'36" W for a distance of 590.70 feet;

Thence, N 01°55'32" W, 558.42 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.01 feet, a radius of 2891.33 feet, a central angle of 11°53'24", the chord of which bears N 07°52'14" W for a distance of 598.92 feet;

Thence, N 13°48'56" W, 921.29 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 2697.14 feet, a central angle of 12°44'45", the chord of which bears N 20°11'18" W for a distance of 598.76 feet;

Thence, N 26°33'41" W, 796.81 feet;

Thence along a tangent curve concave to the northeast, with a length of 1270.95 feet, a radius of 2270.86 feet, a central angle of 32°04'02", the chord of which bears N 10°31'40" W for a distance of 1254.43 feet;

Thence, N 05°30'21" E, 945.14 feet;

Thence along a tangent curve concave to the southeast, with a length of 600.01 feet, a radius of 3281.47 feet, a central angle of 10°28'35", the chord of which bears N 10°44'38" E for a distance of 599.16 feet;

Thence, N 15°58'56" E, 780.50 feet;

Thence along a tangent curve concave to the northwest, with a length of 600.01 feet, a radius of 3504.67 feet, a central angle of 9°48'33", the chord of which bears N 11°04'39" E for a distance of 599.27 feet;

Thence, N 06°10'23" E, 833.62 feet;

Thence along a tangent curve concave to the northwest, with a length of 600.00 feet, a radius of 4378.23 feet, a central angle of 7°51'07", the chord of which bears N 02°14'50" E for a distance of 599.53 feet;

Thence, N 01°40'44" W, 445.29 feet;

Thence along a tangent curve concave to the southeast, with a length of 600.01 feet, a radius of 6393.96 feet, a central angle of 5°22'36", the chord of which bears N 01°00'34" E for a distance of 599.78 feet;

Thence, N 03°41'52" E, 654.24 feet;

Thence along a tangent curve concave to the southeast, with a length of 600.00 feet, a radius of 3779.72 feet, a central angle of 9°05'43", the chord of which bears N 08°14'43" E for a distance of 599.37 feet;

Thence, N 12°47'35" E, 247.90 feet;

Thence along a tangent curve concave to the southwest, with a length of 2554.82 feet, a radius of 3425.60 feet, a central angle of 42°43'53", the chord of which bears N 08°34'21" W for a distance of 2496.01 feet;

Thence, N 29°56'18" W, 333.02 feet;

Thence along a tangent curve concave to the northeast, with a length of 1000.00 feet, a radius of 2238.80 feet, a central angle of 25°35'32", the chord of which bears N 17°08'32" W for a distance of 991.71 feet;

Thence, N 04°20'46" W, 1152.90 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.01 feet, a radius of 10286.76 feet, a central angle of 3°20'31", the chord of which bears N 06°01'01" W for a distance of 599.91 feet;

Thence, N 07°41'17" W, 597.19 feet;

Thence along a tangent curve concave to the southeast, with a length of 600.00 feet, a radius of 1791.33 feet, a central angle of 19°11'28", the chord of which bears N 01°54'27" E for a distance of 597.20 feet;

Thence, N 11°30'11" E, 1178.48 feet;

12

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 1120.83 feet, a central angle of 30°40'17", the chord of which bears N 03°49'57" W for a distance of 592.86 feet;

Thence, N 19°10'06" W, 701.40 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 3612.63 feet, a central angle of 9°30'57", the chord of which bears N 14°24'37" W for a distance of 599.31 feet;

Thence, N 09°39'09" W, 596.81 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 977.40 feet, a central angle of 35°10'20", the chord of which bears N 27°14'19" W for a distance of 590.62 feet;

Thence, N 44°49'29" W, 780.86 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 949.15 feet, a central angle of 36°13'09", the chord of which bears N 26°42'55" W for a distance of 590.06 feet;

Thence, N 08°36'20" W, 235.98 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 998.02 feet, a central angle of 34°26'44", the chord of which bears N 25°49'42" W for a distance of 591.01 feet;

Thence, N 43°03'04" W, 274.97 feet;

Thence along a tangent curve concave to the northeast, with a length of 1009.13 feet, a radius of 1562.60 feet, a central angle of 37°00'06", the chord of which bears N 24°33'01" W for a distance of 991.69 feet;

Thence, N 06°02'58" W, 1370.82 feet;

