Michael C. LeVine
Katharine S. Glover
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: mlevine@earthjustice.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SKAGWAY MARINE ACCESS COMMISSION, LYNN CANAL CONSERVATION, INC., ALASKA PUBLIC INTEREST RESEARCH GROUP, SIERRA CLUB, and NATURAL RESOURCES DEFENSE COUNCIL, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION; UNITED STATES DEPARTMENT OF TRANSPORTATION; MARIA CINO, in her official capacity as Acting Secretary of Transportation; DAVID C. MILLER, in his official capacity as Division Administrator for the Federal Highway Administration; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; and DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester, <br><br> Defendants, <br><br> and <br><br> STATE OF ALASKA, <br><br> Intervenor-Defendant. | Case No. 1:06-cv-00009-JWS |

**DECLARATION OF COUNSEL**

I, Michael C. LeVine, hereby declare:

1. I am one of the attorneys representing the plaintiffs in this case. I submit this declaration in support of Plaintiffs' Motion to Augment and Compel Completion of the Administrative Record.

2. Since the federal defendants submitted the designated administrative record in this litigation, I have attempted to work with opposing counsel to reach agreement about augmenting the record. I reviewed a significant number of documents and indices of documents to determine whether potentially relevant documents were not included in the record designated by the federal defendants. I identified particular documents and requested that the federal defendants agree to add those documents to the record. With the exception of three documents, the federal defendants declined in all cases to augment the record.

3. On June 8, 2006, the Southeast Alaska Conservation Council, one of the plaintiffs in this litigation, submitted a Freedom of Information Act request to the Forest Service seeking documents related to the agency's participation in the Juneau Access project and its decision to approve the grant of a right-of-way for the project. *See* Exhibit 1.

4. The Forest Service responded on July 18, 2006. *See* Exhibit 2. The index to the Forest Service's response is attached as Exhibit 3. Some of those documents are relevant to brushing or other activities in the right-of-way and not relevant to the issues in this litigation.

5. Together with Katharine Glover, another attorney working on this case, I reviewed the index provided by the Forest Service and the documents that were provided. We determined that the index includes documents that appear to have been considered by the Forest Service in making decisions relevant to the Juneau Access project but are not included in the

administrative record for this case. I highlighted those documents on a copy of the index. *See* Exhibit 3.

6. Of those highlighted documents, some were provided by the Forest Service pursuant to the FOIA request. The remainder were withheld pursuant to the exemption under FOIA for deliberative or predecisional documents or for other reasons. Four of the documents provided pursuant to the FOIA request are attached to this declaration as Exhibits 4-7.

7. I also circled documents that were the highest priority for Plaintiffs to have added to the record. I made the decision about which were the highest priority based on the contents of documents that were provided and based on the descriptions of documents that were withheld. I identified this subset in an effort to simplify the request to augment the record and, thereby, potentially avoid a contested motion to augment the record.

8. On February 9, 2007, I e-mailed a copy of that index to counsel for federal defendants and requested that the identified documents be added to the administrative record.

9. On March 7, 2007, counsel for the federal defendants responded to that request by sending me the e-mail attached as Exhibit 8. Federal defendants agreed to add two of the requested documents, but refused to add any of the others. The documents that the federal defendants agreed to add are Exhibits 5 and 7.

10. Pursuant to a request I made, the Alaska Department of Transportation and Public Facilities (Alaska DOT) agreed to make its "Special Project files" available to Plaintiffs' counsel for review. In e-mail correspondence, counsel for the State of Alaska represented that "[t]he Special Project files relate to those documents involving work on the Juneau-Access improvements environmental impact statement." According to the e-mail, Alaska DOT did not make available, generally, documents already in the administrative record produced by

the federal defendants in this litigation and documents related to "construction, contracting, pre-design, or geo-technical issues." The complete text of the e-mail I received from the State's counsel is Exhibit 9 to this declaration.

