# Southeast Alaska Conservation Council

SEACC 419 6th Street, Suite 200, Juneau, AK 99801
(907) 586-6942 phone • (907) 463-3312 fax
www.seacc.org • info@seacc.org

June 08, 2006

**VIA FAX TO 907-586-7852 AND FIRST-CLASS MAIL**

USDA Forest Service
Attn: Debbie Anderson, Regional FOIA Coordinator
P.O. Box 21628
Juneau, AK 99802

RE:  FOIA Request for documents relating to the Forest Service's Review of Juneau Access Improvements Project

Dear Ms. Anderson:

The Southeast Alaska Conservation Council (SEACC) and Alaska Transportation Priorities Project (ATPP) submit this request for records pursuant to Freedom of Information Act, 5 U.S.C. § 552.

On April 3, 2006, the Federal Highway Administration (FHWA) signed a Record of Decision (ROD) selecting Alternative 2B as the proposed action for the Juneau Access Improvements Project. On May 4, 2006, FHWA submitted to the United States Forest Service an application for an easement along the right-of-way for the selected alternative. On May 22, 2006, the Forest Service submitted two letters to FHWA. In one, it "concurs with the FHWA" in the decision made in the ROD. In the other, the Forest Service "agrees to the appropriation and transfer" of the requested lands pursuant to 23 U.S.C. § 317. Prior to the May 22 letters, the Forest Service authorized brushing and clearing along the proposed right-of-way. No public notice or opportunity to comment was provided regarding the Forest Service's actions in issuing those letters or in deciding to authorize the earlier clearing of the right-of-way on national forest lands. This request seeks documents that will help the requestors and public understand the process by which the Forest Service reached those decisions, the factors it considered, and the weight accorded those factors.

Specifically, we request records generated, received, kept and/or considered by the Forest Service in:

> 1) deciding to "concur with the FHWA" in the decision made in the ROD, as stated in the May 23, 2006 letter;

ALASKA SOCIETY OF AMERICAN FOREST DWELLERS, Point Baker • ALASKANS FOR JUNEAU • CHICHAGOF CONSERVATION COUNCIL, Tenakee • FRIENDS OF BERNERS BAY, Juneau • FRIENDS OF GLACIER BAY, Gustavus • JUNEAU AUDUBON SOCIETY • JUNEAU GROUP SIERRA CLUB • LOWER CHATHAM CONSERVATION SOCIETY, Port Alexander • LYNN CANAL CONSERVATION, Haines • NARROWS CONSERVATION COALITION, Petersburg • LISIANSKI INLET RESOURCE COUNCIL, Pelican • PRINCE OF WALES CONSERVATION LEAGUE, Craig • SITKA CONSERVATION SOCIETY • TONGASS CONSERVATION SOCIETY, Ketchikan • TAKU CONSERVATION SOCIETY, Juneau • WRANGELL RESOURCE COUNCIL • YAKUTAT RESOURCE CONSERVATION COUNCIL

*printed on recycled paper*

2) deciding to "agree" to the transfer of lands under 23 U.S.C. § 317 for purposes of constructing Alternative 2B for the Juneau Access Improvements project as stated in the May 23, 2006 letter; and

3) authorizing clearing, brushing, or any other felling of any trees along the proposed right-of-way prior to the date of this request.

For purposes of this request, the records we seek include: copies of all memoranda, studies, reports, data, correspondence, comments, conversation records, files, electronic mail records, or other documents, which have been generated, received, kept and/or considered by the Forest Service. This request does not include copies of the Juneau Access Improvements Draft Environmental Impact States, Supplemental Draft Environmental Impact Statement, Final Supplemental Environmental Impact Statement, Technical Appendices, ROD, or any other information already available on the Alaska Department of Transportation and Public Facilities, FHWA, or Forest Service websites. Please do not include copies of the following letters previously made available to SEACC or ATPP:

1. File 2730-2: May 22, 2006 letter to David C. Miller, FWHA, from Regional Forester Dennis E. Bschor
2. File 1950-4: May 22, 2006 letter to David C. Miller, FWHA from Regional Forester Dennis E. Bschor
3. File 1950-4/7710-4: May 3, 2006 letter to David C. Miller, FWHA, from District Ranger Pete Griffin, seeking clarification of field work currently underway.
4. File 1950-4: August 17, 2005 letter to Van Sundberg, Alaska Dept. of Transportation and Public Facilities, from District Ranger Pete Griffin, discussing the request of approval for a reconnaissance survey in four locations.

We request that all relevant documents be made available to the public through this FOIA request. Further, should the USFS claim that any documents, or portions thereof, covered by this request are exempt from production under the FOIA, please produce a comprehensive index of those documents. That log should contain, at a minimum, each document's title, author, and date of production, as well as an explanation of the reasons for which the USFS is withholding it.

Pursuant to 5 U.S.C. § 552(a)(4)(A)(iii), SEACC and ATPP seek a waiver of all fees associated with this request. Justification for a full fee waiver include:

1. The FOIA request seeks information pursuant to USFS management of public resources and oversight of activities on USFS land, pursuant to the Tongass Land Management Plan, associated with the Juneau Access Improvements Project.

2. Disclosure of the requested records will significantly contribute to public understanding. The requestors are public-interest organizations, whose core missions involve protecting the environment, public resources, and human health by, among other mechanisms, monitoring government management of public lands, encouraging public participation in government processes, and ensuring enforcement of applicable public laws. We have a long history of evaluating information similar to that requested here and disseminating it to the public through a variety of means.

SEACC et al. FOIA Request                                                                      Page 2
June 8, 2006
Case 1:06-cv-00009-JWS    Document 25-2    Filed 03/26/07    Page 2 of 3
Declaration Exhibit 1, Page 2 of 3

3. Disclosure will contribute to the public understanding of government activities. The records will inform the public about agency decisions, provide insight into the agency's decision-making processes, and potentially highlight competing views that exist within the agency.

4. All requestors are nonprofit groups with no commercial interest in the requested records.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 586-6942 should you have questions regarding the scope of this request or wish to discuss a suitable arrangement for producing the requested records expeditiously.

Best regards,

Buck Lindekugel
Conservation Director

SEACC et al. FOIA Request  Page 3
June 8, 2006
Case 1:06-cv-00009-JWS   Document 25-2   Filed 03/26/07   Page 3 of 3
**Declaration Exhibit 1, Page 3 of 3**