**File Code:** 6270-1-1
**Date:** JUL 18 2006

Mr. Buck Lindekugel
Conservation Director
Southeast Alaska Conservation Council
419 6th Street, Suite 200
Juneau, AK 99801

*Southeast Alaska*
*Conservation Council*
*JUL 20 2006*

Dear Mr. Lindekugel:

This is in response to your June 8, 2006, request for records under the Freedom of Information Act (FOIA). You requested documents relating to the Forest Service's review of the Juneau Access Improvements project. Specifically, you requested records generated, received, kept and/or considered by the Forest Service in:

1) deciding to concur with the Federal Highways Administration (FHWA) in the decision made in the FHWA's Juneau Access ROD, as stated in the May 22, 2006, letter to David C. Miller, FWHA;

2) deciding to agree to the transfer of lands under 23 U.S.C. 317 for purposes of constructing Alternative 2B for the Juneau Access Improvements project, as stated in the May 22, 2006, letter to David C. Miller;

3) authorizing clearing, brushing, or any other felling of any trees along the proposed right-of-way prior to the date of this request.

You noted several items in your letter that you did not want included in your request:

1) the August 17, 2005, letter to Van Sundberg from Juneau District Ranger Pete Griffin,

2) the May 3, 2006, letter to David Miller, FWHA, from Pete Griffin and

3) the two May 22, 2006, letters to David Miller, FWHA, from Alaska Regional Forester Dennis Bschor.

You also stated that you did not want copies of any information already available to the public in the form of NEPA documents or items on the Forest Service, Federal Highways, or Alaska Department of Transportation websites. Therefore, these documents are not provided. We have also excluded a 37-page SEACC document dated March 13, 2006.

The Juneau Ranger District and the Engineering and Aviation Management staff of the Regional Office located 73 documents totaling 244 pages and a CD containing additional information within the scope of your request. Enclosed is an index of these documents, 59 documents totaling 196 pages, and the CD. Under the provisions of 5 U.S.C. 552 (b)(5) (attorney-client or deliberative and pre-decisional internal agency communications), 14 documents totaling 48 pages are exempt from disclosure and are not provided, as noted on the enclosed index.



**Declaration Exhibit 2, Page 1 of 2**

Caring for the Land and Serving People    Printed on Recycled Paper

The FOIA provides you the right to appeal my decision. Any appeal must be made in writing to the Chief, USDA Forest Service, Mail Stop 1143, 1400 Independence Avenue, SW, Washington, DC 20250-1143, and be received by the office of the Chief within 45 days from the date of this letter. The term "FOIA APPEAL" should be placed in capital letters on the front of the envelope.

Sincerely,

DENNIS E. BSCHOR
Regional Forester

Enclosures

cc:
Ken Vaughan, Engineering & Aviation Management
District Ranger, Juneau Ranger District

**Declaration Exhibit 2, Page 2 of 2**