| Doc. # | Date | To | From | Description | Pages Released | Pages Withheld in part | Pages Withheld in full | Reason and Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/1/1978 | NPS | US Department of the Interior | National Register of Historic Places Inventory-Point Sherman Light Station (EAM) | 1 | | | |
| 2 | 10/30/2003 | Agency Representatives | Department of Transportation | Juneau Access Improvements Project Update (JRD) | 5 | | | |
| 3 | 12/19/2003 | Eric Ouderkirk, Pete Griffin | Ken Vaughan | Welcome to the Juneau Access Team (EAM) | 1 | | | |
| 4 | 4/6/2004 | | (File location Q Drive) | Old Growth reserves in the Kensington/Berner's Bay Region (JRD) | 1 | | | |
| 5 | 5/1/2004 | | GCD-8 | Generally Consistent Determination GCD-8 (JRD) | 4 | | | |
| 6 | 5/1/2004 | | GCD-24 | Generally Consistent Determination GCD-24 (JRD) | 3 | | | |
| 7 | 8/13/2004 | Pete Griffin | Department of Transportation | Re: Significant Recreation Facilities Juneau Access Improvements Project No. 71100 (JRD) | 5 | | | |
| 8 | 9/9/2004 | Ken Vaughan, Betty Wilt, Larry Dunham, Scott Fitzwilliams | Eric Ouderkirk | Comments on Juneau Access SDEIS Agency Review (EAM) | | | 3 | outside scope (b)(5) |
| 9 | 9/13/2004 | Ron Marvin, Eric Ouderkirk, Matt Phillips | Ken Vaughan | Re: Draft comments for Juneau Access (EAM) | | | 4 | outside scope (b)(5) |
| 10 | 9/14/2004 | | Juneau Ranger District | JRD Wildlife comments on Wildlife Technical Report for Juneau Access Improvements (JRD) | 7 | | | |
| 11 | 9/15/2004 | Pete Griffin | Ken Vaughan | Re: Fw: Juneau Access comments (JRD) | | | 1 | outside scope SDEIS comments(b)(5) draft comments |
| 12 | 9/15/2004 | Reuben Yost | Ken Vaughan | Wildlife Comments just received (JRD) | 1 | | | |

| Doc. # | Date | To | From | Description | Pages Released | Pages Withheld in part | Pages Withheld in full | Reason and Exemption |
|---|---|---|---|---|---|---|---|---|
| 13 | 11/10/2004 | Mike Bartholow, Reuben Yost, Pete Griffin, Eric Ouderkirk | Ken Vaughan | Explanation of Juneau Access Environmental Analysis (EAM) | 1 | | | |
| 73 | undated | Reuben Yost | Dennis Bschor | FS comments on the Supplemental Draft Environemental Impact Statement for Juneau Access(JRD) | | | 8 | outside scope SDEIS comments(b)(5) draft comments |
| 14 | 1/28/2005 | | Steve Hohensee | Comments on Juneau Access Improvements Draft SEIS (JRD) | 1 | | | |
| 15 | 2/28/2005 | Patricia Krosse, Karen Dillman, Larry Dunham, Eric Ouderkirk | Ken Vaughan | Re: Fw: Juneau Access Documents(EAM) | | | 5 | outside scope SDEIS comments(b)(5) draft comments |
| 16 | 3/4/2005 | Eric Ouderkirk, Pete Griffin | Ken Vaughan | Fw: Juneau Access Comments(EAM) | | | 6 | outside scope SDEIS comments(b)(5) draft comments |
| 17 | 4/6/2005 | Reuben Yost | US Army Engineer District, Regulatory Field Office | Reponse to request for comments on Supplemental Draft Environmental Impact Statement(JRD) | 3 | | | |
| 18 | 5/9/2005 | Pete Griffin | Larry Lunde | Thought categories for discussion with Ken V(JRD) | | | 1 | outside scope SDEIS comments(b)(5) draft comments |
| 19 | 8/10/2005 | | Alaska Department of Transportation | Juneau Access Preferred Alternative Changed(JRD) | 1 | | | |
| 20 | 8/17/2005 | | | Coastal Project Questionnaire and Certification Statement(JRD) | 10 | | | |
| | 8/17/2005 | Van Sundberg | Pete Griffin | Response to request for approval for a reconnaissance survey(JRD) | | | | Not Wanted (1) |
| 21 | 8/17/2005 | | Juneau Ranger District | Decision Memo: Juneau Access Geophysical Reconnaissance(JRD) | | | | Decision Memo Not Wanted (4) |

