EAM

| | | |
|---|---|---|
| Ken Vaughan/R10/USDAFS | To | Eric Ouderkirk/R10/USDAFS@FSNOTES |
| 12/19/2003 03:27 PM | cc | Peter M Griffin/R10/USDAFS@FSNOTES |
| | bcc | |
| | Subject | Juneau Access |

Welcome to the Juneau Access team!!!

Ranger Pete and I share the team lead. I have the designation for the Region and Pete for the Tongass.

This is a narrow decision space for the Forest Service concerning the appropriation of land for rights of way for a highway. (See 23 USC 317).

We can and should be asking for enhancements along the route that will meet the needs of the Forest Service and our visitors. We may also need some protections for resources also. Great opportunity for some short term and longer term master planning for recreation.

Thanks for helping!!


Ken Vaughan, P.E.
Deputy Director, EAM
709 W. 9th Street (Zip 99801-1807) - for Fed Ex and couriers
PO Box 21628 (Zip 99802-1628) - for mail delivery
Juneau, Alaska 99802

Office  907 586-8789
Cell    907 723-3508
FAX    907 586-7555