EAM

# STATE OF ALASKA

**DEPARTMENT OF TRANSPORTATION
AND PUBLIC FACILITIES**

FRANK H. MURKOWSKI, GOVERNOR

6860 Glacier Highway
P.O. Box 112506
JUNEAU, ALASKA 99811-2506
PHONE: (907)465-4540
FAX: (907)465-6216
TTY/TDD: (907)465-4647
1-800-575-4540

SOUTHEAST REGION – PRECONSTRUCTION
RIGHT OF WAY & UTILITIES

April 18, 2006

RE: Juneau Access
    Project 71100, NCPMGS-STP-00S(131)
    Parcel E-2

Mr. Dave C. Miller
Division Administrator
Federal Highway Administration
P.O. Box 21648
Juneau, AK 99802-1648

Dear Mr. Miller:

The Department of Transportation and Public Facilities (DOT&PF) hereby applies for right-of-way on Forest Service land located as hereinafter more particularly described, and states:

This application is being filed under the Act of August 27, 1958 (72 Stat. 916, 23 U.S.C. 317). The rights-of-way sought to be acquired are necessary in order to construct and maintain a highway connecting the towns of Juneau, Haines, and Skagway in the State of Alaska. The desired right-of-way will occupy a total of 1,671 acres, more or less. The total centerline length of the desired right-of-way is 28.3 miles, more or less. Construction will begin during the 2006 construction season. DOT&PF requests immediate right of entry pending final grant of right-of-way.

DOT&PF agrees that the application, if approved, will be subject to the terms and conditions of the applicable regulations of the Department of Agriculture and agrees to utilize the right-of-way requested within ten (10) years following the transfer of the land.

In support of this application and in compliance with the rules and regulations of the Department of Agriculture governing rights-of-way, the Four (4) sets of parcel plats showing the location of the land to be acquired are attached and made a part thereof. No field notes are attached, since all angles and dimensions constituting the field notes are shown thereon.

The final Environmental Impact Statement for this project was approved on April 3, 2006.

*"Providing for the movement of people and goods and the delivery of state services."*

WHEREFORE, the applicant requests that the right-of-way herein applied for be approved.

Sincerely,

*Rob Murphy*
Rob Murphy
Regional Chief Right of Way Agent


cc:  Ken Vaughan, USDA-FS