# Mike Levine

| | |
|---|---|
| From: | Dunsmore, Dean (ENRD) [Dean.Dunsmore@usdoj.gov] |
| Sent: | Wednesday, March 07, 2007 6:04 PM |
| To: | Mike Levine |
| Cc: | GERMAIN, DAWN; Howell, Coby (USAOR) |
| Subject: | FW: Juneau Access case |

I omitted document # 56. It was post decision, plus was only a discussion about whether to prepare a talking points document. It was not substantive and no proposed talking points was attached. dean

> _____
> From: Dunsmore, Dean (ENRD)
> Sent: Wednesday, March 07, 2007 1:34 PM
> To: 'Mike Levine'
> Cc: 'GERMAIN, DAWN'; Howell, Coby (USAOR); 'Ortez, David'
> Subject: Juneau Access case
>
> Follow up to your request of February 9, 2007, regarding Forest
> Service record documents.
>
> The Forest Service is willing to add document Nos. 38 and 43.
>
> Document Nos. 1 through 37 predated document # 38 which it or either
> the FHWA letter of May 3, 2006, FS AR # 3, started the administrative
> process before the Forest Service. Document Nods. 39, 40, and 41, were
> post EIS investigations that did not relate to the Forest Service's
> authorization for the appropriation of the lands for the right-of-way
> under the FHWA process.
>
> Document Nos. 44 & 45 were drafts that were not circulated for general
> comment.
>
> Document # 46 had to do with survey work, a different issue, and had
> no relation to the agency decision to authorize appropriation of the
> right-of-way under the FHWA process. dean