## Mike Levine

**From:** Peter Putzier [Peter_Putzier@law.state.ak.us]
**Sent:** Friday, February 09, 2007 10:11 AM
**To:** Mike Levine
**Cc:** Dean Dunsmore
**Subject:** J.A. * Scheduling And Document Production

Mike:

The Department is amenable to producing its Special Project files, generally excepting those items already in the administrative record. The Special Project files relate to those documents involving work on the Juneau-Access improvements environmental impact statement.

The files which the Department will produce will not, for the most part, include construction, contracting, pre-design, or geo-technical issues.

You specifically requested right-of-way files, and we will produce the general files from the right-of-way section per your request.

This is a large project covering many years, and our goal is to allow your review of those documents probably most directly relevant to our litigation. In so doing, we are not agreeing in any fashion that the administrative record is inadequate, or even that plaintiffs have a right to review the documents. Nor is the state representing that the entire universe of Juneau Access documents have been produced. Instead, we intend to make a reasonable production to you, per your request, and to work in a cooperative fashion with you. We can thereby hopefully avoid the motion to compel, and delays in discussing scheduling, which you have suggested will result if the documents are not made available.

We could have the files available for your review by Monday at 1:00 p.m. Please verify you would like to review these records, and when you will conduct your review.

As to your scheduling concerns from yesterday, you asked: (1) if the deadline to supplement the record may be extended; (2) will the state forego activities on the project until September 1; (3) if no, will the Department agree to modification of the schedule based on a potential need for a preliminary injunction motion.

The Department does not object to extending the date to supplement the record to March 5; the Department will not stipulate to forego activities on the project until September 1 (recognizing, too, that all necessary permits have not been obtained at this time in any event); the Department recognizes your right to file a motion for preliminary injunction, and modification of the schedule can be taken up if necessary when, and if, such briefing occurs.

With that information, I would again request your input regarding the briefing schedule I proposed on Wednesday, February 7.

Peter