# MEMORANDUM

## State of Alaska
Department of Transportation & Public Facilities

TO: Distribution

FROM: Ira Rosen, P.E.
Project Manager
Preconstruction Section

DATE: November 30, 1993

PROJECT NO: 71100

TELEPHONE NO: 465-4413

SUBJECT: Juneau Access EIS
Purpose and Need

**DRAFT**

The Alaska Department of Transportation & Public Facilities has identified a need for improved access to Alaska's capital city.

Improving the link between Juneau and the statewide highway system would meet several needs and purposes.

1. *Allow for more flexible, less expensive travel to and from Juneau.* Access to this community of 30,000 is by air or water. Traveling on state ferries or commercial airlines are the only options for most residents and visitors. Ferries leave Juneau about eight times a week in summer and four times a week in winter. Commercial airlines provide flights daily year-round. Freight is carried by ferry, barge or air. There is a need to provide full time, on demand service and reduce user costs. Because of the AMHS's capacity restrictions, many people cannot travel when they want to. Advance bookings by tourists, and special events, such as the Southeast State Fair, swim meets and basketball tournaments severely limit travel times. A one way ticket between Haines and Juneau is about $50 and takes 4 1/2 hours. Because of the high cost, length of trip and inconvenient sailing times many people who would like to travel choose not to. Reducing user costs and travel time could increase tourism and improve the business climate in northern Southeast and create upwards of 400 new service related jobs in Juneau alone.

2. *Improve access to and through a spectacularly beautiful area and to the property in that area.* The Northern Lynn Canal includes beautiful mountains dotted with glaciers, dramatic river valleys, prime habitat for waterfowl and other wildlife. Small boats now provide the only access to more than 50 miles of northern Lynn Canal. People with physical handicaps are precluded from visiting much of the area. Improved access would allow many more

DRAFT

Alaskans and visitors to enjoy one of Alaska's most scenic areas, while still leaving many opportunities in the area and in other parts of Alaska for those who prefer experiences remote from easy access.

3. *Create an integrated regional transportation system.* The area between Juneau, Haines and Skagway contains spectacular sights and abundant opportunities for recreation and hunting and fishing. The current transportation system makes it very difficult and costly for Alaskans and others to visit more than small, fragmented parts of the region. An improved link between Juneau and the Alaskan Highway system would allow much more convenient and less expensive trips to and from Alaska's capital.

4. *Enhance economic diversification and opportunities for growth in Juneau and the surrounding area.* Juneau relies heavily on government spending. Both the federal and state governments are trying to cut spending. Improved access would increase tourism and help broaden and stabilize Juneau's economy. Some support services would be required along a highway corridor, potentially creating opportunities for private development. A highway would also improve access to timber, mining and other resources in Northern Lynn Canal. It would be an important part of the infrastructure needed to bring the area's resources to market.

5. *Connect with the statewide transportation system.* A Juneau Access Highway would link Juneau and the rest of Northern Lynn Canal with the entire system of Alaska and U.S. highways. America's highways have historically been an integral part of its growth and development. A previous Department of Transportation study- *Tomorrow's Alaska: Transportation for the 21st Century (1991)*-recommended improving Juneau's access.

*Written almost entirely toward the land-based option, doesn't seem to incorporate enhanced AMHS operations as an option.*