Printed By: Sandi Anderson     3/2/94 8:06 AM                    Page: 1     N
      From: Roger Allington (3/2/94)
        To: Pat Kemp
        CC: Sandi Anderson
       BCC:
  Priority: Normal                                         Date sent: 3/2/94 7:38 AM

**Mail*Link® SMTP**  |  Juneau Access

```
                        Subject:
Time: 6:34
OFFICE MEMO             Juneau Access
Date: 4/1/94
```

The back-up paper for the Juneau Access meeting March 3, entitled "Purpose of and Need for the Action" has two serious ommissions.

1. The primary reason for the current study is the need for a road from the Tulsequah Chief and Taku Polaris mines to a tidewater port in Taku Inlet. Because such a tidewater access could be part of the Juneau Access, it must be part of the EIS. However, the economic impact of mining in Canada with tidewater access near Juneau should be addressed as part of the study.

2. You need to include a comparison of the costs of maintenance and operations between ferries and roads for the Lynn Canal option. With declining state revenues we cannot afford any more miles of ferry runs than we absolutely need. Ferries cost the state approximately 20% ore than roads in maintenance and operating costs for the ame distance and capacity.

You should also be aware that the FHWA agreed to fund the Juneau Access study only because the Taku route was included. Their position at the start of this exercise was that neither Lynn Canal highway option was economically feasible and therefore should not be studied except as options to the Taku route, which they considered feasible because it would provide service if only the Tulsequah to tidewater portion were built. (Conversation among Messrs. Ruby, Heimbuch, McKinnon, Otteson and Allington on June 24, 1992)