# MEMORANDUM

**State of Alaska**
Department of Transportation & Public Facilities
Southeast Region

TO: Greg Dronkert
System Director
Alaska Marine Highway System
MS 2505

DATE: May 11, 1994

FROM: Patrick J. Kemp, P.E.
Regional Preconstruction Engineer
Design and Construction

FILE NO: PC-036

TELEPHONE NO: 465-4428

SUBJECT: Project No. 71100
JNU-Access EIS

Thank you for the recent memorandums regarding AMHS alternatives available to improve transportation capacity and frequency problems being encountered in the Lynn Canal Corridor. Based on input from AMHS and Southeast Region Planning, I am going to give the consultant direction to study the following route alternatives in the Environmental Impact Statement:

**Do Nothing Alternative:** Existing mainline and secondary ferry routes and service. Approximately seven mainline ferry round trips per week in the summer, serving Auke Bay, Haines Lutak Terminal, and Skagway with through service to southeast communities south of Juneau to Prince Rupert and Bellingham, Washington.

**Auke Bay Shuttle:** One or more vessels deployed to shuttle passenger and vehicle traffic between Juneau's Auke Bay Terminal, Haines and Skagway. Summer service provided by two vessels each providing one round trip between Auke Bay and Skagway with stops at Haines in both directions. One vessel based at Auke Bay and one vessel based at Skagway.

A range of vessel options to service the Auke Bay Shuttle Route will be evaluated to identify the most cost effective option for providing 20 years of service. Options range from use of an existing ferry vessel to acquisition of a new mono hull, wave piercer, and swath hull vessel.

**Berners Bay Shuttle:** This alternative duplicates the Auke Bay shuttle alternative but moves the southern terminal from Auke Bay to a new terminal constructed at the end of the existing Glacier Highway in the vicinity of Bridget Cove and Berners Bay. Priority will be placed on a terminal location nearest to the main route to minimize time off the main route versus the most protected location. Auke Bay Terminal will be maintained as a backup terminal during periods of rough seas at the new terminal and in the winter.

Repeat same vessel evaluations as for Auke Bay Shuttle alternative.

**Discontinuous Shuttle Ferry Service Between Juneau and Skagway:** Evaluate the Auke Bay and Berners Bay shuttle ferry alternatives with the scheduling of one vessel between Juneau and Haines (Mud Bay) and one vessel between Haines and Skagway.

**Mainline Service with Supplemental Berners Bay Shuttle Ferry Service:** Continue mainline through service using the Berners Bay Terminal in the summer and the Auke Bay Terminal in the winter. Introduce a shuttle ferry to increase corridor capacity.

Thanks again for your help with identifying these alternatives.

cc: Barry L. Bergdoll, P.E., Acting Director, Design and Construction
Nate Johnson, Regional Environmental Coordinator
Mike McKinnon, Chief of Planning
Jonathan W. Scribner, P.E., Regional Director

Declaration Exhibit 12, Page 1 of 1
Case 1:06-cv-00009-JWS  Document 25-13  Filed 03/26/07  Page 1 of 1