# CHAPTER 1
# PURPOSE AND NEED FOR ACTION

## GENERAL SETTING

The proposed project is located in Southeast Alaska between Juneau and Haines and Skagway to the north, along a large fjord, known as the Lynn Canal (see Figure 1-1 - NOTE: Figures 1-1 and 1-2 are still to be prepared).

The purpose of the project is to provide a land highway connection between Juneau, the capital of Alaska, and points to the north in Alaska and the Yukon Territory. Currently the only modes of transportation available to Juneau are by air or water.

The Haines Highway, on the west side of Lynn Canal, comes within 50 miles of the Juneau road system. The Klondike Highway reaches Skagway, at the northern end of the Lynn Canal. Skagway is over 70 miles from the Juneau road system. Both the Haines and Klondike Highways connect with the Alaska Highway (see Figure 1-2). The project is intended to connect Juneau by land with one of these existing highways.

The need for the project is based on existing and projected transportation needs in Southeast Alaska. Despite the lack of a land highway, the transportation link between Juneau and points north in Alaska and Canada is heavily traveled. Transportation demand has outgrown the level of service provided by the state ferry system, particularly for the summer months. Forecasts of population and tourism growth in Southeast Alaska clearly indicate that demand will continue to increase. These increases will worsen existing capacity problems and will warrant more frequent service.

## EXISTING ACCESS TO JUNEAU

Among the missing links in the land highway network of the North American continent is the lack of a land highway connection to Juneau, the capital of Alaska. Juneau is the largest community on the mainland of the North American continent without a land highway connection. In lieu of a land highway, people use airplanes, state ferries, boats and cruise ships to get to and from Juneau.

## Alaska Marine Highway System

The Alaska Marine Highway System, a ferry system run by the State of Alaska, is the only public carrier transporting both vehicles and passengers between the Juneau road network and points on the continental highway system. Almost all vehicle travel between Juneau and Haines and Skagway takes place aboard state ferries.

Most vessels serving in Lynn Canal make two round-trips per week between Prince Rupert, British Columbia, and Haines and Skagway, Alaska. Once-a-week service is provided by a vessel sailing from Bellingham, Washington. These ferries stop in Juneau, as well as other Southeast Alaska ports, as they sail between their northern and southern termini.

Lynn Canal service is also provided by a Juneau-based vessel that usually sails to several smaller communities not served by the rest of the fleet. When providing service, all state ferries operate on an around-the-clock basis (24 hours-a-day, 7 days a week).

Each year, the state of Alaska spends about $9 million to operate the marine highway service in the Lynn Canal corridor. On a system-wide basis, 57% of operating costs is recovered from travelers (both passengers and vehicles) using the system through the payment of tolls. Separate information is not available on cost recovery in the Lynn Canal corridor[1]. However, the Lynn Canal corridor is believed to have a higher level of cost recovery than the system-wide average and estimates range as high as 80%.

## Private Carriers

Other options for surface travel include at least two private carriers that transport only passengers. Passenger service is limited to the summer season (May - September).

Vehicle-only (no passenger) transportation is provided once a week on a year-round basis by a private barge line. The barge line carriers vehicles and freight between Juneau, Haines and Skagway. Vehicle owners must find other means of transportation, usually by air.

---

[1] The Alaska Marine Highway System operates on a region-wide basis. Cost and revenue information is available only on a vessel basis. Since each vessel spends only a portion of its operating time in the Lynn Canal, no separate cost information is available for service between Juneau, Haines and Skagway.

Case 1:06-cv-00009-JWS   Document 25-14   Filed 03/26/07   Declaration Exhibit 3, Page 2 of 6

## SYSTEM LIMITATIONS

*[handwritten annotation at top: ACTUALLY, SINCE THERE ARE NO EXISTING VIABLE AFFORDABLE ALTERNATIVES THIS IS THE ONLY SYSTEM ENCOURAGING AND PROVIDING FOR LONG DISTANCE TRAVEL. THE PROBLEM IS DEMAND EXCEEDS SUPPLY.]*

The existing system limits long-distance travel both on a regional and statewide basis, due to the low frequency of service, capacity limitations, schedule of travel, length of trip and costs. *[handwritten: NOT TRUE — COSTS ARE MUCH LOWER THAN EXISTING ALTERNATIVES (i.e. AIR & BARGE) / reword]*

The regional economy is stifled by discouraging commerce between Juneau and the neighboring communities of Haines, Skagway and Whitehorse. Opportunities for educational and cultural exchange are lessened. Public and private providers of health, education and social services find it harder to meet the needs of their customers because travel by surface transportation is infrequent and costly. *[handwritten: NOT TRUE / reword — PRESENTLY, MARINE TRANSPORTATION PROVIDES THE MOST AFFORDABLE LINK, PROMOTING BOTH ECONOMIC AND SOCIAL GROWTH.]*

### Low Frequency of Service

State ferries do not sail on a daily basis except during the summer months (June through September). At other times of the year, ferries sail only every third day, with sailings 3 or 4 times per week. Summer service is typically provided only 6 days per week. Some days have multiple sailings. On many summer days, the ferries are currently filled to capacity. A traveler without reservations often must wait a number of days before space is available. In 1993, the longest wait was up to 6 days before ferry space was available northbound from Juneau.

