# MEMORANDUM
## STATE OF ALASKA
DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
Alaska Marine Highway System

**TO:** Gary Hayden
System Director

**DATE:** January 25, 1995

**FILE:**

**TELEPHONE:** 465-8880

**FROM:** Mary Ashmore
Planner

**SUBJECT:** Juneau Access-Marine Alternative

As a result of the meeting on January 24, 1995 between you, Ken Fox of Art Anderson Associates, and myself, I have prepared this draft of a Juneau Access-Marine Alternative for your review. I believe this proposal is consistent with the goals and policies of AMHS. Attached you will find a draft scope of work from Ken Fox for this proposed alternative.

The focus of Juneau Access has been removing constraints on surface traffic between Juneau, Haines and Skagway. This may be an appropriate parameter for highway construction purposes but is inappropriate for marine mode or intermodal planning. The strength of the marine mode lies in its flexibility and adaptability. Therefore marine alternatives must be viewed in a broader context. This proposed marine alternative is based on removing constraints on surface traffic moving in and out of Juneau, regardless of its origin or destination. Furthermore, the traffic constraints in northern Lynn Canal exist only for approximately eight weeks during the summer, holiday weekends, and special event dates. The remainder of the year the marine resources devoted to solving the summer Lynn Canal problem can be flexibly deployed to solve additional constraint problems throughout the system. This would mean that the solution to the Juneau Access problem would not only benefit Juneau, Haines and Skagway but communities throughout the AMHS service area. The benefits of solving multiple problems with one cost effective solution are apparent.

The proposed alternative is:

- Introduce new feeder ferries into service in northern Lynn Canal during peak summer traffic periods. The goal would be to provide daily service on a convenient schedule, with arrivals and departures scheduled at the same time daily. The consistency and increased capacity should eliminate some of the need for reservations and allow for more spontaneous and frequent travel.

- Redeploy the feeder ferries during the winter months when less capacity is needed in northern Lynn Canal. When not in overhaul, the vessels will be available for deployment on northern Lynn Canal and on other routes in system. Scheduling goals would include elimination of the winter panhandle route thus increasing service levels to many southeast communities. The vessels would be smaller and less expensive to operate in the winter than the mainline vessels and might be used to cut winter operating expenses without decreasing winter service.

- Reduce the passenger facilities on the M/V Malaspina and focus the use of the M/V Malaspina on transporting vans and large commercial vehicular traffic, between Prince Rupert and Skagway, with a double shuffle in Lynn Canal, if traffic warrants. Currently all vessels in the fleet are constructed to carry all road legal vehicles. This creates extremely high capital costs and contributes to high operating costs. Vans and large commercial vehicles increase in-port time for loading and unloading because of lack of maneuverability and because the vans are not self-propelled and do not travel with a tractor attached. Shorter in-port times would benefit the traveler with shorter travel times and benefit AMHS with lower operating costs. The new northern Lynn Canal feeder ferries would be designed to carry non-commercial traffic.

- Initiate limited scheduled trans-gulf sailings between Juneau, Kodiak, and Seward or Homer or Whittier during the winter of 1996 and 1997. At that time, all refurbishment work on the M/V Tustumena will be complete and it will be available for a full winter season. The following winter the New Ocean Class will be a part of the fleet. This deployment would provide an alternative to the long winter drive to Haines to board the ferry enroute to Juneau.

CC: Dawn Mach, Chief of Planning
    Mike Downing, Manager, Marine Engineering
    George Reifenstein, Manager, Terminal and Ship's Services
    Colleen Brown, Management Analyst, Management Information Group

- Redeploy the feeder ferries during the winter months when less capacity is needed in northern Lynn Canal. When not in overhaul, the vessels will be available for deployment on northern Lynn Canal and on other routes in system. Scheduling goals would include elimination of the winter panhandle route thus increasing service levels to many southeast communities. The vessels would be smaller and less expensive to operate in the winter than the mainline vessels and might be used to cut winter operating expenses without decreasing winter service.

- Reduce the passenger facilities on the M/V Malaspina and focus the use of the M/V Malaspina on transporting vans and large commercial vehicular traffic, between Prince Rupert and Skagway, with a double shuffle in Lynn Canal, if traffic warrants. Currently all vessels in the fleet are constructed to carry all road legal vehicles. This creates extremely high capital costs and contributes to high operating costs. Vans and large commercial vehicles increase in-port time for loading and unloading because of lack of maneuverability and because the vans are not self-propelled and do not travel with a tractor attached. Shorter in-port times would benefit the traveler with shorter travel times and benefit AMHS with lower operating costs. The new northern Lynn Canal feeder ferries would be designed to carry non-commercial traffic.

- Initiate limited scheduled trans-gulf sailings between Juneau, Kodiak, and Seward or Homer or Whittier during the winter of 1996 and 1997. At that time, all refurbishment work on the M/V Tustumena will be complete and it will be available for a full winter season. The following winter the New Ocean Class will be a part of the fleet. This deployment would provide an alternative to the long winter drive to Haines to board the ferry enroute to Juneau.

CC: Dawn Mach, Chief of Planning
Mike Downing, Manager, Marine Engineering
George Reifenstein, Manager, Terminal and Ship's Services
Colleen Brown, Management Analyst, Management Information Group