# LOCHNER

H.W. LOCHNER, INC., 12011 N.E. 1ST STREET, SUITE 201, BELLEVUE, WASHINGTON 98005

(206) 454-3160
FAX (206) 455-8543

# MEMORANDUM

**TO:** Bill Ballard, P.E.
Regional Environmental Coordinator

**FROM:** Tony Leonard, P.E. *TL*
H.W. Lochner, Inc.

**DATE:** April 10, 1995

**SUBJECT:** JUNEAU ACCESS IMPROVEMENTS (EIS)
Comments to March 21, 1995 Letter

The following comments are in response to your letter dated March 21, 1995. They are separated into two categories, which correspond to your letter. They are as follows: Attachment 1 and Attachment 2.

## Attachment 1

*Comprehensive Analysis*

The revised **B/C Summary** and **NPV Summary** (see attached) have only two columns for the comprehensive analysis. The two columns are entitled: *M&O/Residual in Denominator* and *M&O/Residual in Numerator*. The only variable different in these two columns is the location of the M&O Costs and Residual Values. The other variables common to both columns are as follows:

1. $4.75 with frequency delay,
2. Frequency delay 60/40 split for existing condition,
3. 4.9% Discount Rate,
4. AMHS replacement vessels included,
5. Residual Values included for vessels,
6. Using the 2005-2025 study period with no inflation to the year 2005.

These variables represent the ADOT definition of the baseline condition. Information packet #1 contains the Present Value and Net Present Value (NPV) worksheets for both M&O Costs/Residual Value location scenarios.

**Declaration Exhibit 15, Page 1 of 7**

*Sensitivity Analysis*

This analysis compares the baseline results to the results of the baseline with only one variable altered at a time. The variables that were altered are as follows:

1. Frequency Delay - No frequency delay was analyzed.
2. Time Value - $7.63 was analyzed instead of $4.75.
3. Discount Rates - No discount rate and a 9.8% discount rate were analyzed
4. AMHS Replacement - No replacement costs for the Matanuska (2020) and Taku (2024) were analyzed.
5. M&O Costs - Higher road M&O costs were analyzed.

Information packet #2 contains the Net Present Value worksheets for the variations listed above. Information packet #3 contains the Hourly Variation Distribution and Frequency Delay calculations and the Marine and Highway User Costs. The costs are provided for each link and all Time Value/Frequency Delay variations which include:

1. $4.75 with Frequency Delay
2. $7.63 with Frequency Delay
3. $4.75 without Frequency Delay
4. $7.63 without Frequency Delay

## Attachment 2

The following is a response to the comments provided in your March 21, 1995 letter.

### #1 - Table Displaying Travel Times

- One hour was added to the existing service AKB-SGY run to account for in-port time in Haines.
- All travel times were taken from route simulations developed by Art Anderson Associates. Option 4A had travel times between Haines and Skagway of 22 minutes while option 4B had travel times of 27 minutes. These travel times were averaged and now show the same time for each option. This also applies to the Katzehin River - Haines run under East Lynn Canal stages 2 and 3. Travel times for all links were reviewed to account for in-port times and were adjusted accordingly.
- The frequency delay times were also reviewed and adjusted.

The table on the following page summarizes the marine travel times for all links.

TABLE 1
MARINE TRAVEL TIMES

| Alternate | Link | Frequency Delay Time | Standby or Load Time | Unload Time | Travel Time | Total Without Frequency Delay | Total With Frequency Delay |
|---|---|---|---|---|---|---|---|
| Existing Service (1) | AKB-HNS | 14.46 | 2.0 | 0.65 | 4.50 | 7.15 | 19.61 |
|  | AKB-SGY | 14.46 | 2.0 | 0.65 | 6.50 | 9.15 | 21.61 |
|  | HNS-SGY | 12.62 | 2.0 | 0.65 | 1.00 | 3.65 | 14.27 |
| AMHS Option 4A | AKB-HNS | 5.69 | 0.35 | 0.35 | 2.65 | 3.35 | 8.69 |
|  | AKB-SGY | 6.12 | 0.35 | 0.35 | 3.65 | 4.35 | 10.12 |
|  | HNS-SGY | 4.17 | 0.35 | 0.35 | 0.65 | 1.35 | 5.17 |
| AMHS Option 4B | SMC-HNS | 2.34 | 0.35 | 0.35 | 1.90 | 2.60 | 4.59 |
|  | SMC-SGY | 6.35 | 0.35 | 0.35 | 3.00 | 3.70 | 9.70 |
|  | HNS-SGY | 5.04 | 0.35 | 0.35 | 0.65 | 1.35 | 6.04 |
| W. Lynn Canal Stg. 2 | SMC-WHB | 3.12 | 0.35 | 0.35 | 0.50 | 1.20 | 3.97 |
|  | HNS-SGY | 2.61 | 0.35 | 0.35 | 0.75 | 1.45 | 3.71 |
| E. Lynn Canal Stg. 2 | KTZ-HNS | 1.62 | 0.35 | 0.35 | 0.40 | 1.10 | 2.37 |
|  | KTZ-SGY | 0.97 | 0.35 | 0.35 | 0.80 | 1.50 | 2.12 |
|  | HNS-SGY | 0.97 | 0.35 | 0.35 | 1.55 | 2.25 | 2.87 |
| E. Lynn Canal Stg. 3 | KTZ-HNS | 1.62 | 0.35 | 0.35 | 0.40 | 1.10 | 2.37 |

