*Draft*

*N*

# MEMORANDUM     State of Alaska
Department of Transportation & Public Facilities
Southeastern Region Planning

TO: Patrick Kemp
Regional Preconstruction Engineer
Southeast Region

DATE: September 28, 1995

FILE NO:

TELEPHONE NO: 465-1776
FAX NO: 465-2016
TEXT PHONE: 465-4647

FROM: Andy Hughes
Transportation Planner
Southeast Region

SUBJECT: Barker Review Comments
Economic Analysis

I have reviewed Milton Barker's review of the Juneau Access Economic Analysis. I feel the following analytical issues need to be addressed.

1. Construction Cash Flows: Mr. Barker recommends that construction cash flows be incorporated into the analysis. The development time frames for the different alternatives vary between 3 to 7 years. This difference defers benefits and can significantly impact an economic comparison of transportation alternatives. Comparing alternatives where benefits begin to accrue as late as seven years into a twenty year analysis period can mask the identification of which alternative is actually most efficient. The impact of long and different alternative development time frames is less significant as the analysis period is extended out to say fifty years. Since we are interested in identifying the most efficient alternative in the long term, but should recognize the impact of different construction time frames, I would recommend that the results be computed both considering all improvements for all alternatives in place at a given base year and considering the difference in construction development time frames from a current base year.

2. I recommend verification of the number, type, size and proposed schedules for Marine Highway Links in each alternative to confirm adequate capacity to move the forecast traffic.

3. Accommodating Peak Demand: I agree with Mr. Barkers' comment. The difference in each alternative's capability to accommodate peak travel demands and the cost to the user and the government under each alternative to serve peak demand needs to be clearly stated. The difference in the efficiency of the different alternatives to move people and vehicles will require different levels of service to operate most efficiently. This could be determined and presented; however, I believe it would require an iterative process.

4. Value of Time: I agree with Mr. Barker's comment. I would recommend using the annual U.S. Percapita Disposable Income divided by the length of the average work week for total private employment (Total Private Weekly Hours) multiplied by 52 weeks. Using U.S. Department of Commerce 1994 preliminary data, the above approach conservatively estimates the value of time in our society at approximately $9.42 per hour percapita.

Calculating a value for time versus a cost is more applicable in this type of economic analysis for the following reasons:

- Nearly half of the travelers through the Lynn Canal are tourists and a significant percentage are children and unemployed. Yet all are paying for passage through the area for a variety of reasons and time does hold some value for each person.

- The transportation improvements are proposed to be funded largely with federal tax dollars. Therefore it can be argued that national values should be used in comparing alternatives to be funded with national dollars.

Considering the above I would recommend using a time value representative of a United States resident as opposed to an Alaska resident. I believe the best measure of time value for this analysis is U.S. Percapita Disposable Income divided by some appropriate time measure for production of the same income. Disposable Income is total personal income less taxes. Total Disposable Personal Income represents the value of all personal production in the nation or from another perspective the amount or value paid to the population willing to work for the given available resources. Total Disposable Personal Income represents the total time the nation's residents are willing to work given the available resources. In other words for any given year it represents the equilibrium between resident's value of time verses the resources available to compensate for work. Therefore percapita personal income divided by the average annual hours worked by residents would present an average national value of time for every man, woman, and child as determined by the total personal income produced in a given year. This unit of value for time would be useful because it represents an average value which can be applied to passengers flows without regard to employment, sex, and age.

Also it should be noted that while Alaska's Disposable Percapita Personal Income of $21,175 is above the national average of $18,963; five states plus the District of Columbia are well above Alaska.

5. Frequency Delay Time: I disagree with Mr. Barker's comments on applicability to local residents. It is true we schedule our trips within the constraints imposed on travel. However, the issue is whether in this process we incur delay compared to our actual desired time of departure.

This concludes my comments regarding Mr. Barker's Review.

**Deprecation of Vessel Capital Value:** Treatment of Marine Highway Vessel Capital Value was an analytical issue brought up in our conversation with Carla Sawyer but not addressed to-date. I feel this is a critical issue. An issue that needs careful and full consideration. The AASHTO Guide for User Benefits Analysis addresses this issue with respect to evaluation of transit alternatives. The key determining factor is whether the capital asset is fixed or moveable. Page 107 describes transit capital costs as investments in fixed facilities or equipment, such as special busways, terminals, and shelters. Buses since they are vehicles that can be moved to service other routes are depreciated at replacement value as an annual expense.

It is accepted practice to consider past capital investments as sunk costs and disregard these investments in economic comparison of transportation

alternatives. Most public transportation investments are in fixed infrastructure. However, vehicles of transportation are not fixed infrastructure. Aircraft, buses, trucks, and vessels are easily moved to other routes of service when no longer needed on an existing route. As such these vehicles have both current and future value that should be recognized. These vessels have value to other parts of the system and other parts of the world. If a vehicle of transportation such as a ferry can be readily employed on another service route, or leased, or sold to serve elsewhere it has value beyond its current use and as such holds future value. Moveable capital investments should be depreciated at their replacement value versus service life as an annual expense. The difference in service life of principal vessel components need to be recognized in depreciation of each vessel's replacement value. Hulls of vessels may be good for 40-60 years; while major components, such as, hotel structures, electrical, plumbing, and propulsion systems need to be replaced or refurbished every 15-20 years.

Depreciation of a vessel's replacement capital value would recognize a vessels continuing capital value on other routes of service and make moot an analysis of how the vessels would be employed in the future. I recommend all vessels be depreciated as an annual expense in the Juneau Access Analysis. This is consistent with the AASHTO Manual.

cc: Jonathan W. Scribner, Southeast Regional Director
    Mike McKinnon, Chief of Planning, Southeast Region