

# JUNEAU ACCESS

## FPE/Roen-Lochner Joint Venture

Mendenhall Mall ~~Annex, Suite 4A~~
P.O. Box 34797
Juneau, Alaska 99803
PH: (907) 790-3341   FAX: (907) 790-3342

## MEMORANDUM

**DATE:** September 28, 1995

**TO:** Bill Ballard; Regional Environmental Coordinator
ADOT&PF Southeast Region

**FROM:** Tony Leonard, P.E.; Project Manager  *TL*
FPE Roen/Lochner Joint Venture

**SUBJECT:** JUNEAU ACCESS IMPROVEMENTS (EIS)
Coordination Meeting of September 28, 1995

**ATTENDEES:** Bill Ballard; ADOT&PF
Art Dunn; Dunn Environmental Services
Rick Reed; FPE Roen
Tony Leonard; H.W. Lochner

ALASKA DOT & PF
SOUTHEAST REGION

SEP 28 1995

ENVIRONMENTAL SECTION

---

My notes of the meeting this morning are summarized below. If you or any of the other attendees have any comments, corrections, etc. please let me know and appropriate revisions will be made.

The objective of this meeting was to discuss work that has been done or is currently underway by ADOT&PF engineers regarding the alignment for the East Lynn Canal Alternative. By doing so, we could then identify what additional work remains to make the appropriate additions or revisions to the PDEIS and initiate negotiations regarding a future amendment and completion schedule. The following topics were discussed:

- The revised alignment no longer includes a tunnel in the vicinity of the sea lion haul out. Some consideration was given to keeping the tunnel concept with a revised alignment that afforded better solar exposure. However, the decision was made to construct the road in this segment by notching it into the rock.

  We revisited the logic behind why we proposed a tunnel in the first place. In general it was concluded that the main reason was that limitations on the construction window associated with the sea lions and the three eagle nests in the area were too severe. However, I recalled when putting these minutes together that during the Reconnaissance Study we determined an excavation depth at centerline beyond which it was cost-effective

Declaration Exhibit 17, Page 1 of 5
Case 1:06-cv-00009-JWS   Document 25-18   Filed 03/26/07   Page 1 of 5

to go to a tunnel. This was one of the areas that fit that criteria at that time. In any event, going to an open cut in lieu of a tunnel will require further coordination with the USF&W to verify what an acceptable window will be.

**ACTION:** Rick and Art will effect this coordination with the appropriate agencies once sufficient information on the alignment in this area is available.

- The revised alignment will impact wetlands beyond what are described in the current version of the PDEIS. Specific areas discussed include the east end of the new Berners Bay crossing and the Pt. St. Mary area. In addition, placing the alignment along the shoreline of Lynn Canal may potentially put fill below the tidal zone (Elevation 20.8).

**ACTION:** ADOT&PF will provide Dunn Environmental Services with the appropriate earthwork quantities, information on the Berners Bay crossing (a breakdown of causeway versus structure), and the area and volume of fill placed in the newly impacted wetlands mentioned above. A tentative date for transmittal of this information was set for September 29, 1995.

- The revised Berners Bay alignment was set to pass through a band between elevation 5 and 16. These two elevations apply to the seals and wild and scenic rivers, respectively. As a result, the crossing will most likely have effects on the hydrology of the area and result in more defined channels for the three rivers that discharge to the bay and possibly sediment deposition on the upstream side.

**ACTION:** The hydrologic impacts need to be assessed for the PDEIS. It was not discussed during the meeting who will do this work. I will coordinate with Bill regarding this issue.

- Eagle nest avoidance studies are currently underway by ADOT&PF staff. Evidently, Bill and Art recently looked at the nests in the areas where the alignment changes were most severe and found that all but two of the nests were within the 100 meter buffer. Until these studies are completed and a new composite alignment is identified, agency coordination regarding potential impacts can not be completed.

**ACTION:** Bill will check with the engineering staff and identify a completion schedule for the avoidance studies. The schedule will in turn be relayed to the team, tentatively set to happen tomorrow.

to go to a tunnel. This was one of the areas that fit that criteria at that time. In any event, going to an open cut in lieu of a tunnel will require further coordination with the USF&W to verify what an acceptable window will be.

