# LOCHNER

H.W. LOCHNER, INC., 301-116TH AVENUE, S.E., SUITE 550, BELLEVUE WA 98004     (206) 454-3160   FAX (206) 455-8543

TO:     Bill Ballard
         ADOT&PF

FROM:    Tony Leonard
         H.W. Lochner, Inc.

DATE:     October 10, 1995

SUBJECT: Juneau Access Improvements (EIS)

*ALASKA DOT & PF SOUTHEAST REGION — OCT 16 1995 — ENVIRONMENTAL SECTION*

The following notes were taken at the October 5, 1995 coordination meeting. The agenda for the meeting is attached. In attendance were:

| | |
|---|---|
| Andy Hughes - ADOT | Milt Barker - Milton B. Barker |
| Pat Kemp - ADOT | Gregg Erickson - Erickson & Assoc. |
| Bill Ballard - ADOT | Dawn Mach - AMHS |
| Mike McKinnon - ADOT | Carla Sawyer - Sawyer & Assoc. |
| Gary Hogins - ADOT | Tony Leonard - H.W. Lochner |
| Bill Brock - McDowell Group | John Buttenob - H.W. Lochner |

The meeting began with ADOT explaining that the purpose of the meeting was to come to a consensus on the outstanding issues regarding the traffic projections and user benefit analysis for the subject project.

USER BENEFIT ANALYSIS

H.W. Lochner gave a brief overview of the steps taken in developing the economic model as recommended by AASHTO.

Applicability of AASHTO model

The applicability of the AASHTO model in terms of assessing project alternatives was discussed. It was noted that the AASHTO model was developed for highway and transit projects. A question was raised on whether the model should be used for this project since the circumstances of the project (varying modes of travel) were different than the model was intended. AMHS consented that the AASHTO model was appropriate but expressed concerns with the user cost savings and traffic projections.

ACTION:     The AASHTO model was considered acceptable and would remain as the method to determine the NPV and B/C ratios.

Celebrating 50 Years of Excellence in Engineering

### McDowell Group Comments

AMHS questioned why the study team hadn't responded to the McDowell Group's comments of February 1, 1995. It should be noted that Lochner has responded to the comments, which resulted in a sensitivity analysis submitted on February 22, 1995. An updated and revised submittal was made on April 10, 1995.

Erickson & Associates noted that they read the McDowell Group's comments regarding the economic report and concurred that the development benefits along the landside alternatives should be included in the analysis. Lochner noted that the development benefits were not included because to do so would be a speculative process and require numerous assumptions. It was also noted that including the benefit would only improve the landside alternatives.

### Discount Rates (OMB recommendations)

Milt Barker commented that according to the Office of Management and Budget a discount rate of 7.0% should be used for User-Benefit analyses. The rate that has been used in the analysis (4.9%) is the rate for a cost-effective analysis.

ACTION: The economic model will be revised to reflect the 7.0% rate

### Depreciation vs. Capitalization of Vessels

ADOT commented that according to AASHTO the "rolling stock" or movable capital assets such as the ferries should be depreciated at replacement value as an annual expense. Milt recommended that the economic model should remain as a cash flow model and not an income or accounting type model.

ACTION: It was determined that the residual values at the end of the study period should remain and that some measure of residual value should be applied to the existing vessels being deployed in Option 4C. AMHS will provide the residual values for the current fleet.

### Value of Time

A discussion was raised by ADOT about the value of time. An option discussed was to use the U.S. Per Capita Disposable Income divided by the length of the average work week multiplied by 52 weeks. Erickson & Associates stated that the $4.75 used in the analysis is reasonable.

ACTION: It was determined that the $4.75 would remain in the analysis.

### Frequency Delay

Frequency delay was a concern of the AMHS. Erickson & Associates believes that 14 hours of delay and cost associated to that delay is excessive and commented that the methodology in determining the frequency delay was flawed. However, it was agreed that some consideration is needed for the inconvenience of not traveling at will on the ferries.

Alternatives were discussed regarding the frequency delay or wait time and how to provide some measurement for the inconvenience. The alternatives included:

1. Assume a 1.5 to 2 hour additional wait time as an inconvenience factor;
2. Leave the time as developed but lower the time value for the frequency delay component; and,
3. Eliminate the frequency delay altogether.

ACTION: No consensus on frequency delay was reached. It was suggested that the narrative describing frequency delay needs to be clear and easy to understand.

### Travel Time

The travel time component was discussed. It was suggested that for half of the travelers, primarily visitors, their travel time had no value and consequently, no cost associated with the trip. For the other half, the time traveling between origin and destination was valuable and therefore a cost. It was decided that the two types of travelers would cancel out and no travel time would be included in the analysis.

ACTION: The travel times would be removed from the analysis.

Editors note: After further discussion regarding this issue, it was determined that two scenarios exist with visitor traffic.

1. Traveling between ports has no cost associated with the travel time since the travelers are on vacation, or
2. The experience of traveling between ports is a benefit and travelers should be compensated for the time required to travel.

