# LOCHNER

H.W. LOCHNER, INC., 301-116TH AVENUE, S.E., SUITE 550, BELLEVUE WA 98004

(206) 454-3160
FAX (206) 455-8543

**TO:** Bill Ballard
ADOT&PF

**FROM:** Tony Leonard
H.W. Lochner, Inc.

**DATE:** October 11, 1995

**SUBJECT:** JUNEAU ACCESS IMPROVEMENTS (EIS)

This letter is written to discuss the impacts of the modifications suggested in the meeting on October 5, 1995. The B/C ratios developed prior to the meeting are provided in Table 1. These B/C's reflect all adjustments and corrections up to the meeting. The B/C ratios are lower than the last submittal because of three primary reasons.

1. In the last submittal, the Unit User Costs were not discounted back to the year 2005. This omission resulted in inflated user costs, which created unrealized benefits and consequently, high B/C ratios.

2. The user benefit equation in the NPV worksheet has been modified since the last submittal. The revised equation generates a better estimate of benefits in the split of travelers with frequency delay (boarding at Juneau) and travelers without frequency delay (traveling from south of Juneau).

3. The long-term traffic growth rates were modified so that all alternatives had a constant growth rate of 2.5%.

Attachment 1, in the Appendix, provides the Net Present Value, Present Value, and Marine and Highway User Costs worksheets for this base condition.

Table 1
Base Condition
B/C & NPV Summary

| Alternative | B/C Ratio | Net Present Value (millions) |
|---|---|---|
| AMHS 4A | 1.38 | $39.6 |
| AMHS 4B | 1.68 | $73.7 |
| AMHS 4C | 1.05 | $5.6 |
| West Lynn | 1.12 | $21.1 |
| East Lynn | 2.42 | $262.0 |

Celebrating 50 Years of Excellence in Engineering

As a result of the meeting, the following parameters were revised and analyzed. A sensitivity analysis was conducted which revised only one parameter at a time and compared it to the base condition. The comprehensive analysis represents modifications to all parameters at the same time. The resulting B/C ratios and Net Present Values, which reflect the comprehensive analysis, are provided in Table 2. The results are given for both a 4.9% and 7.0% discount rate. Attachment 2, found in the Appendix, provides the supporting worksheets for the sensitivity and comprehensive analyses.

1. Discount Rate was changed to 7.0%.

2. Accident costs were modified to reflect the comprehensive cost concept of what people are willing to pay to live longer.

3. The travel time component was reduced by one-half. This modification was made assuming that one-half of the travelers had no travel time cost vs. the other half that considered the travel time a cost.

4. The time value of the frequency delay component was reduced by one-half. This modification approximately equals the difference in cost of traveling between Juneau - Skagway via airplane vs. ferry.

5. The long-term growth rates were changed so that all alternatives had a constant growth rate of 2.0%.

Table 2
Revised Condition
Comprehensive Analysis
B/C & NPV Summary

| Alternative | B/C Ratio | | Net Present Value (millions) | |
|---|---|---|---|---|
| Discount Rate | 4.9% | 7.0% | 4.9% | 7.0% |
| AMHS 4A | 0.63 | 0.52 | ($40.4) | ($51.5) |
| AMHS 4B | 0.77 | 0.64 | ($24.9) | ($39.5) |
| AMHS 4C | 0.48 | 0.42 | ($55.1) | ($58.2) |
| West Lynn | 0.41 | 0.32 | ($102.5) | ($124.5) |
| East Lynn | 1.37 | 1.10 | $89.1 | $24.8 |

At the present time, the following issues remain to be incorporated in the analysis. Some of these outstanding issues require information from AMHS. After these issues are resolved and incorporated in the analysis, the B/C and NPV figures will change.

1. Inclusion of construction cash flows in the analysis.

2. Residual values for the existing fleet.

3. AMHS concurrence on the proration factors of the existing vessels in the Lynn Canal.

4. AMHS concurrence on the fare structure of the marine links for all alternatives.

5. AMHS concurrence on the projected traffic volumes.

Tables 3 and 4 provide a B/C and Net Present Value summary of the Comprehensive and Sensitivity Analysis. The revised condition was calculated with both a 4.9% and a 7.0% discount rate.

If you have any questions regarding this material, please contact me or John Buttenob.

