# MEMORANDUM

# State of Alaska

To Rick

Department of Transportation & Public Facilities
Southeast Region

TO: Bill Ballard
Regional Environmental Coordinator
Design and Construction

DATE: March 26, 1996

FROM: Charles R. Hakari
Engineering Assistant III
Design and Construction

FILE NO:
TELEPHONE NO: 465-4438
SUBJECT: Project No. 71100
JNU Access Sea Lion Haulout Alignment

In response to the suggestion made by Rick Reed at the March 19th meeting on Juneau Access, I have put together an analysis of the alignment alternatives considered through the Sea Lion Haulout area. I have also included a copy of the construction sequencing plan, which is referenced in my analysis.

The Technical Alignment Report has been updated to relect this alignment change. This document would be a good one for Rick to referencein his report. Tracy should have a handle on the current status of this report.

Let me know if you need any more information. It will be nice when we are beyond this stage of the game.

Attachments: as stated

# SEA LION ALIGNMENT ANALYSIS

This report provides a detailed analysis of the three alignment alternatives evaluated in the Seal Lion Haulout area. The study area extends approximately 1200m north and south of the haulout, from station 65+600 to station 68+000. The following is a brief summary of the alternatives:

Alignment "A" - The avoidance alignment which involves a 2400m tunnel

Alignment "B" - Consists of a bench cut roadway with an 800m tunnel at the haulout.

Alignment "C" - The Department's preferred alignment which consists of bench cuts and a thru-cut adjacent to the haulout to shield the Sea Lions from the traveling public.

The most easily constructed and least costly alignment along the beach was dropped from consideration because it was recognized that there would be no way to mitigate the loss of the haulout and eagle nesting tree no. 549.

Also not included in this analysis is the original reconnaissance alignment, which was similar to Alternative "B", except that it involved the use of two short tunnels (100m and 350m) along the study segment. It was dropped from consideration in favor of the avoidance alignment when eagle nest locations were pinpointed and added to the reconnaissance plans. It was thought at the time that it would not be possible to construct, given the timing restrictions imposed by the Sea Lion Haulout usage and eagle nest occupancy. Subsequent analysis (see attached) indicated that construction could in fact be accomplished under a sequencing plan which takes into account the identified work window. The preferred alignment was generated as a result of this analysis.

## ALIGNMENT ALTERNATES OVERVIEW

### ALTERNATIVE "A" - 2400m Tunnel

The avoidance alignment through this area consists of a 2400m tunnel, with the tunnel portals approximately equidistant from the haulout. This alternative would completely isolate the Sea Lion Haulout from the highway traffic. It also avoids impacts to the three eagle nesting trees in the area.

The initial construction to establish the portals would have to be scheduled around the nesting activities of the eagles using the nests at each end since the portals fall within the 800m blast-free zones around nest no. 550 on the south end and nest no. 548 on the north end. Once the portals were established, tunnel construction could proceed without further restriction.

#### Pros

- Avoids impacts to haulout and eagle trees.
- Eliminates scarring due to bench cuts in rock slopes

- Minimum timing restrictions during construction
- Eliminates the need to mitigate slide area no. 31

### Cons

- Prohibitively expensive - $40,000,000
- Long term maintenance expense of lighting, ventilation and power generation systems
- Excess excavation disposal problems

## ALTERNATIVE "B" - Bench Cuts with 800m Tunnel

This alignment alternative moves downhill into a terrain following bench cut with some fills to the beach, and an 800m tunnel centered about the Sea Lion Haulout. Thru-cuts with shielding backslopes leading into and out of the tunnel section extend area of the Sea Lion Haulout isolation.

Construction activities would follow the attached construction sequencing plan.

### Pros

- Shields Sea Lion haulout from roadway.
- Eliminates snow removal/storage problems in thru-cut found in Alternative "C"
- No impact on nest no. 549
- Excavated rock can be used in fill sections instead of being wasted

### Cons

- Cost - $ 16,700,000
- Scarring due to extensive rock cuts
- Long term maintenance expense of lighting, ventilation and power generation systems
- Encroachments into 100m no disturbance zones around nest no. 548 and nest no. 550.
- Limited construction seasons due to eagle nest and haulout
- Requires mitigation at slide area no. 31

## ALTERNATIVE "C" - DOT/PF Preferred - Bench/Thru-cut

The DOT/PF preferred alignment is the same as Alternate "B", except that instead of a tunnel, the alignment is moved outward to lessen the cutslopes on the uphill side of the roadway, while lowering the grade slightly to induce a thru-cut situation at the haulout. The backslope on the downhill side of the thru-cut would shield the Sea Lions from roadway traffic. See attached construction sequencing plan.

### Pros

- Least costly of the alternatives - $8,200,000
- Shields Sea Lion haulout from roadway.
- Excavated rock can be used in fill sections instead of being wasted

## Cons

- Snow removal/storage problems in thru-cut
- Requires mitigation at slide area no. 31
- Scarring due to extensive rock cuts
- Long term maintenance expense of lighting, ventilation and power generation systems
- Encroachments into 100m no disturbance zones around all three eagle nests in area.
- Limited construction seasons due to eagle nests and haulout