N

# MEMORANDUM

# State of Alaska

Department of Transportation & Public Facilities
Statewide Division of Engineering Services

**DRAFT**

TO: Tim Haugh
FHWA Environmental & Realty Program Manager

DATE: February 6, 2003

FILE NO: 71100
Juneau Access Improvements

TELEPHONE NO: 465-4498

FROM: Reuben Yost
Regional Environmental Coordinator

SUBJECT: Range of alternatives

Prefer
Reasonable

The January 3, 2003 Environmental Re-evaluation of the Juneau Access Improvements DEIS indicated the SDEIS should include a new alternatives analysis appendix. One function of this analysis would be to compare the reasonable alternatives studied, based on new and updated information. Another function would be to re-examine the validity of the previous determination of alternatives not considered reasonable. A particular concern discussed at our meeting of December 19, 2002 was that the DEIS did not provide sufficient rationale for not advancing Alternative 3, West Lynn Canal Highway.

We intend to conduct SDEIS scoping during March and finalize the workplans for studies and field work in April. We believe it is important to propose the reasonable alternatives to be studied during scoping, so agencies and the public can comment on the range of alternatives and the studies needed to evaluate the impacts of these alternatives. To that end we have prepared the attached analysis summary and matrix based on the 1997 data. (The range of alternatives will be reconsidered after scoping and verified after the alternatives comparison is completed with updated information, but a decision is required in April to plan work for the coming field season.)

We believe the summary and matrix illustrates that Alternative 3 is not a reasonable alternative, particularly considering the following points:

- it provides a low increase in capacity, due to required ferry links (2 routes with 3 ferries);
- it provides only a moderate increase in flexibility and a moderate decrease in travel times;
- it fails to decrease operating costs, instead increasing costs by $8.2 million/year; and
- it has substantial environmental impacts in terms of habitat and wildlife.

<u>It would not be reasonable for the Department to spend approximately $200 million and create the described environmental impacts to achieve only modest improvements in capacity, flexibility and travel times while substantially **increasing** annual operating costs.</u>

We have discussed the fact that Alternative 4, Marine Options, meets the Purpose and Need for the project to an extent similar to Alternative 3. This makes dismissing Alternative 3 less straightforward, as the same criteria of reasonableness must be applied to all alternatives. It is consideration of a combination of criteria, rather than a single criterion, that makes Alternative 3 unreasonable. Conversely, Alternative 4 was included in the document because of its combined

attributes of low environmental impacts and partial meeting of Purpose and Need. The Department, after considering public comment, concluded (and agencies concurred) that the avoidance of environmental impacts made Alternative 4 reasonable for consideration despite its high operating costs. The same cannot be said of Alternative 3.

The matrix was put together using 1997 data; we anticipate that updating the numbers will reinforce rather than reverse these conclusions. Existing construction contracts demonstrate that ferry capital costs are higher than estimated in the DEIS; also the need to reduce operating costs has become even more critical due to reduced legislative support of the Marine Highway Fund. Updating Alternative 4 based on current Marine Highway planning (for smaller FVFs) will reduce the projected operating costs but will also reduce the capacity and opportunity for travel of this alternative.

We request your concurrence to begin SDEIS scoping with the same range of alternatives analyzed in the DEIS, with the understanding we will consult with you regarding scoping results before proceeding with appropriate studies.

cc: Pat Kemp, Preconstruction Engineer
    Chris Morrow, PD&E Chief
    Jack Beedle, Design Group Chief
    Gary Hogins, Acting Chief Engineer

Attachment

Case 1:06-cv-00009-JWS     Document 25-23     Filed 03/26/07     Page 2 of 2
Declaration Exhibit 22, Page 2 of 2