

United States Department of the Interior

FISH AND WILDLIFE SERVICE
1011 E. Tudor Rd.
Anchorage, Alaska 99503-6199

IN REPLY REFER TO:
AFWFO

APR 7 2005

Mr. Bill Ballard, Statewide Environmental Coordinator
ADOT & PF Statewide Design and Engineering Services
3132 Channel Drive
Anchorage, Alaska 99508-7898

Dear Mr. Ballard:

Last spring, the U.S. Fish and Wildlife Service committed to providing the Alaska Department of Transportation and Public Facilities with clearer, more specific guidance related to migratory bird nesting. I am pleased to provide you with the enclosed statewide timing guidelines for migratory bird nesting. These guidelines represent time periods during which we recommend that vegetation clearing and other site preparation activities be avoided. These site preparation guidelines will assist the State in compliance with the Migratory Bird Treaty Act. Bald and golden eagles, and species listed under the Endangered Species Act, also have additional and unique protections beyond those of the MBTA.

The enclosed timing recommendations vary slightly from timing windows previously provided, and may be adjusted in the future if new data becomes available or environmental conditions result in changes in migratory bird nesting chronologies.

We are in the process of producing fact sheets that more fully explain the MBTA and the responsibilities it entails. For project specific assistance related to migratory bird nesting, or other Service trust responsibilities, please contact the appropriate Service field office. Thank you for your patience during this past year as we compiled and refined the data on which the guidelines are based.

Sincerely,

Rowan Gould
Regional Director

Enclosure

cc: Northern Region of ADOT&PF - Chuck Howe
Southcentral Region of ADOT & PF – Jerry Ruehle
Southeast Region of ADOT&PF - Van Sundberg
Army Corps of Engineers - Larry Reeder
Federal Highways Administration - Tim Haugh
USGS Alaska Science Center - Dirk Derksen

Declaration Exhibit 23, Page 1 of 3
Case 1:06-cv-00009-JWS    Document 25-24    Filed 03/26/07    Page 1 of 3



## ADVISORY: Recommended Time Periods for Avoiding Vegetation Clearing in Alaska to Protect Migratory Birds

**General Information:**
Under the Migratory Bird Treaty Act (MBTA) (16 U.S.C. 703), it is illegal to "take" migratory birds, their eggs, feathers or nests. "Take" includes by any means or in any manner, any attempt at hunting, pursuing, wounding, killing, possessing or transporting any migratory bird, nest, egg, or part thereof. The MBTA does not distinguish between intentional and unintentional take. In Alaska, all native birds except grouse and ptarmigan (which are protected by the State of Alaska) are protected under the MBTA.

Vegetation clearing, site preparation, or other construction activities that may result in the destruction of active bird nests or nestlings would violate the MBTA. The following timing guidelines are not regulations, but are intended as recommendations to help you comply with MBTA. Some species and their nests have additional protections under other federal laws, including those listed under the Endangered Species Act (ESA), and bald and golden eagles (protected under the Bald and Golden Eagle Protection Act or BGEPA). Please contact the U.S. Fish and Wildlife Service if you believe these species may be present in your project area to ensure compliance with ESA and BGEPA.

These Timing Guidelines are current for 2005.

**Directions:**
1. Apply timing window guidelines to your project planning, unless project-specific review results in unique guidelines from the USFWS for your project.

2. If you encounter an active nest *at any time*, including before or after the local timing window, protect it from destruction. "Active" is indicated by intact eggs, live chicks, or presence of an adult on the nest. Compliance with the law is your responsibility: do not destroy eggs, chicks, or adults of wild native bird species.

3. If you have any questions regarding the MBTA and the timing guidelines, including projects that may occur in "boundary areas" between regions, contact your local Fish and Wildlife Field Office for assistance:

Fairbanks (907) 456-0203
Anchorage (907) 271-2888
Juneau (907) 780-1160
Kenai (907) 262-9863

 

**U.S. Fish & Wildlife Service**

| HABITAT TYPE → <br><br> REGION↓ | Forest or woodland[1] *(i.e., trees present)* | Shrub or Open *(i.e., shrub cover or marsh, pond, tundra, gravel, or other treeless/shrubless ground habitat)* | Seabird colonies *(including cliff and burrow colonies)* | Raptor and raven cliffs |
|---|---|---|---|---|
| Southeast | April 15 – July 15 | May 1 – July 15[2] | May 1 – September 15[3] | April 10 – August 10 |
| Kodiak Archipelago | | | April 15 – September 7[3] | |
| Southcentral *(Lake Illiamna to Copper River Delta, north to Talkeetna)* | May 1 – July 15[2] | | | |
| Bristol Bay/AK Peninsula *(north to Lake Illiamna)* | April 10 – July 15 | May 1 – July 15[2,4] | May 10 – September 15 | |
| Interior *(north of Talkeetna to south slope Brooks Range; west to treeline)* | May 1 – July 15[2] | | May 1 – July 20[5] | April 15 – August 1 |
| Aleutian Islands | | April 25 – July 15 | May 1 – September 15[3] | April 1 – August 1 |
| Yukon-Kuskokwim Delta *(east to treeline)* | | May 5 – July 25[2,4] | May 20 – September 15 | April 15 – August 15 |
| Seward Peninsula | | May 20 – July 20[4] | | |
| Northern *(includes northern foothills of Brooks Range)* | | June 1 – July 31[4] | | |
| Pribilof and Bering Sea Islands | | June 1 – July 15 | May 25 – September 1 | |

---

[1] Owl species may begin to nest two or more months earlier than other forest birds, and are common breeders in most forested areas of Alaska. You may wish to survey for nesting owls prior to tree-cutting. It is your responsibility to protect active owl nests from destruction.
[2] Canada geese and swan habitat: begin April 20
[3] Storm petrel burrow habitat: April 1 – October 15
[4] Black scoter habitat: through August 10
[5] Seabird colonies in Interior refer to terns and gulls