# MEMORANDUM             State of Alaska

Department of Transportation & Public Facilities
Design and Engineering Services - Southeast Region
Special Projects

TO:     File draft                    DATE:       October 17, 2005

                                      TELEPHONE:  465-1774
                                      FAX:        465-2016

FROM:   Reuben Yost                   SUBJECT:    Juneau Access Draft Mitigation
                                                  Plan


The Supplemental Draft EIS identified many mitigation commitments, both in the impact sections and in Section 5, Proposed Mitigation and Commitments. Many of these measures are already incorporated in to the project plans, while others, such as wildlife monitoring and compensatory mitigation for wetland impacts, were conceptual at the time the document was published. The Engineers Estimates for Alternatives 2 through 2C, attached to the Technical Alignment Report, included a mitigation estimate ranging from 3 to $5 million. This was a general estimate for major mitigation not otherwise incorporated into the highway estimate such as wildlife monitoring, wetlands compensation, sea lion haulout screening structures, and recreation mitigation/enhancement such as Dewey Lake Trail underpasses and replacement trails.

The Final EIS will include a comprehensive discussion of the mitigation proposed to address the impacts of the preferred alternative, 2B. Under CEQ regulations mitigation includes avoidance, minimization, restoration, and compensation. All of the build alternatives include avoidance and minimization measures in their design. Over the past decade there have been many design changes, including highway alignment and ferry terminal layout changes, to avoid or reduce impacts to habitat, including anadromous streams, wetlands, bald eagle nest trees, sea lion haulouts, and marine waters. Most of these changes have not been tracked in terms of the effect on cost estimates. One notable exception is the cost of the commitment to cross all anadromous fish streams with bridges. (This commitment was made early in the development of the 1997 Draft EIS in recognition of the fact that restoration and enhancement opportunities in the project area were limited and therefore a greater emphasis should be placed on avoidance and minimization.)

"Providing for the movement of people and goods and the delivery of state services."
Declaration Exhibit 24, Page 1 of 3
Case 1:06-cv-00009-JWS   Document 25-25   Filed 03/26/07   Page 1 of 3

Bridging streams that could otherwise be crossed with structural plate pipe will avoid direct impacts to anadromous fish streams and reduce habitat fragmentation by providing migration corridors. Bridges at Sawmill, Antler Slough, Slate, Sweeny, Sherman, and Independence creeks added approximately $4.2 million to the East Lynn Canal Highway Estimate of $281 million reported in the Supplemental Draft EIS.

The mitigation estimate now includes the following specific mitigation item estimates:

1. Bridges instead of culverts at smaller anadromous streams     $4,200,000
2. 100-foot extensions on multi-span bridges at the Antler, Lace and Katzehin rivers to serve as wildlife underpasses – (300 ft x $4,400/ft)     1,320,000
3. 2 100-foot long wildlife underpasses at high use bear trails and surrounding land on the Antler/Lace peninsula – (200 ft x $4,400/ft)     $880,000
4. Screening structures at Grand Point and Met Point (2,800 ft concrete barrier with fence at $135/ft and 2,750 ft fence at $75/ft)     $584,250
5. Wildlife monitoring studies to assess impacts and management wildlife populations:
   A. Mountain goat monitoring, Berners River to Katzehin River, four year collaring study - (cost based on approved scope)     $567,700
   B. Moose monitoring in the Berners Bay watershed, three year collaring study - (cost based on detailed estimate)     $398,100
   C. Bear monitoring, Sawmill Creek to Sherman Creek, three year collaring and hair snare study - (cost based on scope comparison with moose study) $500,000
   D. Wolverine monitoring in Berners Bay watershed, three year collaring and hair snare study - (cost based on scope comparison with moose study) $200,000
6. Wildlife monitoring to assess impact and determine if additional measures are needed:
   A. Helicopter monitoring of eagle nests, for four years of construction and five years post construction (2 flights per year at $5,000/flight)     $90,000
   B. Video, aerial and ground monitoring at Gran Point and Met Point sea lion haulouts, for two years of construction (four construction seasons) and five years post construction ($57,000/year for 7 years)     $399,000
7. Wetlands and marine waters fee in lieu compensation payments to a land trust or for parcel purchase:
   A. Palustrine forested and scrub/shrub wetlands, (70.1 ac x $2,800/ac) $196,280
   B. Estuarine emergent wetlands (0.2 ac x $50,000/ac)     $10,000
   C. Unvegetated intertidal fill areas (32 ac x $20,000/ac)     $640,000
8. Remote Pan Abode cabin in Berners Bay to mitigate the loss of remote experience, to be maintained by the USFS     $50,000

Based on the items listed above, current proposed mitigation for Alternative 2B totals approximately $10 million. Structural mitigation items ($7 M) have been included in the unit quantities. Nonstructural mitigation ($3 M) will continue to be listed under the heading "Mitigation" in the Engineers Estimate.