

BOZEMAN, MONTANA   DENVER, COLORADO   HONOLULU, HAWAI'I
INTERNATIONAL   JUNEAU, ALASKA   OAKLAND, CALIFORNIA
SEATTLE, WASHINGTON   TALLAHASSEE, FLORIDA   WASHINGTON, D.C.

February 23, 2007

Dean Dunsmore
Environment and Natural Resources Division
United States Department of Justice
801 B Street, Suite 504
Anchorage, AK 99501-3657

Dean:

    With this letter, please find 17 documents Plaintiffs seek to have added to the agency record. These documents were identified during a review of the Alaska Department of Public Facilities (DOT) project file for the Juneau Access Improvements Project. Pursuant to an agreement with counsel for the State, Plaintiffs' counsel was granted access to a subset of that file and reviewed the documents therein on February 12 and 13, 2007. The subset of the file reviewed by Plaintiffs' counsel encompassed two large file boxes and several folders, each containing correspondence, memoranda, and other documents related to the Juneau Access Project.

    It would be my position that all documents, except those protected by privilege, in the project folder should be part of the agency record in this case. In a further effort to simplify resolution of the issues surrounding the scope of the record for this case, however, Plaintiffs have identified documents from that file that are relevant to the claims in this litigation and seek to augment the agency record only with those documents.

    This letter is the third correspondence I have sent identifying documents that have been excluded from the agency record. On February 9, I sent you an index from a Forest Service FOIA response, and, on February 16, I sent a similar index from the Federal Highway Administration. Each time, I identified a subset of documents with which the record should be augmented. The documents provided with this letter are the final documents of which Plaintiffs are aware at this time that should be included in the agency record.

    Plaintiffs' counsel have worked as quickly as possible to identify documents that should be added to the record. I am hopeful that we can reach an agreement about how, and with what, to supplement the record before the March 5 deadline to supplement the agency record. Again, I appreciate your willingness to work cooperatively on this issue.

Sincerely,

*Kate Glover for*

Michael LeVine
EARTHJUSTICE