## Mike Levine

| | |
|---|---|
| **From:** | Peter Putzier [Peter_Putzier@law.state.ak.us] |
| **Sent:** | Monday, February 26, 2007 2:40 PM |
| **To:** | Mike Levine |
| **Subject:** | Juneau Access Documents |
| **Attachments:** | 02-23-2007 (6).pdf; 02-23-2007 (4).pdf; 02-23-2007 (5).pdf |

Mike:

This responds to your document requests of March 20 and March 23 asking for Milton Barker economic analyses and Tables 3 & 4 attached to an October 11, 1995 memo from Tony Leonard to Bill Ballard.

After some searching, we were able to find the documents. (See three attachments below.)

While DOT&PF continues to seek to cooperate with plaintiffs, I would note that I have concerns about ongoing discovery requests. First, there is no public records act requirement to produce the documents. DOT&PF is producing documents in a good faith effort to work with you, and to avoid the discovery battle and associated delays you threatened. Second, the documents requested in your February 20 and 23 emails do not appear to have been directly or indirectly considered by agency decisionmakers, nor do you make that allegation. If the documents fall outside the administrative record, it is not clear what relevance these documents have to our pending litigation.

Further discovery requests will receive heightened scrutiny. I would ask that any future discovery requests be supported by a factual and legal rationale explaining why such documents are relevant and discoverable, including reasonable, non-speculative grounds for the belief that the materials were considered in the decision-making process. In my view, DOT&PF has already produced above and beyond what is required by either court rules or state law.

Peter