# Mike Levine

| | |
|---|---|
| **From:** | Dunsmore, Dean (ENRD) [Dean.Dunsmore@usdoj.gov] |
| **Sent:** | Tuesday, March 13, 2007 5:51 PM |
| **To:** | Mike Levine |
| **Cc:** | David.Ortez@fhwa.dot.gov |
| **Subject:** | Re: Juneau Access Record |

I am told that one document is already in the record. Other than that the documents are AK DOTPF that were not relied upon by FHWA. Thus they are prooerly not in the record. Dean
-----------------------------
Sent from my BlackBerry Wireless Handheld

Sent Using U.S. DOJ/ENRD BES Server

----- Original Message -----
From: Mike Levine <mlevine@earthjustice.org>
To: Dunsmore, Dean (ENRD)
Sent: Tue Mar 13 13:48:21 2007
Subject: Juneau Access Record

Dean,

As you are aware, the deadline for moving to augment the agency record is this Monday, March 19. As Plaintiffs decide whether to file a motion to supplement the record and its scope, we need to know how the government will respond to our third request to augment, dated February 23. We asked that the government agree to augment the record with 17 documents identified from a review of the Alaska DOT's files. I understand that you need to confer with your clients about these issues, but the delay makes preparation of a motion, should one be necessary, difficult. Please let me know what progress you have made in deciding which documents you will agree to add to the record.

Thanks,

Mike

Michael LeVine
Project Attorney
Earthjustice
325 Fourth Street
Juneau, AK 99801
T: 907-586-2751
F: 907-463-5891
www.earthjustice.org <file://www.earthjustice.org>

*The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please notify the sender by reply email and delete the message and any attachments.