*Alaska Marine Highway System*
*Marketing and Pricing Study*

*Volume 1:*
*Summary Report of*
*Key Findings and Recommendations*

Prepared for:

**Alaska Marine Highway System**
**Department of Transportation**
**and Public Facilities**
**State of Alaska**
Juneau, Alaska

September 2000

HE
5783
.A4
A48
v.1

ALASKA STATE LIBRARY
HISTORICAL COLLECTIONS



3 3500 00289 9870

# Alaska Marine Highway System Marketing and Pricing Study

### Volume 1:
*Summary Report of Key Findings and Recommendations*

**Prepared for:**

Captain Robert J. Doll
Southeast Region Director
Department of Transportation and Public Facilities

Captain George Capacci
General Manager
Alaska Marine Highway System
Department of Transportation and Public Facilities

Mr. Brian Braley
Project Manager
Southeast Region
Department of Transportation and Public Facilities

**Prepared by:**



Juneau • Anchorage

In association with:

Sophie Ducharme and Tom Gaylord. Ph.D.
GDA Research & Information Systems, Inc.
Victoria, B. C., Canada

Madrona Marketing
Olympia, Washington

Information Insights, Inc.
Fairbanks, Alaska Marine Highway System

September 2000

## Table of Contents

STATEMENT OF THE SITUATION ..................................................... 1
  Study Purpose ........................................................................ 5
  Final Study Products .............................................................. 5
KEY STUDY FINDINGS ................................................................ 9
  System Challenges ................................................................ 9
  System Opportunities ........................................................... 11
  Role of Marketing ................................................................ 14
  Role of Pricing ..................................................................... 15
  Role of Reservations ............................................................ 15
  AMHS Staff Capacity ............................................................ 16
KEY STUDY RECOMMENDATIONS ............................................. 17
  Overall Marketing Program Goals ......................................... 17
  Overall Pricing Strategy ........................................................ 18
  Marketing Recommendations ................................................ 21
  Short-Term Implementation .................................................. 26
  Long-Term Recommendations .............................................. 28
  A Marketing Model to Consider ............................................ 31
FINANCIAL AND POLITICAL ENVIRONMENT ............................... 33
  Key Findings ........................................................................ 33
  Historical Financial Performance .......................................... 34
  Changes in the AMHS Operating Environment ....................... 39
  Business Practices ............................................................... 40
COMPETITIVE ENVIRONMENT .................................................... 43
  Summary of Findings ............................................................ 43
  Goals of Competitive Analysis .............................................. 43
  Summary of AMHS "Competitors ......................................... 45

i

**Declaration Exhibit 29, Page 2 of 40**

Case 1:06-cv-00009-JWS    Document 25-30    Filed 03/26/07    Page 2 of 15

**RESEARCH FINDINGS — CURRENT CUSTOMERS** .......................................................... 57
   Introduction .......................................................................................................... 57
   Customer Satisfaction Ratings .............................................................................. 58
   Customer Characteristics ...................................................................................... 59
   Customer Information Sources .............................................................................. 59
   Customer Trip Patterns ........................................................................................ 59
   Transportation Alternatives .................................................................................. 61
   Customer Demographics ........................................................................................ 63
   Comparison of AMHS Seasonal Markets ............................................................. 63
**RESEARCH FINDINGS — POTENTIAL CUSTOMERS** ......................................................... 67
   Market Analysis of Potential-Customers .............................................................. 67
   Conversion of High-Potential Markets .................................................................. 69
   Information and Marketing .................................................................................... 71
   Resident Market Considerations ........................................................................... 73

## Statement of the Situation

### The Nature of the Alaska Marine Highway System

The Alaska Marine Highway System (AMHS) is a far more complex system than the casual observer might assume. In fact, the system operates nine vessels serving 36 communities in two countries along two thousand miles of coastline. It offers multiple products (passage, cabins, vehicle, freight and food) in hundreds of possible combinations to a wide variety of markets. The AMHS is logistically more complex than major cruise operations, which have simple itineraries and just a handful of product combinations.

The challenge of marketing and pricing the AMHS is just as complex. The system has over 1000 individual tariffs that may be purchased in nearly infinite combination. The process of selling the system's products to customers is not simple. In this modern age in the travel industry of fast service, packaging, and product simplicity, AMHS has a formidable challenge.

To compound this challenge, in nearly forty years of operation, the AMHS has had little market research to guide decision-making. Such a system must have detailed knowledge of its customers in order to provide appropriate service and to maximize revenue.

### The Business Mandate

Having received a legislative mandate – through reduced funding – to operate more as a business entity and less as a subsidized public service, management of the system is focused on learning about existing and potential markets. The current AMHS situation is economically and politically unsustainable, with operating losses continuing to increase over time. In 1999, the system required $35 million in state funding toward its total operating costs of about $70 million.

Generating more business and increasing prices are two solutions – hence this AMHS Marketing and Pricing Study. More business cannot be generated without additional marketing, and more revenue cannot be generated from the current market without increasing prices. The market intelligence generated by this study becomes the foundation for making significant changes in marketing practices and pricing policies to increase revenue and decrease public subsidy.

A third solution — shuttle ferries for at least part of the system — is expected to lower operating costs once the capital investment in new equipment and facilities has been made. However, without substantial investment in marketing and a change in pricing policies, shuttle ferries also will remain underutilized. Thus, marketing and pricing must change in order to stimulate use and revenue regardless of the particular technology, itineraries, equipment, and speed of future AMHS operations.

*AMHS Marketing and Pricing Study*
*Volume 1: Summary Report of Key Findings and Recommendations*
   *McDowell Group, Inc. Page • 1*

**Declaration Exhibit 29, Page 3 of 40**
Case 1:06-cv-00009-JWS    Document 25-30    Filed 03/26/07    Page 3 of 15

### High Customer Satisfaction but Declining Market Share

The system is currently in a paradoxical situation. Current AMHS customers assign high ratings to the experience of traveling the system. On a 1 (poor) to 7 (excellent) scale, the average AMHS rating is 6.2 (very good to excellent), an exceptional mark equivalent to Alaska cruise passenger satisfaction. Further, customers give AMHS personnel in all areas of operation – shipboard and shore-side – high marks as well.

Conversely, the number of customers has declined significantly since the peak years of 1992 and 1993. There is no question the AMHS delivers a quality product and that the past decade has seen an unprecedented boom in travel to Alaska during the best of economic times. Why then has AMHS traffic declined?

Additional research evidence points out the declining market presence for the AMHS and some difficulties it experiences in selling its product.

