## Short-Term Implementation

To reap the crucial cumulative benefits of consistent marketing, the AMHS must address a range of issues. The most important of these are summarized below:

### Continue to improve reservations functions.

Significantly increase ease and speed of access for AMHS customers and business partners. This is vital to take advantage of existing market demand and to handle additional demand generated by new marketing initiatives.

- Engage the supplying contractor of the reservations system to improve the system's response time. Upgrade to Oracle 8 to gain significant speed.
- Consider using an automated telephone response system to provide callers with as much information as possible before they speak to an operator to make a booking.
- Begin training reservations agents to shift from order-taking and information-providing mentality to a sales orientation. This means guiding prospects to available inventory targeted by the AMHS, placing extra emphasis on vehicle prospects, suggesting itineraries, and emphasizing the "real Alaska" attractions of the AMHS.
- Continue daily tracking of hold and talk times, terminations and sales by individual agents.
- Improve the Web site, not only by the addition of online booking but by making it a more effective trip-planning resource. Provide more information and planned itineraries on the Web. This will help reduce demand on telephone operators and at the same time increase sales. Specifically, the "Tour Alaska's Coast" Web page needs to be vastly expanded. See <bergenline.com> for an effective approach to ferry-cruise marketing on the Web. <BCFerries.com> also has excellent trip-planning materials.
- Add a segment at the opening of the "Schedules and Reservations" page that informs people of when and where space is limited at any given time, and that promotes dates and runs that are under booked. Also, add a segment that tells people precisely the information they will need to book a voyage, e.g., vehicle length.

### Hire a senior-level Marketing Manager.

In order to implement these and other project marketing recommendations, it is imperative that AMHS hire a senior-level business development manager with substantial marketing experience in the travel industry, including Alaska. This individual must have the skills to structure, promote, manage and evaluate a broad range of travel products in conjunction with industry partner companies. This individual must be able to provide knowledge critical to successful implementation of many project recommendations. She/he will be crucial in coordinating and tracking new marketing initiatives for maximum effectiveness and follow-through.

### Implement a "Prime Prospects Program."

Since current administrative staff are fully occupied with regular duties, in order to implement these programs, AMHS will need to contract for project management assistance. The program should have oversight by the Marketing Manager recommended by the study team.

This is the most important step AMHS can take to increase revenues in the short run. AMHS must maximize conversion of high-potential ferry prospects, namely, individuals who have already expressed an interest in using the system. The program involves developing a flyer, researching past inquirer lists for prospects not yet converted, and conducting a mass mailing to prime prospects.

The two target groups are:

- Direct inquirers to AMHS.
- ATMC inquirers who have indicated an interest in travel by ferry.

### Publish schedule and be open for bookings on September 1, 2000.

It is vital to complete the 2001 summer schedule by June 2000, so it can be released in time for bookings to open in September 1999.

This will significantly increase bookings for 2001 and will also accelerate cash flow in 2000. In addition, it will make an important statement to the travel industry that AMHS is determined to meet industry standards for customer and business-to-business services. This will set the stage for developing new relationships and products.

### Prepare stand-alone AMHS brochure by September 1, 2000.

It is critically important to have the stand-alone AMHS promotional brochure available as a companion piece to the schedule by September 1999. It will increase conversion rates, bring in cash in advance and let the industry know the AMHS wants new business.

### Develop three or four simple new package products for 2001 brochure.

These should be simple ferry itineraries of popular experiences on routes with available inventory and high-revenue for the AMHS. Top priority would be Prince Rupert and Major Southeast Port itineraries. These could also include packages developed with marketing partners such as hotels, railroads, and other land-based operators, and air carriers.

The study team anticipates that this primarily will be the responsibility of the new business development manager.

McDowell Group, Inc. Page • 26  
AMHS Marketing and Pricing Study  
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study  
Volume 1: Summary Report of Key Findings and Recommendations  
McDowell Group, Inc. Page • 27

Declaration Exhibit 29, Page 16 of 40  
Case 1:06-cv-00009-JWS    Document 25-31    Filed 03/26/07    Page 1 of 15

## Long-Term Recommendations

To reap the cumulative benefits of consistent marketing, the AMHS must address a range of issues. The most important of these are described below.

### Integration of New Management Tools

Two new management information tools were developed by the study team in the course of this project. We recommend AMHS personnel gain expertise in the use of these systems for the critical long-run functions of inventory management and pricing policy development. Every time a ferry leaves port with empty cabin, cardeck or passenger space, the system foregoes an opportunity to earn additional revenue. Targeted marketing and pricing will minimize this loss. Analysis of operating data is key to this process.

#### Integrate the Ridership Information System (RIS).

Inadequate data processing staff and systems have created a crisis. Fundamental marketing intelligence is not tracked nor analyzed. Worse, system performance information is not available to inform basic, vital management decision-making. As this document is being written in July of 2000, operating statistics from 1999 have not yet been compiled.

Current operating statistics are essential to successful marketing and pricing of ferry travel. Ridership information must be timely, accurate and easy to obtain and analyze. Information systems must provide immediate access to booking status and feedback on how passengers respond to price changes. The McDowell Group team has developed a system that makes this possible.

The sophisticated information system developed by McDowell Group partner company GDA Research and Information Systems, Inc. consists of a comprehensive Oracle data warehouse and an easy-to-use, easy-to-modify Brio analysis interface. With it, managers can instantly recall every ship, voyage, reservation, port, vehicle and passenger, and conduct time-series analyses simultaneously. Marketing and pricing decisions are easier to make with the instant access to this information. AMHS managers now have the entire database available in easily accessible format for management use and for inventory control while marketing. The system is designed for virtually automatic updates directly from reservation system software.

#### Refine the Tariff/Revenue Model.

The tariff/revenue model was developed to study the effects on revenue of pricing changes. Price sensitivity factors were developed from data generated by the study team's market research and by other pricing sensitivity models. The model is a spreadsheet that allows manipulation of variables to create any number of "what if" pricing scenarios. The model should be updated by actual sales results in reaction to actual price changes beginning in summer 2001. A price elasticity study would improve the accuracy of model pricing parameters.

The model is not intended to predict such future events as market demand for a second Bellingham vessel, or market demand for new high-speed shuttle ferries on selected routes. Original market demand research is essential prior to any modeling of these future events. The market research results would then be loaded into the model, just as the results of this project's research are used to test pricing scenarios in the present system.

### Participation in Cooperative Destination Marketing Programs

While an AMHS-specific marketing program is the essential first priority, the study team recommends full participation in cooperative destination marketing programs.

