## Research Findings — Current Customers

### Introduction

The following analysis consists of selected highlights summarizing the differences and similarities among the three major seasonal markets served by the AMHS, as identified by the results of a comprehensive on-board survey. For purposes of this study, the market was divided into summer, winter and spring markets. The study team conducted over 2,500 on-board surveys of AMHS customers for the 12-month period ending June 2000.

### Summer Market

Summer is clearly the current dominant market. It brings in most of the year's revenue and logs the majority of the system's vehicles and passengers. Summer is also the market that can yield the lion's share of increased revenue with the marketing and pricing strategies recommended by the study team. The system – with the exception of some voyages on the Bellingham run – has a significant amount of unused capacity even in peak summer season. The product is available to sell. Further, the summer market considers the AMHS an extremely good bargain, opening the door for substantial peak-season price increases over time.

### Spring Market

The spring market (May and early June) is the market that has the most proportional growth potential. For years, the rest of the visitor industry has expanded heavily into the spring season, which is a much easier sell than Alaska's fall season. An added benefit is that spring appears to attract longer staying independent visitors to Alaska, who have the economic ability to buy the AMHS product and to bring substantial benefits to Alaska overall with their longer stays in the state.

### Winter Market

Winter season has the least potential for additional revenue. Service is limited. The market is predominantly residents (who are more price sensitive and can inflict political consequences on the system), and the Alaska experience is most difficult to market to visitors from October through April. However, growth potential does exist for the winter season. A large percentage of winter visitors still use the AMHS for pleasure purposes and are attracted by the viewing/cruising/relaxation aspects of the experience.

Declaration Exhibit 29, Page 31 of 40
Case 1:06-cv-00009-JWS    Document 25-32    Filed 03/26/07    Page 1 of 10

## Customer Satisfaction Ratings

This study confirms that AMHS customers in all seasons are quite satisfied with their overall AMHS experience, and with the customer service personnel in all parts of the system. Nineteen out of twenty customers rate their overall AMHS experience good or very good (4 or 5 on a 1-to-5 scale). Less than 3% of the total market (only 1% of the dominant summer market) gives poor ratings for their overall experience. AMHS customer service personnel ratings are equally as good. Three out of four give AMHS personnel a very good or excellent rating (6 or 7 on a 1-to-7 scale), and only 2% of the total market assigns a negative rating to AMHS customer service personnel. These are remarkable ratings by any standards, including those of the Alaska cruise industry, and they vary little by season.

AMHS customers do have some specific gripes that need to be addressed -- phone reservations, reservations overall, waiting time for loading, inconvenient sailing times, available seating/sleeping accommodations, food quality, and meal service hours. Compared to other ratings, these are significantly lower and are negative for too many AMHS customers. Most deficiencies are off-ship issues in two categories -- insufficient access to the absolutely critical information and reservations functions, and mechanics of scheduling and loading.

> **Marketing Implication:**
>
> The AMHS has a great on-board product to sell. Aggressive marketing will immediately boost traffic and revenue. Simply getting the word out about what the AMHS already offers will have significant positive impacts on revenue. Improving reservations and information functions to modern-day tourism industry standards will have a dramatic affect on sales.

## Most-Liked and Least-Liked Aspects

By far the most popular aspect of the summer market's AMHS experience is the Alaska experience itself -- scenery, sightseeing, views and mountains (which we will call the Alaska marine viewing experience). This is followed by another vacation aspect -- relaxation. Dislikes centered on the off-ship experiences of inconvenient sailing times and long departure waits. Poor food was the leading on-board complaint.

Seasonal market differences exist. Over one-half of summer market customers mentioned the viewing experience as the most-liked aspect of their AMHS experience. Only half this percentage of winter customers mentioned the marine viewing experience. However, it is still the leading most-liked aspect for the winter market. Spring customers closely resembled summer customers in their likes. Winter customers did not complain about long waiting times.

> **Marketing Implication:**
>
> Getting up-close to the real Alaska in a relaxing setting should be the focus of the marketing message.

## Customer Characteristics

Significant seasonal market differences exist in terms of resident/visitor composition, trip purpose, traveling party composition, vehicle lengths, and repeat usage of the system. Visitors dominate the summer market and Alaska residents dominate the winter market. But the leading trip purpose for all three seasonal markets is vacation/pleasure.

