

# Alaska Marine Highway System
## Marketing and Pricing Study

**Volume 3:**
*Marketing and Pricing Strategy*

**Prepared for:**

**Alaska Marine Highway System**
**Department of Transportation**
**and Public Facilities**
**State of Alaska**
Juneau, Alaska

**McDowell GROUP**

416 Harris Street, Suite 301
Juneau, Alaska 99801

P.O. Box 21009
Juneau, Alaska 99802

1400 West Benson Boulevard, Suite 150
Anchorage, Alaska 99503

**September 2000**

ALASKA STATE LIBRARY
HISTORICAL COLLECTIONS

# Alaska Marine Highway System
# Marketing and Pricing Study

### Volume 3:
### Marketing and Pricing Strategy

Prepared for:

Captain Robert J. Doll
Southeast Region Director
Department of Transportation and Public Facilities

Captain George Capacci
General Manager
Alaska Marine Highway System
Department of Transportation and Public Facilities

Mr. Brian Braley
Project Manager
Southeast Region
Department of Transportation and Public Facilities

Prepared by:


Juneau ▪ Anchorage

In association with:

GDA Research & Information Systems, Inc.
Victoria, B. C., Canada

Madrona Marketing
Olympia, Washington

Information Insights, Inc.
Fairbanks, Alaska

September 2000

| | |
|---|---:|
| **Situation Analysis** | 1 |
| Study Purpose | 5 |
| **Overall Marketing Goals** | 7 |
| **Overall Pricing Strategy** | 9 |
| **AMHS Marketing Strategies** | 13 |
| Positioning Statement | 13 |
| Product | 13 |
| Promotion | 15 |
| Reservations/Sales | 19 |
| **Short-Term Marketing Recommendations** | 21 |
| Foundation for Marketing Implementation | 21 |
| Short-term Revenue Enhancement Program | 22 |
| Prime Prospects Program | 23 |
| Residents and VFR (Visiting Friends and Relatives) Program | 24 |
| Summer 2001 Marketing and Pricing Priorities | 25 |
| **Long-Term Recommendations** | 27 |
| A Marketing Model to Consider | 31 |
| Analysis of Specific AMHS Marketing Issues | 33 |

## The Nature of the Alaska Marine Highway System

The Alaska Marine Highway System (AMHS) is a far more complex system than the casual observer might assume. In fact, the system operates nine vessels serving 36 communities in two countries along two thousand miles of coastline. It offers multiple products (passage, cabins, vehicle, freight and food) in hundreds of possible combinations to a wide variety of markets. The AMHS is logistically more complex than major cruise operations, which have simple itineraries and just a handful of product combinations.

The challenge of marketing and pricing the AMHS is just as complex. The system has well over 1000 individual tariffs that, in turn, may be purchased in nearly infinite combination. The process of selling the system's products to customers is not simple. In this modern age of fast service, packaging, and product simplicity in the travel industry, AMHS has a formidable challenge.

To compound this challenge, in nearly forty years of operation, the AMHS has had little market research to guide decision-making. Such a system must have detailed knowledge of its customers in order to provide appropriate service and to maximize revenue.

## The Business Mandate

Having received a legislative mandate – through reduced funding – to operate more as a business entity and less as a subsidized public service, management of the system is focused on learning about existing and potential markets. The current AMHS situation is economically and politically unsustainable, with operating losses continuing to increase over time. In 1999, the system required $35 million in state funding toward its total operating costs of about $70 million.

Generating more business and increasing prices are the two solutions – hence this AMHS Marketing and Pricing Study. More business cannot be generated without additional marketing and more revenue cannot be generated from the current market without increasing prices. The market intelligence generated by this study becomes the foundation for making significant changes in marketing practices and pricing policies to increase revenue and decrease public subsidy.

A third solution — shuttle ferries for at least part of the system — is expected to lower operating costs following capital investment in new equipment and facilities. However, without substantial investment in marketing and a change in pricing policies, shuttle ferries also will remain underutilized. In other words, marketing and pricing must change in order to stimulate use and revenue regardless of the particular technology, itineraries, equipment and speed of future AMHS operations.

## High Customer Satisfaction but Declining Market Share

The system is currently in a paradoxical situation. Current AMHS customers assign high ratings to the experience of traveling the system. On a 1 (poor) to 7 (excellent) scale, the average AMHS rating is 6.2 (very good to excellent), an exceptional mark equivalent to Alaska cruise passenger satisfaction. Further, customers give AMHS personnel in all areas of operation – ship-board and shore-side – high marks as well.

Conversely, the number of customers has declined significantly since the peak year of 1992. There is no question the AMHS delivers a quality product and the past decade has seen an unprecedented boom in travel to Alaska during the best of economic times. Then why has AMHS traffic declined?

Additional research evidence points out the declining market presence for the AMHS and some difficulties it experiences in selling its product.

- In research conducted by the Alaska Tourism Marketing Council (ATMC) in 1996, only 4% of Alaska visitors and 0% of their High Potential Prospects (for future Alaska travel) report ferry as a travel mode of choice.
- While 17% of ATMC inquirers express interest in ferry travel, research in this report (see *Volume 2*) shows only 17% of those convert into ferry users. This is a conversion rate of less than 3% in 1999 from the state's "hottest" list of prospective visitors.
- Seeing beautiful scenery and wildlife are the most important experiences to Alaska visitors and High Potential Prospects. The AMHS provides both experiences in comfortable, casual cruising style but does not market either appeal effectively, nor does it have the assets to do so.
- The major AMHS marketing effort – inclusion in the *North! To Alaska* Alaska/Western Canada generic destination area marketing program – is ineffective as a *primary* sales strategy, according to focus group research conducted in this study. Focus group participants said the program was effective for stimulating interest in travel to the general destination area. However, its breadth makes it a less than effective vehicle for actually stimulating the sale of AMHS products.

The Tourism North program is beneficial overall to the system. The study team recommends expanded AMHS participation. However, it has been a mistake for the AMHS to depend exclusively on any generic, wide-ranging, multi-purpose program to sell its specific, unique product. AMHS lost not only individual targeted market presence but also considerable advertising revenue when it stopped publishing its own collateral piece several years ago.

AMHS marketing materials must include ship plans; photos of cabins and public areas; maps of pier-to-town relationships and transportation options; simple and easily interpreted mini-schedules and tariffs for the most popular routes; and strong sales appeals focused on cruising coastal Alaska, scenic/wildlife viewing, relaxation, and casual onboard ambience. The current brochure does none of these.

- Hold times on the telephone reservations system are often lengthy, well above industry standards. The result in 1999 was that 25% of phone calls from people who contacted the AMHS for information went unanswered and were abandoned. Hold times and termination rates are improving in 2000 with recent improvement to the system, but continue to lag well behind industry standards.

*AMHS Marketing and Pricing Study*
*Volume 3:Marketing and Pricing Strategy*
*McDowell Group, Inc. • Page • 1*

*McDowell Group, Inc. Page • 2*
*AMHS Marketing and Pricing Study*
*Volume 3:Marketing and Pricing Strategy*

**Declaration Exhibit 30, Page 3 of 21**

Case 1:06-cv-00009-JWS     Document 25-33     Filed 03/26/07     Page 3 of 21

- Past research reveals that ferry visitors plan further in advance than visitors using other modes. This puts a premium on having schedules, tariffs and marketing materials available in the market place early (meaning fall of the preceding year).
- AMHS customers are heavy users of guide books, the Internet, travel agents and local and state tourism offices. The AMHS information provided to these sources needs to have stronger sales impact and information content.

## AMHS Attracts Economically Desirable Customers Who Travel Throughout Alaska

The AMHS serves economically desirable customers who travel throughout Alaska. The dominant summer visitor market using the AMHS (about 150,000 visitors used it in summer 1999) to travel to, from and within the state stays longer, spends more and travels to more Alaska places than most other visitor markets. *Anchorage is the #2 most-visited community in Alaska by AMHS summer visitors, second only to Juneau.* Nearly one-half (46%) of summer AMHS visitors spend time in Anchorage on their Alaska trip. In total, five communities not on the Southeast AMHS system rank in the top ten most-visited communities by AMHS visitors. These include #6 Interior/Denali region (26% of AMHS visitors), #7 Fairbanks (24%), #8 Valdez (22%), and #9 Kenai Peninsula (19%).

## Positive Alaska Visitor Market Outlook

The demographics and emerging travel preferences of Alaska's major markets foretell significant visitor growth over the next decade and beyond. Members of the Baby Boom generation are coming into their prime travel years (age 45+ years) and national and international travel preferences are for unique experiences. This combination means more visitors looking for something special to do. In addition, enormous cruise industry investment in new, larger ships means that "cruising in Alaska with spectacular scenery and wildlife viewing" will be a theme that receives tens of millions of dollars annually in advertising support for the foreseeable future. The AMHS must position itself in the marketplace as the independent, informal, flexible, small-ship way to have this experience. Finally, in spite of insufficient marketing, the AMHS has special appeal to European, Canadian and Australia/New Zealand markets because they are all familiar with AMHS-style ferry travel in their own countries. The AMHS non-resident or visitor market is almost 20% from overseas.

