FS No. 05RO-111001-037
Cooperator Tax Id: 926001185

# COOPERATIVE FOREST ROAD AGREEMENT
## U.S. DEPARTMENT OF AGRICULTURE
## FOREST SERVICE, ALASKA REGION
## AND
## STATE OF ALASKA
## DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES

THIS FOREST ROAD AGREEMENT is made and entered into by and between the Forest Service, Alaska Region, hereinafter referred to as the "Forest Service" and the State of Alaska, Department of Transportation and Public Facilities, hereinafter referred to as the "Cooperator".

**Purpose:**

The purpose of this agreement is to set forth the general terms and conditions, acceptable to the parties hereto, for the cooperative planning, survey, design, construction, reconstruction, improvement, and maintenance of certain forest development roads & trails and forest highways, identified in Schedule A, within the State of Alaska, pursuant to the provisions of 16 U.S.C. 532-538, 23 U.S.C. 205, Cooperative Funds Act of June 30, 1914, as amended by Public Law 104-127, and the regulations issued by the Secretary of Agriculture.

The Congress has, from time to time, authorized and appropriated funds for "forest development roads and trails" and "forest highways". Forest development roads and trails are defined as those Forest roads and trails, under the jurisdiction of the Forest Service, which are wholly or partly within, or adjacent to, and serving the National Forest System and which are necessary for the protection, administration, and utilization of the National Forest system and the use and development of its resources, including those resources upon which communities within or adjacent to the National Forests are dependent. The term "forest highway" means a forest road under the jurisdiction of, and maintained by, a public authority and open to public travel. Recognizing that substantial benefits will accrue to the Nation and to the State from the construction, reconstruction, improvement, maintenance, and use of certain forest development roads & trails, forest highways, and roads on the local road or trail system over which the Cooperator has jurisdiction, and further that such roads carry substantial volumes of public service traffic as well as National Forest traffic, and further that the Cooperator has road construction, reconstruction, improvement, maintenance, and right-of-way acquisition facilities available to assist in the accomplishment of the work, it is accordingly deemed fitting and desirable to the parties hereto to express by this instrument the general terms of their mutual cooperation in that regard to achieve the maximum benefits there from in the public interest. The term "road" as used throughout this agreement refers to the roads, trails, highways, associated terminal facilities, or segments thereof, identified in the attached Schedule A.

## A. Intent to Cooperate

It is the intention of the parties under this agreement to cooperate as follows:

1. Agree that certain roads, under the jurisdiction of the Cooperator or the Forest Service that serve the National Forest and also carry traffic that is properly the responsibility of the Cooperator, should be maintained and, if necessary, improved to a standard adequate to accommodate safely and economically, all traffic, which uses such roads.

2. Agree on the identification of roads or road segments, which meet the criteria in item "1" above, by a listing and appropriate maps.

3. Provide for formal meetings and informal consultation on a regular basis to discuss and agree on action with respect to the roads identified pursuant to item "2".

4. Provide for regular and adequate maintenance of the roads identified in item "2", including the assignment of maintenance responsibilities.

5. Provide for entering into Project Agreements when improvements of a road under the jurisdiction of one party is to be financed in whole or in part from funds or resources provided by the other party.

6. Provide for appropriate jurisdictional status of roads through transfer of easements and acquisition of easements by the appropriate party.

## B. Identification of Roads

A list of roads and segments of roads, which meet the intent of the cited authorities and the criteria, set forth in item A.1. above is agreed upon and is marked "Schedule A" and attached as part of this agreement. Schedule A may be modified from time to time by agreement between the Cooperator and Forest Service, by adding or removing roads or road segments, or by altering the description of a road or road segments, to give it proper identity. Each such modification shall be indicated by a revised Schedule A bearing the signatures of the parties or their authorized representatives and the effective date of the revision.

## C. Maintenance Plans

At the annual meeting provided for in item F., plans for maintaining the roads listed in Schedule A shall be agreed upon. Such plans shall include assignment of responsibility for maintenance or particular elements of maintenance to the Cooperator or Forest Service for each road or segment of road listed in Schedule A. To the extent practical, and subject to availability of funds, responsibility for maintenance shall be assigned in proportion to use for which each party is properly responsible.

Maintenance shall include preserving and keeping the roads, including structures and related facilities, as nearly as possible in their original condition as constructed or reconstructed to provide satisfactory and safe service.

