

BOZEMAN, MONTANA  DENVER, COLORADO  HONOLULU, HAWAI'I
INTERNATIONAL  JUNEAU, ALASKA  OAKLAND, CALIFORNIA
SEATTLE, WASHINGTON  TALLAHASSEE, FLORIDA  WASHINGTON, D.C.

May 10, 2006

<u>Sent via facsimile and regular mail</u>.

David C. Miller
Division Administrator
Federal Highway Administration
Federal-Aid Division Office
709 W 9th Street, Room 851
P.O. Box 21648
Juneau, AK 99802-1648

Fax: 907-586-7420

    Re: **Freedom of Information Act Request**

Dear Mr. Miller:

    The Southeast Alaska Conservation Council (SEACC), Alaska Transportation Priorities Project (ATPP), and Earthjustice submit this request for records pursuant to Freedom of Information Act, 5 U.S.C. § 552.

    On April 3, 2006, the Federal Highway Administration (FHWA) signed a Record of Decision (ROD) selecting Alternative 2B as the proposed action for the Juneau Access Improvements Project. The ROD followed a Final Environmental Impact Statement (FEIS) prepared by the Alaska Department of Transportation and Public Facilities (ADOT) and approved by FHWA. FHWA regulations allow a state agency to prepare an environmental impact statement "with the Administration furnishing guidance, participating in the preparation, and independently evaluating the document." 23 C.F.R. § 771.109(c).

We request copies of all memoranda, studies, reports, data, correspondence, comments, conversation records, files, electronic mail records, or other documents, which have been generated, received, kept and/or considered by FHWA in "furnishing guidance, participating in the preparation, and independently evaluating" the Supplemental Draft Environmental Impact Statement (SDEIS) and the FEIS for the Juneau Access Improvements Project and in preparation or approval of the ROD. This request does not include copies of the SDEIS, FEIS, Technical Appendices, ROD, or any other information already available on the Alaska Department of Transportation and Public Facilities or FHWA websites.

The organizations fall under the "other" fee category, see 49 C.F.R § 7.14(c)(2), and, pursuant to 5 U.S.C. § 552(a)(4)(A)(iii), request a waiver of any fees associated with this request. A similar request was submitted by SEACC and Earthjustice on March 4, 2005 seeking documents related to issuance and approval of the Supplemental Draft Environmental Impact Statement. On March 31, FHWA issued a response in which it denied the request for a few waiver and stated that the agency identified approximately 5500 pages of documents satisfying the request. Since that time, FHWA has approved the FEIS and issued the ROD. SEACC, ATPP, and Earthjustice have refined the request to reflect those actions and provide additional information below to show that a fee waiver is warranted.

This request satisfies the requirements for a fee waiver under FOIA and meets each of the criteria set out in the Federal Highway Administration's regulations, 49 C.F.R. § 7.44(e) & (f). The information requested concerns the operations and activities undertaken by the Federal government in preparing and evaluating the SDEIS, FEIS, and ROD. See 49 C.F.R. § 7.44(f)(1). In addition, SEACC, ATPP, and Earthjustice are nonprofit organizations, which have no commercial interest in these records and which play a critical role in public oversight of governmental actions on environmental and transportation matters. See id. § 7.44(f)(5) & (6).

Disclosure of that information will contribute significantly to public understanding of the government's operations and activities. See id. § 7.44(f)(2) & (4). The organizations recognize that the SDEIS, FEIS, Technical Appendices, and ROD are available to the public, and we do not seek additional disclosure of those documents. Those documents, however, do not reveal the nature or scope of the review conducted by FHWA. The documents sought in this request will allow the public to gain a complete understanding of the analysis undertaken and the conclusions reached in the FEIS and SDEIS as well as the oversight role played by FHWA. This information is critical to assessing the government's actions in protecting public resources, and specifically, its compliance with various environmental and transportation laws. It also is essential to an informed debate about the allocation of state and federal resources to transportation needs in Alaska.

Indeed, the organizations intend to use the requested information to foster public understanding and debate of the Juneau Access Improvements Project and the choice of and justification for Alternative 2B. The decision to extend the highway to Katzehein has been contentious, and a majority of the residents in the three affected communities oppose the project. The requested information will help those residents better understand the decision. Information may be disseminated through various means including direct-mail letters, newsletters, electronic action alerts, the organizations' web sites, and through other formal and informal communications. Accordingly, "disclosure of the requested information will contribute to the understanding of the public at large, as opposed to the individual understanding of the requestor or a narrow segment of interested persons." 49 C.F.R. § 7.44(f)(3).

2

Finally, the organizations are well-equipped to comprehend and analyze the requested information and to disseminate it to the public. SEACC, ATPP. and Earthjustice have been active in the debate over building roads in Southeast Alaska and possess the necessary expertise and resources to convey effectively the disclosed information to their members, other environmental organizations and their members, individuals that are interested or concerned about this issue, and the general public.

We request that FHWA respond to this request within the twenty (20) working days required by law. If the agency chooses to withhold certain documents from disclosure pursuant to FOIA exemptions, we request that it: (i) identify each such document with particularity (including title, subject, date, author, recipient, and parties copied); (ii) explain in full the basis on which non-disclosure is justified; and (iii) provide us with any segregable portions of the documents for which a specific exemption is not claimed.

If you have any questions regarding the scope of this request, please do not hesitate to contact me at (907) 586-2751.

Thank you for your time and attention to this request.

Sincerely,

Michael LeVine
EARTHJUSTICE

CC:
Buck Lindekugel, SEACC
Emily Ferry, ATPP