

BOZEMAN, MONTANA   DENVER, COLORADO   HONOLULU, HAWAII
INTERNATIONAL   JUNEAU, ALASKA   OAKLAND, CALIFORNIA
SEATTLE, WASHINGTON   TALLAHASSEE, FLORIDA   WASHINGTON, D.C.

June 21, 2006

<u>Sent via facsimile and regular mail</u>.

David C. Miller
Division Administrator
Federal Highway Administration
Federal-Aid Division Office
709 W 9th Street, Room 851
P.O. Box 21648
Juneau, AK 99802-1648

Fax:  907-586-7420

Re:  **Freedom of Information Act Request**

Dear Mr. Miller:

The Southeast Alaska Conservation Council (SEACC), Alaska Transportation Priorities Project (ATPP), and Earthjustice submitted the attached request for records pursuant to the Freedom of Information Act, 5 U.S.C. § 552, on May 10, 2006.  In that request, we sought documents considered by the Federal Highway Administration (FHWA) in "furnishing guidance, participating in the preparation, and independently evaluating" the Supplemental Draft Environmental Impact Statement and the Final Environmental Impact Statement for the Juneau Access Improvements project and in preparation or approval of the Record of Decision (ROD) for that project.

Pursuant to discussions with FHWA personnel, we now submit this supplement to our original request, expanding the scope of the information sought.  In addition to documents prepared in preparation or approval of the ROD, we request copies of all memoranda, studies, reports, data, correspondence, comments, conversation records, files, electronic mail records, or other documents related to the Juneau Access Improvements Project, which have been generated, received, kept and/or considered by FHWA between April 3, 2006, the date the ROD was signed, and the date of this letter.  All of the reasoning and support provided in our earlier letter applies to this request as well.

If you have any questions regarding the scope of this request, please do not hesitate to contact me at (907) 586-2751.

**Declaration Exhibit 33, Page 1 of 2**

325 FOURTH STREET   JUNEAU, AK 99801-1145
T: 907.586.2751   F: 907.463.5891   E: eajusak@earthjustice.org   W: www.earthjustice.org
Case 1:06-cv-00009-JWS   Document 25-36   Filed 03/26/07   Page 1 of 2

Thank you for your continued assistance with this request.

Sincerely,

*Kate Glover*

Kate Glover
EARTHJUSTICE

CC:
Karen Schmidt, FHWA
Denise Dziemian, FHWA
Buck Lindekugel, SEACC
Emily Ferry, ATPP