

**U.S. DEPARTMENT OF TRANSPORTATION**
FEDERAL HIGHWAY ADMINISTRATION
ALASKA DIVISION
709 West Ninth Street, Room 851
P.O. Box 21648
Juneau, Alaska 99802
907-586-7418 | 907-586-7420 FAX

RECEIVED
JUN 26 2006
EARTHJUSTICE

June 23, 2006

REFER TO
HDA-AK
File #: Adm Gen 10
FOIA Control Number 06-0164

Mr. Michael LeVine
EarthJustice
325 Fourth Street
Juneau, AK 99801

SUBJECT: Juneau Access Improvements Project Freedom of Information Act (FOIA) Request

Dear Mr. LeVine:

This is in response to your letters of May 10 and June 21, 2006, in which you requested "copies of all memoranda, studies, reports, data, correspondence, comments, conversation records, files, electronic mail records, or other documents, which have been generated, received, kept and/or considered by FHWA in 'furnishing guidance, participating in the preparation, and independently evaluating' the Supplemental Draft Environmental Impact Statement (SDEIS) and the FEIS for the Juneau Access Improvements Project" (JAIP) and in preparation or approval of the ROD. Your request does not include those documents available on the Alaska Department of Transportation and Public Facilities or FHWA websites. Your June 21st letter also expanded the scope of your original request to include documents related to the JAIP "which have been generated, received, kept and/or considered by FHWA between April 3, 2006" and June 21, 2006. Your May 10th request also included a request for a fee waiver.

On June 13, 2006 I provided an interim response to your May 10th request. In that response I granted your request for a fee waiver, but indicated that additional time would be needed to provide the requested records. However, based on a phone conversation we had on June 13th I also enclosed a draft project file index. The purpose of providing you this index was to allow you to indicate documents that you were particularly interested in so that FHWA could prioritize its response. You annotated this list and faxed it back on June 14, 2006.

In accordance with FOIA, 5 U.S.C. 552, and based on your annotations, we are enclosing 29 documents as a partial fulfillment of your May 10th and June 21st requests. The specific list of the released documents can be found in Enclosure (1).





Case 1:06-cv-00009-JWS   Document 25-37   Filed 03/26/07   Declaration Exhibit 34, Page 1 of 3

In addition to the enclosed materials, the following six (6) documents are being withheld under FOIA Exemption 5, 5 U.S.C. 552(b)(5) which protects attorney-client privilege and other intra-governmental communications:

> January 16, 2006
> Email David Ortez, FHWA to Tim Haugh, FHWA - Alaska Division Subject: Legal Sufficiency Review of Juneau Access FEIS
> WITHHELD – Exemption 5 (Attorney/Client Privilege)

> November 4, 2005
> Value Engineering Study
> WITHHELD – Outside the scope of the request and is not specific to the 'independent evaluation' of the SDEIS or in the 'preparation or approval of the ROD.'

> March 30, 2005
> Email Karen Schmidt, FHWA to Tim Haugh, FHWA
> Subject: FW: Suggested replacement language: for Juneau Access
> WITHHELD – Exemption 5 (Deliberative Process)

> March 9, 2005
> Email Reuben Yost, DOT&PF to Tim Haugh, FHWA
> Subject: response to EPA
> Attachment: Draft response to EPA.doc
> WITHHELD – Exemption 5 (Deliberative Process)

> October 26, 2004
> Email David Ortez, FHWA to Tim Haugh, FHWA
> Subject: Juneau Access Life-Cycle costs
> WITHHELD – Exemption 5 (Attorney/Client Privilege)

> May 30, 2003
> Declaration of David C. Miller Case No. 3AN-02-09363CI. Alaska State Council of Trout Unlimited, Robert B. Gilliam, Plaintiff vs. State of Alaska, Alaska DOT&PF, Defendants
> WITHHELD – Outside the scope of the request and is not specific to the 'independent evaluation' of the SDEIS or in the 'preparation or approval of the ROD'

The persons responsible for withholding these documents are the undersigned and Mr. David Ortez, Assistant Chief Counsel, Western Legal Services. Pursuant to the regulations of the U.S. Department of Transportation, 49 CFR 7.21, you have the right to appeal this determination to Mr. Michael J. Vecchietti, Associate Administrator for Administration, Federal Highway Administration, 400 Seventh St., S.W., Room 4316, Washington, D.C. 20590. A copy of your appeal letter should be simultaneously sent to the Alaska Division at the above address. Your appeal must be made in writing within 30 days after receipt of this letter, should be submitted in an envelope marked "FOIA Appeal," and must include all information and arguments relied upon in making the appeal. Should you wish to appeal, his decision will be administratively final.

We regret the necessity of any delay but assure you that the remainder of your request will be processed no later than July 31, 2006. Your patience is appreciated. For more information regarding this request please contact either of the following members of the Alaska Division staff: Mr. Tim Haugh, Environmental Program Manager, or Ms. Denise Dziemian, FOIA Officer, at 907-586-7418.

Sincerely,

Karen A. Schmidt
Deputy Division Administrator

Enclosures
    (1) Juneau Access Improvement Project Listing Of Released And Withheld Documents
    (2) 29 Released Documents

cc:
David Ortez w/o enclosures