Juneau Access Index
MGS-STP 000S(131)/71100

June 2, 2006        Letter Karen Schmidt, FHWA to Pete Griffin, District Ranger
                    Subject: Juneau Access Improvement Project

May 23, 2006        ROW Certification & Relocation Program Assurances

May 22, 2006        Letter Dennis Bschor, Regional Forester to David Miller, FHWA
                    Subject: None noted

May 22, 2006        Letter Dennis Bschor, Regional Forester to David Miller, FHWA
                    Subject: None noted

May 19, 2006        Letter Judith Bittner, SHPO to Jeff Koschak, DOA
                    Subject; Lynn Canal, Juneau Access Improvement Project

May 10, 2006        Letter SEACC to David Miller, FHWA
                    Subject: Notice of intent to sue under the Endangered Species Ace
                    and Administrative Procedure Act for failure to initiate formal
                    consultation with regard to Steller sea lion critical habitat in the Juneau
                    Access Improvements Project Area

May 4, 2006         Letter Tim Haugh, FHWA to Dennis Bschor, USFS
                    Subject: Federal Land Transfer – Juneau Access Improvements
                    Project, Southeast Alaska

May 4, 2006         Juneau Empire. "Road is wasteful desecration."

May 3, 2006         Letter Pete Griffin, District Ranger to David Miller, FHWA
                    Subject: None noted

May 2006            Estimated Cost of Mitigation Commitments in the Final EIS

April 27, 2006      Federal Register: April 27, 2006 (Volume 71, Number 81)

April 25, 2006      Letter SEACC to Pete Griffin, District Ranger
                    Subject: Juneau Access Improvements Project Right of Way and
                    Clearing for Helicopter Landing Pads

April 18, 2006      Letter David Miller, FHWA to Federal Register
                    Subject: Notice of Limitation on Claims for Judicial Review of
                    Actions by FHWA and Other Federal Agencies

April 10, 2006      Letter Rob Murphy, DOT&PF to Tim Haugh, FHWA

**Declaration Exhibit 35, Page 1 of 46**

Subject: JNU – Access Echo Cove to Independence Creek

| | |
|---|---|
| April 10, 2006 | Letter Malcolm Menzies, DOT&PF to Wes Stephens, Fuels Reduction of AK<br>Subject: Juneau Access - Letter of Award/Notice to Proceed |
| April 6, 2006 | Letter Malcolm Menzies, DOT&PF to David Miller, FHWA<br>Subject: Juneau Access Improvements, Initial Financial Plan |
| April 5, 2006 | Memo Vanda Randolph, DOT&PF to Ed DeCleva, FHWA et al<br>Subject: Juneau Access – Trail Work |
| April 3, 2006 | ROD |
| April 2006 | Record of Decision CD |
| March 28, 2006 | Juneau Empire. "My Turn. Majority of Southeast Alaska opposes road." |
| March 17, 2006 | Transmittal of March 2006 Public Comments 82-405 and Agency Comments USEPA and ACOE |
| March 17, 2006 | Letter John Lohrey, FHWA to Jim Helfinstine, USCG<br>Subject: Juneau Access Improvements Bridge Permit Application |
| March 10, 2006 | Letter Christine Reichgott, EPA to Tim Haugh, FHWA and Reuben Yost, ADOT&PF<br>Subject: None noted |
| March 8, 2006 | Letter Juli Cozzi, Haines Borough to Tim Haugh, FHWA<br>Subject: Transportation Needs |
| March 8, 2006 | Transmittal of March 2006 Public Comments 1-81 and Agency Comment Department of the Army – 2/21/06 |
| February 21, 2006 | Skagway News. "Governor supports Skagway borough." |
| January 26, 2006 | Letter David Miller, FHWA to USEPA<br>Subject: Final Environmental Impact Statement, Juneau Access Improvements, Southeast Alaska |
| January 18, 2006 | FEIS, Appendix W, X, Y |
| January 16, 2006 | Email David Ortez, FHWA to Tim Haugh, FHWA<br>Subject: legal Sufficiency Review of Juneau Access FEIS |

**Declaration Exhibit 35, Page 2 of 46**

| | |
|---|---|
| January 11, 2006 | Letter Tim Haugh, FHWA to James Balsiger NMFS<br>Subject: Acceptance of Additional Mitigation Measures<br>Attachment: 1/3/2006 letter Ed Collazzi, DNR to Tim Haugh, FHWA |
| January 11, 2006 | Letter Reuben Yost, ADOT to Mark Jen, USEPA<br>Subject: Juneau Access Improvements Project No. 71100 |
| January 11, 2006 | Letter Reuben Yost, ADOT to Jeff Koschak, Dept of the Army<br>Subject: Juneau Access Improvements Project No. 71100 |
| January 11, 2006 | Letter Reuben Yost, ADOT to Richard Enriquez, USDOI<br>Subject: Juneau Access Improvements Project No. 71100 |
| December 29, 2005 | Letter John Lohrey, FHWA to Reuben Yost, ADOT<br>Subject: Juneau Access Improvements Project time extension |
| December 23, 2005 | Letter Reuben Yost, ADOT to Marcia Balszek, NPS<br>Subject: Juneau Access Improvements |
| December 23, 2005 | Memo Reuben Yost, ADOT to Carl Schrader, DNR<br>Subject: Juneau Access Improvements Response to SDEIS Comments |
| December 2, 2005 | Letter Christine Reichgott, USEPA to Tim Haugh, FHWA & Reuben Yost, ADOT<br>Subject: None noted |
| November 30, 2005 | Letter Bruce Halstead, USDOI to Reuben Yost, AKDOT&PF<br>Subject: Juneau Access Preliminary Final Environmental Impact Statement |
| November 10, 2005 | Letter Brian Goettler, USFS to Tim Haugh, FHWA<br>Subject: None noted |
| November 4, 2005 | Value Engineering Study |
| November 2, 2005 | Letter Kenneth Vaughn, USFS to Ruben Yost, AKDOT&PF<br>Subject: None noted |
| November 1, 2005 | Letter of Transmittal from Reuben Yost, AKDOT&PF to Tim Haugh, FHWA<br>PFEIS October 2005; Appendix W – October 2005; Appendix X – October 2005, Letter to Mark Jen, EPA dated 10/28/05; Letter to Susan Walker, NMPS dated 10/28/05; Letter to Jeff Koshak, ACOE dated 10/29/05; Letter to Ken Vaughan, USDA-FS dated 10/28/05 |

**Declaration Exhibit 35, Page 3 of 46**

October 25, 2005.        Online Public Notice.  RFP 36863008, Juneau Access Improvements –
                         Design-Build Consulting Services, 71100

October 5, 2005          Letter Judith Bittner, SHPO to Tim Haugh, FHWA
                         Subject:  Juneau Access Improvements Proejct; Alternative 2B, East
                         Lynn Canal Highway to Katzehin Assessment of effects on historic
                         properties

September 27, 2005.      Letter James Balsiger, NMFS to Reuben Yost, ADOT.  Re:  Juneau
                         Access Improvements Project, Revised Biological Assessment for
                         Threatened, and Endangered Species

Undated.                 Juneau Access Construction Sequencing Plan.

September 22, 2005.      Letter Emily Ferry, The Alaska Transportation Priorities Project to
                         Reuben Yost, ADOT.

September 21, 2005.      Skagway News.  "NHL was the factor."

September 21, 2005.      Letter Buck Lindekugel, SE Alaska Conservation Council to Reuben
                         Yost, ADOT.

September 5, 2005.       Letter Emily Ferry, The Alaska Transportation Priorities Project to
                         Malcom Menzies, SE Regional Manager ADOT.

September 3, 2005.       Juneau Empire.  "Anti-roaders ignore facts."

September 1, 2005.       Juneau Empire.  "My Turn:  How do the Juneau road alternatives stack
                         up?"

August 19, 2005.         Memo Reuben Yost, ADOT to File.  Re:  Juneau Access Draft
                         Mitigation Plan.

August 31, 2005.         Juneau Empire.  "Past the attacks and sleight of hand."

July 11, 2005.           Letter Reuben Yost, ADOT to James Balsiger, NMFS.  Re:  Juneau
                         Access Improvements.

July 8, 2005.            Letter Mike Barton, ADOT to David Miller, FHWA.

July 6, 2005.            Letter Reuben Yost, ADOT to Buck Lindekugel, SE Alaska
                         Conservation Council.  Re:  Juneau Access Improvements.

May 16, 2005.            Letter Susan Kennedy, NOAA to Reuben Yost, ADOT.  Re:  Juneau
                         Access Improvements, Project No. 71100 Supplemental Draft

**Declaration Exhibit 35, Page 4 of 46**

Environmental Impact Statement Essential Fish Habitat Assessment
Steller Sea Lion Technical Report.

March 31, 2005.          Letter Karen Schmidt to Michael LeVine, EarthJustice. Re: FOIA
request Juneau Access Improvements Supplemental Draft
Environmental Impact Statement. 2 pages.

March 30, 2005          Email Karen Schmidt, FHWA to Tim Haugh, FHWA
Subject: FW: Juneau Access Admin. DEIS

March 30, 2005          Email Karen Schmidt, FHWA to Tim Haugh, FHWA
Subject: FW: Juneau Access – 4f applicability to National Historic
Landmark – request for a meeting

March 30, 2005          Email Karen Schmidt, FHWA to Tim Haugh, FHWA
Subject: FW: FHWA Draft strategy for Juneau Access EIS

March 30, 2005          Email Karen Schmidt, FHWA to Tim Haugh, FHWA
Subject: FW: Review of Bradfield Cost Estimate

March 30, 2005          Email Karen Schmidt, FHWA to Tim Haugh, FHWA
Subject: FW: (Fwd: draft language for NP)
Attachment: None printed

March 30, 2005          Email Karen Schmidt, FHWA to Tim Haugh, FHWA
Subject: FW: Suggested replacement language: for Juneau Access
Attachment: None printed

March 30, 2005          Email Karen Schmidt, FHWA to Tim Haugh, FHWA
Subject: FW:

March 29, 2005          Email David Ortez, FHWA to Tim Haugh, FHWA et al
Subject: RE: Draft e-mail interim response to Jeff Parker

March 29, 2005          Email Karen Schmidt, FHWA to Denise Dziemian, FHWA et al
Subject: RE: draft of FOIA letter

March 29, 2005          Email Tim Haugh, FHWA to Tim Haugh, FHWA et al
Subject: RE: Draft e-mail interim response to Jeff Parker

March 29, 2005          Email David Ortez, FHWA to Tim Haugh, FHWA et al
Subject: RE: Draft e-mail interim response to Jeff Parker

March 29, 2005          Email David Ortez, FHWA to Tim Haugh, FHWA et al
Subject: RE: Draft e-mail interim response to Jeff Parker

**Declaration Exhibit 35, Page 5 of 46**

March 29, 2005          Email David Ortez, FHWA to Tim Haugh, FHWA et al
                        Subject: Interim Response to FOIA Request

March 25, 2005.         Letter Michelle Pirzadeh, EPA to Tim Haugh & Reuben Yost. 21
                        pages.

March 25, 2005          Letter Willie Taylor, USDOI to Reuben Yost, ADOT
                        Subject: None noted

March 23, 2005.         Letter James Balsiger to Tim Haugh. 1 page.

March 22, 2005.         Conflict of Interest Disclosure Statement. 1 page.

March 22, 2005.         Letter Tim Haugh to Christine Reichgott, NEPA Review Unit EPA.
                        Re: Juneau Access Improvement Project Environmental Impact
                        Statement. 3 pages.

