

BOZEMAN, MONTANA   DENVER, COLORADO   HONOLULU, HAWAI'I
INTERNATIONAL   JUNEAU, ALASKA   OAKLAND, CALIFORNIA
SEATTLE, WASHINGTON   TALLAHASSEE, FLORIDA   WASHINGTON, D.C.

February 16, 2007

Dean Dunsmore
Environment and Natural Resources Division
United States Department of Justice
801 B Street, Suite 504
Anchorage, AK  99501-3657

Dean:

This letter lists documents that counsel has identified as missing from the agency record for the Juneau Access litigation. There are three categories of these documents. The first contains documents that are referenced in the agency record as provided. The second is a document provided by the Alaska Department of Transportation and Public Facilities to SEACC. For your convenience, I have underlined documents of which I have copies. The first two categories of documents are as follows:

**Documents Identified From Review of Agency Record**
- <u>*Socioeconomic Impacts of Juneau Access Improvements Alternatives*, McDowell Group 1990. Referenced at AR 00055, 000361, and 000787.</u>
- Scoping Report, Alaska Department of Transportation and Public Facilities 1990. Referenced at AR 000205.
- *Juneau-Haines Route Location Investigation, Study Update*, R&M Consultants 1981. Referenced at AR 000361
- *Evaluation of Corridor Alternatives, Juneau Access*, Acres International 1986. Referenced at AR 000361
- *Juneau Road Access Improvements*, JEDC 1989. Referenced at AR 000361.
- <u>*Alaska Marine Highway System Marketing and Pricing Study*, September 2000. Prepared for Alaska Marine Highway System by McDowell Group. First page included as attachment to comments submitted by Lynn Canal Conservation at AR 24743.</u>
- <u>*Analysis of Juneau Access Project Draft Reports*, Erickson & Associates 1995. Referenced at AR 026187</u>
- AR 028054 references two attachments. One, the draft BA, is included. The other, "comments sent to ADOT which include Sharon Melin's review of the draft BA" is not.
- <u>Cooperative Road Agreement, U.S. Forest Service and Alaska Department of Transportation and Public Facilities, June 15, 2005. Referenced at AR 030092.</u>

**Document Provided By DOT Pursuant to a 2005 Request from SEACC**
- <u>Juneau Access Highway Maintenance Cost Estimate, 16 pages dated February 20, 2004</u>

The third category of documents may be found in the attached preliminary index of documents provided to me by the Federal Highway Administration (FHWA) in response to FOIA requests submitted on May 10 and June 21, 2006. Those requests sought documents "generated kept and/or considered by FHWA" in "furnishing guidance, participating in the preparation, and independently evaluating" the Supplemental Draft and Final Environmental

**Declaration Exhibit 36, Page 1 of 2**

Impact Statements for the Juneau Access project. Some of the documents on this index were provided by FHWA. A complete response has never been provided.

On February 9, 2007, I sent you a similar index from a Forest Service FOIA response. As with that document, I have reviewed this index and compared it with the index to the agency record. It would be my position that most, if not all, of the documents on the FHWA FOIA index should be in the administrative record for this litigation. In the interest of saving time and working cooperatively, I have made an effort to determine which documents I cannot locate in the record and, within that subset, which documents I think are likely to be most relevant. Those documents are circled on the attached index. In addition, I have highlighted two documents of which FHWA provided copies during the FOIA process. I do not have copies of the other documents.

Again, I appreciate your willingness to work cooperatively on this issue. As you know, the deadline to supplement the agency record is now March 5. I am hopeful that we can reach an agreement about how, and with what, to supplement the record before that date.

Sincerely,

Michael LeVine
EARTHJUSTICE