Documents Identified by EarthJustice

1. First five bulleted documents on page 1 of letter: these documents were prepared by the State or other entities from 1981-1990, prior to and independent from the FHWA project initiated on 9/17/92. Not considered by FHWA in making NEPA related decisions.

2. Alaska Marine Highway System Marketing and Pricing Study, September, 2000. A DOT&PF publication prepared separate from the Juneau access project. Plaintiffs (LCC) submitted only one page of this as an exhibit, but it is actually a reference for a few quoted passages in their comment letter. Comment letter contained the relevant information and was considered by FHWA without the whole text of the reference.

3. Analysis of Juneau Access Project Draft Reports, 1995. This document was listed in the bibliography at the end of an analysis submitted as an exhibit by plaintiffs (SEACC) but was never submitted as an exhibit and the items in the bibliography were not individually considered by FHWA.

4. The attachment referred to at AR 028054 (item 1056), i.e. "comments sent to Alaska DOT which includes Sharon Melin's review of the draft BA" already appears in the AR as item 1058, the signed identical comments.

5. Cooperative Road Agreement, 6/15/05. It was not a part of the record of documents considered by FHWA in its decision.

6. Juneau Highway Maintenance Cost Estimate, 2/20/04. This preliminary document was a working draft provided to plaintiffs (SEACC) at their request for SDEIS references, although the SDEIS reference itself was in error and should have listed the finished Juneau Highway Maintenance Cost Estimate, 4/27/04. The 4/27/04 document was published in an appendix to the SDEIS, and is in the AR at 020962. The document in the AR is identical to the earlier version except for minor editing; therefore the earlier draft estimates were not separately considered by FHWA.

7. The April 6, 2006 and May 10, 2006 letters, and May 2006 Estimated Costs of Mitigation Commitments are documents were received by FHWA after the ROD was signed and therefore were not considered in making the decisions at question.

8. 12/29/05 letter Lohrey to Yost. This correspondence is related to FHWA federal aid project funding requirements, and played no part in FHWA's NEPA/other environmental law compliance responsibility.

9. 11/4/05 Value Engineering Study. This document was not prepared for the project, but rather was a product of a training class in value engineering. It was developed by FHWA and DOT class participants with no responsibility for Juneau access project. As such it was not considered by FHWA in making decisions at question.

10. 3/30/05 email Schmidt to Haugh (Subject: FW: Juneau Access Admin. DEIS). This email is merely a forward of a 9/10/04 email (Withheld Item 14) forwarded in response to a FOIA request, and is privileged.

11. 3/30/05 email Schmidt to Haugh (Subject: FW: FHWA Draft strategy for Juneau Access EIS). This email is merely a forward of a 11/29/04 email (in AR as Item 915) forwarded in response to a FOIA request.

12. 3/30/05 email Schmidt to Haugh (Subject: FW: Review of Bradfield Cost Estimate). This email is a forward of a 11/29/04 email (in AR as Item 917) forwarded in response to a FOIA request.

13. 3/30/05 email Schmidt to Haugh (Subject : FW: Fwd: draft language for NP). This email is merely a forward of a 12/2/04 email (in AR as Item 921) forwarded in response to a FOIA request.

14. 3/30/05 email Schmidt to Haugh (Subject : FW: Suggested replacement language: for Juneau Access). This email is a forward of a 12/2/04 email (in AR as Item 920) forwarded in response to a FOIA request.

15. 3/30/05 email Schmidt to Haugh (Subject : FW:). This email is a forward of a 2/9/05 email forwarded in response to a FOIA request. As explained below, the 2/9/05 email addresses FHWA agency communication protocols.

16. 3/9/05 email Hanf to Haugh. This email was mistakenly entered into the FHWA draft project index. It addresses the Coastal Trail, not the Juneau access project.

17. 3/9/05 email Yost to Haugh. Still seeking more information regarding this document.

18. 2/9/05 email Harris to Haugh. This email addresses proper protocols for FHWA support staff in regard to communications with state contracted consultants. It does not address Juneau access issues.

19. 2/9/05 email Schmidt to Haugh. As above, this email addresses communication protocols, not Juneau access issues.

20. 1/28/05 email Boch to Schmidt. This email asks a simple question regarding whether a document copy is desired and transmits a copy of the state's online notice of SDEIS public hearings.

21. 1/28 email Hoffman to Haugh. This email passes on a phone message from EPA regarding scheduling of the NOA for the SDEIS; it is not a document considered in any way as part of NEPA related decisions.

22. 1/24/05 email Hoffman to Haugh. This email passes on a phone message from Mike LeVine regarding a potential FOIA request; it is not a document considered in any way as part of NEPA related decisions.

23. 1/5/05 email Yost to Haugh. This email mistakenly re-transmitted the draft noise sections that were transmitted to FHWA on 1/4/05. These draft noise sections are in the AR with the original email transmittal as item 941.