Thence along a tangent curve concave to the southwest, with a length of 500.00 feet, a radius of 889.28 feet, a central angle of 32°12'52", the chord of which bears N 22°09'24" W for a distance of 493.44 feet;

Thence, N 38°15'50" W, 243.64 feet;

Thence along a tangent curve concave to the northeast, with a length of 500.00 feet, a radius of 944.77 feet, a central angle of 30°19'21", the chord of which bears N 23°06'10" W for a distance of 494.19 feet;

Thence, N 07°56'29" W, 949.89 feet;

Thence along a tangent curve concave to the southwest, with a length of 500.00 feet, a radius of 3272.48 feet, a central angle of 8°45'15", the chord of which bears N 12°19'06" W for a distance of 499.51 feet;

Thence, N 16°41'44" W, 117.39 feet;

Thence along a tangent curve concave to the northeast, with a length of 500.00 feet, a radius of 933.64 feet, a central angle of 30°41'03", the chord of which bears N 01°21'12" W for a distance of 494.05 feet;

Thence, N 13°59'19" E, 171.96 feet;

Thence along a tangent curve concave to the northwest, with a length of 499.99 feet, a radius of 3023.05 feet, a central angle of 9°28'35", the chord of which bears N 09°15'02" E for a distance of 499.43 feet;

Thence, N 04°30'44" E, 425.70 feet;

13

Thence along a tangent curve concave to the southwest, with a length of 956.07 feet, a radius of 1722.60 feet, a central angle of 31°48'00", the chord of which bears N 11°23'16" W for a distance of 943.85 feet;

Thence, N 27°17'16" W, 1220.18 feet;

Thence along a tangent curve concave to the northeast, with a length of 500.00 feet, a radius of 1786.14 feet, a central angle of 16°02'20", the chord of which bears N 19°16'06" W for a distance of 498.37 feet;

Thence, N 11°14'56" W, 837.58 feet;

Thence along a tangent curve concave to the northeast with a length of 500.00 feet, a radius of 1887.30 feet, a central angle of 15°10'46", the chord of which bears N 03°39'33" W for a distance of 498.54 feet;

Thence, N 03°55'50" E, 102.72 feet;

Thence along a tangent curve concave to the southwest, with a length of 500.00 feet, a radius of 1496.83 feet, a central angle of 19°08'21", the chord of which bears N 05°38'21" W for a distance of 497.68 feet;

Thence, N 14°38'11" W, 734.96 feet;

Thence along a non-tangent curve concave to the northeast, with a length of 500.00 feet, a radius of 3961.90 feet, a central angle of 7°13'51", the chord of which bears N 10°26'52" W for a distance of 499.67 feet;

Thence, N 06°49'57" W, 128.38 feet;

Thence along a tangent curve concave to the southwest, with a length of 500.00 feet, a radius of 1533.29 feet, a central angle of 18°41'02", the chord of which bears N 16°10'28" W for a distance of 497.79 feet;

Thence, N 25°30'59" W, 68.06 feet;

Thence along a tangent curve concave to the northeast, with a length of 400.00 feet, a radius of 1570.75 feet, a central angle of 14°35'26", the chord of which bears N 18°13'16" W for a distance of 398.92 feet;

Thence, N 10°55'33" W, 36.73 feet;

Thence along a tangent curve concave to the southwest, with a length of 400.00 feet, a radius of 1230.95 feet, a central angle of 18°37'06", the chord of which bears N 20°14'06" W for a distance of 398.24 feet;

Thence, N 29°32'39" W, 102.09 feet;

Thence along a tangent curve concave to the northeast, with a length of 500.00 feet, a radius of 1155.09 feet, a central angle of 24°48'05", the chord of which bears N 17°08'37" W for a distance of 496.11 feet;

Thence, N 04°44'34" W, 1254.93 feet;

Thence along a tangent curve concave to the southwest, with a length of 477.95 feet, a radius of 809.24 feet, a central angle of 33°50'24", the chord of which bears N 21°39'46" W for a distance of 471.04 feet;

Thence, N 38°34'58" W, 319.16 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 2385.07 feet, a central angle of 14°24'49", the chord of which bears N 31°22'34" W for a distance of 598.42 feet;

Thence, N 24°10'09" W, 1292.81 feet;

14

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 4046.53 feet, a central angle of 8°29'44", the chord of which bears N 19°55'17" W for a distance of 599.45 feet;

Thence, N 15°40'25" W, 246.78 feet;