11. Katharine Glover and I reviewed the documents made available by Alaska DOT. This review took place at the Alaska DOT building on February 12 and 13, 2007. Ms. Glover and I reviewed two large boxes and several file folders containing documents identified by Alaska DOT as part of the Special Project files. I estimate that we reviewed several thousand pages of documents. These documents included e-mail correspondence, memoranda, and other documents related to the Juneau Access Project.

12. Based on that review, we identified a series of documents as the most important to the claims Plaintiffs have brought in this litigation. Alaska DOT personnel photocopied those documents, which totaled several hundred pages, for us.

13. From those documents, I identified 17 as the highest priority for Plaintiffs to have added to the agency record designed by the federal defendants. One of those documents was already in the designated administrative record. Fifteen of the others are attached to this declaration as Exhibits 10-24.

14. On February 23, 2007, I sent copies of those documents along with a cover letter to counsel for the federal defendants and requested that the documents be added to the record designated by the federal defendants. *See* Exhibit 25.

15. Pursuant to my review of those 17 documents, I found a reference to a report compiled by a consultant named Milton Barker. On February 20, 2007, I wrote to Alaska DOT counsel to request that report.

16. I also discovered that one of the 17 documents was missing two pages. On February 23, 2007, I wrote to Alaska DOT counsel to request those pages.

17. On February 26, 2007, counsel for Alaska DOT e-mailed me electronic versions of the consultant's report and the two missing pages. *See* Exhibit 26. The consultant's report is Exhibit 27 to this declaration, and the two pages are included as part of Exhibit 19.

18. I forwarded the missing pages and the additional document to counsel for federal defendants and requested that they be considered with the February 23 request to augment the agency record.

19. As of March 13, 2007, federal defendants had not responded to my request. In response to an e-mail inquiry I sent, counsel for federal defendants wrote that one of the documents was already in the record and that the others "were not relied upon by FHWA. Thus they are pro[p]erly not in the record." The text of this e-mail exchange is attached as Exhibit 28.

20. During my review of the record designated by the federal defendants in this case, I identified several reports, studies, and guidelines that were referenced in documents in the administrative record, but which were not themselves in the designated record. These documents, and their corresponding references in the designated administrative record are:

- *Socioeconomic Impacts of Juneau Access Improvements Alternatives*, McDowell Group 1990. Referenced at AR 00055, 000361, and 000787.
- Scoping Report, Alaska Department of Transportation and Public Facilities 1990. Referenced at AR 000205.
- *Juneau-Haines Route Location Investigation, Study Update*, R&M Consultants 1981. Referenced at AR 000361
- *Evaluation of Corridor Alternatives, Juneau Access*, Acres International 1986. Referenced at AR 000361
- *Juneau Road Access Improvements*, JEDC 1989. Referenced at AR 000361.
- *Alaska Marine Highway System Marketing and Pricing Study*, September 2000. Prepared for Alaska Marine Highway System by McDowell Group. First page included as attachment to comments submitted by Lynn Canal Conservation at AR 24743.

- Cooperative Road Agreement, U.S. Forest Service and Alaska Department of Transportation and Public Facilities, June 15, 2005. Referenced at AR 030092.

21. I obtained copies of the last two documents on the list. I had a photocopy made of the first and third volumes of the *Alaska Marine Highway System Marketing and Pricing Study* from the Alaska State Historical Library. *See* Exhibits 29 and 30. The second volume includes largely survey results and other numerical tables on which the conclusions in the report are based. Katharine Glover obtained a copy of the Cooperative Road Agreement and provided it to me. *See* Exhibit 31.

22. On May 10 and June 21, 2006, the Southeast Alaska Conservation Council, together with other groups submitted FOIA requests to FHWA seeking documents "generated kept and/or considered by FHWA" in "furnishing guidance, participating in the preparation, and independently evaluating" the Supplemental Draft and Final Environmental Impact Statements for the Juneau Access project. *See* Exhibits 32 and 33.

23. On June 23, 2006, FHWA indicated that it would not be able to meet the statutorily required deadline to respond to provide the requested documents. FHWA, however, did provide the requestors with a preliminary index of responsive documents. *See* Exhibits 34 and 35. The requestors identified several priority documents from that list, and FHWA provided them. FHWA has never provided the complete set of documents responsive to the FOIA request.