**Declaration Exhibit 3, Page 2 of 8**

| Doc. # | Date | To | From | Description | Pages Released | Pages Withheld in part | Pages Withheld in full | Reason and Exemption |
|---|---|---|---|---|---|---|---|---|
| 22 | 8/26/2005 | Pete Griffin | Ken Vaughan | Briefing from Ruben Yost concerning Juneau Access Project Status and Schedule(JRD) | 2 | | | |
| 23 | 9/9/2005 (estimated) | | Alaska Department of Transportation | Analysis of Request to Perform Geotechnical Drilling(JRD) (with permit application.) | 11 | | | |
| 24 | 11/9/2005 | Brian Goettler | Ken Vaughan | Juneau Access Revised Biological Assessment for Threatened and Endangered Species(EAM) | | | 2 | (b)(5) deliberative/pre decisional |
| 25 | 11/10/2005 | Tim Haugh | Brian Goettler | Request of concurrence from FS to conduct geotechnical drilling at Four Locations(JRD) | 4 | | | |
| 26 | 12/23/2005 | Carl Schrader | Reuben Yost | Juneau Access Improvements Project Number 71100 Response to SDEIS Comments(EAM) | 8 | | | |
| 27 | 1/1/2006 | | Alaska Department of Transportation | Right of Way Required: Juneau Access, Echo Cove to Katzehin Ferry Terminal (8 1/2 x 14" maps) (EAM) | 24 | | | |
| 28 | 1/11/2006 | James W. Balsiger | Tim A. Haugh | Acceptance of Additional Mitigation Measures(EAM) | 2 | | | |
| 29 | 1/11/2006 | Mark Jen | Reuben Yost | Juneau Access Improvements Project No. 71100(EAM) | 7 | | | |
| 30 | 1/11/2006 | Richard Enriquez | Reuben Yost | Juneau Access Improvements Project No. 71100(EAM) | 2 | | | |
| 31 | 1/11/2006 | Jeff Koschak | Rueben Yost | Juneau Access Improvements Project No. 71100(EAM) | 5 | | | |
| 32 | 1/30/2006 | Pete Griffin | Van Sundberg, Alaska Department of Transportation | Re: Juneau Access improvement Proj No 68937 Geotechnical Drilling 17 Holes Lace River to Slate Creek, Scope of Work(JRD) | 3 | | | |
| 33 | 1/30/2006 | State of Alaska Office of Project Mgt. And Permitting | Van Sundberg, Alaska Department of Transportation | Coastal Project Questionaire and Certification Statement(JRD) | 15 | | | |

| Doc. # | Date | To | From | Description | Pages Released | Pages Withheld in part | Pages Withheld in full | Reason and Exemption |
|---|---|---|---|---|---|---|---|---|
| 34 | 1/30/2006 | Cooperating Agency Reviewer | Reuben Yost | Distribution of the Final EIS for Juneau Access Improvements project(EAM) | 1 | | | |
| 35 | 2/14/2006 | Tim Haugh | Juneau Ranger District | Request of concurrence from FS to conduct additional geotechnical drilling between Lace River and Slate Creek (JRD) | 2 | | | |
| | 3/13/2006 | Reuben Yost | Buck Lindekugel, Emily Ferry, Rosa Miller | Southeast Alaska Conservation Council, the Alaska Transportation Priorities Project and the Auk Kwaan (JRD) | | | | SEACC Document - 37 pgs.- not provided) |
| | 4/1/2006 | | Alaska Department of Transportation | Record of Decision Juneau Access Improvements Project No 71100, Questions from Jeff Koschak and Responses (EAM) | | | | Outside scope - Not wanted - 71 pgs. |
| 36 | 4/1/2006 | | Alaska Department of Transportation | Juneau Access, Echo Cove to Independence Creek (8 1/2 X 14" maps) (EAM) | 5 | | | |
| 37 | 4/1/2006 | | Alaska Department of Transportation | Right of Way Required: Juneau Access, Echo Cove to Katzehin Ferry Terminal, and Echo Cove to Independence Creek (8 1/2 X 14" maps) (EAM) | 27 | | | |
| 38 | 4/18/2006 | Dave C. Miller | Rob Murphy | Department of Transportation Applies for right-of-way on Forest Service land (EAM) | 2 | | | |
| 39 | 4/23/2006 | Pete Griffin | Ken Vaughan | Survey Access to Juneau Access Surveyors (JRD) | 1 | | | |
| 40 | 4/25/2006 | Pete Griffin | Buck Lindekugel, Emily Ferry, Mary Rorick, Nancy Berland, Rosa Miller | Re: Juneau Access Improvments Project Right of Way and Clearing for Helicopter Landing Pads (JRD) | 3 | | | SEACC letter |