Private passenger-only service is provided only in the summer season. Private barges carry vehicles and freight once-per-week throughout the year.

### Capacity Limitations

Demand exceeds capacity aboard the state ferries, particularly for the summer season (May through September). When demand exceeds space, state ferries are unable to provide the required capacity to carry all vehicles (and sometimes passengers) that desire to travel. Travelers without reservations must either reschedule their trip or cancel it. *[handwritten: IN THE SUMMER THE VAST MAJORITY OF DEMAND IS TOURISM. TOURISTS HAVE HIGH DEMAND FOR FERRY SERVICE]*

Ferries currently operate at capacity, as shown in the following 1993 data. Beginning in mid-May, 1993, approximately 44% of northbound ferries left Juneau at full capacity (without space for additional vehicles). By the end of June, southbound travelers from Skagway to Haines and from Haines to Juneau also faced capacity constraints with 43% of the trips at capacity. In July (the highest volume month), space was not available on 70% of either the 32 northbound or southbound trips. By mid-September, space was generally available aboard each sailing. During other months, space is typically available, but individual trips may still end up fully-booked.

*[handwritten bottom right: WILL TOURIST DEMAND BE THE SAME FOR A DIFFERENT SERVICE?]*

Case 1:06-cv-00009-JWS Document 25-14 Filed 03/26/07 Page 3 of 6

Forecasts of future growth clearly indicate that demand will continue to increase. This increase will worsen existing capacity problems and extend the period when most ferries depart at capacity (with no room for additional vehicles).

### Schedule Inflexibilities

Inflexibility means that the traveler has no choice but to cater to the schedule of the state ferries. Trip arrangements must be made for the specific date and time of the scheduled boat departure. In other than the summer months, travel days are spread throughout the week, with Monday, Wednesday and Sunday being the most common. Since each ferry operates 24-hours per day, arrivals and departures are scheduled at any hour, day or night. Many take place between midnight and 6:00 a.m., which is not a typical travel time for most travelers. *→ NOTE THIS SUMMERS SCHEDULE: NORTHBOUND JNU — 2300 LATEST 0445 EARLIEST SOUTHBOUND SKWY/HNS —* Arrivals of the state ferries in Haines are not synchronized with the hours of the U.S. *0130 LATE* and Canadian customs stations located 44 miles from Haines. The customs stations *0645 EARLIEST* close by 11:00 p.m. on a year-round basis.

*LOOK AT SCHEDULE: ARRIVAL HNS (1980) 7:30 PM LATEST, ARRIVAL SKWY*
Mountain passes are sometimes open only during the daylight hours in the winter *2130* season when weather conditions are poor. This causes further travel delays to night *(9:30 PM)* arriving ferry-passengers who must wait for daylight to cross the mountains. *LATEST?*
*→ WILL MOUNTAIN PASSES BE KEPT OPEN 24 HRS ALL YEAR WITH PROPOSED HIGHWAY?*

*MAY / MAY BE* The state ferries also experience equipment problems or departure delays which prevent them from keeping to their schedule. Schedules are missed because of equipment breakdowns and delays at previous ports. State ferries operate on a 24-hour-per-day basis, and each ferry's schedule contains little in the way of "slack" time. Once a vessel is behind schedule, there are few opportunities for it to make up "lost" time. When equipment breaks down, the ferry trip is often canceled, *TO GET BACK ON SCHEDULE*

When sailings are delayed, a traveler may be unable to complete the trip. They must either wait for the next boat, or cancel their trip. If the trip is canceled due to equipment break-downs, the traveler is left without alternate transportation. Space may be available on the next ferry, but it may not sail for several days. In the peak travel months, space may not be available for up to a week.

### Passenger and Vehicle Tolls

*→ PROVIDING A RATE OF RETURN ON M&O COSTS. (THIS IS GOOD)*

State ferries operate as toll facilities. Fares are based on vehicle length, with additional charges for passengers. For a party of 4 to make the 84-mile one-way trip between Juneau and Skagway in the summer, the costs would be $167. This cost estimate is based on $63 for a full-sized vehicle plus $26/person but does not include the costs of meals or staterooms. These fares are much higher than the typical operating costs for a vehicle driving the same distance. At 35 cents per mile (to

*MISSES point: looked at as use fees + state tax*
*NOT REQUIRED ON SUCH A SHORT SAIL*

*→ OF COURSE!*
*WE COULD JUST AS EASILY OPT NOT TO ___ WHAT ABOUT IN THIS CASE THE USDC HAS NO OP. COSTS CAPITAL COSTS OF THE ROAD*

*[Handwritten at top: "Very Weak!"]*

conservatively account for fuel and maintenance costs), the 84-mile round trip between Juneau and Skagway would be $29.40.