#2 - Vessel Replacement

- Replacement costs for the Malaspina, Matanuska, and the Taku were included in the previous submittal. These costs were slightly revised to reflect the estimated costs in the AMHS Master Plan, 1991 Table 14 - Replacement & Refurbishment Costs for In-Depth Study. The costs and proration factors for each vessel are as follows:

| Vessel | Costs | Proration Factor | Year |
|---|---|---|---|
| Malaspina | $65.8 M | 0.241 | 2016 |
| Matanuska | $65.8 M | 0.241 | 2020 |
| Taku | $55.2 M | 0.203 | 2024 |

We will change proration factor, if and when, available.

**Declaration Exhibit 15, Page 3 of 7**

#6 - Numerator vs. Denominator

Based on your request in Attachment 1 of your letter dated March 21, 1995, the analysis with M&O Costs and residual values in the numerator reflecting net investment (total investment minus revenues) is provided. The alternative (gross investment - total investment with no adjustment for revenues) will be dropped from the analysis.

#7 - Sensitivity Analysis

The analysis was conducted using the AASHTO User Cost equation versus the revised equation that takes into account the percentage split of travelers with frequency delay for comparison purposes only. At the time of the previous submittal, it wasn't determined that the percentage split for frequency delay was the baseline condition. All further analysis will account for the percentage split.

B/C Summary

The "Comprehensive Analysis" results reflect all variables combined. The "Independent (now entitled Sensitivity) Analysis" compares the base condition results to results derived by altering only one variable at a time.

Incremental B/C

Terms will be changed to "question" and "outcome". (See attached)

Other Items

The only volumes taken from the traffic forecast and used in the economic analysis are the AADT's. These volumes are multiplied by 365 to get Vehicle Ticket Sales under the Revenue Section of the Present Value Analysis. The issue of whether the percentage of recreational vehicles varies by alternative was considered. It is probable that the road alternatives would have a lower percentage of RV's than the existing and AMHS alternatives. The current breakdown of vehicle type used in the economic analysis was taken from existing traffic information on the Veterans Memorial, Haines and Klondike Highways. We have estimated that the vehicle type percentages for the AMHS alternatives would be similar to the existing service. The West Lynn alternative was estimated as 80% PC, 15% RV, and 5% Trucks. The East Lynn alternative was estimated at 85% PC, 10% RV, and 5% Trucks.

Existing Service

An incorrect Contingency, PE, and CE factor was used early in the analysis. Capital Expenditures - Vessels has been corrected as $3,246,000.

### Fare Structure

The following is the fare structure that is being used in the Economic Analysis. These fares are provided on page 28 of the Draft Economic Report. Please advise if you think we should change the fares.

|                      | VEHICLES | PASSENGERS |
|----------------------|----------|------------|
| AUKE BAY - HAINES    | $45      | $17        |
| SAWMILL C. - HAINES  | $32      | $14        |
| HAINES - SKAGWAY     | $24      | $11        |
| KATZEHIN - SKAGWAY   | $24      | $11        |
| KATZEHIN - HAINES    | $10      | $4.50      |
| SAWMILL C. - WHB     | $24      | $11        |

To answer your question in your letter dated March 21, 1995 regarding fares, the above fares are based on existing AMHS fares and are annual averages. They represent an average of the types of fares collected for the different vehicle sizes and types (page 28). The fares were increased 20% on the Existing Service Alternative and 8% on each of the AMHS alternatives to account for cabin and concession revenues. No increases were included for the road alternatives. This is explained further on pages 15 and 16 of the Draft Economic Report.