**ACTION:** Rick and Art will effect this coordination with the appropriate agencies once sufficient information on the alignment in this area is available.

- The revised alignment will impact wetlands beyond what are described in the current version of the PDEIS. Specific areas discussed include the east end of the new Berners Bay crossing and the Pt. St. Mary area. In addition, placing the alignment along the shoreline of Lynn Canal may potentially put fill below the tidal zone (Elevation 20.8).

**ACTION:** ADOT&PF will provide Dunn Environmental Services with the appropriate earthwork quantities, information on the Berners Bay crossing (a breakdown of causeway versus structure), and the area and volume of fill placed in the newly impacted wetlands mentioned above. A tentative date for transmittal of this information was set for September 29, 1995.

- The revised Berners Bay alignment was set to pass through a band between elevation 5 and 16. These two elevations apply to the seals and wild and scenic rivers, respectively. As a result, the crossing will most likely have effects on the hydrology of the area and result in more defined channels for the three rivers that discharge to the bay and possibly sediment deposition on the upstream side.

**ACTION:** The hydrologic impacts need to be assessed for the PDEIS. It was not discussed during the meeting who will do this work. I will coordinate with Bill regarding this issue.

- Eagle nest avoidance studies are currently underway by ADOT&PF staff. Evidently, Bill and Art recently looked at the nests in the areas where the alignment changes were most severe and found that all but two of the nests were within the 100 meter buffer. Until these studies are completed and a new composite alignment is identified, agency coordination regarding potential impacts can not be completed.

**ACTION:** Bill will check with the engineering staff and identify a completion schedule for the avoidance studies. The schedule will in turn be relayed to the team, tentatively set to happen tomorrow.

- Existing eagle nests along the Glacier Highway are thought to be well within the 100 meter buffer. However, it is likely that most if not all of these nests were built after the road was constructed. In any event, it was decided that it would be useful to have adequate location information on the nests for discussion with the agencies and the pub

  **ACTION:** Bill and Rick will do this work. Rick will obtain the mapping from USF&W; Bill will obtain the equipment necessary to take the measurements.

- Visual impacts associated with the revised alignment need to be addressed in the PDEIS It is likely that the impacts will be less since the scar on the shoreline may be reduced. However, placing more of the road along the coast will also make it more visible compared with the alignment currently in the PDEIS. The revised Berners Bay crossing also needs to be considered.

  **ACTION:** Since this is one of Leslie's area of expertise, she can perform this task or the alignment is finalized. Costs to do this work will be included in the next amendment

- ADOT&PF is currently preparing a newsletter for release next month. This will be in the form of a newspaper insert. Rick has recently completed an article on the sea lions. Pat Kemp has prepared two articles on the cost estimate. Carla Sawyer has also been requested to prepare an article on the economic studies.

  **ACTION:** Carla's article will be submitted to Bill by the middle of next week. Her costs to do this work will be included in the next amendment.

- The need to include the possible privately-operated shuttle out of the Berners Bay area in the PDEIS was discussed. It was concluded that this should neither be carried as an alternative nor included in the economic studies.

  **ACTION:** The private shuttle concept shall be mentioned in the Alternatives Chapter of the PDEIS.

- Getting Dames & Moore started on PDEIS text revisions was discussed in terms of schedule and payment. It is the desire of ADOT&PF to move on this quickly, perhaps by early next week. It was recognized that it will take longer than this to obtain a fully executed amendment.

  **ACTION:** Since funds are still available within the overall budget, Dames & Moore can get started before the amendment is prepared. ADOT&PF will initiate the process to prepare an amendment concurrently and adjust the budget as soon as possible.

Mr. Bill Ballard
September 28, 1995
Page 4 of 4

* The last topic was how much and when to have Roy Bruce on-site in Juneau. Bill has determined that he is not needed in October but should schedule a trip to Juneau for the week of November 13. If the document is not sufficiently completed by that time, the costs for travel arrangements will be borne by the Department.

    ACTION:    Tony will direct Roy to make the necessary travel arrangements and schedule to be in Juneau the week of November 13.

cc.    Bill Bulley
       Ron Gebhart