It is suggested that no cost should be allocated to the half of travelers that are visitors. However, it is not feasible to compensate travelers for traveling in the Lynn Canal. The cost associated with travel time should be included for those travelers that cost is a factor, i.e. non-visitor travelers. Consequently, the travel times between ports should be reduced by one-half to reflect travel time costs to only one-half of the travelers.

Accident Costs

Accident costs used in the analysis are appropriate for measuring the economic loss resulting from motor-vehicle accidents. However, they do not reflect the comprehensive cost concept of what people are willing to pay to live longer. The National Safety Council provides accident costs for both analyses.

ACTION: The cost accident figures are to be adjusted according to the National Safety Council to reflect the comprehensive cost concept as recommended for cost-benefit analysis.

TRAFFIC PROJECTION ANALYSIS

Growth Rates

The long term growth rates were a concern to AMHS. Erickson & Associates commented that the 3.5% growth rates for the East Lynn alternative were excessive and should not differ from the other alternatives. McDowell Group agreed that a consistent growth rate for all alternatives would be more appropriate since the growth rate would be primarily a function of population and visitor forecasts. It was agreed that based on projected annual increases in visitor growth of 2.5% and annual population increases for Juneau, Haines, and Skagway of approximately 2.0%, that the long term growth rates for all alternatives should be 2.0%.

ACTION: Apply long-term growth rates of 2.0% for all alternatives for 20 years.

Elasticity of Demand

The Elasticity of Demand issue was discussed. Lochner gave an explanation of how the traffic projections were determined using the elasticity of demand. Erickson & Associates had a concern that the travel time for each alternative was double-counted in determining the components that used the elasticity of demand theory. He commented that he did not have a reasonable solution or any traffic projections and concurs that the traffic volumes are within reason, but believes that the traffic projection analysis and the description of the approach should be more supportive of the projected traffic volumes. He mentioned that the methodology in the Acres analysis completed in 1986 was based a on careful economically plausible approach.

It was mentioned that three different firms, including Acres, McDowell Group, and Lochner had prepared traffic projections for Juneau Access in the recent past. All three firms used different approaches in projecting traffic. The traffic forecasted by the three firms were relatively close to one another. AMHS believes that the traffic volumes on the Improved AMHS alternative are too high.

ACTION: The traffic projection methodologies should be re-written to be more supportive of the projected traffic volumes.

### Fifty Year Analysis

It has been proposed by ADOT&PF that a fifty year analysis should be considered to determine what the economic viability of the alternatives would be in the long-term. It was agreed that performing the fifty year analysis would require speculative traffic projections as well as assumptions to determine when to add vessels, sizing the vessels, repaving the highways, etc.

ACTION: It was determined that the fifty year analysis would be deferred until a decision was made by ADOT&PF.

## TOLL OPTIONS FOR EAST LYNN

### Elasticity Measure

Sawyer & Associates discussed the elasticity measure to be used in the highway toll analysis. It was stated that literature of similar facilities suggests that an elasticity of -0.3 could be used to reflect the decrease in traffic. The -0.3 elasticity would mean that for every 1.0% increase in the price of toll, a 0.3% decrease in traffic would result. It was noted that the -0.3 elasticity would be valid to a certain level. If the price of the toll were to increase past a certain amount, traffic would decrease at a greater rate. The general consensus was that the -0.3 would be acceptable.

ACTION: Use a -0.3 elasticity for the highway toll analysis.

### Base Year Toll Level vs. User Benefit Toll Level

The issue of deriving two different toll levels was discussed. If a base year toll is established that recovers M&O costs in the base year, the user benefit toll would be higher than the toll in the base year. This occurs because the user benefit model captures the benefit of traffic growth in later years. The toll established by the user benefit model would under recover in the early years and over recover in the later years. Milt Barker stated that although the toll option is being considered in the financial feasibility analysis, it is not likely to be a probable option for financing.

ACTION: The toll analysis should continue. However, it was decided that the concerns about explaining the two toll levels would be deferred and re-considered if the toll option were to become a plausible financing method.

The price of the toll to be used in the analysis was also discussed. The toll price could be set to recover M&O costs for the road only or the M&O costs for both the road and the ferry.

## AMHS INPUT NEEDS

To complete the economic analysis, it is advisable that a consensus regarding the following items be made with AMHS. Lochner will send a list to ADOT requesting the following items from AMHS:

1. Proration factors for service of the existing vessels in Lynn Canal,
2. Fare structure for the marine links,
3. Residual values for the existing fleet.

## OTHER ISSUES

### Reevaluation of Marine Vessels

It was determined that the reevaluation of the number, type, and sizing of the vessels used on the marine links of the alternatives would not need to be conducted since the year 2005 traffic projections would not change significantly.

ACTION: The number of roundtrips will need reevaluation since long term growth rates have changes.

### Construction Cash Flows

Milt Barker commented that the analysis should take into consideration the different construction periods of the alternatives. Varying construction periods will result in different times when the benefits of the alternative are realized. The analysis study period would begin when a decision was made on the alternative. The construction cash flows would be developed as part of the economic analysis.

ACTION: It was determined that an analysis considering construction cash flows would be deferred until direction was received from ADOT&PF.