TABLE 3
B/C
SUMMARY

**Comprehensive Analysis**

| ALTERNATIVE | BASE CONDITION | REVISED CONDITION WITH 4.9% | REVISED CONDITION WITH 7.0% |
|---|---|---|---|
| AMHS OPTION 1 | 1.38 | 0.63 | 0.52 |
| AMHS OPTION 2 | 1.68 | 0.77 | 0.64 |
| AMHS OPTION 3 | 1.05 | 0.48 | 0.42 |
| WEST LYNN | 1.12 | 0.41 | 0.32 |
| EAST LYNN | 2.42 | 1.37 | 1.10 |

**Sensitivity Analysis**

| ALTERNATIVE | BASE CONDITION | 7.0% DISC. RATE | HIGHER ACC. RATE $79,690 per acc. | 1/2 TRAVEL TIME | 1/2 FREQ. DELAY TIME VALUE | 2.0% LONG-TERM GROWTH |
|---|---|---|---|---|---|---|
| AMHS OPTION 1 | 1.38 | 1.13 | 1.38 | 1.14 | 0.99 | 1.25 |
| AMHS OPTION 2 | 1.68 | 1.38 | 1.62 | 1.46 | 1.18 | 1.56 |
| AMHS OPTION 3 | 1.05 | 0.91 | 1.01 | 0.92 | 0.74 | 0.97 |
| WEST LYNN | 1.12 | 0.87 | 1.03 | 0.95 | 0.74 | 1.05 |
| EAST LYNN | 2.42 | 1.95 | 2.30 | 2.20 | 1.80 | 2.34 |

Base Condition represents:

1. Discount Rate is 4.9%.
2. Accident Rate is the rate used in Reconnaissance Report - $20,650 per accident.
3. Travel Time is not reduced by 1/2. All travelers, including visitors, would have time value cost in their travel.
4. Frequency delay is not reduced by 1/2. Full time value for frequency delay is used.
5. The long-term traffic growth rate is 2.5%.

TABLE 4
NET PRESENT VALUE
SUMMARY
($, MILLIONS)

## Comprehensive Analysis

| ALTERNATIVE | BASE CONDITION | REVISED CONDITION WITH 4.9% | REVISED CONDITION WITH 7.0% | | | | |
|---|---|---|---|---|---|---|---|
| AMHS OPTION 1 | $39.6 | ($40.4) | ($51.5) | | | | |
| AMHS OPTION 2 | $73.7 | ($24.9) | ($39.5) | | | | |
| AMHS OPTION 3 | $5.6 | ($55.1) | ($58.2) | | | | |
| WEST LYNN | $21.1 | ($102.5) | ($124.5) | | | | |
| EAST LYNN | $346.6 | $89.1 | $24.8 | | | | |

## Independent Analysis

| ALTERNATIVE | BASE CONDITION | 7.0% DISC. RATE | HIGHER ACC. RATE $79,690 per acc. | 1/2 TRAVEL TIME | 1/2 FREQ. DELAY TIME VALUE | 2.0% LONG-TERM GROWTH |
|---|---|---|---|---|---|---|
| AMHS OPTION 1 | $39.6 | $13.9 | $39.6 | $14.4 | ($1.1) | $27.9 |
| AMHS OPTION 2 | $73.7 | $41.3 | $66.9 | $49.7 | $19.3 | $61.7 |
| AMHS OPTION 3 | $5.6 | ($8.5) | $1.5 | ($8.8) | ($27.1) | ($3.2) |
| WEST LYNN | $21.1 | ($23.2) | $5.0 | ($8.6) | ($44.9) | $9.0 |
| EAST LYNN | $346.6 | $236.2 | $317.4 | $292.3 | $195.8 | $320.2 |

Base Condition represents:

1. Discount Rate is 4.9%.
2. Accident Rate is the rate used in Reconnaissance Report - $20,650 per accident.
3. Travel Time is not reduced by 1/2. All travelers, including visitors, would have time value cost in their travel.
4. Frequency delay is not reduced by 1/2. Full time value for frequency delay is used.
5. The long-term traffic growth rate is 2.5%.

**Declaration Exhibit 19, Page 5 of 5**
Case 1:06-cv-00009-JWS    Document 25-20    Filed 03/26/07    Page 5 of 5