- In research conducted by the Alaska Tourism Marketing Council (ATMC) in 1996, only 4% of Alaska visitors and 0% of their High Potential Prospects (for future Alaska travel) report ferry as a travel mode of choice.

- While 17% of ATMC inquirers express interest in ferry travel, research in this report (see *Volume 2*) shows only 17% of those convert into ferry users. This is a conversion rate of less than 3% in 1999 from the state's "hottest" list of prospective visitors.

- Seeing beautiful scenery and wildlife are the most important experiences to Alaska visitors and High Potential Prospects. The AMHS provides both experiences in comfortable, casual cruising style but does not market either appeal effectively, nor does it have the assets to do so.

- The major AMHS marketing effort is inclusion in *North! To Alaska*, an Alaska/Western Canada generic destination area marketing publication. According to focus group research conducted in this study, this program is ineffective as a primary sales strategy. Focus group participants said the program stimulated interest in travel to the general destination area. However, its breadth makes it an ineffective vehicle for actually stimulating the sale of AMHS products.

The Tourism North program is beneficial overall to the system. The study team recommends expanded AMHS participation. However, it has been a mistake for the AMHS to depend exclusively on any generic, wide-ranging, multi-purpose program to sell its specific, unique product. AMHS lost not only individual targeted market presence but also considerable advertising revenue when it stopped publishing its own collateral piece several years ago.

AMHS marketing materials must include ship plans; photos of cabins and public areas; maps of pier-to-town relationships and transportation options; simple and easily interpreted mini-schedules and tariffs for the most popular routes; and strong sales appeals focused on cruising coastal Alaska, viewing the scenery and wildlife in a relaxing, casual onboard ambience. The current brochure does none of that.

- Hold times on the telephone reservations system are often lengthy and well above industry standards. The result in 1999 was that 25% of phone calls from people who contacted the AMHS for information went unanswered and were abandoned. Hold times and termination rates are improving in 2000 with recent improvement to the system, but continue to lag well behind industry standards.

- Past research reveals that ferry visitors plan further in advance than visitors using other modes of transportation. This puts a premium on having schedules, tariffs, and marketing materials available in the market place early (meaning fall of the preceding year).

- AMHS customers are heavy users of guide books, the Internet, travel agents, and local and state tourism offices. The AMHS information provided to these sources needs to have stronger sales impact and information content.

### AMHS Attracts Economically Desirable Customers Who Travel Throughout Alaska

The AMHS serves economically desirable customers who travel throughout Alaska. The dominant summer visitor market using the AMHS (estimated at about 150,000 in summer 1999) to travel to, from and within the state stays longer, spends more and travels to more Alaska places than most other visitor markets. *Anchorage is the #2 most-visited community in Alaska by AMHS summer visitors, second only to Juneau.* Nearly one-half (46%) of summer AMHS visitors spend time in Anchorage on their Alaska trip. In total, five locations not on these Southeast AMHS system rank in the top ten most-visited communities by AMHS visitors. These include #6 Interior/Denali region (26% of AMHS visitors), #7 Fairbanks (24%), #8 Valdez (22%), and #9 Kenai Penninsula (19%).

### Positive Alaska Visitor Market Outlook

The demographics and emerging travel preferences of Alaska's major markets foretell significant visitor growth over the next decade and beyond. Members of the Baby Boom generation are coming into their prime travel years (age 45+ years) and national and international travel preferences are for unique experiences. This combination means more visitors are looking for something special to do. In addition, enormous cruise industry investment in new, larger ships means that "cruising in Alaska with spectacular scenery and wildlife viewing" will be a theme that receives tens of millions of dollars annually in advertising support for the foreseeable future. The AMHS must position itself in the marketplace as the independent, informal, flexible, small-ship way to have this experience. Finally, in spite of insufficient marketing, the AMHS has special appeal to European, Canadian, and Australia/New Zealand markets because they are all familiar with AMHS-style ferry travel in their own countries. The AMHS non-resident, or visitor market, is almost 20% from overseas.

### Historical Marketing and Pricing Policies

A review of past marketing and pricing policies is essential to put into context the current fiscal situation of the AMHS. Past policies have been politically based (as they should be, to some extent, since the AMHS is a public agency). The operation of the AMHS has – and may always be – complicated by the conflicting dual mandate of providing public transportation service while being held accountable for bottom-line financial performance. These politically determined policies have had devastating economic and market consequences to a system that should have been experiencing increased traffic, revenue growth, and a declining deficit during the booming travel market of the 1990s.

*McDowell Group, Inc. Page • 2*

*AMHS Marketing and Pricing Study*
*Volume 1: Summary Report of Key Findings and Recommendations*

*AMHS Marketing and Pricing Study*
*Volume 1: Summary Report of Key Findings and Recommendations*

*McDowell Group, Inc. Page • 3*

**Declaration Exhibit 29, Page 4 of 40**

### The Marketing Deficit

Remarkably, for a business of its size, only about $150,000 of the ferry system's $70 million budget is available for marketing – specifically, advertising and the design, printing, and distribution of marketing materials. Further, only $50,000 is actually spent on promoting the system to its prime visitor market. This is done through a generic regional destination marketing program that research shows dilutes the AMHS sales message. Such a budget is more commonly associated with "mom-and-pop" tourism businesses that are a small fraction of the size of the AMHS. A cruise line with operations comparable in size to AMHS would expect to spend approximately $2 to $4 million on marketing. Cruise companies anticipate about $30 of revenue for every $1 invested in marketing.

A recent McDowell Group survey of Alaska visitor industry businesses shows that nearly one-half of them spent from 6% to 25% of their income on marketing. Travel industry rules-of-thumb place marketing at 5% to 10% of gross revenue. By any standard the AMHS marketing budget needs to be in the millions rather than the thousands in order to generate the business to close the subsidy gap.

Instead, the system has been hamstrung by overall budget cuts, selective line-item cutting, and rising costs. As a result, the system has been deprived of two essential nutrients, and the absence of them is fatal. First, since marketing money is minimal, it no longer has the ability to generate increased revenue for itself. Without marketing money, the system cannot be held accountable for increasing business or even for stemming the decline of customers or revenue. Second, without the ability to efficiently serve prospective customers who do want to buy, the system cannot survive. Reservations staff shortages combined with technical shortcomings meant that 25% of all telephone inquiries to AMHS in 1999 ended in an unanswered call and lost revenue. Again, the system cannot be held entirely accountable. On a positive note, efficiency measures and technology changes are reducing hold times in 2000.

### The Cost of Past Pricing Policies

Pricing policies in recent years have resulted in almost no fare increases. Meanwhile, most travel-related services in America and Alaska adjust prices annually, at least at the rate of inflation. Consumers generally expect gradual price increases over time to cover cost increases. AMHS pricing policies had no relationship to the economic realities of rising fuel, maintenance, personnel, and other operating costs of the system. The disregard for the bottom-line effects of this "no raising prices" policy is a form of economic suicide.