The Tourism North program is effective and deserves the system's continued participation, but no commercial enterprise should rely solely on a destination marketing program as its primary means of converting sales. Expanded participation in Tourism North should include major advertising purchase of one of the covers, significant upgrade of sales copy, simplified schedules, and direct mail follow-up by AMHS.

The Southeast Alaska Tourism Council (SATC) program is limited, but the AMHS should play a significant role in this organization, which targets AMHS' primary region of operation.

The new statewide Alaska Travel Industry Association (ATIA) is in the formative stages. This is an opportunity for the AMHS – one of Alaska's primary tourism attractions and a major carrier of visitor traffic – to have an influence and drive some benefits to the system. The study team recommends the AMHS become a strong participant in this program with significant advertising investment and a direct mail program using lists generated by ATIA, cross-referenced with ATIA lists used by the Tourism North program. Further, the industry relationships available through these programs can enhance AMHS marketing reach through marketing partnerships and packages.

### Market Research Recommendations

The AMHS should continue the market research program that underlies the results of this study. The purpose of the research will be to track and measure the impacts of marketing, pricing, sales and product development on AMHS revenue and market demand. Continuing research should be conducted for:

#### Track customer satisfaction.

Continue to measure satisfaction with both onboard and shore-side services, particularly those the system is attempting to change such as meal quality and service hours, waiting times for loading, and reservations system response times. Food service improvements require more detailed research. Meeting customer needs will require the proper onboard equipment, procurement policies, and staff training.

#### Study pricing sensitivity.

Continue the measurement of customer perception of value of the components of the AMHS product – passage, cabins, vehicle fares, food, and the AMHS experience overall. Consider more sophisticated research methods of estimating price elasticity.

#### Measure reservations and sales effectiveness.

Track important indicators of performance and efficiency. These include hold times, termination rates, talk times, conversion of AMHS inquirers, and sales per agent.

McDowell Group, Inc. Page • 28
AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations
McDowell Group, Inc. Page • 29

Declaration Exhibit 29, Page 17 of 40
Case 1:06-cv-00009-JWS    Document 25-31    Filed 03/26/07    Page 2 of 15

**Set goals and track potential customer conversions.**

Track the conversion rates of ATIA, Tourism North and SATC prospects as well as the rates of prospects brought to the system by specific promotion and advertising efforts. Pay particular attention to conversion rates for those interested in ferry and highway travel. Track closely the information sources used by both customers and prospects.

### Onboard Tour Sales

Add an onboard tour desk on each vessel and market local tours, transportation and accommodations for commission fees as well as available AMHS inventory. While there may be some resistance to this concept, the legislative and executive mandate requires that the AMHS generate additional revenue to shrink the subsidy. Onboard tour sales are a major means of generating additional revenue at little cost. Gift shops and/or Pursers' desks could easily become tour sales desks.

### Contract Agent Performance Evaluation

Develop and implement a plan to evaluate contract agent performance and re-structure if necessary. This will be a key early project for the new business development manager. Analyze bookings for 1998, 1999 and 2000 year-to-date to determine source of booking: AMHS; Kodiak; etc. Use this along with an analysis of cost-per-booking information and telephone reservations performance data, as the basis for developing a strategy for either increasing AMHS reservations staffing or outsourcing more of the reservations function.

#### Define contract agent role for the future

Once AMHS has done some analysis of its contract agent relationships, discussions with the agents should focus on the future role of these agents with the system. What will be their role in packaging and selling products? Will there be other tiers of agents with differing responsibilities and commission rates? How will agent performance be tracked and evaluated in the future?

### Travel Agent Utilization

Develop a plan for utilizing travel agents generally to AMHS's best advantage. If, as recommended, AMHS markets itself as a travel product and as a component in other travel products, it will be important to work more closely with travel agents.

### Food Service Evaluation

Define more precisely the scope of AMHS food service challenges and potential responses. Food quality, selection and operations were clearly areas of customer concern and should be a target for significant improvement. This is an area for more detailed research as noted above.

### AMHS Trademark

The study team believes it makes sense to register the AMHS name and logo as a trademark. However, trademarks must be defended vigorously against infringement. This will entail some expense from time to time. The advice of an attorney who specializes in trademark law is recommended.

## A Marketing Model to Consider

The fundamental marketing issue is a structural one. Past history has proven that political and operational priorities within state government have shoved the marketing function to the bottom of the barrel, ironically increasing the need for public subsidy. Even in the best of budget times the AMHS marketing budget was a fraction of any comparable transportation operation. Can a dramatic increase in marketing activity ever occur within the current structure?

Norwegian Coastal Voyages/Bergen Line, a ferry system in Scandinavia, found itself facing a similar problem. It's answer was to split into two organizations: one to operate the vessels and a second, independent company, to execute the marketing. Once an ailing system, Bergen Line's aggressive marketing program has led to substantial expansion of services. Their website, www.bergenline.com, exemplifies a number of the marketing techniques recommended in this study.

The Bergen Line success is based on the rationale that vessel operations and marketing, particularly visitor marketing, require very different organizational cultures and competencies. Operations stayed with the original ferry company while marketing is now handled by private enterprise focusing on the leisure discretionary travel market. This allows the operation to provide basic transportation services to residents while maximizing the revenue from the remaining inventory by strong marketing to high-yield leisure markets. Bergen's revenue and volume have increased significantly as a result of this arrangement.

McDowell Group, Inc. Page • 30    AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study    McDowell Group, Inc. Page • 31
Volume 1: Summary Report of Key Findings and Recommendations

Declaration Exhibit 29, Page 18 of 40
Case 1:06-cv-00009-JWS    Document 25-31    Filed 03/26/07    Page 3 of 15

The Alaska Marine Highway System has a long and proud tradition of serving communities in coastal Alaska. Its local constituencies see the system as basic transportation for Southeast and Southwest Alaska. The system functions literally as a highway where, in large measure, none other exists. As such, it provides a fundamental transportation and shipping service to residents and businesses in these regions.

At the same time, the system is a tourism business serving both resident and non-resident markets. It competes with multinational companies for international, domestic and in-state vacationers. This tourism enterprise serves local communities by enhancing the visitor industry, thereby improving local economies.

The system is undergoing substantial change. It is operating in an era of declining state revenues and increasingly intensive marketing by large travel companies. Moreover, the state is about to implement a new transportation plan for Southeast Alaska that will dramatically change the system's operations. Each of these issues has implications for the system's future.

The Marketing and Pricing Study team looked at the external factors affecting AMHS operations, and analyzed current AMHS finances, including sources of revenue and objects of expenditure. The picture is not a pleasant one. The current political and financial environment places the system in difficult circumstances. Following are the major factors affecting future operations.