Most AMHS summer customers travel for vacation and pleasure purposes, while more than one in three winter customers do so. However, vacation/pleasure travel is still the most common trip purpose for the winter and spring markets. About one-half of spring customers are on a vacation/pleasure trip.

Visiting friends and relatives is an important purpose for all seasonal markets. Winter customers are the most likely to travel for personal reasons such as relocation, medical and shopping, and for business only.

Most summer and spring customers travel with their spouse/partner or friends and relatives. Winter customers most commonly travel individually. Group travel is a small portion of every seasonal market, although more common in summer.

The big money for large vehicles is in the summer. The proportion of vehicles 20 feet and over is triple in summer compared to winter and nearly double that of spring customers. Nine of ten winter vehicles are under 20 feet in length. The winter market is moderately more vehicle-oriented with 61% of all winter customers coming on board with a vehicle.

## Customer Information Sources

AMHS customers like to do much of their own trip planning. Access to information about the AMHS and related travel products is very important to them.

AMHS customers use multiple information sources to plan their AMHS trip. The ferry brochure and schedule, friends and relatives, 800 number, and the Internet/web page are the dominant sources of information about ferry travel. *The Milepost* guidebook and travel agents are also important.

Use of the Internet and the AMHS Web site has doubled in spring 2000 compared to just nine months ago in summer 1999. One-half of AMHS spring customers used the Internet for AMHS trip planning. Internet use by spring customers now equals the ferry brochure/schedule as the leading source of information about the AMHS.

## Customer Trip Patterns

### Residents are repeat users.

The resident market in all seasons is almost entirely a repeat market, indicating strong habitual use by the current market, but also low recruitment of new resident customers. Lack of an in-state marketing effort and a resident difficulty with phone reservations access are likely reasons for the lack of new resident customers. Some in-state marketing will stimulate winter travel, but the study team's recommended priority is to invest almost all marketing money in the summer and spring visitor markets, in that order.

McDowell Group, Inc. Page • 58    AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study    McDowell Group, Inc. Page • 59
Volume 1: Summary Report of Key Findings and Recommendations

Declaration Exhibit 29, Page 32 of 40
Case 1:06-cv-00009-JWS    Document 25-32    Filed 03/26/07    Page 2 of 10

### AMHS passengers are repeat Alaska visitors.

The AMHS attracts a higher percentage of repeat Alaska visitors than the tourism industry does overall. This is positive because it means that summer visitors who know about the system from previous trips are more likely to use it. Marketing programs to current Alaska visitors in general should stimulate business.

Winter and spring customers are far more likely to be repeat AMHS customers than are summer customers. More than one-half of them "keep coming back." Marketing programs reaching the current winter market can increase traffic from repeaters.

### Customers tend to favor through service over shuttle.

The market response to ending mainline voyages in Juneau and shuttling to Haines and Skagway (and vice-versa) was a net loss. All markets prefer mainline over shuttle service, though about a third prefer the shuttle option. The critical summer market was least adamant about their mainline preference. More customers in all seasons prefer mainline service all the way to the stop-and-shuttle alternative, though a quarter to a third of seasonal markets did prefer the shuttle option. All markets thought that the shuttle system discouraged rather than encouraged AMHS use. The long-run solution is to offer both alternatives.

### AMHS visitors stay in Alaska longer.

AMHS visitors, especially those in spring and summer, stay in Alaska for significant periods. Summer AMHS visitors stay in Alaska much longer – a mean of 20 days and a median of 14 days – than the nine-day statewide visitor average. The mean is affected by long-stay RV users who spend weeks, and sometimes the entire summer, in the state. Spring AMHS visitors stay even longer (mean of 31 days, median, 16 days), as a portion of this market gets an early start on their long stay in Alaska. Not only will spring season marketing help fill the AMHS when lots of capacity is available, but the rest of Alaska will benefit from encouraging long-staying RV'ers who travel throughout the state.

### Anchorage and Fairbanks are major beneficiaries of AMHS seasonal customer markets.

Anchorage and Fairbanks are major beneficiaries of AMHS' seasonal customer markets. This is true year-around and especially during the dominant summer season. Anchorage gets more summer AMHS customers (35% of the total) visiting the city than any port on the system except Juneau, the hub of the Southeast system. Not only do AMHS customers visit Anchorage, but they stay for an average of three days. Anchorage also gets 26% of spring AMHS traffic and 12% of the winter trade.