## Historical Marketing and Pricing Policies

A review of past marketing and pricing policies is essential to put into context the current fiscal situation of the AMHS. Past policies have been politically based (as they should be, to some extent, since the AMHS is a public agency). The operation of the AMHS has – and may always be – complicated by the conflicting dual mandate of providing public transportation service while being held accountable for bottom-line financial performance. These politically determined policies have had devastating economic and market consequences to a system that should have been experiencing increased traffic, revenue growth, and a declining deficit during the booming travel market of the 1990s.

## The Marketing Deficit

Remarkably, for a business of its size, only about $150,000 of the ferry system's $70 million budget is available for marketing – specifically, advertising and the design, printing and distribution of marketing materials. Further, only $50,000 is actually spent on promoting the system to its prime visitor market. This is done through a generic regional destination marketing program that research shows dilutes the AMHS sales message. Such a budget is more commonly associated with "mom-and-pop" tourism businesses that are a small fraction of the size of the AMHS. A cruise line with operations comparable in size to AMHS would expect to spend approximately $2 to $4 million on marketing. Cruise companies anticipate about $30 of revenue for every $1 invested in marketing.

A recent McDowell Group survey of Alaska visitor industry businesses shows that nearly one-half of them spent from 6% to 25% of their income on marketing. Travel industry rules-of-thumb place marketing at 5% to 10% of gross revenue. By any standard the AMHS marketing budget needs to be in the millions rather than the thousands in order to generate the business to close the subsidy gap.

Instead, the system has been hamstrung by overall budget cuts, selective line-item cutting, and rising costs. As a result, the system has been deprived of two essential nutrients, and the absence of them is fatal. First, since marketing money is minimal, it no longer has the ability to generate increased revenue for itself. Without marketing money, the system cannot be held accountable for increasing business or even stemming the decline of customers and revenue. Second, without the ability to efficiently serve prospective customers who do want to buy, the system cannot survive. Reservations staff shortages combined with technical shortcomings meant that 25% of all telephone inquiries to AMHS in 1999 ended in an unanswered call and lost revenue. Again, the system cannot be held entirely accountable. On a positive note, efficiency measures and technology changes are reducing hold times in 2000.

## The Cost of Past Pricing Policies

Pricing policies in recent years have resulted in almost no fare increases. Meanwhile, most travel-related services in America and Alaska adjust prices annually, at least at the rate of inflation. Consumers generally expect gradual price increases over time to cover cost increases. AMHS pricing policies had no relationship to the economic realities of rising fuel, maintenance, personnel and other operating costs of the system. The disregard for the bottom-line effects of this "no raising prices" policy is a form of economic suicide.

Pricing policies must capitalize on very favorable market factors that could bring in additional millions at no additional cost. Research in this study reveals that most customers consider AMHS a *very good* bargain for the money, especially when it comes to passage fares. The market, particularly the dominant summer visitor market, appears willing to pay more. Unlike the AMHS, nearly all travel products nationwide – and certainly in Alaska – charge significantly more in peak season.

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

McDowell Group, Inc. Page • 3

McDowell Group, Inc. Page • 4

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

**Declaration Exhibit 30, Page 4 of 21**

Case 1:06-cv-00009-JWS     Document 25-33     Filed 03/26/07     Page 4 of 21

## Study Purpose

The objective of the *Alaska Marine Highway System Marketing and Pricing Study* is to develop recommendations for how AMHS can enhance revenue and decrease subsidy through improved marketing and pricing practices.

This *Marketing and Pricing Strategy* is the third of three study volumes. It presents the study team's recommendations and rationale for new marketing and pricing activities. Additional detail and discussion may be found in *Volume 1: Summary of Key Findings and Recommendations* and *Volume 2: Customer Research Findings and Recommendations*.

**Declaration Exhibit 30, Page 5 of 21**

Case 1:06-cv-00009-JWS    Document 25-33    Filed 03/26/07    Page 5 of 21

The study team recommends the AMHS develop a substantial marketing program that increases market demand by an average of at least 5% and revenue by 10% annually through 2005. This must be an integrated program that develops marketing, sales (i.e., reservations), pricing policy, and product enhancement in a coordinated manner. Each of these four elements is part of the overall marketing program and none can stand alone without concurrent development of the other three.

- Reservations must be capable of handling existing demand without customer loss as well as new demand stimulated by marketing efforts.
- Marketing must enhance the perceived value of the AMHS product so that price increases will be viewed as good value for the money by future markets. Marketing must also direct new demand to available inventory that is in turn sold by reservations.
- Pricing policy must maximize revenue from existing and new markets without losing customers generated by marketing and sold by reservations.
- Finally, the product as it is delivered on the ships, though highly rated by current customers, must be enhanced to meet expectations generated by marketing efforts and pricing policies.

For a comprehensive, schematic presentation of the range of marketing issues confronting AMHS, please see the final section of this document: *Analysis of Specific AMHS Marketing Issues.*

Following are study team recommendations for pricing, marketing, reservations and product enhancement. We also include brief summaries of short-term and long-term action items.

**Declaration Exhibit 30, Page 6 of 21**

Case 1:06-cv-00009-JWS     Document 25-33     Filed 03/26/07     Page 6 of 21

## *Overall Pricing Strategy*

In order to reverse declining revenue trends, the study team recommends that AMHS adopt a market-based pricing policy characterized by significant peak, shoulder and winter season differentials that match each market's ability and willingness to pay. Immediately adjust prices of passage, cabins and vehicles to reflect the market's perception of value of these items. Since northbound and southbound travel have different peak seasons, institute directional peak and shoulder season fares. By helping manage inventory with pricing policy, the system becomes capable of carrying significantly more traffic in the lucrative summer season, even on the popular Bellingham route.

### Summer Tariffs in 2001

Increase summer 2001 tariffs by an average of 14% over current rates. Passage tariff increases are recommended at 30%, cabins, 20%, and vehicles, 5% above current tariffs. Research results indicate these specific increases will be accepted by most of the summer market. Further, pricing sensitivity modeling shows this will result in little loss of customers and at least a 10% increase in overall summer revenue. An additional effective increase of 10% overall is recommended for summer 2002.

A somewhat less aggressive increase in 2001 – 20% passage, 20% cabins and 5% vehicles – would still result in an estimated overall system revenue gain of nearly 10%, again with little or no loss in passengers.

The exception to this recommendation is the route group: Southeast Villages. Here, summer traffic is predominantly resident and economic conditions warrant restraint. For this route the summer increase should be limited to 10% for passage and 5% for vehicles. Cabin rates are not applicable since the vessels making these runs do not have cabins.

For 2001, add an additional 10% "cruise premium" to passage and cabins on the Bellingham route. This is the highest demand link on the system and cabins sell out for the summer in a matter of hours. Competitive pricing analysis shows this route's passage and cabins to be profoundly under-priced. Excess demand can be channeled to other sailings or to the Prince Rupert route group.

In areas such as Haines/Skagway and Prince William Sound, where the system can be perceived to compete with private tour operators (though products, speed, service levels and vessel types are not closely comparable), raise tariffs to near private sector levels to increase revenue and reduce perception of competition.

**Rationale:** The AMHS has had a policy that resulted in virtually no price increases for several years, while prices of most other travel products have increased. AMHS tariffs now lag far behind the value of its products in the eyes of the market place. Research shows that the market is willing to pay more. This is confirmed repeatedly by customers who rate their AMHS experience an excellent buy for the money, especially passage fares. The lucrative summer visitor market is especially appreciative of the value for the money.

### Long-Run Summer Tariff Pricing

Develop a long-term pricing plan that results in a significant differential between summer and winter tariffs. Continue to increase prices each summer by at least 5% overall until price resistance is clearly evident to the point where the pricing sensitivity model begins to approach negative returns.

**Rationale:** Summer is the time to maximize revenue from the dominant visitor vacation market. Instituting a market-based pricing program will help the system catch up with its legislative mandate to become business-oriented.

### *Peak Season Summer Tariffs*

In 2002, consider a split pricing policy for peak and shoulder portions of the summer season. This is universal travel industry practice and helps manage inventory.

**Rationale:** The peak season for the Alaska market is approximately June 20 to August 20. Cruise lines, hotels, airlines, rental vehicle companies and tour companies all charge premium prices during this period when demand is the greatest. Shoulder season (May 1 to June-19 and August 21 to September 30) rates are moderately lower than the peak season rate but significantly higher than winter rates. The purpose is to induce price sensitive travelers into taking available inventory on either side of peak season.