Maintenance plans shall provide for prompt changes in maintenance assignments during the period of the plan upon agreement by the parties or their designated representatives.

### D. Project Agreements

When improvement of a road listed in Schedule A is to be financed in whole or in part from funds or resources provided by the party not having jurisdiction, the parties shall enter into a Project Agreement providing for performing the improvement work and its financing. A Project Agreement is not required for improvement of a road or a road segment over which the party performing and financing such improvement has jurisdiction. Project Agreements shall be supplements to this general agreement and subject to the agreements, provisions, and conditions herein contained. If funds are provided by the Forest Service for work to be performed by the Cooperator, the arrangements shall be set forth in the Project Agreement. Payments to the Cooperator shall be made as provided for in the Project Agreement.

1. A Project Agreement shall be entered into prior to beginning of the improvement or construction work for which a Project Agreement is required.

2. The Project Agreement shall include the following elements:

   a. Identification of road or road segment to be improved or constructed;
   b. Plans and specifications for the project or provision for their development and subsequent agreement thereon;
   c. Schedule of construction or improvement work and designation of the party or parties to perform the work;
   d. Estimates of the cost of improvement or construction; and
   e. Agreement as to how cost of work is to be borne, including arrangements to share in the work or to deposit funds, with the performing party for a share of the costs.

3. If the Cooperator, on an advance basis, provides funds for work to be performed by the Forest Service, they shall be deposited in the Treasury of the United States to the credit of cooperative work, Forest Service. Any unused balance of cooperative funds for the purposes outlined in the project agreement shall be returned to the Cooperator after completion of the work performed or upon agreement of the Forest Service. If the cooperative funds are made available on a reimbursement basis as the work progresses or upon its completion, the Forest Service shall submit to the Cooperator periodic billings, but not more often than monthly, or a final billing as the case may be.

The amount of cooperative funds as set forth in the Project Agreement shall be the maximum commitment of the Cooperator to the project unless changed by a bilaterally signed modification of the Project Agreement.

4. If funds are provided by the Forest Service for work to be performed by the Cooperator, the arrangements shall be set forth in the Project Agreement. Payments to the Cooperator shall be made as provided for in the Project Agreement. If it appears that the project cost may exceed the estimate and additional funds may be needed, no obligation shall arise against the Federal government with respect to the increased cost except by modification of the Project Agreement prior to incurring any commitment.

### E. Rights-of-Way

Easements or other interests in land acquired by either party shall be adequate to serve the road needs of both parties. The party having jurisdiction of an existing road or intended to have jurisdiction of a road to be constructed shall obtain the needed rights-of-way in its name. There shall be no provisions in any easement document that will prevent the Forest Service from using or authorizing the use of roads for which Federal funds were expended. The Cooperator must be in a position to assure the Forest Service the continuance of such uses for the period needed. The party acquiring the easement or other interest in land shall obtain such title evidence and title approval as required in its acquisitions for roads of comparable standards.

The costs of such easements or other interests in land are to be at the expense of the acquiring party.

The Forest Service shall cooperate in the procurement of rights-of-way over land administered by other agencies of the United States required for any project included under this agreement and shall furnish the Cooperator copies of survey notes, maps, and other records.

To the extent possible under an available authority, each party agrees to convey easements over lands or interests in lands it owns or administers to the other party in order to provide jurisdiction by the appropriate party as may be agreed to for any road or road segment listed on Schedule A.

### F. Annual Meeting and Continuing Consultation

The Cooperator and Forest Service shall meet at least once each year to review matters covered by this agreement and to agree on actions to implement this agreement including, but not limited to, approval of:
    1. Changes in the listing of roads on Schedule A;
    2. The annual maintenance plan;
    3. Project Agreements for construction or reconstruction; and
    4. Transfer of jurisdiction of particular roads by easement conveyance.

It is also the intent of the parties to arrange for continuing consultation between their representatives with the objective of reaching prompt agreement by the parties on all matters of mutual concern, which are covered by this agreement. The Director of Engineering and Aviation Management, Alaska Region and the Director, Div. of Program Development for the Cooperator shall be responsible for making the arrangements for formal meetings and continuing consultation.