March 22, 2005.         Letter Tim Haugh to Richard Enriquez, USFWS. Re: Threatened &
                        Endangered Species List for Juneau Access Improvements Project. 1
                        page.

March 22, 2005          Email Tim Haugh, FHWA to Reuben Yost, AKDOT&PF et al
                        Subject: RE: Juneau Access Consultant Disclosure

March 22, 2005          Email Karen Schmidt, FHWA to Tim Haugh, FHWA et al
                        Subject: RE: Juneau Access Consultant Disclosure

March 22, 2005          Email Ken Vaughan, USFS to Tim Haugh, FHWA et al
                        Subject: Fw: Review and Briefings: Right Work in the Right Place,
                        Implementing an Ecosystem Approach for Infrastructure Projects,
                        AKA Ecosystem Banking Handbook, AKA The Critter Handbook

March 21, 2005          Letter Dennis E Bschor, USFS to Reuben Yost, AKDOT&PF. 8
                        pages.

March 20, 2005          Email Reuben Yost, AKDOT&PF to Carl Schrader, AKDNR et al
                        Subject: Re: Juneau Access SDEIS – OHMP Comments

March 18, 2005          Email Mark Jen, EPA to Tim Haugh, FHWA et al
                        Subject: Juneau Access Improvements Project Supplemental Draft
                        EIS: Request for Informal Extension of the Public Comment Period

March 18, 2005          Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
                        Subject: response to Skagway
                        Attachment: None printed

**Declaration Exhibit 35, Page 6 of 46**

March 17, 2005.   Letter Samuel G. Southwick to Reuben Yost.  Re:  Draft Study of Juneau/Skagway Road.  1 page.

March 17, 2005   Email David Miller, FHWA to Tim Haugh, FHWA
Subject:  FW: (Fwd: (Fwd: Re: FW: CEVP Process and building highways))
Attachment:  None printed

March 16, 2005.   Letter Judith Bittner to Reuben Yost.  Re:  Juneau Access Improvements.  1 page.

March 16, 2005   Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject:  Skagway letter
Attachment:  None printed

March 11, 2005.   Letter Tim Bourcy, Mayor of Skagway to Reuben Yost, AKDOT&PF.  2 pages.

March 11, 2005   Email Reuben Yost, AKDOT&PF to loc11@aptalaska.net et al
Subject:  Re: DSEIS extension request

March 10, 2005.   Letter Reuben Yost to Rob Goldberg, Haines Borough Planning Commission.  Re:  Public Comment Period Extension.  1 page.

March 10, 2005   Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject:  SDEIS availability
Attachment:  None printed

March 10, 2005   Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA et al
Subject:  (Fwd: Re: FW: CEVP Process and building highways)
Attachment:  None printed

March 9, 2005   Email Lance Hanf, FHWA to Tim Haugh, FHWA
Subject:  Comments on Draft Reply
Attachment:  None printed

March 9, 2005   Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject:  response to EPA
Attachment:  None printed

March 8, 2005.   Chilkat Valley News.  "Juneau rod riles residents."  2 pages.

March 8, 2005   Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject:  Juneau Access Consultant Disclosure

**Declaration Exhibit 35, Page 7 of 46**

March 7, 2005.        Memo Reuben Yost to file. Re: Juneau Access SDEIS availability. 2 pages.

March 7, 2005.        Letter Tim Haugh to Kaja Brix, NMFS. Re: Threatened & Endangered Species list for Juneau Access Improvements Project. 1 page.

March 7, 2005         Email Reuben Yost, AKDOT&PF to lcc11@aptalaska.net et al Subject: Re: DSEIS extension request

March 4, 2005.        Letter Michael Catsi to Reuben Yost & Tim Haugh. Re: Public Comment Juneau Access SDEIS. 5 pages.

March 4, 2005         Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA Subject: (Fwd: DSEIS extension request) Attachment: None printed

March 3, 2005         Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA Subject: Skagway meeting notes Attachment: None printed

March 2, 2005.        Memo Reuben Yost to File. Re: Notes on 2/24/05 meeting with Skagway City Officials. 2 pages.

March 2, 2005         Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA Subject: ESA species confirmation letters Attachment: None printed

February 27, 2005     Letter Rob Goldberg to Reuben Yost & Tim Haugh. 1 page.

February 22, 2005     Email David Ortez, FHWA to Tim Haugh, FHWA et al Subject: RE: Juneau Access EIS

February 22, 2005     Email David Miller, FHWA to David Ortez, FHWA et al Subject: RE: Juneau Access EIS

February 19, 2005     Email Karen Schmdit, FHWA to David Miller, FHWA et al Subject: RE: Juneau Access EIS

February 18, 2005     Public Hearing notes. 26 pages.

February 18, 2005     Email David Miller, FHWA to David Ortez, FHWA et al Subject: RE: Juneau Access EIS

February 17, 2005     Email David Ortez, FHWA to David Miller, FHWA et al Subject: RE: Juneau Access EIS

**Declaration Exhibit 35, Page 8 of 46**

February 17, 2005     Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
                      Subject:  (Fwd: regarding references)

February 17, 2005     Email Lance Hanf, FHWA to David Miller, FHWA et al
                      Subject:  Potter Marsh Lit.

February 16, 2005     Email Elizabeth Hoffman, FHWA to Tim Haugh, FHWA et al
                      Subject:  Juneau Access EIS

February 16, 2005     Email David Miller, FHWA to Elizabeth Hoffman, FHWA et al
                      Subject:  RE:  Juneau Access EIS

February 16, 2005     Juneau Empire.  "Facts About the Juneau Access Project."  1 page.

February 11, 2005     Email Lorraine Marshall, AKDOT&PF to Kevin Siska et al
                      Subject:  Juneau Access Improvements hearing

February 11, 2005     Email David Ortez, FHWA to Tim Haugh, FHWA et al
                      Subject:  RE:  FW: Call from Earth Justice – Mike Levine

February 10, 2005     Juneau Empire.  "No need for road."  1 page.

Undated.              Cultural Resource Documentation and Findings Attendant to the
                      Proposed Alaska Department of Transportation's Juneau Access
                      Improvements.  2 copies.  6 pages.

Undated.              Skagway Landmark.  1 page.

Undated.              Dave Ortez's comments on pSDEIS.

February 9, 2005,     Email Dan Harris to Tim Haugh.  Re:  Noise Analysis.  2 pages (dbl
                      sided).

February 9, 2005      Email Dan Harris, FHWA to Tim Haugh, FHWA et al
                      Subject:  FW:

February 9, 2005      Email Karen Schmidt, FHWA to Tim Haugh, FHWA
                      Subject:  RE:  Juneau Access noise study

February 9, 2005      Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
                      Subject:  Re:  FW: Call from Earth Justice – Mike Levine

February 8, 2005      Email Tim Haugh, FHWA to Reuben Yost, AKDOT&PF
                      Subject:  FW:  Call from Earth Justice – Mike Levine

**Declaration Exhibit 35, Page 9 of 46**

February 7, 2005        Email David Miller, FHWA to Tim Haugh, FHWA
                        Subject:  Call from Earth Justice – Mike Levine

January 28, 2005.       Letter Reuben Yost to Marcia Blaszak, NPS.  Re:  Supplemental Draft
                        Environmental Impact Statement Agency Review.  1 page.

January 28, 2005        Email Steve Boch, FHWA to Karen Schmidt, FHWA et al
                        Subject:  FW:  Juneau Access SDEIS Public Hearings

January 28, 2005        Email Elizabeth Hoffman, FHWA to Tim Haugh, FHWA
                        Subject:  Juneau Access FOIA

January 27, 2005        Email Steve Boch, FHWA to David Ortez, FHWA et al
                        Subject:  Juneau Access SDEIS Public Hearings
                        Attachment:  None printed

January 26, 2005        Email Reuben Yost, AKDOT&PF to John Leeds, US Army et al
                        Subject:  92 Accord and Juneau Access

January 24, 2005        Email Elizabeth Hoffman, FHWA to Tim Haugh, FHWA et al
                        Subject:  Juneau Access SDEIS

January 21, 2005        Letter Reuben Yost to Willie Taylor, DOI.  Re:  Supplemental Draft
                        Environmental Impact Statement Agency Review.  2 pages.

January 21, 2005.       Letter Reuben Yost to Mark Jen, USEPA.  Re:  Supplemental Draft
                        Environmental Impact Statement Cooperating Agency Review.  2
                        pages.

January 21, 2005.       Letter to Reuben Yost to Ken Vaughan, USFS.  Re:  Supplemental
                        Draft Environmental Impact Statement Cooperating Agency Review.
                        2 pages.

January 21, 2005.       Letter Reuben Yost to Jeff Koschak, USCOE.  Re:  Supplemental
                        Draft Environmental Impact Statement Cooperating Agency Review.
                        2 pages.

January 21, 2005.       Letter Reuben Yost to Susan Walker, NMFS.  Re:  Supplemental Draft
                        Environmental Impact Statement Cooperating Agency Review.  2
                        pages.

January 21, 2005.       Letter Reuben Yost to Richard Enriquez, USFWS.  Re:  Supplemental
                        Draft Environmental Impact Statement Cooperating Agency Review.
                        2 pages.

**Declaration Exhibit 35, Page 10 of 46**

Case 1:06-cv-00009-JWS    Document 25-38    Filed 03/26/07    Page 10 of 46

January 21, 2005.    Letter Reuben Yost to Jim Helfinstine, USCG. Re: Supplemental
                     Draft Environmental Impact Statement Cooperating Agency Review.
                     2 pages.

January 14, 2005     Email Christine Reichgott, EPA to Reuben Yost, AKDOT&PF et al
                     Subject: Re: SDEIS availability

January 13, 2005     Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
                     Subject: talking points

January 5, 2005      Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
                     Subject: (Fwd: SDEIS Noise Sections)
                     Attachment: None printed

Undated notes.       1 page.

January 2005.        Juneau Access Improvements Project Newsletter.

December 28, 2004    Email Thomas Baily, URS Corp to Tim Haugh, FHWA et al
                     Subject: SDEIS Noise Section
                     Attachment: None printed

December 27, 2004    Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA et al
                     Subject: Fwd: Yet Another Noise Section
                     Attachment: None printed

December 22, 2004.   email Dan Harris to Tim Haugh. Re: SDEIS noise Sections. 2 pages.

December 22, 2004    Email Dan Harris, FHWA to Tim Haugh, FHWA et al
                     Subject: RE: SDEIS noise sections

December 16, 2004.   FHWA Alaska Division review of Engineer's Estimate for Project
                     STP-000S(131), Juneau Access. 14 pages.

December 16, 2004    Email Reuben Yost, AKDOT&PF to Patrick Kemp, AKDOT&PF et al
                     Subject: contact numbers

December 15, 2004    Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
                     Subject: SDEIS noise sections
                     Attachment: None printed

December 10, 2004    Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
                     Subject: review copy of DSEIS

December 6, 2004.    Letter Marcia Blaszak to Reuben Yost. 9 pages.

**Declaration Exhibit 35, Page 11 of 46**

December 3, 2004.   Letter Marcia Blaszak to David Miller. 1 page.