24. 11/22/04 email Smith to Schmidt. This email merely transmits a web link for an article about the project.

25. & 26. 11/17/04 emails Yost to Haugh. Still seeking more information regarding these documents.

27. 10/29/04 email Baily to Yost. This is a review draft by Alaska DOT's consultant given the AK DOT. There is no indication that FHWA reviewed or commented on this document, or that it played any role in the decisions of FHWA.

28. 9/29/04 email Hanf to Haugh. This email is in regard to legal review personnel work assignments and is not relevant to any FHWA decision.

29. 3/30/04 email Yost to Haugh. This is a question about 106 procedure coordination with FHWA staff, not a Juneau access project issue.

30. 3/16/04 email Yost to Haugh. This email transmits a question from consultant about SDEIS document organization. This is a formatting issue, not pertinent to a NEPA/other environmental decisions.

31. 2/5/04 letter Yost to Boch. This correspondence is related to FHWA federal aid project funding requirements, and played no part in FHWA's NEPA/other environmental law compliance responsibility.

32. 11/26/03 email Corin to Haugh. This email is merely a notification to FHWA that the request contained in AR item 624 was forwarded to other USF&WS staff.

33. 10/30/03 notes. These hand-written notes are missing, however the agenda for the meeting they concerned are at AR item 593, the meeting handouts are items 594, 595, and 596, and the minutes of the meeting are item 608.

34. 8/23/03 email Payne to Yost, Haugh and Boch. The FHWA working draft project file index has a typo; this was an-email transmittal on 8/25/03. The email transmitted Payne's notes from a meeting on 8/20/03. These notes, initialed by attendee Boch, are in the AR as item 542 without the email transmittal.

35. 5/30/03 Issues, Fieldwork and Technical Studies. This document, notes from a meeting on 5/30/03 to discuss these topics, is contained within AR item 517, which also includes the sign in sheet, agenda and handouts.

36. email Haugh to jdgeddie. This is a simple affirmative reply to the request below, and is not relevant to any FHWA decisions.

37. email jdgeddie to Haugh. This is a simple request to be included in the project mailing list, and as such is not relevant to any FHWA decisions.

38. 2/6/03 JA management plan. This is not really a "plan," but rather two sheets. The document titled "JA Management Plan" is an AK DOT organization chart for Juneau access, showing a new position of "EIS Manager." It is not relevant to any FHWA environmental decisions. The second page is a "Comparison Matrix" of various alternatives under consideration. Both pages were provided to FHWA. In a note a week later there is an entry of an SDEIS Alternatives Analysis (AR 012915) that contains the same info in more detail. There is a reference to a Comparison Matrix at AR 12970, but

it is not further reflected in the AR. We can add this item into the AR if that is still felt to be necessary.

39. 1/21/03 email Boch to Haugh. This correspondence is related to FHWA federal aid project funding requirements, and played no part in FHWA's NEPA/other environmental law compliance responsibility.

40. 11/22/02 email Lohrey to Haugh. This email is a simple message regarding meeting scheduling, as such it is not relevant to any FHWA decision.

41. 2/12/03 meeting notes. Given its location in the original FHWA working draft project index, this is a typo and should be 1998. Regardless, these notes are missing from the file and have not been located.

42. 2/5/98 meeting notes. These notes are missing and have not been located. Further, neither FHWA nor DOT has records of meetings on these days, so the nature of the meetings is not known.

43. 10/20/97 letter Zimmerman to Ballard. The FHWA working draft index had a typo; the letter was dated 10/17, received and stamped by DOT on 10/20 and a copy given to FHWA. This is in the AR as item 293.

44. 3/20/97 letter Holmberg to Ballard. The FHWA working draft index was in error; this letter, in the AR as item 224, is dated 3/24/97. The index was also in error about the agency (USF&WS, not the DA), and it is not 21 pages.

45. 9/12/94 memo Kemp to Ballard. This document provides information regarding a DOT staff assignment, and is not relevant to any FHWA decision.

46. 7/1/94 fax Thomas to Smith. This fax transmitted potential USFS changes to the Land Use Designations in the Revised Tongass Land Management Plan and is not specific to Juneau access or any FHWA decision.

47. 1/22/94 meeting notes (Harker). These notes are in the AR as item 23. Although the meeting was 1/22/94, Harker signed them 1/31, thus they are entered as that date.

48. 12/3/1993. Route Feasibility Study. This document is meeting notes by Harker with the subject line as indexed. The notes are in the AR as item 18.

49. 10/14/93 note to file. This is a brief note to file regarding AK DOT consultant selection progress, and is not relevant to any FHWA decision.

50. 7/22/93 note to file. This document is a note to a supervisor advising that AK DOT will be sending a request for Approval To Proceed (ATP) to EIS preparation. It is not relevant to any FHWA NEPA or related decision.

51.-54. documents dated 3/89 to 11/89. These letters and documents regard previous access related activities that occurred prior to start of the federal aid project subject to this litigation.