Thence along a tangent curve concave to the southwest, with a length of 500.00 feet, a radius of 4328.41 feet, a central angle of 6°37'07", the chord of which bears N 18°58'59" W for a distance of 499.72 feet;

Thence, N 22°17'32" W, 612.08 feet;

Thence along a tangent curve concave to the southwest, with a length of 400.00 feet, a radius of 1116.43 feet, a central angle of 20°31'42", the chord of which bears N 32°33'23" W for a distance of 397.86 feet;

Thence, N 42°49'14" W, 37.72 feet;

Thence along a tangent curve concave to the northeast with a length of 500.01 feet, a radius of 963.19 feet, a central angle of 29°44'35", the chord of which bears N 27°56'56" W for a distance of 494.40 feet;

Thence, N 13°04'39" W, 336.36 feet;

Thence along a tangent curve concave to the northeast, with a length of 400.12 feet, a radius of 1002.39 feet, a central angle of 22°52'13", the chord of which bears N 01°38'32" W for a distance of 397.47 feet;

Thence, N 09°47'34" E, 121.57 feet;

Thence along a tangent curve concave to the northwest, with a length of 400.00 feet, a radius of 1267.48 feet, a central angle of 18°04'54", the chord of which bears N 00°45'07" E for a distance of 398.34 feet;

Thence, N 08°17'20" W, 312.71 feet;

Thence along a tangent curve concave to the southwest, with a length of 500.00 feet, a radius of 1749.19 feet, a central angle of 16°22'40", the chord of which bears N 16°28'40" W for a distance of 498.30 feet;

Thence, N 24°40'00" W, 485.17 feet;

Thence along a tangent curve concave to the southwest, with a length of 400.00 feet, a radius of 3692.73 feet, a central angle of 6°12'23", the chord of which bears N 27°46'12" W for a distance of 399.80 feet;

Thence, N 30°52'23" W, 306.39 feet;

Thence along a tangent curve concave to the northeast, with a length of 500.00 feet, a radius of 783.51 feet, a central angle of 36°33'48", the chord of which bears N 12°35'29" W for a distance of 491.56 feet;

Thence, N 05°41'25" E, 217.32 feet;

Thence along a tangent curve concave to the southwest, with a length of 500.00 feet, a radius of 546.78 feet, a central angle of 52°23'39", the chord of which bears N 20°30'25" W for a distance of 482.76 feet;

Thence, N 46°42'14" W, 574.09 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.01 feet, a radius of 11624.01 feet, a central angle of 2°57'27", the chord of which bears N 45°13'31" W for a distance of 599.93 feet;

Thence, N 43°44'47" W, 429.65 feet;

Thence along a tangent curve concave to the southwest, with a length of 400.00 feet, a radius of 1016.97 feet, a central angle of 22°32'10", the chord of which bears N 55°00'52" W for a distance of 397.43 feet;

Thence, N 66°16'57" W, 142.88 feet;

Thence along a tangent curve concave to the northeast, with a length of 500.00 feet, a radius of 695.66 feet, a central angle of 41°10'52", the chord of which bears N 45°41'31" W for a distance of 489.31 feet;

Thence, N 25°06'05" W, 957.63 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 1290.44 feet, a central angle of 26°38'24", the chord of which bears N 38°25'17" W for a distance of 594.61 feet;

Thence, N 51°44'29" W, 196.51 feet;

Thence along a tangent curve concave to the northeast, with a length of 700.00 feet, a radius of 1004.78 feet, a central angle of 39°54'58", the chord of which bears N 31°47'00" W for a distance of 685.93 feet;

Thence, N 11°49'31" W, 186.39 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 1594.26 feet, a central angle of 21°33'48", the chord of which bears N 22°36'25" W for a distance of 596.47 feet;

Thence, N 33°23'19" W, 817.91 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 918.16 feet, a central angle of 37°26'30", the chord of which bears N 14°40'04" W for a distance of 589.38 feet;

Thence, N 04°03'11" E, 491.04 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 1144.32 feet, a central angle of 30°02'31", the chord of which bears N 10°58'05" W for a distance of 593.15 feet;

Thence, N 25°59'20" W, 520.73 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.01 feet, a radius of 1919.21 feet, a central angle of 17°54'45", the chord of which bears N 17°01'58" W for a distance of 597.56 feet;

Thence, N 08°04'35" W, 460.33 feet;