24. I reviewed the preliminary index and identified documents that did not appear to be included in the administrative record designated by the federal defendants in this case. From that list of documents, I identified approximately 50 that appeared most obviously significant for Plaintiffs' claims in this case. I identified those documents based on the descriptions in the preliminary index because I had copies of only two of those documents. The documents I identified as most obviously significant are circled on the attached index. *See* Exhibit 35.

25. I identified that subset of documents in an effort to reach consensus with federal defendants and avoid a contested motion to augment the record.

26. On February 16, 2003, I e-mailed counsel for federal defendants and requested that the specific reports, studies, and guidelines identified in paragraph 20 be added to the record. In addition, I requested that the subset of documents identified in paragraph 24 be added. *See* Exhibit 36.

27. On March 5, 2007, counsel for the federal defendants sent me an e-mail with a response to my request. That response is Exhibit 37. Federal defendants declined to augment the record with any of the requested documents, save one.

28. Subsequently, I requested that FHWA provide me with documents from the preliminary index that are not in the designated administrative record. On March 16, 2007, counsel for federal defendants requested that I specify which documents I was requesting. In a telephone conversation, I informed him that I requested copies of all documents listed in the preliminary index but not included in the record. In the alternative, I requested copies of the subset identified in paragraph 24. Federal defendants have not responded to that request.

I declare under penalty of perjury that the foregoing is true and correct.

March 26, 2007
Date

Michael C. LeVine

# TABLE OF EXHIBITS
# TO DECLARATION OF COUNSEL

| Decl. Ex. No. | Description |
| --- | --- |
| 1 | Southeast Alaska Conservation Council, *et al.*, Freedom of Information Act Request to US Forest Service re: Forest Service's Review of the Juneau Access Improvements Project (June 8, 2006) |
| 2 | US Forest Service, Response to Southeast Alaska Conservation Council, *et al.*, Freedom of Information Act Request (July 18, 2006) |
| 3 | US Forest Service, Index to Response to Southeast Alaska Conservation Council, *et al.*, Freedom of Information Act Request |
| 4 | Ken Vaughan (US Forest Service) E-mail to Eric Ouderkirk (US Forest Service) re: Juneau Access (December 19, 2003) |
| 5 | Southeast Alaska Conservation Council, *et al.*, Notices of Intent to Sue the US Forest Service, US Army Corps of Engineers, and the Federal Highway Administration under the Endangered Species Act and the Administrative Procedure Act (May 10, 2006) |
| 6 | Ken Vaughan (US Forest Service) Memorandum to Peter Griffin (US Forest Service), *et al.*, re: Briefing from Reuben Yost concerning Juneau Access Project Status and Schedule (August 26, 2005) |
| 7 | Rob Murphy (Alaska DOT) Letter to Dave Miller (FHWA) re: Juneau Access Project 71100, NCPMGS-STP-00S(131), Parcel E-2 (April 18, 2006) |
| 8 | Dean Dunsmore (USDOJ) E-mail to Michael LeVine (Earthjustice) re: the Juneau Access Case (March 7, 2007) |
| 9 | Peter Putzier (State of Alaska) E-mail to Michael LeVine (Earthjustice) re: J.A. * Scheduling and Document Production (February 9, 2007) |
| 10 | Ira Rosen (Alaska DOT) Draft Memorandum to Distribution re: Juneau Access EIS Purpose and Need (November 30, 1993) |
| 11 | Roger Allington E-mail to Patrick Kemp (Alaska DOT) re: Juneau Access (March 2, 1994) |
| 12 | Patrick Kemp (Alaska DOT) Memorandum to Greg Dronkert re: Project No. 71100, Juneau-Access EIS (May 11, 1994) |