**Declaration Exhibit 3, Page 4 of 8**

Case 1:06-cv-00009-JWS    Document 25-4    Filed 03/26/07    Page 4 of 8

| Doc. # | Date | To | From | Description | Pages Released | Pages Withheld in part | Pages Withheld in full | Reason and Exemption |
|---|---|---|---|---|---|---|---|---|
| 41 | 4/26/2006 | Pete Griffin | Alaska Department of Transportation | Re: Juneau Access Improvement Project Helicopter Landing Zones for Survey Access(JRD) | 1 | | | |
| 42 | 5/9/2006 | Tim Obst | Kate Glover, Earthjustice | Request for a copy of the concurrence or memorandum of understanding form with FS for the Juneau Access centerline brushing (EAM) | 2 | | | |
| 43 | 5/10/2006 | Pete Griffin and John Leeds | SE Alaska Conservation Council | Notice of intent to sue under Endangered Species Act and Administrative Procedure Act for failure to initiate formal consultation(JRD) | 6 | | | SEACC Notice |
| 44 | 5/12/2006 | Eric Ouderkirk, Matt Phillips, Pete Griffin | Ken Vaughan | Draft Letter of Consent and Right of Entry for Juneau Access(EAM) | | | 5 | (b)(5) Draft |
| 45 | 5/16/2006 | Ken Vaughan, Pete Griffin | Eric Ouderkirk | Edits for Juneau Access Right of Entry(EAM) | | | 5 | (b)(5) Draft |
| 46 | 5/17/2006 | Pete Griffin | Buck Lindekugel | Re: Questionable clearing activities on Juneau Access right of way(JRD) | 2 | | | SEACC letter |
| 47 | 5/18/2006 | Ken Vaughan | Pete Griffin | 7:25 a.m. Forwarding email from Elizabeth Bluemink about tree clearing at drill sites (EAM) | 2 | | | |
| 48 | 5/18/2006 | Tim Obst, Dawn Germain, Keith Simila, Ken Vaughan | Pete Griffin | 8:19 e-mail re. Juneau Access centerline brushing, forwarding 5/17 e-mail from Kate Glover, Earthjustice (EAM) | | | 2 | (b)(5) Attorney-client |
| 49 | 5/18/2006 | Tim Obst, Dawn Germain, Keith Simila, Ken Vaughan | Pete Griffin | 8:25 e-mail re Juneau Access centerline brushing forwarding 5/9 and 5/17 e-mails from Kate Glover | | | 2 | (b)(5) Attorney-client |
| 50 | 5/18/2006 | Ken Vaughan, Mark Chan | Pete Griffin | 9:08 a.m. Re: Fw: Photos, one more coming. | 2 | | | |

| Doc. # | Date | To | From | Description | Pages Released | Pages Withheld in part | Pages Withheld in full | Reason and Exemption |
|---|---|---|---|---|---|---|---|---|
| 51 | 5/18/2006 | Pete Griffin, Christopher Hansen, David Zuniga | Mark Chan | 12:27 e-mail Re: Fw: Photos, one more coming...(JRD) | 3 | | | |
| 52 | 5/18/2006 | Mark Chan, Christopher Hansen, David Zuniga, Ken Vaughan, Ray Massey | Pete Griffin | 1:18 e-mail Re. Fw: Photos, one more coming..(EAM) | 1 | | | |
| 53 | 5/18/2006 | Randolph Bayliss | Elizabeth Bluemink | 2:10 e-mail Fw: Follow-up questions on drilling and clearing (JRD) | 3 | | | |
| 54 | 5/18/2006 | Pete Griffin | Buck Lindekugel | 3:17 e-mail Response to photos and concerns (JRD) | 2 | | | |
| 55 | 5/19/2006 | John Leeds | Pete Griffin | Re: Juneau Access Road response to USACE questions (EAM) | 2 | | | |
| (56) | 5/22/2006 | Ken Vaughan | Pete Griffin | Talking points for Friday Meeting concerning the conditions that were met by the FWHA (EAM) | 2 | | | |
| 57 | 5/22/2006 | Ken Vaughan | Rueben Yost | Fwd: Re: Follow-up Questions (from Bluemink) (EAM) | 1 | | | |
| | 5/22/2006 | David Miller | Dennis Bschor | letter re. Concurrence with FHWA . | | | | Not wanted - 2 pgs. |
| | 5/22/2006 | David Miller | Dennis Bschor | letter re. agreement for easement with 17 pg enclosure. | | | | not wanted -21 pgs. |
| 58 | 5/24/2006 | Pete Griffin | Travis Guymon, Alaska Department of Transportation | Re: Notice of proposed easement, ADL 107463 (14 pgs. Of maps) (JRD) | 18 | | | |
| 59 | 5/25/2006 | Buck Lindekugel | Pete Griffin | (transmittal message only) Response to April 25/May 17 Letters (JRD) | 1 | | | |
| 60 | 6/1/2006 | | Alaska Region USDA Forest Service | Juneau Access Road Briefing Paper (EAM) | 2 | | | |