### Slow Travel

*[Handwritten: "6 HRS INCLUDES LOAD & DISCHARGE"]*

When underway, the typical state ferry travels at a speed of 31 kilometers (19 miles) per hour. With loading and unloading factored in, overall travel speeds drop to less than 16 kilometers (10 miles) per hour. The <u>minimum travel</u> time between Haines and Juneau is 7 hours. Between Skagway and Juneau, the trip requires at least 9 -1/2 hours; travel time increases if a longer port time is scheduled in Haines. Due to the ferry schedules, a round-trip between Juneau and Skagway in the summer, with at least a 6 hour stay in between trips, would take at least two days. This time would be longer in the winter months when sailings are less frequent.

*[Handwritten: "BUT! IF YOU GO TO HAINES YOU CAN GET 6 HOUR LAYOVER AND CATCH THE SAME FERRY SOUTHBOUND"]*

In comparison, the 84-mile trip between Juneau and Skagway could be made in under 3 hours during the summer months on a land-based roadway. It would be possible to make a round-trip in one day.

*[Handwritten: "Don't forget you can make a round-trip in one day to HNS. Yes, but not of much practical use."]*

### Need for Vessel Replacement

There is a long-term need to replace each vessel as it reaches the end of its useful life. The Master Plan for the Alaska Marine Highway System anticipates each vessel can provide service for at least 50 years before replacement. The three oldest vessels in the fleet will reach this milestone in their service life in 2014. At this point, a major capital investment will need to be considered for replacement of each vessel at a likely cost of over $100 million per vessel.

*[Handwritten: "This investment must be made to provide capacity (supply) to Juneau from the south regardless of what happens north of Juneau. Therefore MOOT POINT."]*

### SUMMARY OF PROJECT JUSTIFICATION

The purpose of the proposed action is:

- ✓ To provide a land highway connection between Juneau, the capital of Alaska, and points to the north in Alaska and the Yukon Territory;

- ✓ To meet existing and future transportation needs with an acceptable level of service (availability) and reliability through the design year of 2020;

- Identify a long-term solution that <u>satisfies</u> the increasing need for through surface transportation to and from Juneau; and

*[Handwritten: "How about south of Juneau? This has everything to do with demand and capacity north of Juneau"]*

- To eliminate capacity constraints that discourage the movement of passengers, vehicles and freight to and from Juneau.

The need for the Juneau Access Project is based on providing a long-term solution to capacity, cost and service availability to meet the existing and projected transportation volumes in Southeast Alaska between Juneau and destinations to the north:

- [yes] The Alaska Marine Highway System, the state ferry system, is the only carrier transporting both vehicles and passengers between the Juneau road network and points on the continental highway system; and the <u>demand for the ferries currently exceeds available space in the summer</u>.

- [yes] Travellers are limited by the existing ferry and barge schedules; there is limited opportunity for increasing the number of sailings with the existing fleet.

- [✓] Travel times by ferry are lengthy; and departures and arrivals are dictated by the ferry schedule rather than the times a traveler may desire to go to or from Juneau.

- Travellers that are unable to get on a vessel either because of space or because of mechanical problems causing a trip cancellation, must either reschedule their trips or not travel. *[LOWEST EXISTING! THIS IS THE ONLY EXISTING VIABLE ALTERNATIVE, THEREFORE IT PROMOTES TRAVEL?]*

- [NO - reword] The combination of lack of <u>space</u> on ferries, travel time of trips, schedules, and <u>costs</u> to the consumer <u>discourage</u> statewide and regional travel to and from Juneau. *[IF SO DISCOURAGED WHY SO MUCH DEMAND?]*

- [No - check] The State of Alaska prepare for replacement of the state ferries at a cost of $100 million per vessel, or provide alternative forms of transportation. *[AN OCEAN CERTIFIED, FULL SERVICE, HIGH ENDURANCE PASSENGER RO/RO VESSEL IS ESTIMATED TO COST LESS (INCLUDING ALL PROJECT COSTS) → VESSELS BUILT SPECIFICALLY FOR LYNN CANAL SERVICE WOULD COST SIGNIFICANTLY LESS!]*

Benefits of the proposed project would be:

- To enhance opportunities for long-distance travel and commerce, including <u>trade between the United States and Canada</u>;

- [yes] Reduce the amount of time required for travel between Juneau and the continental highway system;

- [✗] Lower the costs of <u>individual</u> travel and freight shipment to and from Juneau; *[yes]* and *[Yes, BUT TRUE COST? (i.e. EXTERNALITIES, ETC..., SOCIAL COSTS, COST TO STATE)]*

- [REACHING] Improve the cost-effectiveness of state spending on surface transportation in the Lynn Canal corridor. *[IF WE REALLY LOOK, THIS IS HARD TO JUSTIFY (EXTERNALITIES)]* *[No!]*

[yes] Without the project, the demand for additional ferry capacity, costs and service inefficiencies will worsen as traffic volumes continue to grow.

*[HIGH DEMAND MEANS WE CAN INCREASE PRICES! THIS IS A WAY TO RECOUP MAJOR COSTS FROM TOURISTS AND PEOPLE FORCED!]*