### Residual Values

Residual values were included for the three replacement vessels (Malaspina, Matanuska, and Taku) in the Option 4C and existing service alternatives. Based on information provided by Art Anderson Associates (AAA), residual values were estimated at half the purchase value after 20 years of service. These vessels will be purchased in year 2016, 2020, and 2024, respectively. The residual values for each vessel were prorated depending on the year purchased using the straight-line depreciation method. The residual values were also prorated by the factors used in the replacement costs of these vessels which represent the percentage of time the vessels operate in the Lynn Canal.

*Malaspina*

$65.8 Million times 0.241 (proration factor) times 0.775 (residual value factor) = $12,289,795. The 0.775 residual factor was developed based on a residual factor of 0.50 after 20 years. After 10 years the residual factor would be 0.75. Therefore, after 9 years (2016-2025) the residual factor would be 0.775.

*Matanuska*

$65.8 Million times 0.241 (proration factor) times 0.875 (residual value factor) = $13,875,575. After 5 years (2020 - 2025) the residual factor would be 0.875.

*Taku*

$55.2 Million times 0.203 (proration factor) times 0.975 (residual value factor) = $10,925,460. After 1 year (2024 - 2025) the residual factor would be 0.975.

Shore Facility Costs

Shore facility costs for each alternative were reviewed to verify the correct number of terminals needed. The existing service shore facilities were corrected to three terminals. All other alternatives had the correct number of terminals.

B/C SUMMARY

## Comprehensive Analysis

| ALTERNATIVE | M&O/RESIDUAL IN DENOMINATOR | M&O/RESIDUAL IN NUMERATOR |
|---|---|---|
| AMHS OPTION 1 | 3.08 | 6.32 |
| AMHS OPTION 2 | 4.01 | 12.88 |
| AMHS OPTION 3 | 3.05 | 5.52 |
| WEST LYNN STAGE 2 | 2.78 | 3.40 |
| EAST LYNN STAGE 2 | 4.04 | 4.79 |
| EAST LYNN STAGE 3 | 6.13 | 6.96 |
| | 1A,2A,2C,3A | 1A,2A,2C,3A |
| | 4,5,6 | 4,5,6 |

## Sensitivity Analysis

| ALTERNATIVE | BASE CONDITION | WITHOUT FREQ. DELAY | $7.63 TIME VALUE | 0.00% DISC. RATE | 9.80% DISC. RATE | NO AMHS REPLACEMENT | HIGHER ROAD M&O COSTS |
|---|---|---|---|---|---|---|---|
| AMHS OPTION 1 | 3.08 | 1.45 | 5.04 | 3.60 | 3.01 | 2.86 | 3.08 |
| AMHS OPTION 2 | 4.01 | 1.57 | 6.34 | 4.54 | 3.85 | 3.73 | 3.69 |
| AMHS OPTION 3 | 3.05 | 1.02 | 4.83 | 2.81 | 3.31 | 3.05 | 2.95 |
| WEST LYNN STAGE 2 | 2.78 | 0.90 | 4.63 | 4.67 | 2.39 | 2.66 | 2.41 |
| EAST LYNN STAGE 2 | 4.04 | 1.23 | 6.14 | 5.99 | 3.61 | 3.91 | 3.58 |
| EAST LYNN STAGE 3 | 6.13 | 2.14 | 8.78 | 8.60 | 5.57 | 5.97 | 5.39 |
| | 1A,2A,2C,3A | 1A,2B,3A | 1B,2A,2C,3A | 1A,2A,2C,3B | 1A,2A,2C,3C | 1A,2A,2C,3A | 1A,2A,2C,3A |
| | 4,5,6 | 4,5,6 | 4,5,6 | 4,5,6 | 4,5,6 | 5,6 | 4,5,6,7 |

| | |
|---|---|
| 1A $4.75 | 3A 4.9% Discount Rate |
| 1B $7.63 | 3B 0.0% Discount Rate |
| 2A Frequency Delay included | 3C 9.8% Discount Rate |
| 2B Frequency Delay excluded | |
| 2C 60/40 split - freq. delay - existing cond. | |

| | |
|---|---|
| 4 | AMHS replacement vessels included |
| 5 | Residual Values included for vessels |
| 6 | Use 2005-2025 study period/no inflation |
| 7 | Higher road M&O costs |