Pricing policies must capitalize on very favorable market factors that could bring in additional millions at no additional cost. Research in this study reveals that most customers consider AMHS a *very good* bargain for the money, especially when it comes to passage fares. The market, particularly the dominant summer visitor market, appears willing to pay more. Unlike the AMHS, nearly all travel products nationwide – and certainly in Alaska – charge significantly more in peak season.

### Study Purpose

The objective of the *Alaska Marine Highway System Marketing and Pricing Study* is to develop recommendations for how AMHS can enhance revenue and decrease subsidy through improved marketing and pricing practices.

To do this, the study undertook five tasks:

- Assessment of ferry system markets, including the first comprehensive profiling of system passengers.
- Analysis of the competitive environment.
- Analysis of the political and financial environments.
- Development of an information system and tariff/revenue model.
- Development of a marketing and pricing strategy.

Interim results from these tasks have been prepared for internal use by AMHS management during the course of the study. A total of four interim reports were created. Interim results were also summarized in several presentations to ferry system administrative staff, a presentation to ferry system vessel captains, and a presentation to the Southeast Conference of Mayors.

### Final Study Products

Final documents developed as a result of the study include the following:

- *Volume 1: Summary of Key Findings and Recommendations* (this overview document).
- *Volume 2: Customer Research Findings and Recommendations.*
- *Volume 3: Marketing and Pricing Strategy.*

### Volume 1: Summary of Key Findings and Recommendations

This document functions as an executive summary of the one-year study. It describes the following key elements of the study:

- The Alaska Marine Highway System's current situation and the effects of the political, financial, and market environment on ferry system market performance.
- Alaska Marine Highway System current customers and potential customers: their travel patterns and attitudes toward the ferry system and its competitive alternatives.
- The key marketing challenges the Alaska Marine Highway System must overcome.
- How AMHS must respond to those challenges to be successful -- the marketing and pricing strategy.

McDowell Group, Inc. Page • 4

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

McDowell Group, Inc. Page • 5

**Declaration Exhibit 29, Page 5 of 40**

Case 1:06-cv-00009-JWS    Document 25-30    Filed 03/26/07    Page 5 of 15

## Volume 2: Customer Research Findings and Recommendations

The summary of customer research profiles three main seasonal markets served by AMHS: summer, winter and spring travelers. It describes their wants, needs and priorities. It also describes potential AMHS customers both in Alaska and elsewhere and what AMHS must do to get them to purchase ferry travel. The document covers three areas of primary research performed for this study:

- Onboard Surveys – summer, winter and spring seasons.

- Telephone Surveys (three) with potential customers.

- Focus Group Research.

**Onboard Surveys.** The bulk of these surveys were conducted onboard AMHS vessels during the key summer season, when more than half of all ferry traffic and the majority of all system revenue is generated. These were face-to-face interviews with more than 1,700 randomly selected passengers on selected ferry runs during the summer of 1999. An additional 800 surveys were conducted between October 1999 and June 2000. The surveys documented a wide range of customer behaviors and attitudes. These included travel itineraries, trip purpose, passenger information, passenger preferences, and satisfaction levels. Together, the summer, winter and spring season onboard surveys represent the first comprehensive effort to understand AMHS passenger wants and needs since the first "Blue Canoe" was launched in the early 1960s.

**Telephone Surveys.** Surveys were conducted with 650 potential AMHS customers outside Alaska drawn from AMHS and ATMC lists, and 400 Alaska residents in communities served by the system. From this research, AMHS managers, for the first time, have market intelligence on which to base marketing and pricing decisions that will increase system revenue.

**Focus Group Research.** Two focus groups were held in Portland, Oregon in March 2000. The groups were chosen from a list of individuals from the Portland area who had contacted the AMHS and the ATMC for information about ferry travel. The main objective of the focus groups was to provide additional insight into how the AMHS can convert potential riders into actual customers. One area of particular interest was the role and effectiveness of the AMHS's only major marketing tool, the *North! To Alaska* brochure.

## Volume 3: Marketing and Pricing Strategy

This volume provides supplementary recommendations and supporting information for the marketing and pricing strategies discussed in *Volume 1*. Specific marketing and promotional activities are described along with time frames for implementation. The volume also presents further pricing recommendations and discussion based on analysis by the study team's Tariff and Revenue Model.

## Ridership Information System Documentation

Also included with the study reports, but under separate cover, is the technical documentation for a *Ridership Information System* that consolidates all ferry system ridership and ticketing information since 1983 into a seamless data system to support management decisions and strategy. Developed for the AMHS by McDowell Group associates Dr. Tom Gaylord and Sophie Ducharme of GDA Research, Inc., the system allows analysis by ferry management not only of historical data, but also of current operating results. The data warehouse may be automatically updated as soon as information is recorded in the AMHS reservation system.

McDowell Group, Inc. Page • 6

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

McDowell Group, Inc. Page • 7

**Declaration Exhibit 29, Page 6 of 40**

Case 1:06-cv-00009-JWS    Document 25-30    Filed 03/26/07    Page 6 of 15

## System Challenges

### The current situation is untenable.

The AMHS's current financial situation is untenable, and will become acute in just a few years unless dramatic steps are taken to improve marketing support and bottom-line management orientation. To accomplish this, the AMHS must have a clear mandate to operate as a revenue-oriented business.

### The AMHS marketing budget is inadequate.

Of roughly $2 million in expenditures denominated as "marketing" by the Alaska Marine Highway System, nearly all is used to cover the costs of reservations personnel and computer system maintenance. The discretionary marketing budget of approximately $150,000 is inadequate for a transportation and visitor industry business with an operating budget of $70 million. The primary marketing piece employed by the AMHS –– *North! To Alaska* –– is designed as a generic promotion of Alaska/Western Canada regional travel. Alone, it is not an effective sales tool for the AMHS. Declining ridership is a direct result of lack of marketing.

### The AMHS is not accessible to purchasers.

Ready access to the system is the single biggest barrier to increased sales. In spite of important recent improvements, the reservations system is seriously overloaded. It lags far behind industry standards for call-response times and booking flexibility. Prospective ferry passengers tend to value highly the process of researching and planning their trips. Access to information is very important to them. The inability to find needed information may lead them to change their plans.