## Key Findings

### Significant change is needed.

Interviews and analysis for this study indicate that incremental changes are not likely to mitigate the fundamental causes of the AMHS' financial situation. The system's current financial course is not sustainable in the near future. Absent a significant shift in direction, the Alaska Marine Highway System will be unable to meet either of its primary mission goals.

### Increased earned revenue is key.

The system's finances cannot come into balance solely through cost reductions. Accomplishing this will require a focus on revenue generation that is at least on a scale with the system's efforts at cost control. This means that in addition to staffing vessels, terminals, maintenance and other operating departments, the system needs adequate administrative staff or contractors to plan, direct and market a $70+ million dollar business.

McDowell Group, Inc. Page • 32  
AMHS Marketing and Pricing Study  
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study  
Volume 1: Summary Report of Key Findings and Recommendations  
McDowell Group, Inc. Page • 33

Declaration Exhibit 29, Page 19 of 40  
Case 1:06-cv-00009-JWS   Document 25-31   Filed 03/26/07   Page 4 of 15

**Most ferry runs cannot operate without subsidy.**

The dual nature of AMHS's mission must be explicitly addressed. Market research undertaken for this report clearly indicates that few AMHS routes have potential for positive net revenues. In the past, only the Columbia's run from Bellingham has achieved this. Routes and services that exist solely or primarily (by virtue of the system's role as regional transportation infrastructure) may not reasonably be expected to generate substantial revenues. Other economic and social functions may or may not justify those routes and services. In any case, they are public services, and they require public funds.

**Increased revenues are not possible without additional marketing and management capacity.**

This study clearly indicates that the AMHS has routes and services capable of providing substantially greater revenues. However, this potential may be realized only if the system has resources and expertise comparable to the private sector firms it must emulate to be successful. While price increases are warranted for many AMHS products, price increases alone are not enough. If it is not politically or organizationally feasible to provide that additional skill and capacity within the AMHS, then it must be obtained by partnering or contracting with the private sector.

## Historical Financial Performance

The system's annual expenditures exceed its revenues by an amount larger than the annual general fund support for the system. Legislators from outside the core areas served by the AMHS appear to be less willing to provide sufficient general fund support to cover the difference between annual system revenues and expenditures.

System net revenues have declined by nearly $5 million in the last decade. Gross revenues have been essentially flat, while expenditures have increased. This has resulted in a net effect of a nearly $2 million gap. At the same time, appropriations from the state general fund have declined by nearly $3 million.

Over the last decade, annual state appropriations for support of the system have fluctuated from $27 to $31 million. Currently, three-year and ten-year trends are both declining.

Failure to raise tariffs as operating costs increased also contributed to the AMHS' financial problems. In large part, AMHS has bowed to political pressure to keep tariffs low. The graph below compares an average of three representative passenger fares with the rate of inflation during the 1990s. Most AMHS tariffs have not changed appreciably in the past eight years.





McDowell Group, Inc. Page • 34

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

McDowell Group, Inc. Page • 35

Declaration Exhibit 29, Page 20 of 40
Case 1:06-cv-00009-JWS   Document 25-31   Filed 03/26/07   Page 5 of 15



## Alaska Marine Highway System Fund

The Alaska Marine Highway System Fund was established in 1990 to provide fiscal stability to the system. Its fund balance has declined for the last five fiscal years, and will be gone in seven years at current draw-down rates. Absent significant appropriations to assist the system in its transition to the Southeast Alaska Transportation Plan, the fund balance decline could be even faster.

The Fund has largely fulfilled its original purpose, that of providing stability to system operations. Its presence means that the system can weather short-term revenue declines (caused by events such as the Canadian blockade or labor disputes) or short-term fluctuations in fuel prices. However, consistent failure to replenish the fund indicates that it is not functioning as an operating reserve, but rather as a budget supplement. It seems that the ability of the system to draw down the fund balance is allowing the state to ignore long-term structural problems in either the revenue or expenditure picture.

The decline in the fund balance over the past five years is alarming, and accelerating. Absent significant change in the system's revenues – either by increasing state appropriations or operating revenues, the structural deficit of $3 to $5 million annually will have to be made up by draconian expenditure reductions when the fund balance is gone.



The State of Alaska's sources of general fund revenue are themselves declining. Alaska's political leadership understands the effect of the gap between recurring state revenues and current rates of state expenditures. There is not, however, a political consensus on what to do about this gap. The magnitude of public rejection of a proposed fiscal plan in September 1999 underscores the size of the political problem in solving overall state fiscal issues. Attempting to predict the solution to these issues is

McDowell Group, Inc. Page • 36

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations
McDowell Group, Inc. Page • 37

Declaration Exhibit 29, Page 21 of 40
Case 1:06-cv-00009-JWS    Document 25-31    Filed 03/26/07    Page 6 of 15

pure conjecture, but assessing the impact of these issues on the AMHS is clearer. In short, a significant increase in state general fund support for AMHS operations is unlikely in this environment. What this means is that the system must address its shortfall through increased operating revenues or through significant curtailment of operations.

The system has made significant strides in holding the growth of expenditures through the 1990s. Nonetheless, cuts have hit heavily at administrative support and marketing – the areas where increases are almost certainly required if the system is to achieve operating revenue growth. Operating expenses are projected to grow again in FY00.



## Changes in the AMHS Operating Environment

### Southeast Alaska Transportation Plan

The *Southeast Alaska Transportation Plan* requires substantial capital investment in the marine highway system. Implementation of this plan will require a complex operating transition and further impact the system's revenues and expenditures.

The plan envisions a mix of long-haul mainline ferries with "fast ferries" operating between local communities. It requires construction of three new vessels, training of new staff for operations and maintenance, and changes in the way passengers move through the system.

Analysis of how implementation of the *Southeast Alaska Transportation Plan* will impact the AMHS is beyond the scope of this study. However, several issues identified by the research will affect system revenues and expenses and will require planning and marketing to avoid disruption to the system. These include:

- Capital costs. The system will need significant capital appropriations in FY01 to FY04 to pay the costs of construction of the new vessels. While the majority of funding should come through federal appropriations, the state will need to provide sufficient general funding to match the federal funds. The ferries are a new concept for Alaska, and may have unanticipated design or construction problems. In addition, new docking and ground facilities will need to be constructed.

- Transition costs. The new ferries will not all come on line at the same time. Significant work will be required to prepare a transition plan that sequences changes and ensures that all parts of the plan are completed in a manner that allows the plan to be carried out.