Fairbanks ranks seventh on the list of Alaska cities most frequently visited by AMHS summer customers, yet the nearest AMHS port is over 300 miles away. This Interior center hosts 16% of summer AMHS traffic and has the added benefit of longer-stay AHMS customers, who visit Fairbanks for an average of five days. Fairbanks gets 12% of the AMHS spring market and 4% of the system's winter market.

---

> **Marketing Implication:**
>
> When the AMHS benefits economically from an increased commitment to marketing and revenue generation, Alaska in general benefits. When the AMHS markets its product, it also markets for the rest of the state, particularly areas such as Anchorage and Fairbanks that have substantial tourism

## Transportation Alternatives

AMHS customers see the system as a unique one-of-a-kind product, very different from other transportation, touring or cruising options. As a result, the AMHS has no competition for two-thirds of each seasonal market – an enviable market position. Most AMHS customers simply want the AMHS experience, period. When it does compete, it is primarily for foot traffic with major airlines flying between major cities, and to a lesser degree, with small airlines flying between smaller communities. Only one in twenty summer and spring customers considered a cruise ship before choosing the AMHS.

Major airlines were considered least by the dominant summer market, most by the winter market. Probably because a spring start offers lots of summer time in Alaska, driving was considered least by the summer market and most by the spring market. Only one in twenty AMHS customers considered a cruise ship.

When the AMHS does compete for its critical summer market, the dominant deciding factor in the system's favor is the familiar theme of the Alaska marine viewing experience. The vehicle option is a major deciding factor in all three seasons, even more so in winter. Lower cost than other alternatives is the third major factor for choosing the AMHS over competitive alternatives.

> **Marketing Implication**
>
> The AMHS needs to concentrate only on selling its own highly rated, unique one-of-a-kind product to increase revenue substantially. Competition is not the issue, marketing is. Air travel, driving and large-ship cruising are not at all comparable to the AMHS experience. Emphasize the AMHS Alaska marine viewing, relaxation, cruising theme, and the unique features of this experience to all seasonal markets.

McDowell Group, Inc. Page • 60     AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study     McDowell Group, Inc. Page • 61
Volume 1: Summary Report of Key Findings and Recommendations

Declaration Exhibit 29, Page 33 of 40
Case 1:06-cv-00009-JWS    Document 25-32    Filed 03/26/07    Page 3 of 10

### Ferry travel is a good value.

AMHS customers in all seasons perceive the AMHS experience a good buy for the money – especially passage fares and the overall AMHS cost. The winter market is the most price sensitive on cabins and vehicles, and the spring market is more price sensitive than the summer market. All markets assign the lowest ratings to vehicle fares and food, but even in these cases, good ratings exceed poor ratings by at least a two to one margin.

The key dominant summer market is most impressed with the value received. Overall value ratings (71% good/very good value vs. 5% poor/very poor value) are exceptional and the passage value rating is even higher. Even vehicle fares get a 52% good vs. 17% poor rating by the summer market.

### AMHS passengers spend a significant amount.

AMHS traveling parties spend a significant amount on their AMHS experience. Each AMHS traveling party pays between $300 (summer resident market) and $1000 (spring vehicle market) to the system alone, not counting any other spending in Alaska. Even a summer foot passenger party generates $400 for the system and the dominant summer visitor market spends well over $700 each.

> **Marketing Implication:**
>
> Significant summer price increases will do little to discourage the summer market and will boost revenues immediately. Modest price increases in winter will have little affect on volume. Most fares on the system are under priced by any standard – AMHS customers are clear on that point. Raise prices in summer season. Raise them substantially for passage, moderately for cabins, and some for vehicles. Further, each customer is worth a significant amount so any increase in conversions, through better information and reservations service. will pay big dividends.

## Customer Demographics

### Seasonal markets differ demographically.

The summer visitor market comes from throughout the U.S. and the world, consists mostly of visitors, and is older and more affluent than other seasonal markets. Nearly one in three summer visitors on the AMHS are from overseas (mostly Europe) and Canada. All AMHS seasonal markets are significantly younger (under 50) than the overall Alaska visitor market.