### *Direction Tariff Differentials*

Beginning in 2002, develop directional fare differentials on mainline, high revenue routes. Start peak fares earlier northbound and later southbound. This will not only help fill available inventory but is likely to encourage additional use of the system by existing customers and new customers.

**Rationale:** No single route – including most sailings on the popular Bellingham route – is full in both directions at the same time. Heavy early season northbound flows are common as are heavy late-season southbound flows. The ships are underutilized in the opposite direction on most sailings except for a limited time in mid-summer. Peak season prices could be instituted northbound from, say June 1 to August 5 and southbound peak prices would be from July 1 through Labor Day. Conversely, shoulder season fares would encourage earlier northbound and later southbound travel, spreading the directional markets out to match available capacity on the most popular high-revenue routes.

### Winter Seasons Tariffs

Increase winter season tariffs over current rates by at least an effective 2% every year indefinitely as a general policy to cover cost inflation. To accomplish this, increase passage prices by 10%, cabins by 5% and vehicles by 2% in winter 2000-2001. This will generate an estimated additional 3% revenue from October through April.

Two exceptions to the above are; to increase Southeast Villages route group passage fares by only 5%, and, continue a premium on the high-demand Bellingham-Ketchikan route of an additional 10% for passage and cabins.

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

McDowell Group, Inc. Page • 9

McDowell Group, Inc. Page • 10

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

**Declaration Exhibit 30, Page 7 of 21**

Case 1:06-cv-00009-JWS    Document 25-33    Filed 03/26/07    Page 7 of 21

**Rationale:** While the dominant winter resident market is more price sensitive than the visitor market, customers still perceive the value for the money of the AMHS experience as high. There is room for price increases in winter season. The same relative formula used for summer increases should be applied to winter fares: passage gets the highest increase, followed by cabins, then vehicles. Winter customers, like summer customers, think passage fares area a great bargain and that cabins are a good buy as well. They are more sensitive to vehicle fares but the majority of winter customers still think they are a good buy.

### Economy Travel Policies

Price discrimination by area of residence is not possible due to federal transportation funding requirements and other legal considerations. However, the study team recommends a program aimed at economical AMHS travel that would include such economy-travel opportunities such as winter season multi-trip passes, space available discounts, directional discounts, and rate differentials in low-volume route groups, such as the Southeast Village route group, for example.

### Reservations Payment, Cancellation, and Change Policies

These will help bring in revenue and, more importantly, reduce the load on the reservations system created by the large percentage of ticket cancellations and reissues. Ridership Information System (RIS) data show about one-half of all AMHS reservations booked are either unused or changed, most of them without penalty. Significantly stricter cancellation, travel change and payment policies comparable to those of cruise lines and airlines will increase revenue and dramatically increase the revenue efficiency of the reservations staff.

### Vehicle Tariff Structure

AMHS customers show the most price sensitivity toward vehicle prices -- though customers who consider them a good value outnumber by three to one those who consider them a poor value. The study team recommends that price increases for vehicles be moderate and applied gradually. In addition, the team recommends a simpler vehicle price structure similar to that used by BC Ferries. The structure would replace AMHS' current practice of charging by individual vehicle length with one that places most vehicles into five or six basic categories for pricing purposes.

A simpler vehicle tariff will speed reservations and ease system reporting burdens. If done properly the simplified vehicle tariffs will increase revenue as well. While some customers may resist having their vehicles categorized with others that are not precisely the same size, the practice is common, and most drivers will not object.

**Declaration Exhibit 30, Page 8 of 21**

Case 1:06-cv-00009-JWS     Document 25-33     Filed 03/26/07     Page 8 of 21

In addition to the pricing recommendations described above three marketing elements are key to AMHS success. These are:

- Positioning
- Product Definition and Refinement
- Promotion
- Reservations/Sales

## Positioning Statement

The Alaska Marine Highway System enables residents and visitors to experience the "real Alaska" by cruising the Inside Passage and other spectacular Alaska coastal areas. It provides premium scenic and wildlife viewing, relaxation, and casual onboard ambience.

Sub-themes include: multiple stops, opportunity to meet people in casual surroundings, flexibility for the independent traveler, vehicle options, and contrast to tedious highway travel.

## Product

### Product Definition

#### *Pleasure/Recreation*

The most marketable product offered by the Marine Highway System, and the one sought and highly valued by most customers is an enjoyable cruising experience.

#### *Transportation*

Seen simply as a transportation product, the AMHS is slow and inconvenient. It has the asset of being able to carry large items and freight along with passengers, particularly vehicles. Beyond that, however, the system must compete mainly on price as a transportation provider.

### Product Simplification

The single most effective product improvement is to make ferry travel easier to buy. An important step is to develop a simplified means of presenting the AMHS product based on the eight natural route groups. Follow this up with simplified presentation of the AMHS product in brochures, schedule, packaging and marketing approach. The system breaks down into eight logical route groups with most markets only interested in one or two of them for purposes of planning their trip. Further, each route group is served by a limited number of vessels.

Recommended route groups that can be well defined products are:

- Bellingham Mainline (normally the Columbia)
- Southeast Major Ports (Matanuska, Taku and Kennicott via Prince Rupert)
- Northern Lynn Canal (Malaspina and Kennicott, primarily)
- Southeast Villages (Aurora and LeConte)
- Cross-Gulf Intertie (Kennecott)
- Prince William Sound (Bartlett and Tustumena)
- Southwest (Homer-Kodiak) (Tustumena)
- Aleutian Chain (Tustumena)

**Rationale:** The current means of AMHS presentation is to give the prospective customer what amounts to an auto parts catalogue of hundreds of items. The current schedule and tariff format forces the potential customer to wade through pages of routing lines to find the one or two of interest to their trip. The customer must then contact an agent to work it all out. Simply separating the schedule into the eight groups above would significantly improve the ease of making a purchase decision.

Further, these route groups then become the operational basis for a variety of targeted marketing initiatives. With this simple change, the AMHS becomes just eight products rather than the hundreds of possibilities presented in current brochure material – a common complaint by customers, high potential prospects and focus group participants.

Each route group has specific market appeals that can stimulate sales, if they are pointed out to potential customers. For example, the four southeast route groups can all claim Inside Passage cruising. Southeast major ports can emphasize not only Inside Passage cruising but significant savings over highway travel. Southeast Village routes can offer small community visits not covered by any other ships. Northern Lynn Canal has great scenic cruising plus daily access to three major communities – Juneau, Haines and Skagway. The Cross-Gulf Intertie offers a unique route and the opportunity to bypass 800 miles of driving. Prince William Sound offers the spectacular sound, Columbia Glacier and a link in a loop tour that could include the Kenai Peninsula, Valdez and other points.

The AMHS can highlight a specific route group itinerary (example: Prince Rupert to Juneau, then on to Haines or Skagway for the Southeast Major Port group). A price could be quoted for packages, for example, vehicles of a certain length, passage for two and cabin. This packaging eliminates the need for the potential customer already considering this route to plow through the schedule, look up at least three different tariffs out of hundreds and spend 30 minutes with a reservations agent selecting voyages, routes and departure times. Highlights of the experience would be emphasized and positive features of the vessel(s) identified. This would be aimed at potential high-revenue vehicle customers. From a marketing standpoint it could redirect excess demand from Bellingham, encourage vehicle customers to use the system both ways, and convert highway travelers to AMHS customers.

*AMHS Marketing and Pricing Study*
*Volume 3:Marketing and Pricing Strategy*

*McDowell Group, Inc. Page • 13*

*McDowell Group, Inc. Page • 14*

*AMHS Marketing and Pricing Study*
*Volume 3:Marketing and Pricing Strategy*

**Declaration Exhibit 30, Page 9 of 21**

Case 1:06-cv-00009-JWS    Document 25-33    Filed 03/26/07    Page 9 of 21

### Product Packaging

In addition to simplifying product presentation with route groups, the study group recommends featuring one to three popular itineraries for each group. While all routing alternatives remain available, this would make it easy to plan and buy for most prospects. This reduces the initial presentation of the ferry product to a couple of variations of just eight basic products, the ones most of the visitor market are interested in and the ones of most economic importance to the AMHS bottom line.

**Rationale:** by far the highest potential for additional business and will be the most tolerant market for significant price increases since the market is three quarters visitors who view AMHS prices as a high value for the money. It also allows the AMHS to target their marketing on available inventory that has the highest revenue potential.

### Product Enhancement

Although AMHS customer satisfaction is generally high, research pointed to some areas where improvement of the onboard experience should be considered. The following areas are most important for AMHS to improve in its current vessel operations according to passengers:

- More convenient arrival and departure times.
- More convenient hours of food service.
- Quality and selection of food items.
- Availability of seating for viewing.
- Availability of sleeping areas (public spaces, not cabins).

## Promotion

### Timing

Begin promoting summer season earlier, with marketing material, advertising, schedules, tariffs, itineraries and packages by September 1 each year for the up-coming summer season. Schedule and brochure availability and booking for next year by September 1 are mandatory. Telephone, Internet, mail and fax reservations systems must be programmed and adequately staffed by September 1 each year.