### G. Modifications and Termination

1. This agreement may be modified by mutual consent.

2. This agreement may be terminated by either party upon at least 90 days prior written notice, except that such termination shall in no way affect or change any commitment made authorizing the use of roads or rights-of-way for purposes for which Federal funds were expended, or any operation in progress at time of notice, and provided that such termination shall in no way affect the agreement of the parties hereto with respect to any obligations incurred under the agreement until a full settlement has been made.

3. This agreement is entered into as of the date of last signature and shall be in effect until **January 31, 2010,** unless sooner terminated, at which time it shall be subject to review and renewal, or expiration.

### H. Miscellaneous

1. It is understood that any default by a permittee or other authorized road user creates no liability on the part of the Forest Service.

2. Nothing herein contained shall be constructed to obligate the Forest Service or the Cooperator beyond the extent of available funds allocated or programed for this work, or contrary to applicable laws, rules, and regulations.

3. Where applicable, any contract, agreement, or understanding entered into pursuant to this agreement providing for work to be performed shall include the requirements of Federal laws, Executive orders, and Regulations.

4. Principal Contacts:

| USDA Forest Service- Alaska Region | State of Alaska, DOT&PF |
|---|---|
| Ken Vaughan | Jeff Ottesen |
| Deputy Director, Engineering & Av. Mgmt. | Director, Div. of Program Development; DOT&PF Headquarters Office |
| 709 W. 9th Street | 3132 Channel Drive, Room 200 |
| Juneau, AK 99801-1807 | Juneau, AK 99801 |
| Phone: 907-586-8789 | Phone: (907) 465-6971 |

This agreement supersedes and replaces the previous Forest Road Agreement 99CA-10-019 dated May 27, 1999 between the U.S. Department Of Agriculture, Forest Service, Alaska Region and the State of Alaska, Department of Transportation and Public Facilities.

By signature below, each party certifies that the individuals listed in this document as representatives of the individual party are authorized to act in their respective areas for matters related to this agreement.

| USDA FOREST SERVICE | STATE OF ALASKA, |
| ALASKA REGION | DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES |

/s/Dennis E. Bschor   6/15/2005
DENNIS E. BSCHOR      Date
Regional Forester

/s/Mike Barton        6/4/2005
MICHAEL A. BARTON     Date
Commissioner

The authority and format of this instrument has been reviewed and approved for signature.
/s/Linda L. Jones   5/30/2005
LINDA L. JONES   Date
Agreements Specialist

FS No. 05RO-111001-037

# SCHEDULE A
## to
## COOPERATIVE FOREST ROAD AGREEMENT
## between
## USDA FOREST SERVICE, ALASKA REGION
## and
## ALASKA DEPT. OF TRANSPORTATIN & PUBLIC FACILITIES

FSR 9969 Lost River Road 17.7 from MP 0.0 at the junction with the airport road to approximately MP 8.0 at the junction with the Strawberry Point Road 9966;

Strawberry Point Road 0.5 from the junction with the Lost River Road for 0.5 miles;

FSR 6040 Kake to Petersburg from the Kake Ferry Terminal southerly to Portage Bay (Kake), then easterly to Boot Lake, then southeasterly to Petersburg;

Eaglecrest Road 3.0 from the National Forest (Fish Creek Road) Boundary at MP 0.6 to the National Forest Boundary at MP 3.6 FDR 30, 3030;

FSR 23 and FSR 3030 Coffman Cove Road 20.2 mi from the intersection of the North Prince of Wales Road to Coffman Cove;

Trail of Blue Ice, Portage Valley Trail System, Chugach NF

Salmon River Road from approximately 1/4 mile before Fish Creek to approximately 3/4 mile past Fish Creek;

Juneau Access Road from the end of the existing Glacier Highway to the end of National Forest Systems lands near Haines and Skagway including both the east and west Lynn Canal Alternatives;

Sterling Highway from the Junction with the Seward Highway to MP 60;

Seward Highway from Girdwood to Seward;

Southeast Alaska Transportation Plan Implementation for roads on National Forest Systems land or roads in Forest Service jurisdiction; and

Copper River Highway adjacent to National Forest System lands.

FSR 8453 Skaters Cabin Road (and West Glacier Trailhead) near Juneau 0.39 mi, Tongass National Forest

Lewis Reef Road, Gravina Island, Station 145+00 to end of project

Fools Inlet Road Number 6270 to Fools Inlet terminus and Ferry Terminal