December 3, 2004    Email Karen Schmidt, FHWA to MaryAnn Naber, FHWA et al
                    Subject: RE: (Fwd: draft language for NP)

December 3, 2004    Email Karen Schmidt, FHWA to David Miller, FHWA et al
                    Subject: Juneau Access – call from Skagway News

December 2, 2004    Email Karen Schmidt, FHWA to Tim Haugh, FHWA et al
                    Subject: FW: (Fwd: draft language for NP)
                    Attachment: None printed

December 2, 2004    Email Karen Schmidt, FHWA to Michael Barton, AKDOT&PF et al
                    Subject: FW: Suggested replacement language for Juneau Access
                    Attachment: None printed

November 30, 2004.  Letter Reuben Yost to Jeff Koschak, US Army. Re: Cooperating
                    Agency SDEIS Review. 6 pages.

November 30, 2004   Email Steve Boch, FHWA to Karen Schmidt, FHWA et al
                    Subject: FW: Juneau Access
                    Attachment: None printed

November 29, 2004.  Letter Reuben Yost to Kenneth Vaughn, USFS. Re: Cooperating
                    Agency preliminary SDEIS review comments. 3 pages.

November 29, 2004.  Letter Reuben Yost to Bruce Halstead, FWS. Re: Cooperating Agency
                    preliminary SDEIS review comments. 2 pages.

November 29, 2004   Email Karen Schmidt, FHWA to Commissioner et al
                    Subject: FHWA Draft strategy for Juneau Access EIS
                    Attachment: None printed

November 29, 2004   Email Dale Lewis, FHWA to Tim Haugh, FHWA et al
                    Subject: Review of Bradfield Cost Estimate
                    Attachment: None printed

November 29, 2004   Email Dale Lewis, FHWA to Tim Haugh, FHWA et al
                    Subject: Review of Bradfield Cost Estimates
                    Attachment: None printed

November 23, 2004   Email Karen Schmidt, FHWA to Tim Haugh, FHWA
                    Subject: FW: Juneau Access EIS – 4(f) issue

November 22, 2004   Email Lamar Smith, FHWA to Karen Schmidt, FHWA et al
                    Subject: None noted

**Declaration Exhibit 35, Page 12 of 46**

Case 1:06-cv-00009-JWS    Document 25-38    Filed 03/26/07    Page 12 of 46

November 17, 2004    Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: response to 97 DEIS comments
Attachment: None printed

November 17, 2004    Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: comments
Attachment: None printed

November 14, 2004    Email Karen Schmidt, FHWA to MaryAnn Naber, FHWA et al
Subject: Juneau Access – 4f applicability to National Historic
Landmark – request for a meeting
Attachment: None printed

November 11, 2004    Email Cindy Burbank, FHWA to Karen Schmidt, FHWA et al
Subject: RE: Juneau Access – 4f applicability to National Historic
Landmark – request for a meeting

November 10, 2004    Email Karen Schmidt, FHWA to MaryAnn Naber, FHWA et al
Subject: Juneau Access – 4f applicability to National Historic
Landmark – request for a meeting
Attachment: None printed

November 8, 2004.    Email Karen Schmidt to John Lohrey, Steve Boch.
Subject: Meeting with the Park Service. 26 pages (dbl sided).

November 8, 2004    Email Karen Schmidt, FHWA to John Lohrey, FHWA et al
Subject: FW: Meeting with the Park Service

November 7, 2004    Email David Miller, FHWA to Karen Schmidt, FHWA et al
Subject: Meeting with the Park Service

November 4, 2004.    Draft letter Marcia Blaszak, NPS to Dave Miller. 3 pages (dbl sided)

November 3, 2004    Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: NPS final chrono
Attachment: None printed

November 2, 2004.    Marcia Blaszak to Tim Haugh, David Miller. Re: Page revision. 1 page.

October 29, 2004    Email Thomas Baily, URS Corp to Reuben Yost, AKDOT&PF et al
Subject: Noise Changes to Juneau Access Improvements Project
SDEIS
Attachment: None printed

**Declaration Exhibit 35, Page 13 of 46**

| October 29, 2004 | Email Karen Schmidt, FHWA to Steve Boch, FHWA et al<br>Subject: RE: Juneau Access |
|---|---|
| October 29, 2004 | Email Karen Schmidt, FHWA to Tim Haugh, FHWA<br>Subject: FW: Juneau Access |
| October 28, 2004 | Email David Ortez, FHWA to Paul Wistrand, FHWA et al<br>Subject: RE: PDF file transfer |
| October 27, 2004 | Email David Ortez, FHWA to Tim Haugh, FHWA<br>Subject: Getting the document to you |
| October 27, 2004 | Email Elizabeth Hoffman, FHWA to Tim Haugh, FHWA<br>Subject: RE: Getting the document to you |
| October 27, 2004 | Email Paul Wistrand, FHWA to Tim Haugh, FHWA et al<br>Subject: RE: Getting the document to you<br>Attachment: None printed |
| October 27, 2004 | Email David Ortez, FHWA to Tim Haugh, FHWA<br>Subject: RE: Getting the document to you |
| October 27, 2004 | Email Daivd Ortez, FHWA to Tim Haugh, FHWA<br>Subject: Tomorrow |
| October 27, 2004 | Email David Ortez, FHWA to Tim Haugh, FHWA et al<br>Subject: RE: Tomorrow |
| October 26, 2004 | Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA<br>Subject: (Fwd: Juneau Access Improvement Project)<br>Attachment: None printed |
| October 26, 2004 | Email David Ortez, FHWA to Tim Haugh, FHWA<br>Subject: Juneau Access Life-Cycle costs |
| October 22, 2004 | Email Elizabeth Hoffman, FHWA to Tim Haugh, FHWA<br>Subject: NHL letter<br>Attachment: None printed |
| October 22, 2004 | Email Deborah Holman, AKDOT&PF to Tim Haugh, FHWA et al<br>Subject: Juneau Access Visuals<br>Attachment: None printed |
| October 21, 2004. | Letter Dave Miller to Marcia Blaszak NPS. Re: Juneau Access<br>Improvements. 4 pages. |

FHWA WORKING DRAFT

**Declaration Exhibit 35, Page 14 of 46**

| October 20, 2004 | Email Lamar Smith, FHWA to Tim Haugh, FHWA<br>Subject: RE: Skagway – Dewey Lakes Parcel |
|---|---|
| October 20, 2004 | Email Lamar Smith, FHWA to Tim Haugh, FHWA et al<br>Subject: RE: Skagway – Dewey Lakes Parcel |
| October 19, 2004. | Letter Judith Bittner to Tim Haugh. Re: Juneau Access Improvements Project, Southeast Alaska. 2 pages. |
| October 19, 2004 | Email Lamar Smith, FHWA to Tim Haugh, FHWA et al<br>Subject: RE: Skagway – Dewey Lakes Parcek |
| October 18, 2004 | Email David Ortez, FHWA to Tim Haugh, FHWA<br>Subject: Cost to operate a motor vehicle |
| October 17, 2004. | Juneau Empire. "Capitol is more realistic than constructing road." &<br>"Tired of state's bullying on road." 1 page. |
| October 15, 2004. | Memo Reuben Yost to Tim Haugh. Re: 10/11/04 Teleconference. 2 pages. |
| October 15, 2004 | Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA<br>Subject: teleconference with Skagway<br>Attachment: None printed |
| October 15, 2004 | Email Karen Schmidt, FHWA to Karen Schmidt, FHWA et al<br>Subject: RE: Meeting discuss Lower Dewey Lakes land area - POSTPONED |
| October 13, 2004 | Email Reuben Yost, AKDOT&PF to Ed Fogels et al<br>Subject: Re: (Fwd: Fw: URS/ADOTP&F References) |
| October 13, 2004 | Email David Ortez, FHWA to Tim Haugh, FHWA<br>Subject: RE: Dewey Lakes Parcel – Skagway, AK |
| October 8, 2004. | Letter Christine Reichgott, NEPA Review Unit EPA to Tim Haugh, Reuben Yost. 5 pages. |
| October 8, 2004 | Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA<br>Subject: draft memo<br>Attachment: None printed |

October 7, 2004. AND. "Skagway vote could hamper road to Juneau." 1 page (dbl side).

**Declaration Exhibit 35, Page 15 of 46**

October 7, 2004.  Letter Mike Barton to Robert Ward, Skagway City Manager. Re: Juneau Access. 1 page.

October 7, 2004  Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: (Fwd: (Fwd: Fw: URS/ADOT&PF References))
Attachment: None printed

October 7, 2004  Email David Ortez, FHWA to Tim Haugh, FHWA et al
Subject: FW: Skagway vote could hamper road to Juneau

October 7, 2004  Email Karen Schmidt, FHWA to David Ortez, FHWA et al
Subject: Alaska - Article on Dewey Lakes
Attachment: None printed

October 6, 2004.  Letter Gary Paxton to Bob Ward, Skagway City Manager. Re: Juneau Access. 1 page.

October 6, 2004  Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: (Fwd: Draft letter and comments re: determination of effect)
Attachment: None printed

October 5, 2004.  Juneau Empire. "Skagway vote could block road to Juneau." 1 page (dbl side).

October 5, 2004  Email David Miller, FHWA to Karen Schmidt, FHWA et al
Subject: Skagway News top stories 9-24-04.pdf
Attachment: None printed

October 5, 2004  Email Karen Schmidt, FHWA to David Ortez, FHWA et al
Subject: FW: Skagway News top stories 9-24-04.pdf
Attachment: None printed

October 4, 2004  Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: NPS & USFS consultation
Attachment: None printed

September 29, 2004.  Letter Tim Haugh to Judith Bittner. Re: Juneau Access Improvements Project. Determinations of Eligibility. 20 pages (dbl sided).

September 29, 2004  Email Lance Hanf, FHWA to Tim Haugh, FHWA
Subject: Juneau Access

September 23, 2004  Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: (Fwd: (Fwd: Re: Sawmill Cove))
Attachment: None printed

**Declaration Exhibit 35, Page 16 of 46**

September 23, 2004      Email Edrie Vinson, FHWA to Elizabeth Hoffman, FHWA et al
                        Subject: FW: SHPO letter on Juneau Access

September 22, 2004.     email Lorraine Marshall, ADOT to Reuben Yost. Re: Sawmill Cove.
                        3 pages.

September 22, 2004.     Letter Robert Ward, Skagway City Manager to Peter Putzier, AKDOL.
                        2 pages.

September 22, 2004      Email Jonathan Freedman, EPA to Reuben Yost, AKDOT&PF et al
                        Subject: Re: (Fwd: cooperating agency comments on Juneau Access
                        pSDEIS)

September 21, 2004      Email Reuben Yost, AKDOT&PF to Jonathan Freedman et al
                        Subject: (Fwd: cooperating agency comments on Juneau Access
                        pSDEIS)
                        Attachment: None printed

September 20, 2004.     email Lorraine Marshall to Reuben Yost. Re: Sawmill Cove. 2 pages.

September 20, 2004      Letter Marcia Balszek, NPS to Reuben Yost, ADOT
                        Subject: None noted

September 20, 2004.     Letter Gregg Renkes, Attorney General to Bob Ward, Skagway City
                        Manager. Re: Juneau Access. 4 pages.

September 20, 2004.     Memo to file from Patrick Kemp. Re: PJ 71100 JNU Access
                        DLSMAC 9/2/04 Meeting Minutes. 10 pages.

September 17, 2004.     email Reuben Yost to Myra Gilliam. Re: Figures of Historic Districts
                        in SDEIS. 1 page.

September 17, 2004.     Memo Reuben Yost to file. Re: 9/9/04 NPS meeting. 2 pages.

September 17, 2004      Email Reuben Yost, AKDOT&PF to Myra Gilliam et al
                        Subject: Figures of Historic Districts in SDEIS

September 15, 2004.     Letter Jeff Koschak, US Army, to Reuben Yost. 28 pages.