Thence along a tangent curve concave to the southeast, with a length of 500.00 feet, a radius of 1048.26 feet, a central angle of 27°19'44", the chord of which bears N 05°35'17" E for a distance of 495.27 feet;

Thence, N 19°15'09" E, 55.21 feet;

Thence along a tangent curve concave to the southwest, with a length of 500.00 feet, a radius of 692.03 feet, a central angle of 41°23'49", the chord of which bears N 01°26'46" W for a distance of 489.20 feet;

Thence, N 22°08'40" W, 65.81 feet;

Thence along a tangent curve concave to the northeast, with a length of 500.00 feet, a radius of 1797.63 feet, a central angle of 15°56'11", the chord of which bears N 14°10'35" W for a distance of 498.39 feet;

Thence, N 06°12'29" W, 171.92 feet;

16

Thence along a tangent curve concave to the southwest, with a length of 500.00 feet, a radius of 1790.64 feet, a central angle of 15°59'55", the chord of which bears N 14°12'27" W for a distance of 498.38 feet;

Thence, N 22°12'24" W, 812.06 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 1042.26 feet, a central angle of 32°59'01", the chord of which bears N 05°42'54" W for a distance of 591.75 feet;

Thence, N 10°46'37" E, 318.24 feet;

Thence along a tangent curve concave to the southwest, with a length of 400.00 feet, a radius of 631.76 feet, a central angle of 36°16'37", the chord of which bears N 07°21'42" W for a distance of 393.35 feet;

Thence, N 25°30'00" W, 105.36 feet;

Thence along a tangent curve concave to the northeast, with a length of 400.00 feet, a radius of 1264.34 feet, a central angle of 18°07'36", the chord of which bears N 16°26'12" W for a distance of 398.33 feet;

Thence, N 06°55'30" W, 1106.34 feet;

Thence along a tangent curve concave to the southwest, with a length of 599.99 feet, a radius of 2042.71 feet, a central angle of 16°49'45", the chord of which bears N 15°20'23" W for a distance of 597.85 feet;

Thence, N 23°45'15" W, 700.50 feet;

Thence along a tangent curve concave to the northeast, with a length of 599.99 feet, a radius of 1776.47 feet, a central angle of 19°21'05", the chord of which bears N 14°04'43" W for a distance of 597.15 feet;

Thence, N 04°24'10" W, 511.54 feet;

Thence along a tangent curve concave to the southwest, with a length of 600.00 feet, a radius of 1014.22 feet, a central angle of 33°53'43", the chord of which bears N 21°21'01" W for a distance of 591.29 feet;

Thence, N 38°17'53" W, 8969.05 feet;

Thence along a tangent curve concave to the northeast, with a length of 600.00 feet, a radius of 1731.47 feet, a central angle of 19°51'16", the chord of which bears N 28°22'15" W for a distance of 597.00 feet;

Thence, N 18°26'37" W, 382.06 feet;

Thence along a tangent curve concave to the southwest, with a length of 1445.28 feet, a radius of 3428.57 feet, a central angle of 24°09'09", the chord of which bears N 30°31'12" W for a distance of 1434.61 feet;

Thence, N 42°35'46" W, 508.12 feet;

Thence along a tangent curve concave to the northeast, with a length of 700.00 feet, a radius of 5695.65 feet, a central angle of 7°02'30", the chord of which bears N 39°04'31" W for a distance of 699.56 feet;

Thence, N 35°33'16" W, 461.29 feet;

Thence along a tangent curve concave to the northeast, with a length of 303.44 feet, a radius of 1297.46 feet, a central angle of 13°24'00", the chord of which bears N 28°51'16" W for a distance of 302.75 feet;

Thence, N 22°09'16" W, 846.43 feet to Station 2772+80.82 and the End of Project;

Excepting therefrom those lands owned by Goldbelt Inc. in Sections 7 and 18 in Township 37 South, Range 64 East, Section 1, Township 37 South, Range 63 East, and Section 32, Township 36 South, Range 63 East;

Also excepting therefrom lands within U.S.M.S. 318;

Also excepting therefrom tide and submerged lands below the line of Mean High Water and lands below the line of Ordinary High Water.

Subject to the right of way of the Jualin Mine Road, "Record of Survey of a Portion of RST No. 4", recorded as Plat 2005-39, Juneau Recording District;

Containing 1670 acres, more or less.

18