| | |
|---|---|
| 13 | Alaska Department of Transportation and Public Facilities, draft Chapter 1 (Purpose and Need for Action) of the Draft EIS, with hand-written edits (June 2, 1994) |
| 14 | Mary Ashmore (Alaska DOT) Memorandum to Gary Hayden (Alaska DOT) re: Juneau Access-Marine Alternative (January 25, 1995) |
| 15 | Tony Leonard (H.W. Lochner, Inc.) Memorandum to Bill Ballard (Alaska DOT) re: Juneau Access Improvements (EIS), Comments to March 21, 1995 Letter (April 10, 1995) |
| 16 | Andy Hughes (Alaska DOT) Memorandum to Patrick Kemp (Alaska DOT) re: Barker Review, Comments, Economic Analysis (September 28, 1995) |
| 17 | Tony Leonard (FPE/Roen-Lochner Joint Venture) Memorandum to Bill Ballard (Alaska DOT) re: Juneau Access Improvements (EIS), Coordination Meeting of September 28, 1995 (September 28, 1995) |
| 18 | Tony Leonard (H.W. Lochner, Inc.) Letter to Bill Ballard (Alaska DOT) re: Juneau Access Improvements (EIS) (October 10, 1995) |
| 19 | Tony Leonard (H.W. Lochner, Inc.) Letter to Bill Ballard (Alaska DOT) re: Juneau Access Improvements (EIS) (October 11, 1995) |
| 20 | Art Dunn (Dunn Environmental) and Rick Reed (FPE/Roen Engineers) Memorandum to Bill Ballard (Alaska DOT) re: Steller Sea Lion Critical Habitat Alignment (December 21, 1995) |
| 21 | Charles Hakari (Alaska DOT) Memorandum to Bill Ballard (Alaska DOT) re: Project No. 71100, JNU Access Sea Lion Haulout Alignment (March 26, 1996) |
| 22 | Reuben Yost (Alaska DOT) Draft Memorandum to Tim Haugh (FHWA) re: Range of Alternatives (February 6, 2003) |
| 23 | Rowan Gould (USFWS) Letter to Bill Ballard (Alaska DOT) re: Timing Guidelines for Migratory Bird Nesting (April 7, 2005) |
| 24 | Reuben Yost (Alaska DOT) Memorandum to Draft File re: Juneau Access Draft Mitigation Plan (October 17, 2005) |
| 25 | Michael LeVine (Earthjustice) Letter to Dean Dunsmore (USDOJ) re: additions to the agency record (February 23, 2007) |
| 26 | Peter Putzier (State of Alaska) E-mail to Michael LeVine (Earthjustice) re: Juneau Access Documents (February 26, 2007) |

| | |
|---|---|
| 27 | Milton Barker Letter to Tony Leonard (H.W. Lochner, Inc.) re: Review of Juneau Access Improvements Traffic Projection Analysis and User Benefits Analysis (September 20, 1995) |
| 28 | Dean Dunsmore (USDOJ) E-mail to Michael LeVine (Earthjustice) re: Juneau Access Record (March 13, 2007) |
| 29 | McDowell Group, Alaska Marine Highway System Marketing and Pricing Study, Volume 1 (September 2000) |
| 30 | McDowell Group, Alaska Marine Highway System Marketing and Pricing Study, Volume 3 (September 2000) |
| 31 | US Forest Service, Alaska Region, and State of Alaska DOT&PF, Cooperative Forest Road Agreement (June 2005) |
| 32 | Southeast Alaska Conservation Council, *et al.*, Freedom of Information Act Request to Federal Highway Administration re: Supplemental and Final EISs and the ROD (May 10, 2006) |
| 33 | Southeast Alaska Conservation Council, *et al.,* Freedom of Information Act Request to Federal Highway Administration re: post-ROD documents (June 21, 2006) |
| 34 | Karen Schmidt (FHWA), Response to Freedom of Information Act Request (June 23, 2006) |
| 35 | Federal Highway Administration, Index to Response to Freedom of Information Act Request |
| 36 | Michael LeVine (Earthjustice) Letter to Dean Dunsmore (USDOJ) re: documents missing from the agency record (February 16, 2007) |
| 37 | Dean Dunsmore (USDOJ), Documents Identified by Earthjustice |