**Declaration Exhibit 3, Page 6 of 8**

| Doc. # | Date | To | From | Description | Pages Released | Pages Withheld in part | Pages Withheld in full | Reason and Exemption |
|---|---|---|---|---|---|---|---|---|
| 61 | 6/1/2006 | Pete Griffin, Ray Massey, Dennis Neill, Forrest Cole, Keith Simila | Ken Vaughan | FHWA has released the Juneau Access Project for Contract Advertisement (EAM) | 1 | | | |
| 62 | 6/2/2006 | Pete Griffin | Karen Schmidt, FHA | Juneau Access Improvement Project: Response to concerns about conflicting reports on field work (EAM) | 2 | | | |
| 64 | 6/2/2006 | Keith Simila, Ken Vaughan | Dawn Germain | 12:27 a.m. Re: Earth Justice question (EAM) | | | 3 | (b)(5) Attorney-client communication. |
| 65 | 6/2/2006 | Dawn Germain, Keith Simila | Ken Vaughan | 4:18 p.m. Note on standard cited by Earth Justice (EAM) | | | 1 | (b)(5) Attorney-client communication. |
| 66 | 6/6/2006 | Paul Brewster, Keith & Anne Simila, Forrest Cole | Dennis Bschor | Fw: Response to Mike Chamber's email on Juneau Access Process (EAM) | 5 | | | |
| 67 | 6/6/2006 | Pete Griffin, Keith Simila | Ken Vaughan | Parks and Rec Assembly Chambers meeting, arrange to answer questions (EAM) | 1 | | | |
| 68 | 6/6/2006 | Cherie Shelley, Betsy Rickards, Robin Dale, Keith Simila, Tim A Obst | James Thomas | 1:42 Re: Fw: Earth Justice question (EAM) | 4 | | | |
| 69 | 6/7/2006 | Dawn C Germain, Keith Simila, Pete Griffin | Ken Vaughan | 9:53 a.m. Call from Sue Schrader, SEACC, question about feasibility study of the alternative Juneau Access (EAM) | 1 | | | |
| 70 | 6/7/2006 | Dawn Germain, Keith Simila, Ray massey, Eric Ouderkirk | Ken Vaughan | 10:42 a.m. Re: Discussion at the City and Borough of Juneau Parks and Recreation Advisory Committeee(EAM) | 2 | | | |

| Doc. # | Date | To | From | Description | Pages Released | Pages Witheld in part | Pages Withheld in full | Reason and Exemption |
|---|---|---|---|---|---|---|---|---|
| 71 | 6/8/2006 | Pete Griffin, Keith Simila, Eric Ouderkirk, Tim Haugh | Ken Vaughan | FOIA from SEACC concerning Juneau Access(EAM) | | | | outside scope (1 pg) |
| 72 | 6/9/2006 | Keith Simila | Malcolm Menzies | Fw: Mike Chamber's response to Rod Swope(EAM) | 7 | | | |
| | | | | | 241 | | 48 | |

7/20 Corrections to index: 9/13 letter ( Listed in both columns (-4 from release column); 9/15/04 to Pete from Ken - withheld (-1 pg from release column); 5/18/06 no pages listed (+ 2 to release column); 6/6/ 06 1:42 moved to released column (+ 4 pgs to released column); 6/8 e-mail "FOIA received" - outside scope (-1 pg from release column).

**Declaration Exhibit 3, Page 8 of 8**

Case 1:06-cv-00009-JWS    Document 25-4    Filed 03/26/07    Page 8 of 8