### There is no follow-up marketing to interested potential customers.

The single biggest weakness in the AMHS marketing program is with follow-up marketing to people who have already expressed an interest in ferry travel – by calling, e-mailing or writing – and converting them into purchasers. More than 80,000 potential travelers expressed interest specifically in AMHS travel in 1999. However, the lack of market exposure and detailed AMHS-specific information, as well as difficulty in accessing the system, have resulted in declining summer traffic. This has occurred even though demand is substantial.

*McDowell Group, Inc. Page • 8*

*AMHS Marketing and Pricing Study*
*Volume 1: Summary Report of Key Findings and Recommendations*

*AMHS Marketing and Pricing Study*
*Volume 1: Summary Report of Key Findings and Recommendations*

*McDowell Group, Inc. Page • 9*

**Declaration Exhibit 29, Page 7 of 40**

Case 1:06-cv-00009-JWS    Document 25-30    Filed 03/26/07    Page 7 of 15

**System operating information is not available for decision making.**

In the travel industry, where every unsold seat or cabin is a lost opportunity, strategic use of timely operating information is key to success. The AMHS must know quickly and accurately what space is selling and what requires additional promotion. Similarly, it must be able to track the results of marketing and promotional efforts. Until the study team designed a new Ridership Information System that allows analysis of the full range of reservations and ridership data at any time, this information was compiled by AMHS just once a year, mainly by hand.

**Pricing policies forego available revenue.**

Seasonal pricing and more restrictive deposit and pre-payment requirements are standard in the travel industry and necessary to improve system financial performance. Research shows that many passengers are willing to pay more for AMHS routes and services. Further, price promotions would garner additional revenue at little expense by filling currently unsold space. However, price changes are not a substitute for effective marketing. A sustained marketing effort will enhance the perceived value of the AMHS experience. This will assist acceptance of future price increases and help AMHS target the most promising market niches. Long-term price increases without supporting marketing could lead to a loss of customers.

**Summer Customer Value for the Money Ratings**
1 (very poor value) to 5 (very good value) scale
Poor/very poor percentages = 1+2 ratings.
Good/very good percentages = 4+5 ratings



**AMHS is not fulfilling its potential as a travel partner.**

The AMHS could better serve residents and visitors alike, as well as enhance its role in the state's economic infrastructure, by working more closely with the rest of the travel industry. The AMHS must know quickly to develop and support new products, promotions, and local and regional marketing strategies. This would benefit communities, as well as result in increased ridership and revenues for the system. Inconsistent marketing and administrative resources have been the main barrier to forming industry relationships.

## System Opportunities

**Customer satisfaction is high.**

AMHS customers value highly the quality of experience they receive, particularly the cruising, scenic viewing, relaxation, and treatment by ferry system personnel. The average customer rating of the overall AMHS experience is 6.2 (on a 1=poor to 7=excellent scale). Further, customers perceive their AMHS experience as a very good value for the money. Passage fares are considered an excellent value; vehicle fares are considered moderately good. Complaints center on on-shore issues such as reservations access, inconvenient departure times, and long loading times.

**AMHS Summer Customer Satisfaction Rating**
Selected Indicators
Ratings on 1 (very poor) to 7 (excellent) scale
Very good/excellent = 6+7 ratings
Poor/very poor = 1+2+3 ratings
(Except Overall AMHS experience rating on 1 to 5 scale)



McDowell Group, Inc. Page • 10

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

McDowell Group, Inc. Page • 11

**Declaration Exhibit 29, Page 8 of 40**

Case 1:06-cv-00009-JWS    Document 25-30    Filed 03/26/07    Page 8 of 15



**On-board Customer Service Ratings**

| Category | Percent |
| --- | --- |
| Ships' personnel (VG/E) | 79% |
| Ships' personnel (P/VP) | 1% |
| Ship cleanliness (VG/E) | 73% |
| Ship cleanliness (P/VP) | 4% |
| Available seating areas (VG/E) | 63% |
| Available seating areas (P/VP) | 8% |
| Meal quality (VG/E) | 48% |
| Meal quality (P/VP) | 12% |
| Meal Service hours (VG/E) | 47% |
| Meal Service hours (P/VP) | 14% |
| Available sleeping areas (VG/E) | 40% |
| Available sleeping areas (P/VP) | 21% |



**Shore-side Customer Service Ratings**

| Category | Percent |
| --- | --- |
| Reservations agent (VG/E) | 78% |
| Reservations agent (P/VP) | 5% |
| Overall reservations (VG/E) | 61% |
| Overall reservations (P/VP) | 9% |
| Web site (VG/E) | 55% |
| Web site (P/VP) | 12% |
| Ease of schedule use (VG/E) | 48% |
| Ease of schedule use (P/VP) | 13% |
| Waiting time to load (VG/E) | 50% |
| Waiting time to load (P/VP) | 18% |
| Telephone reservations (VG/E) | 49% |
| Telephone reservations (P/VP) | 24% |
| Convenient arrival/departure (VG/E) | 37% |
| Convenient arrival/departure (P/VP) | 22% |

## Visitors using the AMHS travel widely and bring benefits throughout Alaska

AMHS customers are important to economies throughout Alaska in spite of the lack of a meaningful marketing program. These independent-oriented travelers are likely to respond well to additional marketing. Because they travel and spend widely throughout the state, a reasonable AMHS marketing budget will translate into substantial additional economic benefits statewide.

Anchorage is the second most visited Alaska city by summer visitors who use the AMHS. Nearly one-half (46%) or about 70,000 AMHS visitors spent an average of 2.1 days in this city in summer 1999. Only Juneau (55%) hosts more. A total of five Alaska locations not even on the Southeast system rank in the top ten most-visited by summer visitors using the AMHS – Anchorage (#2), Interior/Denali (#6), Fairbanks (#7), Valdez (#8) and Kenai Peninsula (#9). Alaskans using the AMHS also visit numerous off-system communities but not to the extent that visitors do.

The only available expenditure data (McDowell, 1993) on Alaska visitors indicates nearly $10 million in AMHS visitor spending for Anchorage in summer 1999. However, this amount is declining in recent years due to reductions in AMHS marketing and resulting losses in passenger volume. Other estimated economic impacts range from about $11 million for Fairbanks (5 day average stay) and the Kenai Penninsula to $7 million for Valdez (1993 data applied to 1999 volumes).