- Overnight accommodations. The new "fast ferry" plan anticipates that through passengers will overnight in port, rather than on the ferry. These changes may require that the system ensure the shore services for through passengers are adequate. Some experienced system staff are concerned that the system will lose passengers who do not want to overnight on shore.

- En-route vessel change. Under the current system, passengers from Bellingham to Skagway or Haines stay on a single vessel for the entire voyage. Under the new plan, many will be required to change vessels en route. The current reservations system will need to be modified to allow through fares. There is concern that there will be passenger resistance to the new system. If there is such resistance, additional marketing efforts will be required to ensure no loss of revenues occurs. Similarly, the new system may provide new marketing opportunities. Without an effective marketing effort, these may go unrealized.

- Fleet maintenance. The current ferries carry maintenance staff and repair parts on board. For the planned new ferries, primary maintenance and support will be on shore. This change has implications for system safety and reliability, and requires careful planning to deal with any vessel breakdown that may occur away from port. The changes may require modifications to the system's labor agreements.

McDowell Group, Inc. Page • 38
AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations
McDowell Group, Inc. Page • 39

Declaration Exhibit 29, Page 22 of 40
Case 1:06-cv-00009-JWS    Document 25-31    Filed 03/26/07    Page 7 of 15

## State Demographics

The communities served by the AMHS are a declining proportion of the total population of the State of Alaska. This change in relative population levels affects the region's political power, and ultimately the political support for the region's core transportation system. Current projections by the state demographer show the proportion of the state's population resident in Southeast Alaska will continue a slow decline over the next two decades.



## Business Practices

The Alaska Marine Highway System is caught between two sometimes-contradictory imperatives – providing basic transportation services to communities and operating as a bottom-line-oriented business. It receives inconsistent messages from state and community political leaders, and is tugged back and forth between the two imperatives.

The result is that the system is overly politicized. System administrators attempt to be responsive to concerns expressed by legislators, but sometimes find themselves pulled and pushed in directions that may not be optimum for overall system performance. Communities demand better service at reasonable prices, while legislators demand better bottom-line performance.

One effect of this constant pulling back and forth between competing demands is staff demoralization. System veterans have seen changing legislatures and changing administrations try to emphasize different aspects of system performance, sometimes at the same time. Under changing directives, the safest course for a public employee is to avoid dramatic change, and especially change fundamental enough to threaten the status quo.

Unfortunately, the issues we have seen in this study show the status quo is not sustainable. Fundamental change will be necessary. Even with ardent support, however, significant change to public agencies is extremely difficult without sufficient high-level administrative staffing to plan and effect its major components.

The system operates with insufficient shore-side support staffing. Marketing expenditures have been cut below the level that would allow the system to use market opportunities to improve its revenues. Administrative and planning staff have been reduced and, in some cases, combined with other regional transportation staff. The bottom line is that there is currently insufficient staff to develop and implement major changes to the system.

This highlights the fact that, while cost control is important, it is not the answer to AMHS' situation. The study team compared revenues and expenditures per staff member between the Alaska Marine Highway System and the British Columbia Ferry Corporation (BCFC). BC Ferries has an operating budget roughly three times that of the AMHS. It operates 40 vessels and 43 terminals serving 26 routes. It has permanent staff of 2,800 and another 1,800 in seasonal help.

While the systems are clearly not identical, we found that BCFC expenditures per staff member were approximately 17% lower, while revenues per staff member were 37% higher. Given the higher cost of living in Alaska, the cost per staff does not appear unreasonable. The data points to revenue growth as the most important area for Alaska system improvement.

A cursory examination of BCFC staffing indicated a substantially larger administrative support component, including more than a dozen employees working on information systems development and a similar component in system marketing. Even adjusting for the larger size of the BC Ferry system, it is clear the Alaska Marine Highway System is understaffed in these core areas.

McDowell Group, Inc. Page • 40  AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study  McDowell Group, Inc. Page • 41
Volume 1: Summary Report of Key Findings and Recommendations

Declaration Exhibit 29, Page 23 of 40
Case 1:06-cv-00009-JWS    Document 25-31    Filed 03/26/07    Page 8 of 15

## Summary of Findings

In most cases the Marine Highway System has no direct competition for its services. There exists considerable means besides the Alaska Marine Highway System (AMHS) to transport people, vehicles, and other freight in Southeast and Southcentral Alaska, however, these "alternatives" do not constitute direct competition for AMHS. Onboard ferry interviews conclusively showed that the large majority of passengers do not give serious attention to arranging their transport on other available services. For this reason, information on alternative services may serve as a useful point of reference in pricing analyses, but is of less importance to AMHS for strategic purposes.

As a result, the competitive analysis for this study was performed primarily with respect to creation of a Tariff/Revenue Model. This Model is described below, and in detail in *Volume 3* of the Study Reports.

## Goals of Competitive Analysis

Business consultants and practitioners have given a great deal of attention in recent years to competitive response as a business strategy. For many organizations, competitive response has joined the traditional focus areas of cost control and revenue management to form a kind of "strategy triumvirate."

For the Alaska Marine Highway System, however, the importance of competitive strategy pales in comparison to the need to execute fundamental marketing activities directed at readily identified potential customers. There are two main reasons why competition is not an important concern for AMHS. The first is that AMHS provides a unique set of products that have little direct competition in most markets. This is discussed in detail below.

Secondly, the AMHS has very little capacity to respond to competition, regardless. AMHS is limited by operating restrictions that, in most cases, preclude or severely limit effective competitive response. These include political operating mandates, geographic operating demands, Coast Guard regulations, vessel limitations, funding restrictions, labor considerations and other factors. Many of these are inherent in AMHS' dual role as public servant and business.

AMHS is severely limited in its ability to alter its products -- for example, schedules, accommodations, passenger and freight services, and other service elements -- in order to respond to the actions of competitors. Moreover, its control over prices is also limited, as discussed in the section below on pricing. Given this situation, there is little reason for AMHS to dwell on the services and products provided by other transportation businesses.

McDowell Group, Inc. Page • 42
AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations
McDowell Group, Inc. Page • 43

Declaration Exhibit 29, Page 24 of 40
Case 1:06-cv-00009-JWS    Document 25-31    Filed 03/26/07    Page 9 of 15

The key competitive conclusion is:

> The Alaska Marine Highway system has no significant direct competition for most of its markets. This applies to all seasons. It applies to residents and visitors alike. It includes most foot passengers, vehicle travelers and freight shippers.