The winter market is predominantly Alaska residents. Winter visitors are primarily Western U.S. residents, with some coming from overseas. The spring market is most like the summer market in terms of demographics.

> **Marketing Implication:**
>
> The AMHS has obvious appeal to both U.S. and foreign markets, even with minimal marketing of the system in either area. Marketing in prime U.S. regions, Western Canada, Europe, and Australia/New Zealand will stimulate additional volume and revenue from affluent markets willing to pay more than the system now charges.

## Comparison of AMHS Seasonal Markets

The following tables compare survey results for the three major AMHS seasonal markets:

McDowell Group, Inc. Page • 62

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

McDowell Group, Inc. Page • 63

Declaration Exhibit 29, Page 34 of 40
Case 1:06-cv-00009-JWS    Document 25-32    Filed 03/26/07    Page 4 of 10

## AMHS Passenger Survey
### Seasonal Market Profiles
### Summer 1999, Winter 1999-2000, Spring 2000

|  | Summer | Winter | Spring |
|---|---|---|---|
| **Resident and Visitor Markets** | | | |
| Residents | 28% | 73% | 48% |
| Visitors | 72 | 27 | 52 |
| **Customer Satisfaction Ratings** | | | |
| **Overall AMHS experience** | | | |
| Good/very good | 93% | 87% | 94% |
| Poor/very poor | 1 | 5 | 4 |
| **Overall customer service rating** | | | |
| Very good-excellent | 75% | 74% | 77% |
| Poor/very poor | 2 | 3 | 1 |
| **Timeliness of phone reservation service** | | | |
| Very good-excellent | 49% | 43% | 50% |
| Poor/very poor | 24 | 27 | 23 |
| **Timeliness of Internet reservation service** | | | |
| Very good-excellent | 46% | 41% | 56% |
| Poor/very poor | 14 | 15 | 8 |
| **Overall reservation service** | | | |
| Very good-excellent | 61% | 60% | 60% |
| Poor/very poor | 9 | 11 | 8 |
| **Convenience of arrival/departure times** | | | |
| Very good-excellent | 37% | 34% | 47% |
| Poor/very poor | 22 | 26 | 13 |
| **Ship cleanliness** | | | |
| Very good-excellent | 73% | 80% | 73% |
| Poor/very poor | 4 | 1 | 4 |
| **Meal quality** | | | |
| Very good-excellent | 48% | 44% | 46% |
| Poor/very poor | 12 | 11 | 8 |
| **Most liked aspect of ferry experience** | | | |
| Scenery/sightseeing/views/ mountains | 51% | 26% | 42% |
| Relaxation | 17 | 22 | 14 |
| Meeting/talking/gathering/new people | 9 | 9 | 7 |
| **Least liked aspect of ferry experience** | | | |
| Departure times/early loading/ late arrival | 11% | 14% | 5% |
| Waiting time to depart | 9 | 2 | 7 |
| Food | 8 | 7 | 4 |