Continue marketing activity throughout the selling season, since a significant proportion of independent Alaska visitors plan only a short time ahead (one week to 3-month).

**Rationale:** AMHS customers plan with a longer lead time than customers of any other mode. Longer-term trip planners are more likely to have a vehicle so they have higher revenue potential. Early entry will also cut down hold times as the backlog of demand that normally clogs phone lines after December 1 will be dissipated over an additional 90 days. Further, Alaska's primary marketing programs (ATIA, SATC, Tourism North) and cruise lines all place heavy marketing emphasis on the September to December period. However, *North! To Alaska* is often late arriving in the market – timing that can hurt AMHS bookings. The overall early promotion stimulates interest in all travel to Alaska and the AMHS should capitalize on this period of high market awareness when so much Alaska travel is booked.

Many programs and operators allocate most of their marketing effort well in advance of the season. If AMHS remains active at least through May, the system can design special promotions to fill specific pieces late-season inventory.

### Focus

The period of primary marketing emphasis should be May 1 through September 30 with expansion into April as well.

**Rationale:** Summer has by far the highest potential for additional business and will be the most tolerant market for significant price increases since the market is three quarters visitors who view AMHS prices as a high value for the money. Other than some (but my no means all) Bellingham runs, excess capacity exists on all parts of the system, both northbound and southbound even during peak summer months. The door is open to booking all parts of the system.

### Brochure and Schedule Development

Develop a stand-alone AMHS main marketing brochure for the system that includes:
- A central theme of cruising and premium viewing of scenery and wildlife, relaxation, and casual onboard ambience.
- Presentation of the product in the recommended eight route groups, just as cruise line features each type of itinerary.
- Dominant pictures showing vessels in close proximity to spectacular scenery and marine wildlife (whales preferred).
- Pictures of cabins and public areas.
- Ship plans for every ship.
- Maps showing (and explaining) how easy it is get to key ports by highway from U.S. and Canada, especially focusing on access to Prince Rupert, Haines and Skagway.
- Maps showing terminals in relation to towns with information on terminal-town access.
- Itineraries of selected high value (to the AMHS) trips (i.e., Prince Rupert to/from) that enhance the perceived value of the AMHS experience and fill potentially high-revenue routes.
- Simplified mini-schedules and tariffs of popular routes that AMHS wants to emphasize.

Develop simplified mini-brochures and schedules featuring the AMHS product by the eight route groups. Route group brochures would include:
- Repeat of the image message: cruising/viewing/relaxation/casual/Alaska style/close up.
- Specific appeals of itinerary (whales, small community, specific ship(s), etc.).
- Simplified schedules and tariffs for each route group.
- One to three examples of itineraries using a single route group.

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

McDowell Group, Inc. Page • 15

McDowell Group, Inc. Page • 16

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

**Declaration Exhibit 30, Page 10 of 21**

Case 1:06-cv-00009-JWS     Document 25-33     Filed 03/26/07     Page 10 of 21

- A single price for a certain size vehicle, cabin and passage for two for each itinerary. This can simply be the sum total of existing tariffs or it can be a discounted amount. Adjustments for vehicle size and number of passengers can be made at time of sale.
- Suggestions of on-shore attractions at ports of call.
- Print mini-schedules for each route group.

Rationale: The current brochure is inadequate for making the sale. According to focus group participants, it lacks key information, a central sales theme making them eager to buy, and other information is hard to use. Secondly, AMHS material currently is buried in the middle of a 128-page destination marketing piece. The content list above will conceal conversion of prospects.

The route group brochures overcome three marketing problems with the AMHS. First, they define the AMHS product into a manageable limited number of alternatives, focusing on the best the AMHS has to offer. Second, it will speed up reservations, making it simpler and faster for prospects to buy the most popular products. Third, it allows for inventory management through targeted promotion of route groups and the most marketable itineraries.

## Fulfillment

Send brochure(s) to AMHS direct inquirers and to ATIA inquirers who are high potential ferry customers, according to ATIA research. Check ATIA list against Tourism North list and send brochure to all Tourism North prospects not included in the ATIA list. Though this duplicates the AMHS material in the *North! To Alaska* brochure, it will stimulate actual conversion of prospects to customers, something the generic brochure does not do well.

In addition, send brochure to all ATIA inquirers expressing interest in highway travel to Alaska. Research in this project verified that ATMC (now ATIA) highway inquirers converted to AMHS customers at a 15% rate, almost as high as the 17% conversion rate for AMHS prospects. Prospects interested in large cruise ships or air modes convert poorly to AMHS customers as they appear to be almost entirely different markets than AMHS prospects. Research shows minimal cross-over of air and cruise prospects to AMHS customers.

## Advertising

Develop colorful larger ads to increase AMHS awareness and present desirable market image. Again, the ads should show ships in close proximity to spectacular scenery and marine wildlife. For the cover of the main AMHS brochure, we recommend buying Peter Metcalf's amazing photo of a whale jumping in front of the bow of a mainline vessel with mountains in the background. Ad themes, based on current and potential customer research should emphasize "cruising Alaska up close," great scenic and wildlife viewing, a relaxing, casual onboard ambiance, and the "Alaskan way of travel."

## Guidebooks and Travel Planners

Place full-page ads in the most obvious publications – *Alaska Travel Planner*, *North! To Alaska* (cover position, preferably back cover), *Milepost* and the *AAA Guide*. Work with guidebooks and destination marketing programs to develop copy to present the new AMHS market position along with information supporting booking.

Develop an ad campaign based on analysis of all available research, selecting the most effective and efficient media vehicles. The ATMC (now ATIA) has conduct numerous studies of conversion rates of high potential inquirers.

Rationale: Again, proliferation of marketing materials and public relations campaigns by all manner of travel industry participants requires that copy, layout and placement be chosen with the greatest care.

## Internet Presence

Develop a state-of-the-art Internet presence that provides the new image, information and booking capability. All that applies to brochures and advertising applies to the AMHS Web site.

Rationale: The Internet is the present and the future for the AMHS. It alleviates pressure on the phone reservations system and allows customers to research the product at their own pace. The Internet has quickly become the leading source of information for visitors using the AMHS. Spring 2000 customers said they used it more than the printed AMHS schedule.

## Targeted Marketing

Follow up fulfillment with a booking reminder suggesting travel that will fill open, high-value space. Use route group package promotions. Automatically clean inquirer lists at 60 days from inquiry by removing booked inquirers.

Define later season availability 120 days out and test promotional mailings to non-booked inquirers.

Rationale: Maximizing conversion of the best prospects – direct inquirers – is the first priority of marketing. They are the most interested and the AMHS has the ability to contact them immediately.

## Public Relations

Develop a travel writer invitation program.

Develop a press release plan to the year beginning with the schedule announcement.

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

McDowell Group, Inc. Page • 17

McDowell Group, Inc. Page • 18

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

**Declaration Exhibit 30, Page 11 of 21**

Case 1:06-cv-00009-JWS    Document 25-33    Filed 03/26/07    Page 11 of 21

### Cooperative Marketing Program Participation

The study team enthusiastically endorses AMHS participation in cooperative marketing programs of Tourism North, ATIA and the SATC. Also, we recommend participating with major CVBs in their programs. Research shows that CVBs are a major source of information for AMHS customers and the new AMHS message, image and purchasing opportunities need to be included in these programs.

**Rationale:** Alaska tourism marketing is based on cooperative programs and the AMHS has the opportunity to participate and influence them in a positive way. None of these programs can do AMHS' marketing for the system but through these programs, AMHS can identify prospect to convert with their own marketing efforts.

### Marketing partnerships

Develop marketing partnerships with carriers, destinations and other operators that can extend the marketing reach of the system. Focus on route groups with the highest potential yield for the AMHS as they will also have the highest potential for major marketing partners.

## Reservations/Sales

The reservations function represents AMHS' best opportunity to "close the sale." Unfortunately an unwieldy information system and inadequate staffing have also made it AMHS' best opportunity to lose customers. Telephone hold times and termination rates have improved in 2000 but still lag behind industry standards. Passenger ratings for reservations and information services (not staff) were among the lowest system-wide ratings, as reported in the AMHS customers survey. A look at 1998 telephone performance statistics shows why.



1998 AMHS Call Report:
Call Abandonment and Delay Time

Average hold time for 1998 on the AMHS reservation system (not contract agent reservations) was 590 seconds. This compares with the average for a major cruise line of 38 seconds. AMHS calls abandoned were approximately 25%, whereas the cruise line was less than 5%. Average talk time for ferry callers was 315 seconds. This performance is closer to the cruise line average of 242 seconds. However, more detailed analysis is needed of how talk time averages are computed. Anecdotal reports suggest it can take more than half an hour to book one-way passage for a single adult with vehicle and cabin. Further, observation of AMHS reservations operations, indicates that operators spend considerable time giving travel advice to callers. While a valuable service, this is likely contributing to lost sales through terminations.