September 15, 2004      Email Reuben Yost, AKDOT&PF to Myra Gilliam et al
                        Subject: Re: Comments of Juneau Access Preliminary Draft EIS

September 14, 2004.     email Lorraine Marshall to Reuben Yost. Re: Cooperating agency
                        comments on Juneau Access PSDEIS. 1 page

September 13, 2004.     Letter Kenneth Vaughan to Reuben Yost. 3 pages.

September 13, 2004.  email Reuben Yost to various parties.  Re:  Cooperating Agency comments on Juneau Access pSDEIS.  2 pages.

September 13, 2004  Email Reuben Yost, AKDOT&PF to Jeffrey Koschak et al Subject:  Re:  cooperating agency comments on Juneau Access pSDEIS

September 13, 2004  Email Susan Walker to Reuben Yost, AKDOT&PF et al Subject:  Re:  cooperating agency comments on Juneau Access pSDEIS

September 13, 2004  Email Jeffrey Koschak to Reuben Yost, AKDOT&PF et al Subject:  RE:  cooperating agency comments on Juneau Access pSDEIS

September 13, 2004  Email Reuben Yost, AKDOT&PF to Susan Walker et al Subject:  Re:  cooperating agency comments on Juneau Access pSDEIS

September 13, 2004  Email Reuben Yost, AKDOT&PF to Jeffrey Koschak et al Subject:  Re:  cooperating agency comments on Juneau Access pSDEIS

September 10, 2004  Email Reuben Yost, AKDOT&PF to Susan Walker, NOAA et al Subject:  cooperating agency comments on Juneau Access pSDEIS

September 9, 2004  Email Myra Gilliam to Reuben Yost.  Re:  Comments of Juneau Access Preliminary Draft EIS.  2 pages.

September 9, 2004  Email Lance Hanf, FHWA to Tim Haugh, FHWA et al Subject:  Juneau Access Admin. DEIS

September 7, 2004  Letter Marcia Blaszak to Reuben Yost.  9 pages.

September 7, 2004  Email David Ortez, FHWA to Tim Haugh, FHWA et al Subject:  Phone call with attorney Bob Lasko (907-723-1314)

September 6, 2004  Letter Dennis Bousson, Chairman Dewey Lakes Special Mgmt Area Committee, to Mayor and City Council.  4 pages.

September 2, 2004  Letter Tom Briggs to Bob Ward, Manager City of Skagway.  Re: Juneau Access.  3 pages.

September 1, 2004  Email David Ortez, FHWA to Tim Haugh, FHWA et al Subject:  Juneau Access 4(f) Issue

**Declaration Exhibit 35, Page 18 of 46**

August 31, 2004.    Letter Lorraine Marshall to Agency Reviewers. Re: Draft Wildlife
Technical Report. 2 pages.

August 31, 2004.    Email to Steve Boch. Re: August 31, 2003 meeting with EPA on
Juneau Access. 2 pages.

August 27, 2004.    Letter Bruce G Halstead, FWS to Reuben Yost. Re: Juneau Access
Preliminary Supplemental Draft Environmental Impact Statement. 5
pages.

August 24, 2004.    Photos. 9 photos.

August 15, 2004.    Anchorage Daily News. "Governor seeks road to Juneau:
Transportation: Southeast plan also includes fast ferries." 1 page (dbl
sided).

August 13, 2004.    Letter Reuben Yost to Pete Griffin, USFS. Re: Significant Recreation
Facilities Juneau Access Improvements. 5 pages.

August 13, 2004.    Letter Reuben Yost to Tom Irwin DNR. Re: Significant Recreation
Facilities Juneau Access Improvements. 6 pages.

August 13, 2004     Email Lorraine Marshall, AKDOT&PF to Tim Haugh, FHWA et al
Subject: Minutes of June meetings
Attachment: None printed

August 12, 2004     Email Lorraine Marshall, AKDOT&PF to Tim Haugh, FHWA et al
Subject: Applicable Federal and State Land Management Policies
Attachment: None printed

August 11, 2004.    Letter Reuben Yost to John Leeds, US COE. Re: Juneau Access
Improvements Project No. 71100. 1 page.

August 11, 2004.    Letter Reuben Yost to Myra Gilliam, USFS. Re: Juneau Access
Improvements. 2 pages.

August 10, 2004.    Draft letter Tim Haugh to Judith Bittner. Re: DOE and find of No
Adverse Effect. 9 pages.

August 10, 2004     Email Edrie Vinson, FHWA to Reuben Yost, AKDOT&PF et al
Subject: SHPO Draft Juneau Access
Attachment: None printed

August 10, 2004     Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: 4f determination

**Declaration Exhibit 35, Page 19 of 46**

Attachment: None printed

August 9, 2004. Letter David C Miller to:
    Rosita Worl, Sealaska Heritage Institute
    Albert Wallace, Aukquan Traditional Council
    Lee Clayton, Chilkoot Indian Association of Haines
    Jones Hotch, Chilkat Village of Klukwan
    Frank Wright Jr., Hoonah Indian Association
    Thomas Crandall, Klukwan, Inc.
    Chris McNeil, Sealaska Corporation
    Gary Droubay, Goldbelt, Inc.
    Norman Sarabia, Douglas Indian Association
    Edward Thomas, Tlingit & Haida Central Council
    Lance Twitchell, Skagway Traditional Council. Re: Juneau Access Improvements
Project. Determination of eligibility and finding of No Adverse Effect pursuant to 36
CFR 800.4(c) and 800.5(b). 2 pages each (dbl sided).

| | |
|---|---|
| August 8, 2004 | Email Edrie Vinson, FHWA to Reuben Yost, AKDOT&PF et al<br>Subject: Juneau Access Sec 106 |
| August 6, 2004 | Email Edrie Vinson, FHWA to Elizabeth Hoffman, FHWA et al<br>Subject: FW: Tribal letters Juneau Access<br>Attachment: None printed |
| August 5, 2004 | Email Reuben Yost, AKDOT&PF to Edrie Vinson, FHWA et al<br>Subject: changes to Summary Report<br>Attachment: None printed |
| August 2, 2004 | Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA<br>Subject: tribal consult letter<br>Attachment: None printed |
| July 29, 2004. | Memo David C. Miller to File. Re: Supplemental Studies for Permits<br>on Juneau Access EIS prior to release of the Supplemental Draft EIS.<br>1 page (dbl sided). |
| July 27, 2004 | Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA<br>Subject: (Fwd: Latest summary report) |
| July 27, 2004 | Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA<br>Subject: DOEs for Juneau Access<br>Attachment: None printed |
| July 26, 2004 | Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA<br>Subject: executive summary |

**Declaration Exhibit 35, Page 20 of 46**

July 26, 2004     Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: draft SHPO letter
Attachment: None printed

July 15, 2004.     New York Times. "Alaska's Capital Weighs Loss of a Glorious Isolation." 1 page.

June 15, 2004     Email David Miller, FHWA to Karen Schmidt, FHWA et al
Subject: FW: (Fwd: (Fwd: Draft of ADOT&PF item for the Journal))

June 14, 2004     Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: (Fwd: Fw: Berners cabin & Sturgill's Landing)
Attachment: None printed

June 8, 2004     Email Judith Lee, EPA to Tim Haugh, FHWA et al
Subject: Re: Juneau Access EIS

June 4, 2004.     Letter Mike Barton to Friends of the Earth. Re: most wasteful projects in Alaska. 1 page.

June 3, 2004     Email Deborah Holman, AKDOT&PF to Tim Haugh, FHWA et al
Subject: PSDEIS – June 1, 2004 – Section 4

June 2, 2004.     www.taxpayer.net. "The 27 Most Wasteful Road Projects in America." 1 page (dbl sided).

June 2, 2004     Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: pSDEIS

June 1, 2004.     Letter of transmittal for 2 copies of PSDEIS for review and comment. 1 page.

June 1, 2004.     FHWA Comments on 6/1/04 Juneau Access draft SDEIS DOT&PF and FHWA Meetings 6/10, 6/11 and 6/18/04. 18 pages (dbl sided).

May 3, 2004     Email David Ortez, FHWA to Tim Haugh, FHWA
Subject: Juneau Access Flight Pictures

April 28, 2004     Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: (Fwd: Juneau Access Archeological work)
Attachment: None printed

April 19, 2004     Email Reuben Yost, AKDOT&PF to Michael Yarborough et al
Subject: Re: District boundaries

April 19, 2004     Email David Ortez, FHWA to Tim Haugh, FHWA

**Declaration Exhibit 35, Page 21 of 46**

Subject: Juneau Access P&N

April 16, 2004.   Letter Gary Paxton to Tim Bourcy, Mayor of Skagway. Re: Skagway
Mitigation. 5 pages.

April 6, 2004   Email Bruce Noble, NPS to Reuben Yost, AKDOT&PF et al
Subject: Re: Juneau Access

April 2, 2004   Email Reuben Yost, AKDOT&PF to Bruce Noble, NPS et al
Subject: Re: Juneau Access

April 1, 2004   Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: (Fwd: Juneau Access)
Attachment: None printed

March 30, 2004   Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: 106 procedures

March 26, 2004   Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: Re: (Fwd: Juneau Access)

March 25, 2004   Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: (Fwd: Juneau Access)
Attachment: None printed

March 25, 2004   Email Tim Haugh, FHWA to Reuben Yost, AKDOT&PF et al
Subject: RE: (Fwd: Juneau Access)

March 25, 2004   Email Tim Haugh, FHWA to Reuben Yost, AKDOT&PF et al
Subject: RE: (Fwd: Juneau Access)

March 25, 2004   Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: (Fwd: 1950-4; Enhancement Opportunities for Juneau
Access)
Attachment: None printed

March 22, 2004.   City of Skagway Alaska Resolution 04-04R. 2 pages.

March 16, 2004   Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: (Fwd: reorganization of SDEIS Chapter 4)
Attachment: None printed

March 11, 2004   Email Judith Lee, EPA to Tim Haugh, FHWA et al
Subject: Re: FW: FW: FW: EPA"s Cooperating Agency Status

March 09, 2004   Email Judith Lee, EPA to Tim Haugh, FHWA

22 of 46

Subject: Judith Leckrone Lee is out of the office until March 10

| | |
|---|---|
| March 08, 2004 | Email Reuben Yost, AKDOT&PF to David Miller, FHWA et al<br>Subject: Initial Site Assessment |
| March 08, 2004 | Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA et al<br>Subject: Re: FW: FW: EPA"s Cooperating Agency Status |
| March 05, 2004 | Email Judith Lee, EPA to Tim Haugh, FHWA et al<br>Subject: Re: FW: EPA"s Cooperating Agency Status |
| March 02, 2004 | Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA<br>Subject: Re: EPA"s Cooperating Agency Status |
| March 02, 2004 | Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA<br>Subject: Re: EPA"s Cooperating Agency Status |
| February 28, 2004 | Email Karen Schmidt, FHWA to Tim Haugh, FHWA et al<br>Subject: RE: Tribal Consultation-JA |
| February 27, 2004. | Letter Reuben Yost to Tim Bourcy, Mayor of Skagway. Re: Skagway<br>Mitigation. 2 pages. |
| February 27, 2004. | Land Management Plans Applicable to the Project Area Management<br>Policies Indicating Multiple Use of State and Federal Lands. 69 pages. |
| February 26, 2003 | Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA<br>Subject: Tribal Consultation-JA |
| February 25, 2004. | Letter Stephen Boch to Reuben Yost. Re: Juneau Access time<br>extension. 1 page. |
| February 20, 2003 | Email Reuben Yost, AKDOT&PF Tim Haugh, FHWA<br>Subject: Construction camps, barge landings, etc. |
| February 20, 2003 | Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA<br>Subject: City of Skagway land parcel |
| February 17, 2004. | Letter Tim Bourcy to Reuben Yost. Re: Juneau Access Improvements<br>5 pages. |
| February 12, 2004. | Letter James W Balsiger, NOAA Administrator AK Region to Reuben<br>Yost. Re: Draft Wetlands Technical Report. 5 pages. |
| February 9, 2004 | Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA<br>Subject: draft 4f letters to FS and DNR |

**Declaration Exhibit 35, Page 23 of 46**

Attachment: None printed

February 5, 2004.    Letter Reuben Yost to Stephen Boch. Re: Juneau Access time extension. 2 pages.