### Top Ten Alaska Locations Visited By Summer 1999 Visitors Using the AMHS

| Location | Percent Visiting | Length of Stay (mean/median days) |
| --- | --- | --- |
| 1. Juneau | 55% | 8.6/3.0 |
| 2. Anchorage | 46 | 2.1/1.0 |
| 3. Skagway | 42 | 5.9/3.0 |
| 4. Haines | 29 | 3.2/3.0 |
| 5. Ketchikan | 27 | 3.9/2.0 |
| 6. Interior/Denali | 26 | 1.3/1.0 |
| 7. Fairbanks | 24 | 5.0/3.0 |
| 8. Valdez | 22 | 3.1/2.0 |
| 9. Kenai Penninsula | 19 | 5.6/4.0 |
| 10. Sitka | 11 | 9.2/5.0 |

**Declaration Exhibit 29, Page 9 of 40**

Case 1:06-cv-00009-JWS    Document 25-30    Filed 03/26/07    Page 9 of 15

**Alaska visitor market outlook is positive.**

A large, enthusiastic summer market exists for the AMHS. Over 80,000 potential traveling parties expressed interest specifically in AMHS travel in 1999. However, the lack of market exposure and inadequate access to detailed AMHS-specific information, as well as difficulty in accessing the system, have resulted in declining summer traffic, when demand is balanced.

Further, the study shows that most Alaska residents also ride the ferries for pleasure. This means that residents, as well as visitors, are likely to respond to marketing messages materials, and products aimed at pleasure travelers in general.

**AMHS has no significant competition.**

The AMHS has virtually no competition for most of its market. Two thirds of AMHS summer passengers do not consider an alternative method of travel when deciding whether to take a ferry voyage. Most passengers — residents and visitors throughout the year — are interested primarily in an enjoyable experience and consider ferry travel unique.

Airlines and large cruise companies, in turn, have little to fear from expanded AMHS marketing. Research reveals scant cross-over between those expressing interest in travel by air and cruise and those traveling on the ferry system.

The nature of the AMHS experience, the time involved, the variety of options, and the price are so different from apparent competitors that the issue for the AMHS is not competition, but the system's ability to convert the substantial existing demand. It also must increase the demand through effective marketing.

## Role of Marketing

Results from all phases of this year-long study underscore the need for the Alaska Marine Highway System to market itself effectively. The ferry system has been hamstrung by not having the staff and resources appropriate to a $70 million transportation system. Less marketing simply means less business. Lack of an effective program has cost the State of Alaska millions of dollars in lost revenue in the past decade.

By contrast, over the same period, cruise lines operating in Alaska have more than doubled their market by spending $30 million to $40 million in marketing their Alaska product. This has resulted in an annual return of about $1 billion, generating about $30 in revenue for every $1 in marketing. Bergen Line, a ferry system in Scandinavia, has found the same profitable return on marketing dollars. Once an ailing system, Bergen Line's aggressive marketing program has generated many times the revenue for every dollar spent.

Had even moderate assets been allocated to marketing during the past seven years, the AMHS likely would have enjoyed significant growth in tourism traffic and revenue during the booming 1990s. It would have an operating deficit many millions of dollars less than current levels. The absence of a substantial, additional subsidy and the inability of the AMHS to generate business for itself means service cuts and further system deterioration. Continuing the current policies and funding mechanisms will assure this outcome.

## Role of Pricing

Since its last major price adjustment in the early 1990s, the failure to increase prices regularly in response to rising expenses has cost the AMHS significant revenue. This alone is justification for increasing prices by roughly 20%. Further, this study shows that many ferry products are under priced when measured by the value that customers place on them. Both of these facts are good reason for raising prices.

However, it is vital to recognize that simply increasing prices will not resolve the financial challenges facing the AMHS. While increasing prices is a reasonable and overdue strategy, only an effective, sustained marketing campaign will allow the AMHS to tap potentially large pools of new customers. The purpose of marketing is to raise the perceived value of a product in the eyes of the marketplace. Pricing may then be adjusted to take advantage of the new value perception. Currently, the AMHS is in an opportune position. Study results show that the majority of the market perceives ferry services to be an excellent value for the money.

## Role of Reservations

Commensurate with an increase in marketing, the AMHS reservations system must continue to improve its efficiency and capacity to handle additional customer inquiries and convert them to sales. Our detailed recommendations include methods for minimizing lost sales by reducing telephone hold times, providing effective conversion information, upgrading technology, and improving inventory management. Implementing strict cancellation policies is a simple, but important, first step. The Ridership Information System discussed later in this report revealed that a significant percentage of reservations are not used or are changed. By reducing this percentage, reservations staff will have more capacity to deal with revenue-generating reservations.

Improving the existing reservations processes is only the beginning. Leading travel companies have redefined the role of the reservations department. They no longer think of it as a means simply of booking space for customers. Reservations has become *inventory management*. The booking process represents an unparalleled opportunity for companies to influence customer purchases to the benefit of both the company and the purchaser. Small or large changes in itineraries, schedules, shore-based excursions, accommodations, and a host of other travel details can make the difference between a profitable and unprofitable sale and an enjoyable or less enjoyable travel experience.

Expanded training of reservations personnel and a well-designed, flexible booking system are the key elements for turning a passive booking operation into a pro-active, sales-oriented inventory management strategy. Current AMHS reservations staff appear well-trained for their functions as they are now defined, and they get generally high marks from callers. Developing the capacity to do effective inventory management, however, will require new approaches, skills, training and electronic systems.

McDowell Group, Inc. Page • 14

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

McDowell Group, Inc. Page • 15

**Declaration Exhibit 29, Page 10 of 40**

Case 1:06-cv-00009-JWS    Document 25-30    Filed 03/26/07    Page 10 of 15

Even if substantial funding for additional marketing activities were immediately available, the AMHS lacks the staff capacity, expertise, and business systems necessary to conduct effective marketing at a level appropriate to its operations. To succeed, the system needs the expertise available to comparable-sized travel businesses. Further, it needs this expertise quickly.

The financial condition of the ferry system requires immediate marketing attention. The study team has developed many recommendations that will improve business performance. Effective implementation means that the AMHS must obtain qualified marketing staff without delay or contract with outside marketing expertise, or both.

Although speed is essential, marketing is also a cumulative endeavor. It is imperative that the AMHS arrange for long-term access to the resources and skills necessary to conduct a consistent, first-class marketing campaign.

Contract agents are not the solution to reservations staffing issues. While adding reservations capacity and creatively marketing on their own, contract agents do not have the marketing capacity to generate substantial new ferry business. Instead, contract agents have shared with the central reservations office slices of a shrinking pie at a cost of 10% (commissions) to the system. The system should not abdicate its marketing, information, and sales (reservations) responsibilities to entities unable to stimulate significant increases in total traffic.

## Overall Marketing Program Goals

The study team recommends the AMHS develop a substantial marketing program that increases ridership an average of at least 5% and revenue 10% annually through 2005. This must be an integrated program that develops marketing, sales (i.e., reservations), pricing policy, and product enhancement in a coordinated manner. Each of these four elements is part of the overall marketing program and none can stand alone without concurrent development of the other three.