The most prominent motive customers have for selecting the Marine Highway System is cruising the Inside Passage with its scenic marine views in a relaxing atmosphere. This is true for both visitor and resident markets. Neither mainline cruise companies nor commuter air carriers offer a remotely similar product. Few people find flying particularly relaxing, and the onboard experience of the booming luxury cruise market is dramatically different from that of the AMHS. In fact, among those surveyed for this study, only two percent of people interested in cruising ended up taking the ferry, and only 7 percent of people taking the ferry even considered taking a cruise ship before making their decision. While cruise and ferry passengers purchase very different experiences, both value them highly, rating them approximately 6.3 on a 7-point scale.

This lack of competition has profound pricing implications. The market values ferry service primarily for the experience rather than as transportation from one point to another. They do not view the air or cruise ship experience as an alternative way to obtain a similar experience.

The differences in type of experience, speed, scheduling, time commitment, and price are so substantial that the system experiences little direct competition from air carriers, freight lines, large cruise ships, small cruise ships or short, custom marine tour operators.

---

**Marketing Implication**

The marketing implication of this competitive situation is extremely positive. If the system accepts the recommendations of this report and increases its marketing, improves access through reservations, upgrades its information and raises prices, it will attract the significant unmet demand that is oriented toward the AMHS product. Other travel industry providers are unlikely to suffer, and many will benefit from increased use of the Marine Highway System.

---

## Summary of AMHS "Competitors"

Overviews of businesses providing travel and shipping products roughly comparable to those of the AMHS are provided below in order of decreasing importance to AMHS. This report focuses mainly on businesses serving the pleasure and adventure travel markets, because that is where the main potential for additional ridership and revenue lies.

### Worldwide Adventure Travel

Most relevant to AMHS is the indirect competition resulting from the full range of other independent travel opportunities, both in North America and worldwide. These are the choices potential travelers consider when planning a substantial pleasure trip. If they are to choose AMHS, they need clear, readily accessible information, not just about the ferry system, but about all the key elements that go into developing an independent itinerary. These include information about lodging, food, shore transportation, and shore excursions. They also include information about the natural and cultural environment. These are areas of great interest for prospective ferry travelers.

The existence of this broad range of adventure travel options dictates the type of marketing message AMHS must use. AMHS' challenge is to differentiate itself in this crowded field of pleasure-travel opportunities. Similarly, it is important for AMHS to distribute materials and information that are designed to "close the sale." This is the great shortcoming of *North! To Alaska* with respect to AMHS. It presents AMHS in the context of many other travel options. Because it provides this breadth of information, *North! To Alaska* is not effective at precipitating an actual purchase of AMHS product.

Fortunately, the task of differentiating AMHS is not difficult. As noted, those who know about it already view the Alaska Ferry System as a unique product. Recommendations in *Volume 2, Customer Research* and the "Marketing Strategy" section of this volume address the specific messages AMHS must convey.

### Cruise Ships

The organization that represents the cruise ship industry -- Cruise Lines International Association (CLIA) -- is optimistic about the future North American cruise market. In a recent publication, CLIA reported:

> The cruise industry is young. Since 1970, an estimated 76 million passengers have taken a deep-water cruise (2+days). Of this number, 60% of the total passengers have been generated in the past 10 years. Thirty-three percent of total passengers have been generated in the past five years alone. Of those who have cruised in the past five years, the average number of cruises per person has been 2.4 in this same time frame or one every two years.
>
> The cruise market potential is huge. Over the next five years, the cumulative market potential for the cruise industry is $54-$97 billion. By year-end 2000, we project that approximately 6.5 million passengers per year will cruise on an annual basis. Taking a cruise is a dream of 56% of all adults with the highest interest being exhibited by the emerging baby-boomer category. To date, only 11% of the US population has ever cruised.[1]

It is assumed that the trend nationally applies to the Alaska market also. The Alaska destination has a high level of awareness among potential cruise passengers. Further, port content, glaciers and scenic cruising will remain priorities of the cruise lines.

---

[1] *Cruise Industry Overview*, Marketing Edition, February 2000, Cruise Lines International Association.

McDowell Group, Inc. Page • 44    AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study    McDowell Group, Inc. Page • 45
Volume 1: Summary Report of Key Findings and Recommendations

Declaration Exhibit 29, Page 25 of 40
Case 1:06-cv-00009-JWS    Document 25-31    Filed 03/26/07    Page 10 of 15

While the industry has not reported any forecasting of their markets in 2010 and 2020, it is assumed that the potential for growth remains dependent on its expanded capacity and price competitiveness. Limiting growth factors will include crowding of ships (docking options), over-crowding of people, and political resistance.

### Comparison of Cruise Ship and Ferry Tariffs
### Inside Passage Routes

| Vendor | Travel Dates | # Nights | Trip Price Inside Berth | per person dbl occ Outside Berth | Cost per Night Inside Berth | per person dbl occ Outside Berth |
|---|---|---|---|---|---|---|
| AMHS Bel. To Bel. | Jul | 7 | $850 | $871 | $121 | $124 |
| Small Ship | May | 10 | 2,780 | 3,780 | 278 | 378 |
| Small Ship | Jul | 8 | 3,230 | 4,140 | 404 | 517 |
| Small Ship | Jul | 7 | 2,180 | 2,780 | 311 | 397 |
| Small Ship | Jun-Jul | 8 | 3,055 | 3,545 | 382 | 443 |
| Large Ship | Jul | 14 | 2,095 | 3,145 | 150 | 225 |
| Large Ship | Jun | 7 | 1,099 | 1,399 | 157 | 200 |

**Small-Ship Cruising**

Small-ship cruising is, at least superficially, the closest pleasure travel product to the AMHS. Similarities include an "up-close and personal" way of seeing the Inside Passage, a casual on-board ambiance, and the opportunity to mix with other passengers in a smaller, more intimate setting.

However, there are significant differences between small-ship cruising and ferry travel that keep them from being closely competitive. The vessel size of ferries means that several hundred passengers are on board at any one time, compared to between 20 and 100 passengers on these small, specialized cruise ships. Size alone makes the experiences different. Perhaps more importantly, virtually all small-ship cruising is sold in all-inclusive packages where schedules and itineraries are determined in advance. In contrast, the AMHS experience may be purchased in a variety of ways.

Finally, small-ship cruising may be a good way to meet Alaska visitors, but it is not well suited to meeting Alaska residents in their home environment. Focus groups indicate that this is an important goal for at least some of the independent travelers attracted to the AMHS.

Per diem costs for the most popular small-ship cruises of the Inside Passage range from $300 to $450 per person, including food and accommodations. Day cruise costs vary substantially, as shown in the tables.