## AMHS Passenger Survey
### Seasonal Market Profiles
### Summer 1999, Winter 1999-2000, Spring 2000 (continued)

|  | Summer | Winter | Spring |
|---|---|---|---|
| **AMHS Trip Characteristics** | | | |
| Resident repeat AMHS users | 90% | 86% | 79% |
| Visitor repeat AMHS users | 16 | 60 | 39 |
| Repeat Alaska visitors | 36 | 54 | 37 |
| **Ferry trip information sources** | | | |
| Ferry brochure/schedule | 48% | 55% | 50% |
| Friends/family | 35 | 24 | 36 |
| Ferry system 800 number | 26 | 29 | 37 |
| Internet | 24 | 23 | 46 |
| Web page | 19 | 19 | 37 |
| **Main reasons for trip (multiple choices allowed)** | | | |
| Vacation/pleasure | 74% | 37% | 57% |
| Visiting friends/relatives | 22 | 25 | 23 |
| Personal reasons | 16 | 36 | 26 |
| Business only | 8 | 23 | 24 |
| Business/pleasure | 8 | 10 | 3 |
| **Length of Alaska trip (visitors only)** | | | |
| Mean | 20 days | 35 days | 31 days |
| Median | 14 days | 10 days | 16 days |
| **Passenger type** | | | |
| On Foot | 45% | 39% | 45% |
| With a Vehicle | 55 | 61 | 55 |
| **Vehicle length** | | | |
| Under 20 feet | 69% | 88% | 82% |
| 20 feet and over | 31 | 12 | 18 |
| **Ferry option preference** | | | |
| Prefer shuttle service | 33% | 31% | 25% |
| Prefer main line service | 43 | 57 | 65 |
| **Travel party** | | | |
| With spouse/partner | 36% | 23% | 36% |
| Individual traveler | 24 | 50 | 32 |
| With group | 10 | 5 | 3 |
| **Alaska places visited/ median # days stayed (most visited cities in summer)** | | | |
| Juneau | 48% / 3 days | 32% / 3 days | 31% / 3 days |
| Anchorage | 35/ 2 | 12/ 3 | 26/ 3 |
| Skagway | 29/ 3 | 15/ 2 | 31/ 1 |
| Ketchikan | 27/ 2 | 23/ 3 | 21/ 3 |
| Haines | 25/ 3 | 27/ 1 | 29/ 1 |
| Valdez | 17/ 2 | 3/ 2 | 10/ 2 |
| Fairbanks | 16/ 3 | 4/ 12 | 12/ 2 |
| Average party size | 2.5 people | 2.2 people | 2.2 people |

Declaration Exhibit 29, Page 35 of 40
Case 1:06-cv-00009-JWS    Document 25-32    Filed 03/26/07    Page 5 of 10

## AMHS Passenger Survey
## Seasonal Market Profiles
### Summer 1999, Winter 1999-2000, Spring 2000 (continued)

|  | Summer | Winter | Spring |
|---|---|---|---|
| **Value for the Money Ratings and Spending on AMHS** | | | |
| **Perception of value for the money** | | | |
| Passage (good value/poor value) | 78% /6% | 74%/ 8% | 76%/ 6% |
| Cabin (good/poor) | 65/ 12 | 50/ 25 | 55/ 15 |
| Vehicle (good/poor) | 52/ 17 | 39/ 31 | 38/ 21 |
| Food (good/poor) | 50/ 19 | 41/ 23 | 44/ 18 |
| Overall (good/poor) | 71/ 5 | 62/ 7 | 63/ 14 |
| **Average per party AMHS spending** | $576 | $653 | $924 |
| Visitor party | 731 | 986 | 925 |
| Resident party | 301 | 537 | 924 |
| Foot party | 401 | 412 | 792 |
| Vehicle party | 701 | 761 | 1015 |
| **Competitive Considerations** | | | |
| **Other options considered** | | | |
| None, only considered AMHS | 64% | 65% | 68% |
| Major airline | 11 | 18 | 14 |
| Small plane | 10 | 7 | 14 |
| Driving | 5 | 13 | 18 |
| Large cruise ship | 5 | 0 | 4 |
| **Reasons for choosing ferry system over other options** | | | |
| Scenery/wildlife | 32% | 8% | 20% |
| Vehicle option | 29 | 43 | 25 |
| Lower cost | 26 | 27 | 16 |
| Relaxation | 23 | 14 | 17 |
| Cruise Inside Passage | 22 | 15 | 31 |
| **Demographics** | | | |
| **Origin: Alaska residents** | | | |
| Juneau | 22% | 21% | 16% |
| Ketchikan | 18 | 10 | 9 |
| Anchorage | 7 | 6 | 10 |
| Fairbanks | 3 | 4 | 7 |
| **Origin: Visitors** | | | |
| Western US | 33% | 52% | 38% |
| Overseas | 19 | 12 | 17 |
| Midwest US | 17 | 12 | 21 |
| South US | 14 | 17 | 9 |
| Canada | 8 | 8 | 4 |
| East US | 8 | 3 | 11 |
| Average age (of respondent) | 49 years | 45 years | 46 years |
| Average household income | $60,300 | $52,200 | $57,400 |

---

## Research Findings — Potential Customers

### Market Analysis of Potential-Customers

The major market research task of this study was the on-board surveys of over 2,500 current AMHS customers summarized in the preceding section. These surveys identified the existing market and resulted in a number of marketing and pricing recommendations for increasing volume and revenue.

The next step was to conduct four major research efforts – three surveys plus a pair of focus groups – analyzing the most promising potential AMHS markets. Following this analysis are recommendations for successfully converting high potential markets into future AMHS customers.