### AMHS 1998 Call Fielding Performance

| | |
|---|---|
| 1998 Total Calls | 124,608 |
| 1998 Total Calls Abandoned | 31,818 |
| 1998 Percent of Calls Abandoned | 25% |
| 1998 Total Delay Time (hours) | 20,418 |
| Ann Avg Delay per Call (minutes) | 9.83 |

The issue of reservations performance is complicated by the inter-relationship between AMHS reservations services and those provided by system contract agents. For example, a call to AMHS reservations on 12/1/99, the first day of summer 2000 bookings, went unanswered. A call immediately following to the Kodiak agent was answered after a 30 second delay. If failure to connect with AMHS causes a substantial number of customers to call contract agents, the 10% loss in commission revenue may be an expensive alternative to hiring more AMHS reservations staff.

A similar economic tension involves the limited AMHS staff resources available for information systems management and upgrades. For example, the AMHS is scheduled to upgrade its database system to Oracle 8, which is already in use by other Alaska state agencies. Oracle 8 allows for faster transaction times during the reservations process, as much as 5 to 8 seconds per query. How many callers are lost as a result of the time delay? The answer is outside the scope of this study, but it is almost certainly enough to pay for the programming time needed to install new software.

### Inventory Management

In contrast to the limitations of the current system, AMHS reservations agents, themselves, seem to do an excellent job and AMHS customers surveyed gave them high service ratings. However, reservations staff need additional training, and, perhaps, incentives, to move from primarily booking agents to primarily sales agents. For AMHS to take full advantage of market demand, its reservations function must become an "inventory management" function.

"Inventory Management" means training and equipping reservations staff so that they are able to influence purchase decisions in order to fill known available space on vessels. This may mean sales staff supporting early season promotions to fill vessels on routes and times that are known, from historical records, to have lower demand. It also includes implementing promotions and sales techniques to fill space on vessels sailing in the near future. Both functions require sophisticated information management to identify and track revenue management needs. Both are used by the air and cruise industries to great effect.

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

McDowell Group, Inc. Page • 19

McDowell Group, Inc. Page • 20

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

**Declaration Exhibit 30, Page 12 of 21**

Case 1:06-cv-00009-JWS    Document 25-33    Filed 03/26/07    Page 12 of 21

## *Short-Term Marketing Recommendations*

Short-term recommendations have been designed to:
- Have an immediate positive impact on revenue; and/or
- Lay a critical foundation for future success.

The short-term strategy is three-fold:
- Increase revenues by filling unused space through targeted promotions.
- Make incremental improvements in reservations and marketing practices.
- Begin to develop the business skills and tools of comparable, travel-industry enterprises.

## Foundation for Marketing Implementation

***Hire a senior-level manager with the skills and experience to develop new products and implement a multi-year marketing and business development plan.***

In order to implement these and other project-marketing recommendations, it is imperative that AMHS hire a senior-level business development manager with substantial marketing experience in the travel industry, including Alaska. This individual must have the skills to structure, promote, manage and evaluate a broad range of travel products in conjunction with industry partner companies. This individual will provide oversight and knowledge critical to successful implementation of many project recommendations, and will perform the critical role of coordinating and tracking new marketing initiatives for maximum effectiveness.

This position will require, early on, the equivalent of one full-time support staff. The support staff should have experience in point of sale (POS) and direct mail promotion, principles of advertising effectiveness, public relations and media buys. Familiarity with the travel industry (especially Alaska) is desirable, as are database management and analysis skills.

***Contract for project management assistance to implement a "Prime Prospects Program" and a "Residents and VFR (Visiting Friends and Relatives) Program"***

Since current administrative staff are fully occupied with regular duties, in order to implement these programs, AMHS will need to contract immediately for project management assistance.

## Short-term Revenue Enhancement Program

**Objective:** Significantly increase ease and speed of access for AMHS customers and business partners.

**Rationale:** This is vital to take advantage of existing market demand and to handle additional demand generated by new marketing initiatives.

*Implementation Steps*

Engage the supplying contractor of the reservations system to improve system response time. The original contractor must modify the system as needed to increase speed and to accommodate planned new pricing and products. The contractor's review should include:
- Demands on the server and potential effects of a server upgrade.
- Any constraints on system speed imposed by the AMHS network.
- Database product version – the potential gains from upgrading to Oracle 8.
- Effects of current database design and indexing on system speed.
- Application and screen design, both for current needs and to handle new pricing structures, promotional prices and packaged products.
- The graphical user interface on field PCs (including those of contract agents).
- Any need for additional training for reservations staff and other system users.

AMHS must work with the contractor to analyze existing system performance based on historical records and current observation/experiments to determine, for example:
- Precise cause and timing of delays;
- How AMHS personnel respond to heavy call volumes;
- Any relationships between AMHS system delays and contract agent responses;
- During what periods overflow calls get re-routed;
- How well contract agents handle the overflow calls;
- Why there such a high abandonment rate in spite of the overflow provision?

Much of this work was likely done when the new reservations system was planned and installed. This analysis must uncover why some problems persist and the extent to which they are related to reservations hardware/software or to AMHS staff or business practices.

Potential improvements include:
- Based on the results of reservations system analysis, consider using an automated telephone response system to provide callers with as much information as possible before they speak to an operator to make a booking.
- Consider using an automated telephone response system to provide callers with as much information as possible before they speak to an operator to make a booking.
- Retrain reservations agents from an order-taking and information-providing mentality to a sales orientation. This means guiding prospects to available inventory targeted by the AMHS, emphasizing the vehicle prospects, suggesting itineraries, and emphasizing the "real Alaska" experience attractions of the AMHS.
- Continue daily tracking of hold and talk times, terminations and sales by individual agents.

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

McDowell Group, Inc. Page • 21

McDowell Group, Inc. Page • 22

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

**Declaration Exhibit 30, Page 13 of 21**

Case 1:06-cv-00009-JWS    Document 25-33    Filed 03/26/07    Page 13 of 21

- Improve the Web site, not only by the addition of on-line booking but by making it a more effective trip-planning resource. Providing more information and planned itineraries on the Web will help reduce demand on telephone operators while at the same time increasing sales. Specifically, the "Tour Alaska's Coast" Web page needs to be vastly expanded. See <bergenline.com> for an effective approach to ferry-cruise marketing on the Web. <BC Ferries.com> also has excellent trip-planning materials.
- Add a segment at the opening of the "Schedules and Reservations" page that informs people of when and where space is limited at any given time, and that promotes dates and runs that are under-booked. Also, add a segment that tells people precisely the information they will need to book a voyage (e.g., vehicle length). This should be clear to customers before they begin to fill out the reservations forms or call AMHS to book.

## Prime Prospects Program

This is the most important step AMHS can take to increase revenues in the short run. AMHS must maximize conversion of high-potential ferry prospects, namely, individuals who have already expressed an interest in using the system. This is the best way to fill unused space on existing voyages.

Based on average AMHS revenues by route for 1998, it would take approximately 130 new Bellingham/Skagway passengers or 310 new Prince Rupert/Skagway passengers for the promotion to pay for itself. Since 80,000 parties (about 180,000 individuals) have inquired about the AMHS, even a fraction of the conversion the study team expects will pay off this investment many times over in a matter of weeks. Further, if the promotion succeeds in targeting the higher revenue car/cabin/passage combinations, the number of new passengers needed to cover costs will be even less.

Note that these costs do not include upgrades to the AMHS reservations system or any other actions that may be necessary to ensure that AMHS can successfully handle the booking process associated with promotional programs.

The two target groups are:

- Direct inquirers to AMHS.
- ATMC inquirers who have indicated an interest in travel by ferry.

### Identify inventory to be promoted.

Initial promotions should focus on routes where potential for revenue is greatest. That is, tariffs or potential traffic or both are high. These are primarily the runs to and from Bellingham and Prince Rupert. Shorter or less-used runs may require some product development (packaging) in order to be effectively promoted. Shoulder season voyages and voyages moving against the seasonal flow of traffic -- i.e., southbound before June 30 and northbound after July 31 -- are the most likely targets.

Analysis of year-to-date bookings will help refine targets for promotional offers. Use the new Ridership Information System (RIS) to compare existing space-available to historical voyage-utilization to estimate the amount of space expected to remain unsold. Categorize and prioritize the open space to establish promotional focus: i.e. sailing dates, empty cabins, empty car deck spaces, etc.

### Develop promotional offers to address the largest two to three categories of openings.

Promotional offers need not all involve price reductions. Information is an important part of promotion. For example, the study team believes that many prospective ferry travelers have little information about travel between Prince Rupert and points south. It is important that any promotion involving Prince Rupert include detailed information on how to reach that port. Further, information promoting the beauty of travel connections south of Prince Rupert will help shift customers from overbooked Bellingham voyages to less crowded ones based in Prince Rupert.