February 4, 2004.    Juneau Empire. "That Road out: What is it, and isn't." 1 page (dbl sided).

February 3, 2004.    Memo Reuben Yost to Tim Haugh. Re: City of Skagway to Identify Recreational Facilities in Lower Dewey Lake Area. 14 pages.

January 31, 2003.    Anchorage Daily News. "Southeast ferry, road plans split the crowd." 1 page (dbl sided).

January 30, 2003    Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA Subject: 4f letters to FS and DNR Attachment: None printed

January 16, 2004.    Letter Lorraine Marshall, Project Environmental Coordinator AKDOT&PF to Distribution List (Tim Haugh was a cc). Re: Draft Essential Fish Habitat. 2 pages.

January 16, 2003    Email Lorraine Marshall, AKDOT&PF to Neil Barten et al Subject: Juneau Access Draft EFH Technical Report Attachment: None printed

January 14, 2003    Email Lorraine Marshall, AKDOT&PF to Neil Barten et al Subject: Draft Wetlands Technical Report Attachment: None printed

January 12, 2004.    Letter Lorraine Marshall, Project Environmental Coordinator AKDOT&PF to Distribution List (Tim Haugh was a cc). Re: Draft Wetlands Report. 3 pages.

January 5, 2004.    Letter Reuben Yost to Tim Bourcy, Mayor of Skagway. Re: Significant Recreation Facilities. 2 pages.

January 2004.    Final Inventory and Evaluation of Historic Properties.

December 15, 2003    Email Lorraine Marshall, AKDOT&PF to Tim Haugh, FHWA et al Subject: Juneau Access Improvements Project

December 3, 2003    Email Judith Lee, EPA to Tim Haugh, FHWA et al Subject: Re: Juneau Access EIS

December 2003.    Draft Initial Site Assessment Technical Report.

November 26, 2003    Email Leonard Corin, FWS to Tim Haugh, FHWA
                     Subject: Re: Juneau Access EIS

November 26, 2003    Email James Helfinstine, USCG to Tim Haugh, FHWA
                     Subject: RE:

November 26, 2003    Email Richard Enriquez, FWS to Tim Haugh, FHWA
                     Subject: Re: Juneau Access EIS

November 25, 2003.   Letter Tim Haugh to Reuben Yost. Re: Applicability of Section 4(f)
                     to Dewey lake Parcel, Juneau Access Study. 1 page (double sided).

November 24, 2003.   Letter J N Helfinstine, District Bridge Program Adm USCG to Reuben
                     Yost. Re: Juneau Access EIS-Request to Participate as a Cooperating
                     Agency. 1 page.

November 24, 2003    Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
                     Subject: JA Cooperating Agencies

November 24, 2003    Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
                     Subject: 10/31/03 Skagway 4f letter
                     Attachment: None printed

November 24, 2003    Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
                     Subject: ACOE's Coop Agency

November 19, 2003.   Letter Judith Bittner, State Historic Preservation Officer to Reuben
                     Yost. Re: Juneau Access Improvements. 1 page.

November 17, 2003.   Letter Larry L Reeder, Chief Regulatory Branch U.S. Army to Reuben
                     Yost. Re: Juneau Access. 2 pages.

November 6, 2003     Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
                     Subject: cooperating agencies

November 6, 2003     Email Lorraine Marshall, AKDOT&PF to Tim Haugh, FHWA et al
                     Subject: Minutes, 10/30/03 Juneau Access meeting
                     Attachment: None printed

November 6, 2003     Email Tim Haugh, FHWA to Tim Haugh, FHWA
                     Subject: FW: E-mail addresses

November 5, 2003.    Draft Alternative Screening Report. October 2003. 40 pages.

**Declaration Exhibit 35, Page 25 of 46**

Case 1:06-cv-00009-JWS    Document 25-38    Filed 03/26/07    Page 25 of 46

October 31, 2003. Letter Reuben Yost to Tim Haugh. Re: Juneau Access Improvements. 7 pages (inc 3 maps).

October 31, 2003. Letter Reuben Yost to Tim Haugh. Re: Juneau Access Improvements. (Dewey Lakes Chronology). 100 pages.

October 30, 2003. One page notes.

October 30, 2003. Agenda Juneau Access Project Meeting. 2 pages.

October 30, 2003. Minutes – Juneau Access Improvements Project Agency Update Meeting. 3 pages (dbl sided).

October 29, 2003. Juneau Access Improvements EIS Draft Schedule. 6 pages.

October 29, 2003  Email Tim Haugh, FHWA to Reuben Yost, AKDOT&PF et al
Subject: RE: draft alternative screen

October 29, 2003  Email Lorraine Marshall, AKDOT&PF to Joyce Payne et al
Subject: Juneau Access Meeting Agenda
Attachment: None printed

October 28, 2003  Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: draft alternative screen
Attachment: None printed

October 28, 2003  Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: (Fwd: JA 2003 Screening Report Figures)
Attachment: None printed

October 28, 2003  Email Deborah Holman, AKDOT&PF to Tim Haugh, FHWA
Subject: E-mail addresses

October 24, 2003  Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: (Fwd: Noise data needs) & coop agencies
Attachment: None printed

October 23, 2003  Email Deborah Holman, AKDOT&PF to Gary Paxton, AKDOT&PF et al
Subject: Juneau access meeting location

October 21, 2003. Juneau Empire. "My Turn: Road to Skagway will benefit Juneau residents the most." 2 pages.

October 20, 2003  Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
Subject: Skagway 4f

**Declaration Exhibit 35, Page 26 of 46**

October 9, 2003. <u>Juneau Empire.</u> "Survey says Juneau split on road debate." 3 pages.

September 30, 2003. <u>Juneau Empire.</u> "My Turn: DOT&PF aims to improve alternatives, preferred or not." 2 pages.

September 28, 2003     Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
                       Subject: Skagway 4f

September 28, 2003     Email Reuben Yost, AKDOT&PF to Jim Helfinstine, USCG et al
                       Subject: bridge clearance

September 25, 2003. Letter James W Balsiger Administrator NOAA AK Region to Reuben
       Yost. Re: Juneau Access Improvements. 1 page.

September 23, 2003     Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA et al
                       Subject: Skagway 4f

September 18, 2003. Email (includes several emails) between Ken Vaught, Deputy Director
       EAM USFS and Reuben Yost. Re: Juneau Access FS sensitive plants & BE. 7
       pages.

September 16, 2003. Letter Reuben Yost to Judith Bittner, State Historic Preservation
       Officer. Re: Juneau Access Improvements. 2 pages.

September 14, 2003     Email Ken Vaughan, USFS to Reuben Yost, AKDOT&PF et al
                       Subject: Re: Juneau Access FS sensitive plants & BE

September 12, 2003     Email Reuben Yost, AKDOT&PF to Ken Vaughan, USFS et al
                       Subject: Re: Juneau Access FS sensitive plants & BE

September 11, 2003     Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA et al
                       Subject: Juneau Access navigation issues

September 10, 2003. Letter Reuben Yost to Susan Walker, National Marine Fisheries. Re:
       Juneau Access Improvements. 2 pages.

September 9, 2003     Email Reuben Yost, AKDOT&PF to Jim Helfinstine, USCG et al
                      Subject: (Fwd: Juneau Access navigability determinations)

September 9, 2003. Letter Reuben Yost to Albert Wallace, Aukquan Traditional Council.
       Re: Juneau Access Improvements. 3 pages.

August 23, 2003       Email Joyce Payne, URS Corp to Reuben Yost, AKDOT&PF et al
                      Subject: 20 August 2003 meeting notes
                      Attachment: None printed

**Declaration Exhibit 35, Page 27 of 46**

August 20, 2003.  Joyce Payne to file.  Re:  Juneau Access Improvements EIS Issues, Fieldwork, and Technical Studies.  2 pages.

August 15, 2003.  Statement of services Juneau Access Improvements Environmental Impact Statement Amendment No 6.  59 pages.

June 30, 2003        Email David Miller, FHWA to Tim Haugh, FHWA et al
                     Subject:  FW: (Fwd: July 11th Bradfield road flyover)

June 20, 2003.  Draft letter Reuben Yost to Tim Haugh.  Re:  Juneau Access Project 4(f) Applicability Determination Report.  100 pages.

June 13, 2003        Email Steve Boch, FHWA to Tim Haugh, FHWA
                     Subject:  Karst mtg for Juneau Access

June 12, 2003        Email Steve Boch, FHWA to Tim Haugh, FHWA
                     Subject:  Juneau Access-Karst scoping mtg.

June 9, 2003         Email Joyce Payne, URS Corp to
                     john.c.leeds@POA0s.usace.army.mil et al
                     Subject:  draft karst methodology.

June 4, 2003         Email Steve Boch, FHWA to Tim Haugh, FHWA
                     Subject:  FW:  29 May 2003 meeting notes and sign-in sheet

June 4, 2003         Email Steve Boch, FHWA to Tim Haugh, FHWA
                     Subject:  FW:  29 May meeting notes correction

May 30, 2003.  Juneau Access Improvements EIS Issues, Fieldwork, and Technical Studies Project No. 71100.  2 pages (dbl sided).

May 30, 2003.  Declaration of David C. Miller.  1 page.

May 29, 2003.  Coordination Meeting.  11 pages.

May 19, 2003.  Meeting Agenda Juneau Access Improvement SDEIS.  14 pages.

May 8, 2003          Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA et al
                     Subject:  Re:  Juneau Access

May 2003.  Draft Methodology for Karst Assessment Lynn Canal West Side.  12 pages (some dbl sided).

**Declaration Exhibit 35, Page 28 of 46**

April 28, 2003          Email Reuben Yost, AKDOT&PF to Tim Haugh, FHWA
                        Subject:  (Fwd: National Park Service Comments on NOI for Juneau
                        Access Improvements SDEIS)
                        Attachments:  None printed

April 25, 2003.  Letter Robert L Arnberger, Regional Director AK DOI to Tim Haugh.  Re:
        Juneau Access.  2 pages.

April 18, 2003.  Letter Rosemary Hagevig, Executive Director Catholic Community Service
        to Mike Barton.  Re:  Juneau EIS Scoping Comments:  Environmental Justice Issues.
        1 page.

April 18, 2003.  Letter Emily Ferry, Community Organizer Southeast Alaska Conservation
        Council to Reuben Yost.  Re:  Scoping for Juneau Access Supplemental Draft EIS.
        48 pages (some dbl sided).

April 18, 2003.  Email Irene Henricksen to Reuben Yost.  Re:  Juneau Access.  1 page.

April 18, 2003.  Letter Nancy Berland, Issues Coordinator Lynn Canal Conservation to
        Reuben Yost.  Re:  Juneau Access.  3 pages.