- Reservations must be capable of handling existing demand without customer loss as well as new demand stimulated by marketing efforts.

- Marketing must enhance the perceived value of the AMHS product so that price increases will be viewed as good value for the money by future markets. Marketing must also direct new demand to available inventory that is in turn sold by reservations.

- Pricing policy must maximize revenue from existing and new markets without losing customers generated by marketing and sold by reservations.

- Finally, the product as it is delivered on the ships, though highly rated by current customers, must be enhanced to meet expectations generated by marketing efforts and pricing policies.

Following are study team recommendations for pricing, marketing, reservations, and product enhancement. We also include brief summaries of short, intermediate, and long term action items. These are all covered in greater detail in *Volume 2* and *Volume 3* of this report.

AMHS needs a marketing function that has the staff, expertise and resources to:

- Design, package, and promote multiple travel products aimed at a variety of market niches.

- Analyze effectiveness of advertising and marketing activities.

- Work closely with other travel and tour providers to co-develop and co-market products.

- Market shipping services proactively to potential customers, including negotiation of special rates to fill available space.

- Sell and promote travel products on board AMHS vessels.

- Establish and manage concession contracts for food, gift shop and other onboard and terminal services.

AMHS needs an information/reservations system that:

- Maintains records by voyage and for every port pair within each voyage in enough detail to profile the important demand segments for each port pair, season and date, arrival and departure time, trip purpose, accommodation, etc.

- Allows for multiple pricing structures that can vary by time of reservation, by voyage, port pair, season, arrival and departure time, accommodation package, etc.

McDowell Group, Inc. Page • 16
*AMHS Marketing and Pricing Study*
*Volume 1: Summary Report of Key Findings and Recommendations*

*AMHS Marketing and Pricing Study*
*Volume 1: Summary Report of Key Findings and Recommendations*
McDowell Group, Inc. Page • 17

**Declaration Exhibit 29, Page 11 of 40**

Case 1:06-cv-00009-JWS     Document 25-30     Filed 03/26/07     Page 11 of 15

AMHS needs a reservations staff that is trained and equipped to:

- Respond strategically to individual purchase inquiries by promoting particular voyages, products, and packages.
- Implement price promotions at the right times and of the proper scale to fill available space during the entire booking phase for each voyage while also maximizing revenue return on that space.

## Overall Pricing Strategy

- Adopt a market-based pricing policy characterized by significant peak, shoulder, and winter season differentials that match each market's ability and willingness to pay.
- Make immediate adjustments in prices of passage, cabins, and vehicles to reflect the market's perception of value of these items.
- Since northbound and southbound traffic have different peak seasons, institute directional peak and shoulder season fares.
- Manage inventory by using pricing policies and promotions to encourage ridership on underutilized runs and in off seasons.

### Route Groups and Reference Voyages

The study team determined that a systematic method of analyzing prices could be based on eight "route groups." The team developed a Tariff/Revenue Model to help analyze the effects of various pricing options. The model is described in detail in *Volume 3* of the study report. The model is a simplified representation of the whole Marine Highway System. It divides the ferry system into eight geographic and business segments called "route groups." Transportation, price, and availability alternatives were compiled for reference voyages for each of the eight route groups.

### Pricing Recommendations

#### Summer Tariffs in 2001

Increase summer 2001 tariffs by an average of 14% over current rates. This is accomplished by increasing passage by 30%, cabins, 20%, and vehicles, 5% above current tariffs. Research results indicate these specific increases will be accepted by most of the summer market. Further, pricing sensitivity modeling show this will result in little loss of customers and at least a 10% increase in summer revenue. A 10% overall increase is also recommended for summer 2002, pending analysis of summer 2000 sales.

For 2001, add an additional 10% "cruise premium" to passage and cabins to the Ketchikan–Bellingham route. This is the highest demand link on the system and cabins sell out for the summer in a matter of hours – an obvious case of under valued inventory. Competitive pricing analysis shows this route's passage and cabins to be particularly under priced. Excess demand can be channeled to other Bellingham sailings or to the Prince Rupert route group.

In areas such as Haines/Skagway and Prince William Sound, where the system can be perceived to compete with private tour operators (though the products, speed, service

levels, and vessel types are not closely comparable), raise tariffs to near private sector levels, in season, to increase revenue. This will also reduce any perception of unfair price competition.

**Rationale:** The AMHS must develop a market-driven pricing policy. The AMHS has had a policy that resulted in virtually no price increases for several years while prices of most all other travel products have increased. Its price now lags far behind its value in the eyes of the travel market place. The study team believes that the AMHS is significantly under priced system wide. AMHS customers rate the AMHS experience as an excellent buy for the money, in particular the passage fares. The lucrative summer visitor market is especially appreciative of the value for the money.

#### Long-Run Summer Tariff Pricing

Over time, move toward a price structure with a significant differential between summer and winter tariffs. Continue to increase prices each summer by at least 5% overall until price resistance is clearly evident to the point where the pricing sensitivity model begins to approach negative returns. The Ridership Information System may be used to track customer response to price changes with precision.

**Rationale:** The system has catching up to do in terms of a market-based pricing policy with its legislative mandate to become business-oriented. Summer is the time to maximize revenue from the dominant visitor vacation market.

#### Peak Season Summer Tariffs

In 2002, implement a split pricing policy for peak and shoulder portions of the summer season. This is universal travel industry practice and helps manage inventory.

**Rationale:** The peak season for the Alaska market is approximately June 20 to August 20. Cruise lines, hotels, airlines, rental vehicle companies and tour companies all charge premium prices for travel during this period when demand is the greatest. Shoulder season (May 1 to June 19 and August 21 to September 30) rates are moderately lower than the peak season rate but significantly higher than winter rates. The purpose is to induce price sensitive travelers into taking available inventory on either side of peak season.

#### Direction Tariff Differentials

Beginning in 2002, develop directional fare differentials on mainline, high revenue routes. Start peak fares earlier northbound and later southbound. Peak season prices could be instituted northbound from approximately June 1 to August 5, and for southbound, from July 1 to through Labor Day. This will not only help fill available inventory but is likely to encourage additional use of the system by existing customers and new customers.

**Rationale:** No single route – including most sailings on the popular Bellingham route – is full in both directions at the same time. Heavy early season northbound flows are common and heavy late-season flows are common. The ships are underutilized in the opposite direction on most sailings except for a limited time in mid-summer. Shoulder season fares would encourage earlier northbound and later southbound travel, spreading the directional markets out to match available capacity on the most popular high-revenue routes.