In specific locations, marine shuttles and short cruises compete directly with AMHS for both locals and summer visitors. In general AMHS is priced below comparable passage on one of these competitors. Sometimes the difference is substantial. The AMHS is certainly an economical way to see Prince William Sound, for example.

### Transportation Alternatives between
### Haines and Skagway (one way)

| | |
|---|---|
| AMHS | $17 |
| Water 1 | 20 |
| Water 2 | 21 |
| Bus | 116 |
| Car rental | 178 |
| Motor home rental | 619 |

### Prince William Sound Cruise Options

| | Price | Duration |
|---|---|---|
| AMHS | $58 | 6.75 hours |
| Cruise 1 | 69 | 6 hours |
| Cruise 2 | 99 | 4 hours |
| Cruise 3 | 122 | 4.5 hours |
| Cruise 4 | 64 | 4 hours |

### Seward Tour Options

| | Price | Duration |
|---|---|---|
| AMHS | $30 | 11 hours |
| Cruise 1 | 99 | 6 hours |
| Cruise 2 | 99 | 8 hours |
| Cruise 3 | 139 | 9.5 hours |
| AK Railroad | 92 | 3 hours |

Only in the case of the Haines-Skagway shuttle is the AMHS product comparable to the competition. In this market, the private sector competitors run at twice the speed of the ferries and have much more expedient loading and unloading procedures. Further, they provide multiple trips per day, allowing visits to either town with a return the same day.

In short, the AMHS product is not comparable in terms of speed, efficiency or frequency. Only by extreme under pricing would the ferry lure passengers from private sector providers, and few at that.

In Prince William Sound there are a number of private sector cruise options. While the AMHS may cover the general area and provide a pleasurable experience, the speed, efficiency, interpretive services and the nature of the vessels make the tour operator product entirely different.

As a result of these differences, AMHS can raise prices close to those of the competition and still retain all or most of its market. Further, doing this avoids any semblance of unfair competition with the private sector.

McDowell Group, Inc. Page • 46
AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations
McDowell Group, Inc. Page • 47

Declaration Exhibit 29, Page 26 of 40
Case 1:06-cv-00009-JWS   Document 25-31   Filed 03/26/07   Page 11 of 15

## Large-Ship Cruising

The primary service in demand for most of the AMHS market is pleasure travel that is not time-sensitive. This service involves a variety of option mixes: passage, cabins, vehicles, food, etc. While this description might also be applied to large-ship cruising, potential ferry passengers are clear that this is not an attractive option for them. Significant price increases for Alaska Marine Highway cruising products is not likely to steer potential customers to the large cruise ship experience, because the products are not viewed as directly competitive.

For the most part, ferry travel is an inexpensive alternative to taking a cruise. Only the heavily discounted "positioning" and other shoulder season cruises tend to be competitive with AMHS on a cost per night basis.

Further, study research shows that potential ferry vacationers are not particularly interested in cruise ships. Only 7% of AMHS users considered cruise ships as an alternative prior to selecting the AMHS. Rather, they want the unique experience afforded by ferry travel. Some have visited Alaska before by cruise ship and have returned by ferry in order to see more of the "real" Alaska.

The cruise industry in Alaska is large and continues to grow. The table following demonstrates the rapid growth over the last ten years of tourists and residents that enter Alaska by cruise ship as compared to the AMHS alternative. For all travelers entering Alaska, the AMHS ridership has an average annual decline of 3.2% each year, while the cruise industry has an average annual growth rate of 11.9%. As demonstrated in the chart below, the growth in the cruise industry is a result of its marketing ability to attract both new and repeat customers and its increased capacity. Survey data suggests that the visitor choosing the ferry did not consider a cruise ship mode. Therefore, the decline in AMHS use is not directly related to the success of the cruise industry. The decline in use of the AMHS may be related to the availability of other modes of entry such as air and highway.

### Ferry and Cruise Arrivals in Alaska (1989 – 1999)

| Year | AMHS | % Change | Cruise | % Change |
|---|---|---|---|---|
| 1989 | 40,999 | | 152,200 | |
| 1990 | 37,272 | -9% | 187,331 | 23% |
| 1991 | 39,162 | 5 | 194,018 | 4 |
| 1992 | 35,973 | -8 | 211,970 | 9 |
| 1993 | 40,005 | 11 | 246,967 | 17 |
| 1994 | 45,169 | 13 | 285,095 | 15 |
| 1995 | 36,554 | -19 | 283,461 | -1 |
| 1996 | 39,671 | 9 | 337,519 | 19 |
| 1997 | 25,961 | -35 | 392,163 | 16 |
| 1998 | 29,482 | 14 | 403,404 | 3 |
| 1999 | 25,816 | -12 | 457,106 | 13 |
| Cumulative % Change 1989 to 1999 | | -37% | | +200% |
| Cumulative % Change 1994 to 1999 | | -43% | | +60% |

Source: McDowell Group, Inc., various Alaska Visitor Statistics Program and Visitor Arrival reports

As the size of the market has changed, so to has the type of client. Thirty years ago, cruises were for the affluent elderly – known as the "Cadillac market." The average age of cruise passengers is said to be in the mid-40s.[2] The industry has diversified into several different products based on embarkation port, length of cruise, itinerary, onboard services, size of ships, and price. Sales and marketing have become highly sophisticated. The tendency of the large ship cruise industry is to fill the ships at any cost through aggressive promotion and discounting, even in the softest years.

### Passenger Profiles

Five cruise lines operate in Alaska: Princess, Holland America (HAL), Norwegian, Royal Caribbean (RCI), and Celebrity (Celebrity is owned by Royal Caribbean). Together, they account for 92% of all cruise passengers to Alaska in 2000. These companies have brought on new ships, increased their capacity, and enlivened the luxury segment of the Alaska marketplace.

Princess Cruises: With its diverse fleet and wide variety of itineraries and duration of cruises, princess passengers are difficult to characterize. Their age and income vary with the ships, seasons, and the destinations. Overall, passengers average 55 years of age with an annual income of $40,000 and over. Typically, they are experienced travelers who cruise frequently and are looking for Princess's mainstream type vacation, but they can range widely in characteristics and attitudes.

---
[2] *Cruise Industry News Annual 2000*, Cruise Lines International Association

McDowell Group, Inc. Page • 48
AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations
McDowell Group, Inc. Page • 49

Declaration Exhibit 29, Page 27 of 40
Case 1:06-cv-00009-JWS    Document 25-31    Filed 03/26/07    Page 12 of 15

Holland America: Passengers are mature, experienced travelers and families who seek comfort and consistency and who appreciate quality and a high level of service. Many are retired or semi-retired business owners with some college education, executives, and professionals. The range is from young nurses and secretaries on their first cruise to affluent seniors who cruise often, to honeymooners, young families, and some handicapped travelers. The average age is younger than 55. More than 55% are couples; 50% travel with groups.