### The Best Prospects – AMHS Inquirers

The best prospects for AMHS travel are potential Alaska visitors who already inquired about it directly from the system through mail, e-mail, fax or telephone. These people have qualified themselves as the premium group of prospects by their direct expression of interest and by the effort they went to locating the AMHS reservation and information system. The number one marketing objective of the system is to maximize the conversion of inquiring prospects into customers. The study team surveyed a sample of 250 AMHS inquirers who are non-residents of Alaska.

### The Next Best Prospects – High Potential Alaska Visitors

Much of Alaska tourism marketing is centered around the statewide tourism marketing program, formerly conducted by the Alaska Tourism Marketing Council, and now conducted by the new Alaska Travel Industry Association. This program – through advertising, public relations, and list fulfillment – generates several hundred thousand qualified names of people interested in travel to Alaska. The study team selected a sample of 400 high-potential Alaska visitors from these lists. The research determined conversion rates of potential Alaska visitors to becoming actual AMHS customers and studied how to increase the rate of conversions of this well-defined group of prospects.

### Alaska Resident Market – Prospects at Home

Alaska residents are the dominant winter market and account for three of ten summer users. Four hundred Alaska households – both AMHS customers and non-customers – living in the 36 communities served by the system were surveyed. The research investigated how to increase current market use and stimulate conversion of non-customers.

Declaration Exhibit 29, Page 36 of 40
Case 1:06-cv-00009-JWS   Document 25-32   Filed 03/26/07   Page 6 of 10

## High Potential AMHS Customer Focus Groups

Focus groups of potential AMHS riders were essential to evaluating the effectiveness of current marketing efforts. The system currently has virtually no targeted marketing program specifically selling the AMHS product. Instead, the system's single marketing and information effort is participation in a generic regional Alaska/Canada cooperative program called *North! To Alaska*. The system's product appeal and the effectiveness of the current program were evaluated in focus groups consisting of high potential Alaska and AMHS prospects. An independent research firm in one of Alaska's most important metropolitan markets conducted the focus group study.

The following summary of findings combines the results of the four research tasks under several topic headings. See *Alaska Marine Highway System Marketing and Pricing Study, Volume 2: Market Research Findings and Recommendations* for complete analyses and statistics on these four studies of potential customers.

### Alaska Resident Market – Prospects at Home

Alaska residents are the dominant winter market and account for three of ten summer users. Four hundred Alaska households – both AMHS customers and non-customers – living in the 36 communities served by the system were surveyed. The research investigated how to increase current market use and stimulate conversion of non-customers.

The following summary of findings combines the results of all four research tasks under several topic headings. See *Alaska Marine Highway System Marketing and Pricing Study, Volume 2: Market Research Findings and Recommendations* for complete analyses and statistics on these four studies of potential customers.

## Conversion of High-Potential Markets

### AMHS Inquirers

The AMHS converted 35% of its best prospects – potential Alaska visitors who inquire directly to the system through phone, mail, e-mail, and fax – into AMHS customers in 1999. This does not include discouraged prospects, the 25% of phone inquirers who terminated their calls after holding for service in 1999. Another 21% of AMHS inquirers came to Alaska in 1999 but did not use the system even after directly inquiring. Most inquirers who did not come to Alaska in 1999 expect to come in the near future. This means these people remain blue chip prospects for AMHS conversion and should be contacted.

> **Marketing Implication:**
>
> Even a modest improvement in the conversion rate of AMHS' best prospects would have a dramatic effect on gross revenue. A 10% (to 45%) increase in conversions could raise revenue by at least $5 million. Increased conversions of inquirers can be accomplished by:
> - reducing terminations of prime prospects by cutting hold times to industry standards.
> - improving reservations system technology, speed and procedure.
> - training reservations specialists as sales agents instead of order-takers and providers of non-AMHS (i.e., non-revenue) information.
> - developing a state-of-the-art Internet presence.
> - developing a AMHS-specific brochure.

McDowell Group, Inc. Page • 68
AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations
McDowell Group, Inc. Page • 69

Declaration Exhibit 29, Page 37 of 40
Case 1:06-cv-00009-JWS    Document 25-32    Filed 03/26/07    Page 7 of 10

## High Potential Alaska Visitor Prospects

The conversion rate of high-potential Alaska visitors (names drawn from the ATMC program lists) *who also specified interest in the AMHS* was 17%, about one-half the conversion rate the AMHS gets from its own direct inquirers.