### Contract for services to prepare target lists, create the promotional flyers and implement the mailout.

These direct mail pieces should clearly show the prospective traveler the routes, sailing dates, prices and any special offers. The pieces should also emphasize the relaxing, scenic, authentic-Alaska aspects of ferry travel.

### Execute in two waves.

The initial promotional push should focus on the earliest sailings with a mailing in February. Address later sailings in a second wave in May and June. This promotion may be refined based on the experience from the initial effort. Code numbers should be used to track responses by the specific promotion, the list being targeted and the geographic area of the respondent.

## Residents and VFR (Visiting Friends and Relatives) Program

This program is a lower priority than the Prime Prospects Program because the potential market is smaller and the expected per-trip revenue lower. Further, results are less certain due to little research or historical information to indicate how residents are likely to respond to such promotions. Nevertheless, it is important to conduct some experiments to determine how to build sales to this important ferry market. As with the Prime Prospects, this program would require contracting for project management. Promotional materials would need to be ready to distribute by June 1.

The program consists of promotions and advertising aimed at increasing leisure ferry travel by Alaska residents and their visiting friends and relatives in key markets. Promotions could target peak season travel within Alaska -- excluding Prince Rupert and Bellingham -- or shoulder and winter season voyages.

The study team recommends a single promotional effort focusing on August and September travel. Target markets should be the Alaska communities that produce the most ferry passengers: Juneau, Ketchikan and Anchorage. Possibilities include discounted fares on selected dates, directional or round-trip pricing, multi-trip passes, and special event fares. Further discussion with AMHS marketing staff is needed to identify the most practical promotion.

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

McDowell Group, Inc. Page • 23

McDowell Group, Inc. Page • 24

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

**Declaration Exhibit 30, Page 14 of 21**

Case 1:06-cv-00009-JWS    Document 25-33    Filed 03/26/07    Page 14 of 21

***Choose a contractor to manage the promotion.***

Here again the AMHS will need outside assistance until it can hire additional marketing staff.

***Develop creative materials.***

Develop or adapt marketing materials that present ferry travel as a reasonably priced, enjoyable, relaxing, scenic experience.

***Distribute these materials.***

Distribute in the form of rack cards, promotional flyers and posters that go to CVBs, hotels, B&B's, travel agents, ferry terminals, etc.

***Couple these materials with one or more promotional offers.***

Examples are described above.

***Advertise the promotion in local media.***

Radio and newspapers are the most effective media for this type of promotion.

## Summer 2001 Marketing and Pricing Priorities

***It is vital to complete the 2001 summer schedule by June 2000, so it can be released in time for bookings to open in September 1999.***

This will significantly increase bookings for 2001 and accelerate cash flow in 2000. In addition it will make an important statement to the travel industry that AMHS is determined to meet industry standards for customer and business-to-business services. This will set the stage for developing new relationships and products.

***It is critically important to have the stand-alone AMHS promotional brochure available as a companion piece to the schedule by September 1999.***

Creating an effective schedule and brochure is an important, complex project that will require professional management. The stand-alone piece must have:

- Information about how to access the AMHS system for planning and booking.
- Promotional copy with imagery based on project research that indicates what prospective customers are most likely to respond to. This means cruising, spectacular sightseeing, and a relaxing onboard atmosphere.
- Feature pages promoting specific, high-revenue products and itineraries.
- Tariffs and schedules in easy-to-understand pieces based on port pairs and suggested itineraries, rather than on vessels.
- Specific copy about each vessel, including description of onboard facilities and photos of cabins, lounges and vessels.

Based on focus group results, the brochure should be oriented toward the independent visitor. It could incorporate some features of the "Alaska's Scenic Byways" brochure distributed by the Division of Tourism (which excludes the AMHS).

The study team recommends the AMHS be heavily involved in regional and statewide tourism promotional programs, especially the Tourism North program. However, these programs have broad objectives and have general responsibilities to all their participants.

*Implementation Steps*

- Select a design firm to create the schedule and brochure. All AMHS promotional and public relations materials – including the Web site -- should have a coordinated look and positioning message, and a coordinated approach to user interactions.
- Sell advertising to defray costs.
- Include separate schedules for key runs. Distribute with promotions and post on the Web.

***Develop three or four simple travel packages to include in the 2001 schedule publication, for example, ferry travel plus Juneau, Haines and Skagway overnights, ferry/fly or ferry/bus itineraries, ferry and RV rental itineraries, shore excursions, side trips, etc.***

The study team anticipates that this primarily will be the responsibility of the new business development manager.

*Implementation Steps*

Begin discussions with other travel providers, for example:

- Alaska Airlines – fly/ferry itineraries, frequent flyer credit.
- Alaska Railroad – connecting packages through Valdez and Whittier.
- White Pass & Yukon Railroad – shore excursion packages.
- Grayline of Alaska – connecting packages through Prince Rupert and possibly Haines/Skagway.
- Goldbelt/Glacier Bay Tours & Cruises – lodging in Juneau, packages with Glacier Bay Lodge or sightseeing, connecting packages through Ketchikan.
- A variety of larger lodging providers and vehicle rental agents throughout AMHS ports.

*AMHS Marketing and Pricing Study*
Volume 3:Marketing and Pricing Strategy

*McDowell Group, Inc. Page • 25*

*McDowell Group, Inc. Page • 26*

*AMHS Marketing and Pricing Study*
Volume 3:Marketing and Pricing Strategy

**Declaration Exhibit 30, Page 15 of 21**

Case 1:06-cv-00009-JWS    Document 25-33    Filed 03/26/07    Page 15 of 21

## *Long-Term Recommendations*

To reap the crucial cumulative benefits of consistent marketing, the AMHS must address a range of issues. The most important of these are described below.

### Integration of New Management Tools

#### Ridership Information System

Inadequate data processing staff and systems have created a crisis. Fundamental marketing intelligence is not tracked and analyzed. Worse, system performance information is not available to inform basic, vital management decision-making. As this document is being written in July of 2000, operating statistics from 1999 have not yet been compiled.

Current operating statistics are vital to successful marketing and pricing of ferry travel. Every time a ferry leaves port with empty cabin, cardeck or passenger space, the system foregoes an opportunity to earn additional revenue. Targeted marketing and pricing will minimize this loss. To accomplish this, however, ridership information must be timely, accurate and easy to obtain and analyze. Information systems must provide immediate access to booking status and feedback on how passengers respond to price changes. The McDowell Group team has developed a system that makes this possible for the first time.

The sophisticated information system developed by McDowell Group partner company GDA Research and Information Systems, Inc. consists of a comprehensive Oracle data warehouse and an easy-to-use, easy-to-modify Brio analysis interface. With it, managers can instantly recall every ship, voyage, reservation, port, vehicle, and passenger and simultaneously conduct time-series analyses. Marketing and pricing decisions are easier to make with instant access to this information. AMHS managers now have the entire database available in easily accessible format for management use and for inventory control while marketing. The system is designed for automatic updates directly from reservation-system software.

#### Tariff/Revenue Model

The tariff revenue model was developed to study the effects of price changes on revenue. Price-sensitivity factors were developed from data generated by the study team's market research and by other price-sensitivity models. The model is a simple spreadsheet model that allows manipulation of variables to create any number of "what if" pricing scenarios. The model should be updated by actual sales results in reaction to actual price changes beginning in summer 2001. The model is not intended to predict such future events as market demand for a second Bellingham vessel, or market demand for new high-speed shuttle ferries on selected routes. Original market demand research is essential prior to any modeling of these future events. The market research results would then be loaded into the model, just as the results of this project's research are used to test pricing scenarios in the present system.

## Market Research Recommendations

The AMHS should continue the market research program that underlies the results of this study. The purpose of the research will be to track and measure the impacts of marketing, pricing, sales and product development on AMHS revenue and market demand. Continuing research should be conducted for:

#### Customer Satisfaction

Continue to measure satisfaction with both onboard and shore-side services, particularly those the system is attempting to change such as meal quality and service hours and waiting times for loading. It is important to monitor customer satisfaction with respect to the AMHS' market positioning strategy. Are customers receiving a relaxing, up-close and personal cruising experience with good wildlife/scenery viewing opportunities.

#### Pricing Sensitivity

Continue the measurement of customer perception of value of the components of the AMHS product – passage, cabins, vehicle fares, food and the AMHS experience overall. Consider contracting for one or more price elasticity studies on key revenue producing runs. Pricing recommendations from this study are based on extensive customer and market research. However, they do not have the benefit of some of the more sophisticated methods for estimating price elasticity such as conjoint analysis and contingent valuation. A more detailed study of price elasticity would be expensive, but could be valuable for fine-tuning prices.

#### Reservations and Sales Effectiveness

Continue to track important indicators of performance and efficiency. These include hold times, termination rates, talk times, conversion of AMHS inquirers and sales per agent.