April 18, 2003.  Letter Mrk Rorick, Chair Juneau Group of the Sierra Club to Reuben Yost.
        Re:  Juneau Access Scoping Comments.  34 pages.

April 17, 2003.  Letter Corrie Bosman, Alaska Program Director Center for Biological
        Diversity to Reuben Yost.  Re:  Scoping Comments Regarding the Juneau Access
        Project SEIS.  3 pages.

April 17, 2003.  Letter Bridget Lyons, Transportation Policy Coordinator Wildlands CPR to
        Reuben Yost.  Re:  Juneau Access.  3 pages.

April 17, 2003.  Letter Deb Ajango, Executive Director Alaska Wilderness Recreation &
        Tourism Association to Reuben Yost.  Re:  Juneau Road Project.  2 pages.

April 17, 2003.  Email Eddie Herzinger, President Haines Chamber of Commerce to Reuben
        Yost.  Re:  Juneau Access.  1 page.

April 17, 2003          Email hubsmtp.gwhub.reuben_yost@dot.state.ak.us to Tim Haugh,
                        FHWA
                        Subject:  Re:  conflict memo

April 16, 2003.  Letter Butch (Last name unreadable) and Barbara Kelly of Alaska Discovery
        to Reuben Yost.  Re:  Scoping comments on Juneau Access Improvements SEIS.  2
        pages.

April 14, 2003.  Juneau Access Improvements SDEIS Agency Scoping Meeting.  4 pages.

**Declaration Exhibit 35, Page 29 of 46**

April 13, 2003. Juneau Empire. "Juneau Access study off and running." 1 page.

March 31, 2003          Email hubsmtp.gwhub.tara.jeans@mcdowellgroup.net to Tim Haugh, FHWA et al
                        Subject: Juneau Access EIS – Agency Meeting

March 31, 2003          Email hubsmtp.gwhub.tara.jeans@mcdowellgroup.net to Tim Haugh, FHWA et al
                        Subject: RE: Juneau Access EIS – Agency Meeting

March 26, 2003. Juneau Empire. "State restarts Juneau Access Study." 2 pages (dbl sided).

March 17, 2003          Email Tim Haugh, FHWA to jdgeddie@earthlink.net et al
                        Subject: Re: Request

March 13, 2003          Email jdgeddie@earthlink.net to Tim Haugh, FHWA
                        Subject: Request

March 11, 2003. Federal Register notice on SDEIS. 2 copies. 3 pages.

February 28, 2003. Letter Karen Schmidt to Federal Register. Re: NOI. 4 pages.

February 27, 2003. Letter Karen Schmidt to Timothy Inklebarger, Juneau Empire. Re: Freedom of Information Act Request. 8 pages.

February 19, 2003. Memo Mike Barton to Distribution (FHWA not noted on distribution). Re: Juneau Access Project Preferred Alternative. 1 page.

February 6, 2003        Email Karen Schmidt, FHWA to Karen Schmidt, FHWA et al
                        Subject: 2-4-03 Media Contact – Alaska Division – Juneau Access
                        Attachment: None printed

February 6, 2003. Letter David C Miller to Mike Barton. Re: Freedom of Information Act Request. 9 pages.

February 6, 2003. Juneau Access Management Plan. 2 pages.

February 5, 2003. Letter Timothy Inklebarger, Juneau Empire to David C Miller. Re: FOI Request. 1 page.

February 4, 2003        Email Steve Moler to Tim Haugh, FHWA et al
                        Subject: Re: Discussion with Juneau Empire – Tim Inklebarger

February 4, 2003        Email David Miller, FHWA to Tim Haugh, FHWA et al
                        Subject: Discussion with Juneau Empire – Tim Inklebarger

**Declaration Exhibit 35, Page 30 of 46**

January 21, 2003    Email Steve Boch, FHWA to Tim Haugh, FHWA et al
                    Subject: Revised ATP for Juneau Access

January 16, 2003    Email David Ortez, FHWA to Karen Schmidt, FHWA et al
                    Subject: Juneau Access

January 10, 2003.   Cordova 5.5 Mile Avalanche Path, Assessment and Safety Measurements.
                    11 pages.

January 3, 2003.    Memo Reuben Yost to Tim Haugh. Re: Reevaluation. 4 pages (dbl
                    sided).

No Date. Email David C Miller to John Lohrey, Karen Schmidt, Karen Tennison, Tim
         Haugh. Re: Discussion with Juneau Empire – Tim Inklebarger. 1 page.

December 19, 2002   Email David Miller, FHWA to Tim Haugh, FHWA et al
                    Subject: Status of Juneau Access Project Agreement

December 18, 2002. Letter David C Miller to Mike Barton. Re: Juneau Access
                   Environmental Impact Statement. 2 pages.

December 17, 2005   Emai David Ortez, FHWA to David Miller, FHWA et al
                    Subject: Juneau Access EIS Heads Up

December 17, 2002   Email David Miller, FHWA to Tim Haugh, FHWA et al
                    Subject: Juneau Access EIS Heads Up

December 2002. Juneau Access FEIS Budget – Explanation of Estimated Cost. 6 pages.

November 22, 2002   Email John Lohrey, FHWA to Tim Haugh, FHWA et al
                    Subject: Juneau Access briefing postponed

April 4, 2000. Letter Stephen A Moreno to Joseph L Perkins. 2 pages.

April 4, 2000. Letter Joseph L Perkins to Stephen Moreno. 1 page.

March 28, 2000. Letter Stephen A Moreno to Jamie Parsons. 1 page.

March 21, 2000. Letter Stephen A Moreno to Joseph L Perkins. 3 pages.

March 21, 2000. Memo Jamie Parsons to Steve Moreno. Re: Juneau Access. 9 pages.

March 15, 2000. Letter Warren Wild, Sandy Williams, Jon Scribner, Barry Bergdoll and
                Robert Martin to Senator John Torgerson. 2 pages.

**Declaration Exhibit 35, Page 31 of 46**

February 22, 2000.  Letter Joseph L Perkins to Stephen Moreno.  1 page.

November 15, 1999.  Public Notice of Application for Permit: Berners Bay 4.  6 pages (dbl sided).

October 19, 1999.  Letter Stephen A Moreno to Joseph L Perkins.  2 pages.

October 1999.  City of Skagway Comprehensive Plan (noted as exhibit 1, but unsure what it is an exhibit for).

August 13, 1998.  Letter Bill Ballard to Steven T Zimmerman, Assistant Administrator for Habitat NOAA.  7 pages.

May 29, 1998.  Memo Michael L Downing to Joseph L Perkins.  Re:  Juneau Access EIS Review.  3 pages.

February 23, 1998.  Memo Patrick J Kemp to Distribution (FHWA not on distribution list).  Re:  Juneau Access (Cover for February 20, 1998 Memo from Joseph L Perkins to Boyd J Brownfield  Re:  Juneau Access EIS).  2 pages.

February 20, 1998.  Letter Willie R Taylor, Director Office of Environmental Policy & Compliance, DOI to Stephen Moreno.  6 pages.

February 12, 2003.  Meeting notes.  1 page.

February 5, 1998.  Meeting notes 1 page.

January 12, 1998.  Letter Phil Janik, Regional Forester USFS to William F Ballard.  5 pages (dbl sided).

January 7, 1998.  Page 2 of some agenda.  Meeting unknown.

December 25, 1997.  Letter Unknown to William Ballard.  1 page.

December 19, 1997.  Letter Representative John J Cowdery to Joe Perkins.  2 pages.

December 18, 1997.  Memo Stephen A Moreno to Leon Witman, Regional Administrator.  Re:  Draft Environmental Impact Statement FHWA-AK-EIS-97-01-D.  1 page.

December 18, 1997.  Letter Elbert Moore to James Bryson and Bill Ballard.  17 pages (some dbl sided).

December 17, 1997.  Letter Stephen A Moreno to Claire Fordyce.  1 page.

December 17, 1997.  Letter Stephan A Moreno to Jude Baldwin.  1 page.

**Declaration Exhibit 35, Page 32 of 46**

Case 1:06-cv-00009-JWS     Document 25-38     Filed 03/26/07     Page 32 of 46

December 16, 1997. Letter Mary Ellen Oman to William Ballard. Re: Juneau Access – Draft Environmental Impact Statement, Project No. STP-00S(131). 1 page.

December 16, 1997. Comments by Celia M Hunter. 2 pages.

December 15, 1997. Juneau Group of the Sierra Club to Bill Ballard. Juneau Access Project comments. 46 pages (some dbl sided).

No date. Response from Susan Schrader. 2 pages.

December 15, 1997. Letter Steve Behnke, Executive Director Alaska Wilderness Recreation & Tourism Association to William Ballard. Re: Juneau Access – Draft Environmental Impace Statement, Project No, STP-00S(131). 2 pages.

December 15, 1997. Letter Robert D Barbee to William F Ballard. 5 pages.

December 15, 1997. Letter Bethanie Walder, Director Wildlands Center for Preventing Roads to William Ballard. 7 pages (some dbl sided).

December 15, 1997. Letter Mary Hausler to William Ballard. 2 pages.

December 15, 1997. Letter Robert L Peel to William Ballard. 1 page.

December 15, 1997. Letter Stephen A Moreno to various parties. Copies of letters from public attached. 47 pages.

December 15, 1997. Letter Dr Susan E Schrader, President Juneau Audubon Society to William Ballard. Re: Juneau Access Draft Environmental Impact Statement. 3 pages (dbl sided).

December 15, 1997. Letter Richard T Myren to William Ballard. Re: Juneau Access – Draft Environmental Impact Statement, Project No. STP-00S (131). 4 pages (dbl sided).

December 14, 1997. Letter Robert W McVey and Betty L McVey to William Ballard. 1 page.

December 14, 1997. Letter Jude Baldwin to James A Bryson. 2 pages.

December 14, 1997. Letter Chris Kent to William Ballard. 1 page.

December 14, 1997. Letter Virginia Wood to William Ballard. Re: My Comments on the Proposed Road between Skagway and Juneau. 2 pages.

December 14, 1997. Letter Patricia D Blank to William Ballard. 1 page.

**Declaration Exhibit 35, Page 33 of 46**

December 14, 1997.  Letter Michael Wilson to William Ballard.  Re:  Juneau Access – Draft Environmental Impact Statement, Project No. STP-000S(131).  3 pages.

December 13, 1997.  Letter Julie Hammonds Penn to Bill Ballard.  Re:  Juneau Access Draft Environmental Impact Statement.  7 pages.

December 13, 1997.  Letter Susan B Phillips to William Ballard.  4 pages.

December 12, 1997.  Letter Craig Farrington to William Ballard.  1 page.

December 12, 1997.  Letter Claire Fordyce to James A Bryson.  1 page.

December 12, 1997.  Letter Ethan Windahl to William Ballard.  2 pages.

December 12, 1997.  Letter Katie a Corbin to William Ballard.  Re:  Juneau Access – Draft Environmental Impact Statement, Project No. STP-00S(131).  4 pages.

December 12, 1997.  Letter Julianna Humphreys to William Ballard.  Re:  Juneau Access – Draft Environmental Impact Statement Project #STP-00S(131).  1 page.

December 12, 1997.  Letter Charles M Northrip to William Ballard.  3 pages.

December 12, 1997.  Letter Bruce Abel, President Juneau Chamber of Commerce to Bill Ballard.  2 pages.