McDowell Group, Inc. Page • 18

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

McDowell Group, Inc. Page • 19

**Declaration Exhibit 29, Page 12 of 40**

Case 1:06-cv-00009-JWS     Document 25-30     Filed 03/26/07     Page 12 of 15

## Winter Seasons Tariffs

Increase winter season tariffs by at least 2% every year indefinitely as a general policy to cover cost inflation. Increase passage prices by 10%, cabins by 5% and vehicles by just 2% in winter 2000/2001. This will generate an estimated additional 3% revenue from October through April.

**Rationale:** While the dominant winter resident market is more price sensitive than the visitor market, customers still perceive the value for the money of the AMHS experience as good. The same relative formula (passage gets the highest increase, followed by cabins, then vehicles) used for summer increases should be applied to winter fares. Winter customers, like summer customers, think passage fares are a bargain and that cabins are a good buy. They are more sensitive to vehicle fares, but approximately 40% of both visitors and residents rate them a good buy.

## Economy Travel Policies

Price discrimination by area of residence is not possible due to federal transportation funding requirements and other legal considerations. However, the study team recommends a program aimed at economical AMHS travel that would include such economy-travel opportunities as winter season multi-trip passes, space available discounts, directional discounts, and rate differentials in low volume route groups like the Southeast Village route group.

## Reservations Payment, Cancellation, and Change Policies

These will help bring in revenue and, more importantly, reduce the load on the reservations system created by the large percentage of ticket cancellations and reissues. Ridership Information System (RIS) data show about one-half of all reservations booked are either unused or changed, most of them without penalty. Significantly stricter cancellation, change and payment policies comparable to those of Alaska cruise lines and airlines will increase revenue and will dramatically increase the revenue efficiency of the reservations staff.

## Vehicle Tariff Structure

AMHS customers show the most price sensitivity toward vehicle prices. The study team recommends that price increases for vehicles be moderate and applied gradually. In addition, the team recommends a simpler vehicle price structure similar to that used by BC Ferries. The structure would replace AMHS' current practice of charging by individual vehicle length with one that places most vehicles into 5 or 6 basic pricing categories.

A simpler vehicle tariff will speed reservations and ease reporting burdens. Some customers may resist having their vehicles categorized with others that are not precisely the same size, but this practice is common, and most drivers will not object.

## Marketing Recommendations

### Market Positioning

Establish a new image of the AMHS as the way to experience the "real Alaska" by cruising the Inside Passage (and other spectacular Alaska coastal areas). This mode of cruising allows for premium scenic and wildlife viewing (emphasize closeness and show examples), relaxation and casual onboard ambience.

**Rationale:** Research shows that customers and potential customers see the AMHS as unique, as a chance to see the "real Alaska." They view this as being unlike either air travel or the large cruise ship experience. The two most important needs of visitors – spectacular scenery and wildlife viewing – are AMHS strong points. It is vital to understand that the product AMHS customers are purchasing is not passage, cabins, car deck space, and food. It is the intangible experience of immersion in the Alaska mystique that happens to be facilitated by passage, cabins, car deck space, and food.

### Product Simplification

Develop a simplified means of presenting the AMHS product based on the eight natural route groups. Follow this with a simplified presentation of the AMHS product in brochures, schedule, packaging and marketing approach. The system breaks down into eight logical route groups. Most markets are only interested in one or two of them for purposes of planning their trip. Each route group is served by a limited number of vessels.

Recommended route groups that can be defined as products are:

- Bellingham Mainline (normally the Columbia).
- Southeast Major Ports (Matanuska, Taku and Kennicott via Prince Rupert).
- Northern Lynn Canal (Malaspina and Kennicott, primarily).
- Southeast Villages (Aurora and LeConte).
- Cross-Gulf Intertie (Kennicott).
- Prince William Sound (Bartlett and Tustumena).
- Southwest (Homer-Kodiak) (Tustumena).
- Aleutian Chain (Tustumena).

**Rationale:** Modern, successful, travel marketing practices demand that the AMHS product be simple to research and easy to buy. The current means of AMHS presentation is to give the prospective customer an overwhelming catalogue of hundreds of items. The current schedule and tariff format forces the potential customer to wade through pages of routing lines to find the one or two of interest to their trip. The customer must then contact an agent to work it all out. Simply separating the schedule into the eight groups listed above would significantly improve the ease of making a purchase decision.

*McDowell Group, Inc. Page • 20*

*AMHS Marketing and Pricing Study*
*Volume 1: Summary Report of Key Findings and Recommendations*

*AMHS Marketing and Pricing Study*
*Volume 1: Summary Report of Key Findings and Recommendations*

*McDowell Group, Inc. Page • 21*

**Declaration Exhibit 29, Page 13 of 40**

Case 1:06-cv-00009-JWS   Document 25-30   Filed 03/26/07   Page 13 of 15

These route groups then become the operational basis for a variety of targeted marketing initiatives. With this simple change, the AMHS becomes just eight products rather than the hundreds of possibilities presented in current brochure material – a common complaint by customers, high potential prospects, and focus group participants.

## Product Enhancement

Although AMHS customer satisfaction is generally high, research pointed to some areas where improvement of the onboard experience should be considered. Passengers identified the following areas as the most important for AMHS to improve in its current vessel operations:

- More convenient arrival and departure times.
- More convenient hours of food service.
- Quality and selection of food items.
- Availability of seating for viewing.
- Availability of sleeping areas (public spaces, not cabins).

## Product Packaging

The study group recommends featuring one to three popular itineraries for each route group. While all routing alternatives remain available, this would make it easy to plan and buy for most prospects. Each of these route groups are very special, with their own unique attractions within the overall appeal of seeing the real Alaska via the AMHS.

**Rationale:** Such a program reduces the initial presentation of the ferry product to a couple of variations of just eight basic products. This not only simplifies the purchasing process for the customer, it also allows the AMHS to target their marketing to available inventory that has the highest revenue potential.

## Timing

Enter the market earlier with marketing material, advertising, schedules, tariffs, itineraries, and packages by September 1 each year for the upcoming summer season. Schedule and brochure availability and being open for booking by September 1 are mandatory. Telephone, Internet, mail and fax reservations systems must be programmed and adequately staffed by September 1 each year.

Stay in the market throughout the late selling season with marketing activity, because a significant proportion of independent Alaska visitors are short (one week to 3-month) trip planners.

**Rationale:** AMHS customers plan with a longer lead time than customers of any other mode. Longer-term trip planners are more likely to have a vehicle, so they have higher revenue potential. Early entry will also cut down hold times as the backlog of demand that normally clogs the phone lines after December 1 will be dissipated over an additional 90 days. Further, Alaska's primary marketing programs (ATIA, SATC, Tourism North) and cruise lines all place heavy marketing emphasis on the September-December period.