Norwegian Cruise Line: Passengers, mostly from the US and Canada, represent a very broad segment of people from all walks of life. They have an estimated $35,000+ average income per person. They are often attracted by NCL's highly acclaimed shipboard entertainment, theme and special interest cruises, and sports programs. They are a diverse group and include young professionals, families, special interest groups, and incentive winners.

Royal Caribbean: This line's passengers tend to be moderately upscale couples and singles from their mid-30s to mid-50s and family vacationers with a household income of $40,000+. They are active fun-seekers looking for a wide variety of shipboard activities and destinations. The average age is early 40s, but slightly lower in three- and four-night cruises and slightly higher on ten-night or longer trips. In summer, the median age also drops due to the large number of families traveling with children. Less than 25% are 60 or older and they are likely to be on cruises of longer than nine nights. About half of the passengers have taken at least one cruise and a quarter has sailed with RCCL.

Celebrity Cruises: The profile passenger is moderately affluent, late 30s to 60s in high season; ages lower in off-season. The typical passenger is 48 years old, married and has a household income of $50,000+. They tend to be educated, experienced travelers who own a house in a relatively affluent suburb and have college-age children. Fifty percent have taken a cruise before, and of this group, 20-30 percent are repeat customers for Celebrity.

Carnival Cruise Lines: Carnival attracts a broad spectrum from all walks of life. The cruises lend themselves to families with or without kids, honeymooners, married couples, singles, and seniors. The average age is 43. On a typical cruise, 40% are 35-55; 30% under 35 (including 130,000 kids annually); 30% over 55. Seventy percent are first-time cruisers. Income levels are average for cruise passengers.

## Current Cruise Capacity and Traffic

Current capacity and market share for Alaska's cruise industry is found in the table below.

### Alaska Cruise Capacity and Market Share (2000)

| Cruise Line | Ships | # Berths | Market Share |
|---|---|---|---|
| Princess | 6 | 183,780 | 29.0% |
| HAL | 6 | 167,990 | 26.5 |
| NCL | 2 | 82,000 | 12.9 |
| RCI | 2 | 78,000 | 12.3 |
| Celebrity | 2 | 72,150 | 11.4 |
| Carnival | 1 | 29,720 | 4.7 |
| World Expedition | 1 | 7,260 | 1.1 |
| Crystal | 1 | 5,640 | 0.9 |
| Radisson | 1 | 4,410 | 0.7 |
| Special Expeditions | 2 | 1,960 | 0.3 |
| Clipper | 1 | 600 | 0.1 |
| Total | 25 | 633,510 | 100% |
| Percent Change from 1999 | +4% | +11% | |

Source: CLIA

Juneau, Ketchikan and Skagway are the three largest ports of call for large cruise passengers, hosting 77% of cruise passenger traffic. The cruise industry is predominantly located in Southeast Alaska. Large cruise ship traffic to the Southcentral destinations of Anchorage, Valdez and Whittier is relatively small. Dutch Harbor's cruise market is quite small.

## Future Cruise Capacity and Traffic

According to the Cruise Lines International Association (CLIA), major cruise lines plan to add eight new ships and approximately 17,000 new berths to the Alaska market during the next six years. This is a 35% increase in Alaska capacity. The number of cruises these ships will make to Alaska is still uncertain. However, if the number of passengers also increases by 35% it will mean more than 800,000 cruise visitors per year to the state.

## Price Competitiveness

Costs per diem for most large-ship cruises (Summer 2000) range between $250 and $350. A few companies offer cruises in the $150 – $250 range and some cruises are priced at $600 and more.

McDowell Group, Inc. Page • 50  AMHS Marketing and Pricing Study  Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study  Volume 1: Summary Report of Key Findings and Recommendations  McDowell Group, Inc. Page • 51

Declaration Exhibit 29, Page 28 of 40
Case 1:06-cv-00009-JWS    Document 25-31    Filed 03/26/07    Page 13 of 15

## Air Travel

Commonly considered the main alternative to ferry travel, air travel in fact meets very different customer needs. Ferry travel is slow, enjoyable and relatively cheap. By comparison, air travel is fast, uncomfortable, and expensive. There are few situations where customers balance the two against each other. Passengers typically have more options for travel times than the ferry provides, however, the air carriers cannot offer a vehicle option and the ferry is more reliable in unfavorable weather conditions.

Study research shows that cost is not often the determining factor in the choice between air and ferry travel. Where speed is a dominant consideration, air travel will nearly always win out. Where relaxation and enjoyment are prime, the ferries are heavily favored. Particularly in winter, weather may dictate ferry travel in spite of customer preferences.

Within Alaska, air fares and Marine Highway passage fares are not closely comparable. Air fares tend to be two to three times higher than those for passage on the ferry system. Because the products are so different, most ferry fares may be increased significantly without losing customers to the air carriers.

Still, both for Alaska residents and visitors, the cost of air travel is the most important benchmark with respect to AMHS tariffs. This is simply because, for many AMHS ports, air travel is the only alternative to ferry passage. For this reason, air travel costs are the primary competitive factor used by the study team's Tariff/Revenue Model to estimate the financial impact of different ferry tariffs. See below for more details.

A five-year analysis of coastal communities served by both ferry and air (see table) shows that the proportions of people leaving by ferry as opposed to air varies considerably by community. Differences depend upon specific air and ferry options in both the departure and primary destination communities. Communities accessible by road — Seward, Haines and Skagway — for example, have a much higher percentage of people leaving by ferry, because many of them are traveling with a vehicle. Juneau, with the largest number of jet flights among Southeast Alaska communities and no road access, has a percentage of people leaving by air.

The five-year trend is relatively flat for most communities. This implies that demand for ferry service vs. air should remain relatively stable over time, unless there is a change in available service.