## Competition for High Potential Alaska Visitor Conversions

Airlines and cruise companies have little to fear from the AMHS. Only 2% of those interested in air travel and 7% of those interested in cruise ship travel to Alaska converted into AMHS customers. The AMHS conversion rate for those first expressing interest in travel to Alaska by highway is better, 15%. The real competitive challenge for the AMHS is to convince vehicle owners of the benefits of AMHS travel.

On the other hand, the AMHS seems to have little to fear from airlines and cruise lines. Two-thirds of current customers do not consider any competitive alternative before choosing the AMHS.

> **Marketing Implication**
>
> The conversion rate of qualified high potential Alaska visitors whose names and addresses are immediately available to the AMHS is quite low. An increase of just 5% (to 22%) in the conversion rate of just those expressing interest in the AMHS would bring millions into AMHS coffers. Increased conversions of identified, qualified high potential Alaska visitors can be accomplished by:
>
> - marketing to them (over 100,000 mentioned interest in the AMHS) in any way.
> - sending them AMHS-specific information adequate for making the sale.
> - participating in the statewide tourism marketing program, placing large advertisements in the most obvious places (i.e., *The Milepost*, *North! To Alaska* brochure, *Alaska Vacation Planner*).
> - package the AMHS product in easy-to-buy itineraries.
> - package the AMHS product with other tourism operators.

## Motives for AMHS Customer Conversion

Converts chose the system primarily to "cruise the Inside Passage" and for "relaxation." Overall, the marine viewing/cruising experience (usually expressed in terms of "cruise the Inside Passage") was by far the dominant motive for purchasing the AMHS product. This was evident in all potential AMHS customer research, including the summer *resident* market.

Focus groups of high potential AMHS customers further support this motive. Participants were enthusiastic about the AMHS experience because they want to "get up close and personal with Alaska in a way cruise ships can't." They see the AMHS as the only way to do that. This helps explain why most AMHS customers do not consider a competitive means of Alaska travel.

> **Marketing implication**
>
> The central message for making the AMHS sale is clear. Cruise Alaska the Alaskan way, experiencing scenery and wildlife up close with relaxing onboard ambiance.

## Deterrents to AMHS Customer Conversion

Those who did not convert cited "inconvenient schedule" (which means both the time of departure and arrival and the fact they often couldn't book when they wanted to go) and "too expensive," a comment that applied mostly to vehicle costs, rather than to passage and cabin fares. Over one-third of prime prospects are traveling with a vehicle, but the majority of high potential prospects appear to be foot passengers. Not getting the requested information also appears to be a deterrent in making the sale.

# Information and Marketing

## Information Sources

The Internet and the AMHS brochure/schedule were the two leading sources for those who convert to AMHS customers. For high-potential ATMC prospects, friends and family and Alaska Convention and Visitors Bureaus are at the top of the list. Only one in nine specifically remembered using the *North! To Alaska* brochure for planning their AMHS trip. More than that likely used it because it was the only hard-copy source for schedule information. The Internet is quickly becoming the dominant information source, according to our most recent AMHS customer data.

> **Marketing Implication:**
>
> The Internet is the present and the future. A state-of-the-art Internet information, marketing, and reservations presence will increase conversion rates, attract additional markets, and relieve pressure on the phone and mail reservations systems, making them more efficient and productive in return.

McDowell Group, Inc. Page • 70

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

McDowell Group, Inc. Page • 71

Declaration Exhibit 29, Page 38 of 40

Case 1:06-cv-00009-JWS   Document 25-32   Filed 03/26/07   Page 8 of 10

## Information Request Fulfillment

Unfulfilled requests appear to be a problem – one that likely contributes to lack of conversion of prime prospects. Some focus group participants, understandably, did not recognize the all-purpose *North! To Alaska* brochure as being the AMHS information they requested. Instead, they thought they hadn't received AMHS-specific information.

Ten percent of all inquirers said they did not receive the information they requested. More significantly, nearly twice as many (18%) non-converts said they did not get the information they requested compared to 4% of those who did convert to Alaska visitors.