#### Potential Customer Conversions

Track the conversion rates of ATIA, Tourism North and SATC prospects as well as the rates of prospects brought to the system by specific promotion and advertising efforts. Pay particular attention to conversion rates for those interested in ferry and highway travel. Track closely the information sources used by both customers and prospects.

### Participation in Cooperative Destination Marketing Programs

While an AMHS-specific marketing program is the essential first priority, the study team recommends participation in cooperative destination marketing programs.

The Tourism North program is effective and deserves the system's continued participation, but no commercial enterprise should rely solely on a destination marketing program as its primary means of converting sales. Expanded participation in Tourism North should include major advertising purchase on one of the covers, significant upgrade of sales copy, simplified schedules and direct mail follow-up by AMHS.

The Southeast Alaska Tourism Council (SATC) program is limited but the AMHS should play a significant role in this organization.

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

McDowell Group, Inc. Page • 27

McDowell Group, Inc. Page • 28

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

**Declaration Exhibit 30, Page 16 of 21**

Case 1:06-cv-00009-JWS     Document 25-33     Filed 03/26/07     Page 16 of 21

The new statewide Alaska Travel Industry Association (ATIA) is in the formative stages. This is an opportunity for the AMHS – one of Alaska's major tourism attractions and a major carriers of visitor traffic – to have an influence and drive some benefits to the system. The study team recommends the AMHS become a major participant in this program with a major advertising investment and direct mail program using lists generated by ATIA.

Further, the industry relationships available through these programs can enhance AMHS marketing reach through marketing partnerships and packages. The study team strongly recommends forming industry alliances for purposes of expanding the AMHS marketing reach through packaging.

## Onboard Tour Sales

Add an onboard tour desk on each vessel and market local tours, transportation and accommodations for commission fees as well as available AMHS inventory. While there may be some resistance to this concept, the legislative and executive mandate requires that the AMHS generate additional revenue to shrink the subsidy. Onboard tour sales are a major means of generating additional revenue at little cost. Gift shops and/or Pursers' desks could easily become tour sales desks.

Onboard sales capacity also allows sales of AMHS inventory to one of the best markets – those already using the AMHS. Customers could be encouraged to book South-bound space while they are traveling North-bound, or purchase the Southwest system while traveling the Southeast system, or vice-versa. They could also be encouraged to consider shuttle options or voyages on the 235s. The study team recommends linking onboard reservations capability with the central reservations system.

## Contract Agent Performance Evaluation

Develop and implement a plan to evaluate contract agent performance and relationship and re-structure if necessary. This will be a key early project for the new business development manager. Analyze bookings for 1998, 1999 and 2000 year-to-date to determine source of booking: AMHS; Kodiak; etc. Use this and an analysis of cost per booking information and telephone reservations performance data as the basis for developing a strategy for either increasing AMHS reservations staffing or outsourcing more of the reservations function.

### Define contract agent role for the future.

Once AMHS has done some analysis of the pros and cons of its contract agent relationships, discussions with the agents should focus on the future role of these agents with the system. What will be their role in packaging and selling products? Will there be other tiers of agents with differing responsibilities and commission rates? How will agent performance be tracked and evaluated in the future?

Our interviews with contract agents and our testing of their reservations and information capabilities were quite positive. Major contract agents appear enthusiastic, marketing oriented, creative and competent. They are helpful to the AMHS as supplemental reservations capacity and marketing agents. However, they are only a minor solution because they cannot muster the significant marketing resources to generate millions of dollars in new business to support a major transportation system with the dual objectives of commercial carrier and public conveyance. The contract agent system also contributes to confusion in the market

place, loss of marketing and information control and lack of accountability. Total AMHS volume has declined during the contract agent era, though the decline had little to do with their energetic efforts. Instead, they are splitting a shrinking pie with the AMHS, at a cost of 10% to the system. An appropriate AMHS marketing effort will also benefit contract agents.

## Travel Agent Utilization

Develop a plan for utilizing travel agents generally to AMHS's best advantage. If, as recommended, AMHS markets itself as a travel product and as a component in other travel products, it is likely to be important to work with some network of travel agents. Currently there is little reason for travel agents to promote AMHS services. For example, Bergen Line/Norwegian Coastal Voyages pays 11% commission to agents for group bookings, 13% for preferred partners. They also offer 10% commission on air and other components of package products. In addition, they pay year-end cash bonuses.

## Food Service Evaluation

Define more precisely the scope of AMHS foodservice challenges and potential responses. McDowell Group senior analyst Scott Miller has substantial foodservice management experience, including design of two restaurants. AMHS study team member, Bruce MacLeod conducted extensive review of BC Ferries food service during his time there. The study team would be happy to submit a proposal to evaluate AMHS foodservice. Professional fees might range from $12,000 to $18,000, depending on the number of vessels involved.

While this process would not be a full-scale study of foodservice alternatives, results would include a critique of current menus, service, food quality, use of space, equipment, procurement practices pricing and, to some extent, personnel skill levels. The report would evaluate findings in light of the broader customer research already conducted. It would address ways to improve food service quality and profitability and the general implications of these improvements for each vessel facility. It would also recommend areas for further study, if warranted.

## AMHS Trademark

The study team believes it makes sense to register the AMHS name and logo as a trademark. However, trademarks must be defended vigorously against infringement. This will entail some expense from time to time. The advice of an attorney who specializes in trademark law is recommended.

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

McDowell Group, Inc. Page • 29

McDowell Group, Inc. Page • 30

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

**Declaration Exhibit 30, Page 17 of 21**

Case 1:06-cv-00009-JWS    Document 25-33    Filed 03/26/07    Page 17 of 21

## A Marketing Model to Consider

The fundamental marketing issue is a structural one. Past history has proven that political and operational priorities within state government have left AMHS with very little marketing capacity. Even in the best of budget times the AMHS marketing budget was a fraction of that for comparable travel operations. Can a dramatic increase in marketing activity occur within the current structure?

One possible model is the Bergen Line. The system of coastal ferries in Norway consists of two related but separate entities. One operates the ferries, which include both traditional ferry vessels and vessels designed to function primarily as cruise ships. The other entity focuses entirely on marketing, primarily to customers outside Norway. Once an ailing system, Bergen Line's aggressive marketing program has successfully established the company as both a transportation provider and a highly regarded cruise line.

The key to the Bergen success is specialization. The operations company and the marketing company are each free to develop the skills, culture and relationships necessary to perform their very different functions. This allows the operation to provide basic transportation services to residents while maximizing the revenue from the remaining inventory by strong marketing to high-yield leisure markets. Bergen's revenue and volume have increased significantly as a result of this arrangement.

The study team believes the AMHS should consider placing visitor-oriented reservations under the auspices of an "independent" marketing organization. While local reservations and some information services may best be handled by internal AMHS staff, visitor reservations ideally will become more like those of the major air carriers. Reservations personnel, assisted by sophisticated real-time computer analysis will act as both sales force and inventory managers. Their objective will be to maximize the revenue derived from each sailing.

An organizational shift of this magnitude calls for significant further study. A great many political, legal and financial issues would need to be addressed. The roles of key positions in both entities would need to be explored in depth, and the management style, experience and commitment of the individuals involved would be a critical consideration. However, "paradigm shift" such as this may be necessary for the AMHS to adopt and maintain a marketing function of the scope and quality required.

**Declaration Exhibit 30, Page 18 of 21**

Case 1:06-cv-00009-JWS    Document 25-33    Filed 03/26/07    Page 18 of 21

### Analysis of Specific AMHS Marketing Issues

The following tables briefly summarize the marketing challenges facing the AMHS, along with recommended solutions. First the problem is defined, with the supporting data for why this is perceived to be a problem. These are followed by recommendations on how to resolve the challenge, why each solution is proposed, and a time frame (short-term, mid-term, long-term) for completion. Problems and recommendations are categorized by key marketing areas: Products, Scheduling, Pricing, Distribution, Reservations, and Promotion.