December 12, 1997.  Letter Clayton Hawkes, Area Habitat Biologist to William Ballard.  Re:  Juneau Access Improvements Draft Environmental Impact Statement (DEIS) and Technical Appendices.  9 pages (pages 6 and 7 are missing in one copy)  2 copies.

December 12, 1997.  Letter Reggy Wilcox, Angie Schmitz and Buck Lindekugel to William Ballard.  Re:  DEIS for Juneau Access Project.  30 pages.

December 12, 1997.  Letter Dick Farnell, Chairperson Friends of Berners Bay to William F Ballard.  5 pages.

December 12, 1997.  Letter Doug Sanvik to William Ballard.  1 page.

December 12, 1997.  Letter Tom Linklater to William Ballard.  1 page.

December 12, 1997.  Letter Stephen A Moreno to Mary Ellen Frank.  1 page.

December 11, 1997.  Letter Rebeca Kurtz to William Ballard.  2 pages.

December 11, 1997.  Letter John Hudson to William Ballard.  1 page.

**Declaration Exhibit 35, Page 34 of 46**

December 11, 1997. Letter Richard Cormack to William Ballard. Re: Juneau Access Draft Environmental Impact Statement. 2 pages.

December 11, 1997. Letter Jerry L Lapp, Mayor Haines Borough to William Ballard. Re: Juneau Access Project – Public Comments. 3 pages.

December 10, 1997. Letter Thomas Ely, President Sockeye Cycle Co to William Ballard. 1 page.

December 10, 1997. Letter David R Palmer, Juneau City & Borough Manager to William Ballard. Re: Juneau Access Draft Environmental Impact Statement. 4 pages.

December 10, 1997. Letter David W Carlile to William Ballard. 10 pages (some dbl sided).

December 10, 1997. Letter Scott Bailey to William Ballard. 1 page.

December 10, 1997. Letter Steve Moreno to Marilyn F Taylor. 1 page.

December 9, 1997. Letter Lev Tobias to William Ballard. 1 page.

December 9, 1997. Various letters from Rosa L Miller, Tribal Leader of the Auk Kwaans. 20 pages (some dbl sided).

December 9, 1997. Letter Joyce Levine to William Ballard. Re: Juneau Access – Draft Environmental Impact Statement. Project No. STP-00S(131). 1 page.

December 9, 1997. Letter Shelley K Owens to William Ballard. Re: Road to Juneau Draft EIS. 1 page.

December 8, 1997. Letter from Nancy Berland to William Ballard. 6 pages.

December 8, 1997. Letter from Katy Goodwin to DOT. 1 page.

December 8, 1997. Letter from Peter M Enticknap to William Ballard. Re: Juneau Access – Draft EIS, Project STP-00S(131). 1 page (dbl sided).

December 8, 1997. Letter Mary Ver Hoef to William Ballard. 1 page.

December 7, 1997. Letter Robert Highland to Joseph Perkins. 1 page.

December 5, 1997. Letter Steve Moreno to Ross Coen. 1 page.

December 4, 1997. Marine Engineers' Beneficial Association: Comments on the Juneau Access Draft Environmental Impact Statement. 34 pages.

December 4, 1997. Letter Lisa Olsen to Whom It May Concern. 1 page.

**Declaration Exhibit 35, Page 35 of 46**

December 4, 1997. Letter Jim Bentley to Governor Tony Knowles. 4 pages.

December 4, 1997. Pamela C Hanssen Public Comment Form.

December 4, 1997. Letter Berne C Miller, Executive Director Southeast Conference to William Ballard. 3 pages.

December 3, 1997. Letter Andrew Romanoff, Owner Wilderness Swift Charters to William Ballard. 1 page.

December 3, 1997. Letter Fran Kinkead to Mr. Ballard. 1 page.

December 3, 1997. Letter David W Carlile to Mayor Dennis Egan. 1 page (dbl sided).

December 3, 1997. Letter Patricia Stephens to William Ballard. Re: Juneau Access – Draft Environmental Impact Statement, Project No. STP-00S(131). 1 page.

December 3, 1997. Letter Steve Moreno to Patrick M Taylor. 1 page.

December 2, 1997. Letter Marjorie C Hermans to William Ballard. Re: Proposed Road into Juneau – Draft Environmental Impact Statement. 2 pages.

December 2, 1997. Letter Diane Larocque to William Ballard. 1 page.

December 1, 1997. Letter Scott H Miller to William Ballard. Re: Juneau Access DEIS. 2 pages.

December 1, 1997. Letter Eric Hole to William Ballard. Re: Juneau Access – Draft Environmental Impact Statement, Project No. STP-00S(131). 1 page.

December 1, 1997. Letter Samuel E McBeen to William Ballard. Re: Juneau Access – Draft Environmental Impact Statement, Project No. STP-00S(131). 1 page.

December 1, 1997. Letter John Ammerman to William Ballard. 1 page.

December 1, 1997. Letter Joanne Erskine to William Ballard. Re: Access Project: Support for Improved Ferry Service. 2 pages.

December 1997. Lynn Canal Conservation Comments on Juneau Access DEIS. 13 pages.

Undated. Letter Dagmar Nye to William Ballard. 1 page.

November 30, 1997. Letter Mary Lou King, President Taku Conservation Society to William Ballard. 1 page (dbl sided).

**Declaration Exhibit 35, Page 36 of 46**

November 30, 1997. Letter Patrick M Taylor to James Bryson. 1 page.

November 29, 1997. Letter Karen Jettmar to William Ballard. 1 page.

November 29, 1997. Letter Ross A Coen to James A Bryson. 1 page.

November 24, 1997. Letter Harriet T Botelho to William Ballard. 1 page.

November 21, 1997. Letter Kate Palmer to Mr. Ballard. 2 pages (dbl sided).

November 10, 1997. Samuel G Southwick to William Ballard and James A Bryson. Re: Juneau Access – Draft Environmental Impact Statement Project No. STP-00S(131. 3 pages.

November 8, 1997. Letter Judy and Jay Crondahl to William Ballard. Re: Juneau "Access" Project. 2 pages.

November 5, 1997. Letter Steve Moreno to Mark Roric. 1 page.

October 20, 1997. Letter Steven T Zimmerman, Assistant Administrator for Habitat Conservation NOAA to William Ballard. 2 pages.

October 10, 1997. Letter David C Miller to Cliff Lobaugh. 1 page.

October 10, 1997. Letter David C Miller to Jaqulin Lambie. 1 page.

September 29, 1997. Letter David C Miller to Stephen Pennoyer. Re: Juneau Access Project Stellar Sea Lions. 1 page.

September 20, 1997. Public Testimony Presened to Alaska DOT/PF Juneau Access Draft EIS on behalf of Friends of Berners Bay. 6 pages.

September 2, 1997. Letter David C Miller to Lena Sutherland. 1 page.

July 25, 1997. Letter Patrick J Kemp to Richard B Parkin. 41 pages.

July 21, 1997. Letter Robert E Ruby to John O'Brien. 1 page.

July 16, 1997. Email Robert B Rutlegde to JBRYSON. Re: DEIS Juneau Access Improvement, AK. 1 page.

July 1, 1997. Memo Division Administrator to Kevin E Heanue, Director Office of Environment. Re: FEIS, FHWA-AK-EIS-97-1-01-D Juneau Access Improvement Alaska. 1 page.

**Declaration Exhibit 35, Page 37 of 46**

June 30, 1997. Memo Robert E Ruby to Leon Witman, Regional Administrator. Re: FEIS, FHWA-AK-EIS-97-1-01-D Juneau Access Improvement Alaska. 1 page.

June 30, 1997. Letter Robert E Ruby to Willie R Taylor, Director Office of Environmental Policy and Compliance. Re: Draft EIS, FHWA-AK-EIS-97-01-D Juneau Access Improvements, Alaska. 1 page.

June 30, 1997. Letter Robert E Ruby to Pearl Young, Environmental Protection Agency. Re: Draft EIS, FHWA-AK-EIS-97-01-D Juneau Access Improvements, Alaska. 1 page.

June 24, 1997. Memo Patrick J Kemp to Distribution. Re: Juneau Access Project Management Team. 2 pages.

June 24, 1997. Letter Robert E Ruby to Barry L Bergdoll. Re: Juneau Access Project FHWA-AK-EIS-97-01-D. 1 page.

June 24, 1997. Letter Robert E Ruby to Stephen Pennoyer. Re: Juneau Access Project Stellar Sea Lion. 4 pages.

June 10, 1997. Letter William Ballard to Ralph W Thompson. Re: Juneau Access Project No. 71100. (Includes June 10, 1997 Memo William Ballard to Clayton Hawkes). 2 pages (dbl sided).

June 6, 1997. Letter William Ballard to Nevin D Holmberg. Re: Juneau Access Project No., 71100. 2 pages.

June 6, 1997. Letter William Ballard to Steven T Zimmerman. Re: Juneau Access Project No. 71100. 2 pages.

May 22, 1997. Letter Richard B Parkin, Manager Geographical Implementation Unit US EPA to Bill Ballard. 12 pages (dbl sided).

April 8, 1997. Letter William Ballard to Richard Parkin. Re: Project No. 71100 Juneau Access. 1 page.

April 2, 1997. Interagency Working Agreement Concurrence Form.

March 28, 1997. Memo William Ballard to Clayton Hawkes. Re: Project No. 71100 Juneau Access. 1 page.

March 28, 1997. Memo William Ballard to Jackie Timothy. Re: Project No. 71100 Juneau Access. 1 page.

March 28, 1997. Letter William Ballard to Nevin D Holmberg. Re: Project No. 71100 Juneau Access. 1 page.

**Declaration Exhibit 35, Page 38 of 46**

March 28, 1997. Letter William Ballard to Steve Zimmerman. Re: Project No. 71100 Juneau Access. 1 page.

March 28, 1997. Letter William Ballard to Ralph Thompson. Re: Project No. 71100 Juneau Access. 1 page.

March 20, 1997. Letter Nevin D Holmberg, Field Supervisor Dept of Army to Bill Ballard. 21 pages.

February 19, 1997. Letter Robert E Ruby to William Ballard. Re: Juneau Access Improvements Pre-Draft Environmental Impact Statement. 7 pages.

February 18, 1997. Letter Robert E Ruby to William Ballard. Re: Juneau Access Improvements Pre-Draft Environmental Impact Statement. 7 pages.

February 1996. Juneau Access Improvements: Financing Strategies. 101 pages.

November 1995. Juneau Access (A Publication About the Juneau Access Project). Newspaper.

March 3, 1995. Juneau Access Update Meeting. 3 pages.

January 13, 1995. Letter Nate Johnson, Environmental Coordinator to Phill Smith. Re: State Project Numbers 71100 – Juneau Access & 65876 – Chena Hot Springs. 1 page.

November 1994. "More About Juneau Access." 4 page brochure.

September 12, 1994. Memo Patrick J Kemp to Bill Ballard. Re: Project No. 71100 Juneau Access. 1 page.

September 1994. "Juneau Access Improvements Project Newsletter." 6 page brochure.

September 1994. Juneau Access (A Publication About the Juneau Access Project). Newspaper.

August 17, 1994. Letter Patrick J. Kemp to Robert E Ruby. Re: Project No. 71100 JNU-Access EIS. 1 page.

August 2, 1994. Memo Tony Leonard, Project Manager to Pat Kemp. Re: Juneau Access Improvements (EIS) Project Status Report for the Week of August 1, 1994. 2 pages.