## Focus

The period of primary marketing emphasis should be May 1 through September 30 with expansion into April as well.

**Rationale:** Summer has by far the highest potential for additional business. It will be the most tolerant market for significant price increases, since the market is three-fourths visitors who view AMHS prices as a high value for the money.

## Brochure and Schedule Development

Develop a stand-alone AMHS marketing brochure. It should help prospects research all relevant AMHS products, make the decision and implement their purchase. It should include:

- Clear focus on central themes: cruising the "real Alaska," premium viewing of scenery and wildlife, and relaxation with casual onboard ambience.
- Simplified presentation of the product in the recommended eight route groups, similar to the way cruise lines feature each type of itinerary in a single spread.
- Dominant pictures showing vessels in close proximity to spectacular scenery and marine wildlife (whales preferred).
- Pictures of cabins and public areas.
- Ship plans.
- Maps showing (and explaining) how easy it is to reach key ports by highway from U.S. and Canada. It should focus on access to Prince Rupert, Haines, and Skagway.
- Maps showing terminals in relation to towns with information on terminal-town access.
- Itineraries of selected high value (to the AMHS) trips (i.e., to and from Prince Rupert) that enhance the perceived value of the AMHS experience and fill potentially high-revenue routes.
- Simplified mini-schedules and tariffs of popular routes that AMHS wants to emphasize.

Develop simplified mini-brochures and schedules featuring the AMHS product by the eight route groups. Route group brochures would include:

- Repeat of the image message: cruising/viewing/relaxation/casual/Alaska style/close up.
- Specific appeals of itinerary (whales, small community, specific ship(s), etc.)
- Simplified schedules and tariffs for each route group.
- One to three examples of itineraries using a single route group.
- A single price for vehicle of a certain size, cabin, and passage for two for each itinerary. Adjustments can be made at time of sale.
- Suggestions of on-shore attractions at ports of call.
- Print mini-schedules for each route group.

McDowell Group, Inc. Page • 22

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

McDowell Group, Inc. Page • 23

**Rationale:** The current brochure is inadequate for generating sales because, according to focus group participants, it lacks key information and a central sales theme to make them eager to buy. Further, the information is not in easy-to-use formats. Finally, AMHS material is buried in the middle of a 128-page generic destination marketing piece.

The route group brochures overcome three marketing problems with the AMHS. First, they will define the AMHS product in terms of a manageable number of alternatives, focusing on the best the AMHS has to offer. Second, they will speed up the reservations function, making it simpler and faster for prospects to buy the most popular products. Third, they allow for inventory management through targeted promotion of route groups and the most marketable itineraries.

### Fulfillment

According to ATIA research, brochures should be sent to AMHS direct inquirers and to ATIA inquirers who are high potential ferry customers. Check ATIA Send brochures to all Tourism North prospects not included in the ATIA list. It is understood that Tourism North mails to ATIA prospects.

**Rationale:** Even without follow-up and access to an effective free-standing AMHS brochure, as suggested above, AMHS inquirers convert to AMHS customers at a 35% rate. ATIA respondents interested in ferry travel convert at 17%, and ATIA prospects interested in highway travel convert at 15%. Scarcely any air or cruise prospects convert to AMHS customers. Even a modest increase in conversion rates means millions of dollars to the AMHS bottom line.

### Advertising

Develop colorful, large ads to increase AMHS awareness and present recommended market image. Again, the ads should show ships in close proximity to spectacular scenery and marine wildlife. For the cover of the main AMHS brochure, photography must communicate the central marketing messages. One possibility is a photo by Peter Metcalf of a whale jumping in front of the bow of a mainline vessel with mountains in the background.

**Rationale:** Rapid growth in the number of Alaska cruise alternatives has created a torrent of marketing materials. It is harder and harder for individual materials to stand out. As a result, photography and layout must be first rate. The need for graphic design to support the main marketing messages cannot be overstated.

### Guidebooks and Travel Planners

Place full-page ads in the most obvious publications – *Alaska Travel Planner, North! To Alaska* (cover position, preferably back cover), *The Milepost* and the *AAA Guide*. Work with guidebooks and destination marketing programs to develop copy to present the new AMHS market position along with information to support booking.

Develop an ad campaign based on analysis of all available research, selecting the most effective and efficient media vehicles. The ATMC (now ATIA) has conducted numerous studies of conversion rates of high potential prospects.

**Rationale:** Again, proliferation of marketing materials and public relations campaigns by all manner of travel industry participants requires that copy, layout, and placement be chosen with the greatest care.

### Internet Presence

Develop a state-of-the-art Internet presence that showcases the new image, information, and booking capability. All that applies to brochures and advertising applies to the AMHS Web site.

**Rationale:** The Internet is the present and the future for the AMHS. It alleviates pressure on the phone reservations system and allows customers to research the product at their own pace. The Internet has quickly become the leading source of information for visitors using the AMHS. Spring 2000 customers said they used it more than the printed AMHS schedule.

### Promotion

Follow-up fulfillment with a booking reminder suggesting travel that will fill open, high-value space. Use route group package promotions. Automatically clean inquirer lists at 60 days from inquiry by removing booked inquirers.

Define later season availability 120 days out and test promotional mailings to non-booked inquirers.

**Rationale:** Maximizing conversion of the best prospects – direct inquirers – is the first priority of marketing. They are the most interested and the AMHS has the ability to contact them immediately.

### Public Relations

Develop a travel writer invitation program.

Develop a press release plan to the year beginning with the schedule announcement.

### Cooperative Marketing Program Participation

The study team enthusiastically endorses AMHS participation in cooperative marketing programs of Tourism North, ATIA and the SATC. Also, we recommend participating with major Convention and Visitors Bureaus (CVBs) in their programs.

**Rationale:** Research shows that CVBs are a major source of information for AMHS customers. The new AMHS message, image, and purchasing opportunities need to be included in these programs. Alaska tourism marketing is based on cooperative programs and the AMHS has the opportunity to participate and influence them in a positive way. None of these programs can do AMHS' marketing for the system, but through these programs, AMHS can identify prospects to convert with their own marketing efforts.

### Marketing Partnerships

Develop marketing partnerships with carriers, destinations and other operators that can extend the marketing reach of the system. Focus on route groups with the highest potential yield for the AMHS since they will also have the highest potential for major marketing partners.

McDowell Group, Inc. Page • 24

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

McDowell Group, Inc. Page • 25

**Declaration Exhibit 29, Page 15 of 40**

Case 1:06-cv-00009-JWS    Document 25-30    Filed 03/26/07    Page 15 of 15