### Percentage of People Leaving Selected Port Communities by Ferry as Compared with Air

| Port | 1998 | 1997 | 1996 | 1995 | 1994 |
|---|---|---|---|---|---|
| Seward | 279% | 178% | 315% | 405% | 202% |
| Haines | 165 | 133 | 167 | 138 | 192 |
| Skagway | 109 | 99 | 118 | 103 | 163 |
| Tenakee | 105 | 122 | 112 | 66 | 53 |
| Angoon | 105 | 110 | 107 | NA | 103 |
| Hyder | 86 | 336 | 366 | NA | NA |
| Pelican | 61 | 88 | 85 | 113 | 92 |
| Petersburg | 56 | 60 | 63 | 64 | 81 |
| Ketchikan | 53 | 38 | 41 | 32 | 41 |
| Wrangell | 52 | 51 | 54 | 50 | 83 |
| Metlakatla | 32 | 25 | 29 | 29 | 32 |
| Kake | 27 | 39 | 33 | 35 | 33 |
| Sitka | 24 | 24 | 28 | 28 | 32 |
| Juneau | 19 | 18 | 18 | 19 | 21 |
| Hollis | NA | 755 | 1164 | NA | NA |

Air travel appears to be less important as an alternative to long-haul ferry passages. Research shows that passengers on long-haul ferry routes are primarily there for the experience, not for transportation. Longer air routes are more significant as a complement to ferry service – i.e. fly-sail vacations – than as a competitor.

A comparison of air travel vs. ferry travel on representative legs for the eight route groups shows AMHS with dramatically lower prices in every case except the Bellingham to Skagway leg. As noted, the air-ferry comparison is not particularly apt on most system legs. This is particularly true of the Bellingham to Skagway run. This run functions as an Inside Passage cruise for the vast majority of passengers, and not as transportation.

### Cost of Air and Ferry Travel (Summer 2000)

| Route Group | Reference Voyage | Air Fare One-way | AMHS One-way |
|---|---|---|---|
| Bellingham | BEL-SGY | $289 | $252 |
| Southeast Major Ports | YPR-HNS | 327 | 122 |
| Southeast Villages | PBG-KAE | 56 | 22 |
| North Lynn Canal | JNU-HNS | 79 | 24 |
| Southcentral | HOM-KOD | 196 | 48 |
| Prince William Sound | VDZ-WTR | charter only | 58 |
| Aleutian Chain | KOD-UNA | 492 | 202 |
| Cross-Gulf Intertie | JNU-VDZ | 210 | 90 |

McDowell Group, Inc. Page • 52
AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations
McDowell Group, Inc. Page • 53

Declaration Exhibit 29, Page 29 of 40
Case 1:06-cv-00009-JWS   Document 25-31   Filed 03/26/07   Page 14 of 15

### Hotels/Lodges

One may conceive of pleasure travelers seeking a relaxing weekend weighing the choice between ferry travel and a combination of air travel and a hotel stay. However, research on potential ferry customers did not reveal this as an issue for AMHS. In any event, the air/hotel option would be significantly more expensive and would be unlikely to provide the wildlife and scenery viewing opportunities available on the ferry. Adding a nature experience to the air/hotel product would, in most cases, place the cost far beyond that of a ferry trip of the same duration.

### Barge Lines

For those types of freight for which it is appropriate, barge shipment provides important advantages over AMHS. AMHS accepts only wheeled vehicles. This means that the shipper must load and unload the van. This is not attractive to shippers who are accustomed to shipping vans by barge, where the barge company provides loading and unloading services.

The fact that AMHS vessels carry passengers restricts the types and sizes of freight that can be accommodated. For many freight shippers, it is more expedient to use barge services. Further, the amount of space available for freight is more constrained on ferries than on barges, particularly during the summer. Since the most profitable use of car-deck space is to provide a vehicle option for passengers, freight shipment by ferry tends to be expensive relative to barge lines.

On the other hand, for personal vehicles, barge shipment does not allow the driver to accompany the vehicle. For most customers, there is little point in sending one's car by barge and flying to meet it when both the cost and the total elapsed time of a ferry trip are less. For the vacationer who is not interested in cruising the Inside Passage, it may be expedient to ship a car or camper to a road-accessible port and to fly there later to meet it. However, the key variable in this scenario is lack of interest in the Inside Passage, not cost.

Since the AMHS travels faster than barge service for most routes, it might be possible to induce some barge customers to switch to ferries by under cutting barge prices. However, this would invite criticism of the system for unfair competition. Such criticism might be minimized by limiting the low prices strictly to unreserved space as it is available.

### Other Freight Services

While some smaller communities are very dependent on AMHS for shipping both inbound and out, in most towns AMHS freight addresses a narrow niche. It is faster and more expensive than barge service, slower and cheaper than air. This makes it the mode of choice for a relatively small range of shipping needs. For example, high-value fresh seafood is shipped by air, because the extra cost is less than the additional value obtained from short shipping times. Lower value fresh fish, such as Southeast Alaska chum salmon, is shipped by ferry because the profit margin per pound is not large enough to cover the cost of air freight. The example is especially instructive because it highlights the importance of other variables besides price.

Since shipping chum by ferry takes longer than air, it is vital that departures and road link connections are timed to create the fewest delays between when the fish leave the water and when they arrive at their destination. Reliability is a key factor for fresh shipments. AMHS is more reliable than air freight, since it is less weather-dependent. However, it is harder to schedule, since there are many fewer departures from most communities. For frozen and canned fish, naturally, time is less essential and barge service suffices.

In the past, AMHS has been a preferred shipper for fresh foods coming north. However, improved barge service has displaced the ferry in many communities. Attitudes by shippers toward AMHS freight service tend to reflect the fact that freight has not been a priority of the system. Perceptions are that AMHS can be inflexible and unresponsive regarding shipper needs. In part this undoubtedly reflects the strict regulations under which AMHS must operate as a passenger carrier. Lack of administrative staff also leads to decreased flexibility.

It is likely that the single most effective strategy for increasing freight revenue is simply to work harder selling the service. The most apparent shipping opportunity for AMHS is the winter season, when under used capacity could be offered at reduced rates. If this is seen as "unfair" competition with the private sector, a related strategy is to solicit aggressively any State of Alaska shipping business, particularly that which could be timed to coincide with the excess capacity. For example, there may be some flexibility in the timing of State shipments of vehicles and heavy equipment.

### Highway Transportation

In a few areas, people have the option of driving their vehicles for all or part of the distance between port-pairs. Typically the route is longer than the direct route offered by AMHS. However, highway travel has the advantage of allowing travelers to chose their own speeds and times of departure, weather permitting.

Highway travel is expected to increase in popularity. For example, after four years of gradual decline, visitors arriving in Alaska by personal vehicle increased by 12% in summer 1998.

McDowell Group, Inc. Page • 54    AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study    McDowell Group, Inc. Page • 55
Volume 1: Summary Report of Key Findings and Recommendations

Declaration Exhibit 29, Page 30 of 40
Case 1:06-cv-00009-JWS    Document 25-31    Filed 03/26/07    Page 15 of 15