---

**Marketing Implication**

Conversions can be increased by:

- improving fulfillment response to 100%,
- developing and sending out an AMHS-specific free-standing brochure that is recognized as the AMHS piece.

---

## Effectiveness of Current AMHS Marketing Efforts

High potential AMHS prospects in the focus groups did not think the *North! To Alaska* brochure was sufficient to make an AMHS sale. They felt that it did not market the AMHS effectively. Independently conducted focus groups in a major West Coast market area identified the AMHS primary marketing program (*North! To Alaska* and the schedule included in the all-purpose regional brochure) as inadequate for converting high potential prospects into AMHS users.

Both high potential and actual AMHS customers in the groups said the *North! To Alaska* piece was useful for general overall trip planning to Western Canada and Alaska. In the opinion of the study team, the declining market presence of the AMHS is in part due to the obscuring and dilution of the AMHS sales message in the large destination brochure.

---

**Marketing Implication**

Every operator in the tourism industry world wide has their own marketing program and marketing sales piece. No other operator in the *North! To Alaska* program depends only on that program and collateral piece to make their sales. Fix this problem by;

- developing free-standing AMHS-specific marketing program and brochure, relying primarily on this piece to make the conversion.
- continuing participation in the *North! To Alaska* program as in the past but with two significant changes. Send the AMHS-specific free-standing brochure to every inquiry generated by the program; and take a full-page ad (preferably inside front cover or back cover) in the *North! To Alaska* brochure.

---

### Demographics of high potential prospects

Prospects tend to be older and more from the Western U.S. than actual AMHS users. High-potential prospects have about the same level of affluence as actual AMHS customers.

## Resident Market Considerations

Based on telephone surveys with 400 residents of coastal Alaska communities served by the AMHS, potential resident customers:

### Are repeat riders, but not necessarily frequent ones.

Nine of ten residents interviewed have used the ferry system in the past, but not frequently. Only one in four used it at least five times in the last year. Resident use is not declining significantly. Most say they are using the AMHS about the same as in the past.

### Obtain information mainly from the schedule.

The schedule is by far the dominant source of AMHS information for residents with only a small minority using the Internet or the 800 number.

### Travel the ferries mostly for pleasure.

Residents' leading reason for using the AMHS is for vacation and pleasure (45%), followed distantly by business (24%).

McDowell Group, Inc. Page • 72
AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations

AMHS Marketing and Pricing Study
Volume 1: Summary Report of Key Findings and Recommendations
McDowell Group, Inc. Page • 73

Declaration Exhibit 29, Page 39 of 40
Case 1:06-cv-00009-JWS   Document 25-32   Filed 03/26/07   Page 9 of 10

**Believe fares are reasonable.**

Overall, residents think they are getting their money's worth, especially when it comes to passage fare. They rate vehicle fares as average in terms of value for the money and cabins as a pretty fair buy.

**Are moderately interested in a pass for off-season travel.**

Nearly four households in ten would consider buying a winter pass for $335, a possible promotion that could raise revenue when income is at the lowest. On average, they said they would take four trips with their pass.

**Are deterred from ferry use mainly by the timing of departures and arrivals.**

One-half of all residents did not use AMHS in the past year. The reasons were "inconvenient schedule" (24%), "no reason to use it (24%) and "wanted to fly" (20%). Cost was an issue with only one out of nine non-users. Cutting fares would stimulate virtually no use from one-half of the population and probably little additional travel by current users.

---

**Marketing Implication**

The major potential for increasing revenue from residents is based in the state's major urban markets and is vacation/pleasure, which is a discretionary expenditure. Residents' major use of the system is vacation/pleasure.

---

Most barriers to additional resident use are not really under AMHS control. Residents are unlikely to respond in sufficient numbers to reduced fares so discount programs would likely yield a net loss of revenue. Response to the winter pass was positive from a surprisingly high share of the market. Devote most marketing expenditures to outside markets where the potential for return is much higher. Then, increase revenue from residents by:

- Stressing vacation/pleasure uses of the system in major Alaska markets.
- Offering incentives available primarily to residents (season passes, for example) that could generate additional revenue.

Declaration Exhibit 29, Page 40 of 40
Case 1:06-cv-00009-JWS   Document 25-32   Filed 03/26/07   Page 10 of 10