### Products

| Problem | Supporting Data |
|---|---|
| Product definition too narrow "AMHS = transportation." | Other ferries / travel industry / declining ridership |
| Significant unused summer season capacity. | AMHS traffic volume and other data |
| Not packaged from consumer perspective. | Brochure analysis / images / survey results / travel industry |
| Limited onboard/terminal revenue generation. | Other ferries / public spaces / attractions |

| Recommendation | Supporting Data | Time Frame |
|---|---|---|
| Position the AMHS as the best way to experience the real Alaska. | Survey results, images | Short to mid-term |
| Package ferry travel as part of larger offerings (tours, airfare, accommodations, etc.). | Ferry and travel industry practices | Mid-term |
| Develop products that target seasonal market demand – summer, winter, shoulder as a start. | Ferry and travel industry practices | Mid-term |
| Integrate products (and marketing) with local tour operators/shore excursions. | Ferry and travel industry practices / survey data (itineraries) | Mid-term |
| Evaluate contracting with private firms to provide onboard and terminal services (concessions). | Ferry and travel industry practices | Mid-term |
| Co-develop new products with travel partners (Alaska Airlines, hotels, ARR, etc.). | Ferry and travel industry practices | Mid and long-term |
| Generate revenues by selling/trading AMHS lists to interested businesses. | Industry practices | Short to mid-term |

### Scheduling

| Problem | Supporting Data |
|---|---|
| Departure/arrival times inconvenient and inconsistent. | Interviews, industry norms, anecdotal and survey results. |
| Setting/publishing of schedules not timely for market needs. | Travel and ferry industry |
| Lack of flexibility to respond to local events and community needs. | Interviews, anecdotal |

| Recommendation | Supporting Data | Time Frame |
|---|---|---|
| Release all schedules 12 months in advance. Optimize for convenience. Keep consistent year to year. | Travel / ferry industry practice | Short-term |
| When small ships are available or schedule allows, consider special winter runs to use excess capacity. For schools, events, etc. | Anecdotal, Goldbelt experience | Mid to long-term |

### Pricing

| Problem | Supporting Data |
|---|---|
| Underlying rationale/methodology unclear. | Interviews / team analysis / industry practices |
| Pricing objectives unclear (maximize revenue? manage demand? minimize conflict?) | Interviews / team analysis / industry practices |
| Lack of framework for price increases results in under-priced inventory. | Local competitive alternatives / other ferry systems / industry practice |

| Recommendation | Supporting Data | Time Frame |
|---|---|---|
| Conduct further analysis of competitive pricing using computer model(s). | Travel industry practices | Short-term |
| Begin gradually to adopt an approach to pricing that maximizes revenue by matching prices to demand segments on a voyage by voyage basis. | Ferry and travel industry practices | Short to long-term |
| Experiment with a simpler system for pricing car deck space using broader size ranges. | BCFC system | Mid-term |
| Set prices primarily based on perception of value of AMHS. Also consider the cost of competition. | Ferry and travel industry practices | Mid-term |
| Implement time-of-travel and time-of-purchase pricing. | Ferry and travel industry practices | Short-term – experiments |
| Use promotional discounting – both planned and ad hoc -- to address routes with volume weaknesses. | Ferry and travel industry practices | Short-term – experiments |
| Keep services for locals affordable through commuter discount books, frequent user programs, etc. | Ferry and travel industry practices | Short-term -- experiments |

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

McDowell Group, Inc. Page • 33

McDowell Group, Inc. Page • 34

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

**Declaration Exhibit 30, Page 19 of 21**

Case 1:06-cv-00009-JWS     Document 25-33     Filed 03/26/07     Page 19 of 21

## Distribution

| Problem | Supporting Data |
|---|---|
| Declining sales during period of strong industry growth. | AVSP / cruise and air data |
| Don't know effectiveness of contract agents. | AMHS staff / lack of data |
| AMHS viewed as not customer or travel industry friendly. | Interviews, survey results |

| Recommendation | Supporting Data | Time Frame |
|---|---|---|
| Implement interactive Web site booking. Provide specific Web info/services for travel agents. | Industry | Short-term |
| Detailed analysis of agent sales records – phone performance, commissions, how they interface with AMHS operations. | | Short-term |
| Seek short-term volume increases through increased cooperation with and management of current agents. | Easier to add capacity externally, at least in short term | Short-term |
| Consider creation of additional types (tiers) of sales agents. | Interviews | Mid-term |
| Evaluate contracting with a single sales/distribution entity for the bulk of AMHS bookings. | Bergen Line Model | Mid to long-term |
| Contract with a representative to sell cargo space on under-utilized runs on commission. | Interviews with shippers | Short to mid-term |

## Reservations

| Problem | Supporting Data |
|---|---|
| Long hold (and possibly talk) times, high abandonment rates. | Call analysis / customer and prospect survey results / anecdotal |
| Agents not accessible (especially to industry). | Interviews |
| Information bottleneck / broad staff functions detract from ability to use reservations effectively as a sales tool. | Compare staffing and staff functions with BCFC |
| Inflexible / slow system technology. | Ferry and travel industry practices |
| Policies and procedures not sales oriented (deposit/cancellation policy, SOLAS info). | Travel industry practices |
| Contract agent relationship unclear. | Bookings analysis |
| New year reservations begins too late in season. | Industry practices |

| Recommendation | Supporting Data | Time Frame |
|---|---|---|
| Simplify/shorten booking process by collecting minimum information prior to booking. Collect SOLAS info only after deposit is paid. Also, install Oracle 8 to improve system response time. | Talk time records | Short-term |
| Require deposit to hold booking after 7 days. Provide cancellation penalties and require full payment x days before sailing. | Ferry and travel industry practices | Short-term |
| Give high priority to alternative (non-labor-intensive) sources of information – Web site (virtual tours, links, automated booking) and IVR (interactive telephone/bookings information system). Use Web for easy access to schedules/brochures by pdf, email, snailmail, fax. | Customer and prospect survey results on information sources | Mid-term |
| Make local bookings extremely easy: IVR / user ID#s, travel cards, etc. | Airlines and ferry industry practices | Mid-term |
| Upgrade reservation system technology for flexibility to handle multiple products and prices / easier updates of existing reservations / electronic links with vessel (onboard) records. | Travel industry practices | Mid-term |
| Split job functions associated with sales and administrative functions to streamline sales process. | More analysis needed/BCFC practice | Short-term |

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

McDowell Group, Inc. • Page • 35

McDowell Group, Inc. Page • 36

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

Case 1:06-cv-00009-JWS    Document 25-33    Filed 03/26/07    Page 20 of 21

## Promotion

| Problem | Supporting Data |
|---|---|
| Program very limited – Major promo piece not AMHS specific (includes Yukon, BC, Alberta, North and West Alaska). Limited use of independent schedules. | Historical Tourism North relationship, sales trends |
| AMHS advertising low impact – small space/ 2 color. Agents do large space/ 4 color | Team analysis |
| No follow-up marketing on T-North inquiries/distribution or on direct inquiries. | Onboard and phone surveys |
| Limited support to local tour operators (busses, etc.). | Interviews |
| Guidebook copy not sales-oriented or consistent. | Interviews |
| Little partnering with tourism industry. | Interviews |
| Some unfilled requests for AMHS information. | Customer and prospect survey results |
| Few price promotions and effectiveness of past promotions unclear. | Historical |
| Lack of staff to perform promotional functions. | Historical |
| No advertising or promotional targeting of geographically or demographically strong markets. | Historical |
| No plan to exploit predicted strong demand for Alaska-type experiences. | Plog Study – Ratio of people who want to visit compared with people who have already been is highest for Alaska of all major destinations. Adventure is fastest growing travel market. |
| Declining sales during relatively strong growth period. | AVSP/AMHS data |

## Promotion (continued)

| Recommendation | Supporting Data | Time Frame |
|---|---|---|
| Conduct qualitative research to evaluate effectiveness of Tourism North piece and other alternatives. | Focus groups | Short-term |
| Position strongly the uniqueness of the AMHS way of experiencing Alaska. | Summer survey results, competitor brochures | All |
| Distribute widely a dedicated AMHS promo piece like the Empire schedule. Cheap, simple. Utilize local/regional advertising. | Team analysis | Short-term |
| Analyze contract agent response statistics separately from central reservations response statistics. | Current numbers | Short-term |
| Print local/regional schedules and place them on the Web site. | Industry practice | Short-term |
| Develop an advertising strategy based on distribution analysis and relationships. Co-advertise? Co-market with the strongest tour operators. Help tour operators currently using the AMHS to fill excess space through marketing support. | Industry practice | Mid-term |
| Conduct direct mail follow-up of ATMC and AMHS inquirers using a dedicated, targeted promotional piece. Mine the ATMC/AMHS inquirers lists or give them to agents. | Phone survey data on information sources | Short-term |
| Review editorial material in key guidebooks for accuracy and effectiveness. Be pro-active about guidebook content. Contract out all AMHS copy writing, if not already done. | Ineffective copy | Short-term |
| Partner with Alaska Airlines / ARR / WPYRR and others to create and advertise packages. | Industry practice | Mid-term |
| Develop promotions targeted at known excess capacity. Promote in geographically strong markets. Channel promos through agents and partners. | Customer research | Short to mid-term |
| Use promotions and packaging to match cabin and cardeck space availability. | Customer research | Short to mid-term |

AMHS Marketing and Pricing Study
Volume 3:Marketing end Pricing Strategy

McDowell Group, Inc. Page • 37

McDowell Group, Inc. Page • 38

AMHS Marketing and Pricing Study
Volume 3:Marketing and Pricing Strategy

**Declaration Exhibit 30, Page 21 of 21**

Case 1:06-cv-00009-JWS     Document 25-33     Filed 03/26/07     Page 21 of 21