July 27, 1994. Letter Patrick J Kemp to Robert E Ruby. Re: Project No. 71100 JNU-Access EIS. 1 page.

**Declaration Exhibit 35, Page 39 of 46**

July 26, 1994. Memo Tony Leonard to Pat Kemp. Re: Juneau Access Improvements (EIS) Project Status Report for the Week of July 25, 1994. 4 pages.

July 14, 1994. Letter Patrick J Kemp to Ken Vaughan, USDA Forest Service AK Region. Re: Project No. 71100 JNU-Access Improvements (EIS) Cave Resources Protection Act. 4 pages.

July 7, 1994. Letter Phil Janik, Regional Forester to Robert Ruby. 6 pages.

July 1, 1994. Fax Jody Thomas, Environment to Phil Smith. "Special Interest Areas." 13 pages.

July 1994. Juneau Access (A Publication About the Juneau Access Project). Newspaper.

June 14, 1994. Juneau Empire. "Study touts road route." 1 page.

June 9, 1994. Letter Chris T Meade, US EPA to Patrick J Kemp. 1 page.

June 2, 1994. Letter Patrick J Kemp to Robert E Ruby. Re: Project No. 71100 JNU-Access EIS. 4 pages (dbl sided).

June 2, 1994. Letter L.C. Vose, Commander USCG to Tony Leonard. 4 pages.

May 31, 1994. Email Paul Harker to psmith. Re: 4(f) Question. 1 page.

May 4, 1994. Letter Glen E Justis, Chief East Unit Dept of Army to David Hawes, AKDOT&PF. 4 pages.

April 29, 1994. Letter Robert E Ruby to Jonathan Scribner, AKDOT&PF. Re: Juneau Access Feasibility Study EPA-Cooperating Agency Agreement. 15 pages (dbl sided).

April 27, 1994. Letter William Ballard to Karen Swanson-Iwamoto, Archaeologist USFS. Re: Juneau Access EIS Cultural Resources Survey. 9 pages.

April 19, 1994. Weekly Meeting Notes Juneau Access EIS. 6 pages (some dbl sided).

April 18, 1994. Letter Joan B Darnell, Chief Division of Environmental Quality DOI to Phillip Smith. 2 pages.

April 5, 1994. Letter Eric Holle, President Lynn Canal Conservation Inc. to Tony Leonard. 1 page.

March 24, 1994. Letter Walter O Stieglitz, Regional Director DOI to Philip Smith. 1 page.

March 24, 1994. Letter Walter O Stieglitz to Philip Smith. 1 page (fax cover sheet attached).

**Declaration Exhibit 35, Page 40 of 46**

March 15, 1994. Juneau Access Meeting. 24 pages.

March 10, 1994. Letter R David Carnes, Chief Juneau Branch DOI to Phillip A Smith. Re: Notice of Intent to Prepare an Environmental Impact Statement for Improvement of Surface Access To and From Juneau, Alaska. 1 page.

March 8, 1994. Letter Michael A Barton, Regional Forester to Jonathan W Scribner. 2 pages.

March 8, 1994. Juneau Access EIS Meeting Notes. 8 pages.

March 8, 1994. Memo William F Cummings, Assistant Attorney General AKDOL to Barry L Bergdoll. Re: Appeal of TAMS Consultants, Juneau Access EIS. 1 page.

March 7, 1994. Letter Philip Perdichizzi, Corporate Vice President TAMS to Bruce Campbell. Re: Project No 71100 JNU-Access EIS Agreement No. 43-009-12. 1 page.

March 4, 1994. Letter Phillip Perdichizzi to Barry L Bergdoll. Re: Project No 71100 JNU-Access EIS Agreement No. 43-009-12. 1 page.

March 3, 1994. Juneau Access EIS – State Agency Scoping Meeting Notes. 43 pages.

March 2, 1994. Letter Barry L Bergdoll to Philip Perdichizzi. Re: Juneau Access EIS AKSAS No. 71100. 1 page.

March 1, 1994 Juneau Access EIS Federal Agency Scoping Meeting Notes. (includes 2 reports, including maps)

February 22, 1994. Juneau Access Meeting Notes. 1 page.

February 21, 1994. Letter Philip Perdichizzi to Don Black, Regional Contracts Officer AKDOT. Re: Project No. 71100 JNU-Access EIS Agreement 43-009-12 Protest of Notice of Intent to Award. 26 pages.

February 18, 1994. Memo Patrick J Kemp to Distribution. Re: Project No. 71100 JNU-Access Eis Cooperating Agencies Meeting Draft Recon Report. 1 page.

February 17, 1994. Meeting Notes 2/17 Juneau Access. 3 pages.

February 11, 1994. Letter Barry L Bergdoll to Philip Perdichizzi. Re: Juneau Access EIS/AKSAS No. 71100. 4 pages.

February 10, 1994. Letter Jonathan W Scribner to Robert K Oja, Chief COE. 12 pages.

**Declaration Exhibit 35, Page 41 of 46**

February 10, 1994.  Juneau Access Weekly Meeting.  7 pages.

February 10, 1994.  Federal Register, Vol. 59, No. 28.  "Environmental Impact Statement; in the Vicinity of the City and Borough of Juneau, AK"  4 pages.

February 8, 1994.  Juneau Access Improvements Appendix B Statement of Services Phase 1 – EIS Scoping.  9 pages.

February 4, 1994.  Letter Robert E Ruby to Jonathan Scribner.  Re:  Juneau Access EIS Protest of Intent to Negotiate and Award.

February 3, 1994.  Juneau Access Project Update.  2 pages.

January 28, 1994.  Letter Philip Perdichizzi to Don Black, Regional Contracts Officer AKDOT&PF.  Re:  Project No. 71100 JNU-Access EIS Agreement No. 43-009-12 Protest of Intent to Negotiate and Award.  5 pages.

January 27, 1994.  Letter Robert E Ruby to Office of the Federal Register.  Re: Project STP 000S(131) Juneau Access Route Feasibility Study Notice of Intent.  5 pages.

January 22, 1994.  Meeting notes summary Juneau Access NOI and Purpose and Need statement.  1 page.

Undated.  Juneau Access Improvements.  Scoping Open House.  5 pages.

December 3, 1993.  Juneau Access Route Feasibility Study.  3 pages.

November 8, 1993.  Emal Robert Ruby to PHARKER  Re:  Juneau Access Study.  1 page.

October 14, 1993.  Note to file.  Juneau Access Route.  1 page.

October 12, 1993.  Note to file.  Juneau Access Route.  3 pages.

July 22, 1993.  Note to file.  Juneau Access Route Feasibility Study.  1 page.

June 28, 1993.  Memo Paul Harker to Phil Smith.  Re:  Juneau Access Route Feasibility Study.  6 pages.

June 15, 1993.  Note to file.  Call from Art Dunn on federal Coordination to date for the Juneau Access Route Study.  1 page.

May 21, 1993.  Memo Paul Harker to Phil Smith.  Re:  International Action Draft letter for Juneau Access Feasibility Study Project.  1 page.

May 1993.  "The Intransit."  Newsletter of AKDO&PF.  2 pages.

**Declaration Exhibit 35, Page 42 of 46**

Case 1:06-cv-00009-JWS     Document 25-38     Filed 03/26/07     Page 42 of 46

April 14, 1993.  Professional Services Agreement.  25 pages.

March 1, 1991.  Authority to Seek Professional Services.  7 pages.

March 1990.  Alaska Department of Transportation and Public Facilities "Juneau Access Improvements Environmental Impact Statement Project 70147 Scoping Report".  49 pages.

March 1990.  "Socioeconomic Impacts of Juneau Access Improvement Alternatives."  118 pages.

November 21, 1989.  Letter Lauri J Adams, Managing Attorney Sierra Club Legal Defense Fund Inc. to Tom Neunaber, Field Operations Engineer.  3 pages.

November 20, 1989.  Letter Nevin D Holmberg to Art Dunn.  Re:  Notice of Intent for EIS on Improved Access to Juneau AK (ER 89/872), ADOT Project 70147.  3 pages.

November 14, 1989.  Letter Dale A Stirling to Tom Neunaber.  1 page.

October 16, 1989.  Federal Register.  "Environmental Impact Statement Juneau, AK."  1 page.

October 12, 1989.  Agency Scoping Meeting.  1 page.

October 6, 1989.  Letter Robert E Ruby to Office of Federal Register.  Re:  Alaska Route FAP-3 Juneau Access Road, Juneau to Haines – EIS.  3 pages.

September 21, 1989.  Letter D D Dieckmeyer to Robert E Ruby.  Re:  Project No. 70137 WRG-Bradfield Road EIS and Project No. 70147 Jnu-Access Road EIS.  3 pages.

March 8, 1989.  Juneau Road Access Improvements.  32 pages.

March 6, 1989.  Letter Robert E Ruby to Honorable Jim Duncan.  4 pages.

**Declaration Exhibit 35, Page 43 of 46**

# REPORTS

Draft Essential Fish Habitat Technical Report
      January 2004

Draft Wetlands Technical Report
      January 2004

Draft Alternative Screening Report
      October 2003

Alternative route maps
      No Date

Juneau Access Household Survey Results:  Juneau, Haines, Skagway & Whitehorse.
      October 2003

Draft Anadromous Fish Streams Technical Report
      October 2003

Draft Comment Analysis Report
      October 2003

Wetland Maps
      June 4, 2003

Juneau Access SDEIS Scoping Summary Report
      June 2003

Juneau Access DOT&PF Preferred Alternative Report
      No Date

Draft Methodology for EFH Assessment and Consultation
      No Date

Draft Methodology for Wetlands Assessment
      No Date

Draft Scoping Summary Report
      May 2003

Juneau Access SDEIS Alternatives Analysis
      Received February 13, 2003

Juneau Access FHWA Project Briefing
      December 18, 2002

**Declaration Exhibit 35, Page 44 of 46**

2000 – 2001 Snow Avalanche Observations East Lynn Canal Route Juneau Access Studies
August 2001

Draft Environmental Impact Statement (3)
June 23, 1997

Technical Appendices
December 20, 1996
Appendix A (2)       User Benefit Analysis
                     Traffic Forecast Analysis
                     Financing Strategies

May 1996
Appendix B (2)       Technical Alignment
                     Marine Segments Report
                     Railroad Analysis
                     Snow Avalanche Report

December 1994
Appendix C (2)       Socioeconomic Effects
                     Household Survey
                     Land Use and Coastal Zone Technical Report

No Date
Appendix D (2)       Steller Sea Lion Technical Report
                     Bald Eagle Technical Report
                     Wetlands Technical Report
                     Anadromous Fish Habitat Technical Report
                     Wildlife Technical Report
                     Visual Impact Assessment Technical Report

Juneau Access Scoping Report
August 1994

Juneau Access Improvements Reconnaissance Engineering Report
May 4, 1994

Juneau Access Improvements User Benefit Analysis (Appendix H to the Juneau Access
Improvements Reconnaissance Engineering Report)
May 4, 1994

The Marine Segments of the Juneau Access Study:  Final Report (Appendix E to the
Engineering Reconnaissance Study)
May 1994

Juneau Access Improvements Reconnaissance Engineering Report Appendix D Hydraulics
Report
February 18, 1994

**Declaration Exhibit 35, Page 45 of 46**

Juneau Access Improvement Reconnaissance Engineering Report Appendix C Geology
        Report
        February 1994

Appendix G Plan/Profile Sheets East Lynn Canal Alternative (Books 1 – 3)
        November 30, 1993

**Declaration Exhibit 35, Page 46 of 46**